**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **KEA NORRIS, et al** * | |
|     Plaintiffs * | |
| * | **Civil Action No: 07-0665 (RWR)** |
| v. * | |
| * | |
| * | |
| **DISTRICT OF COLUMBIA, et al** * | |
|     Defendants * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**RULE 16.3 REPORT**

I. <u>STATEMENT OF FACTS AND STATUTORY BASIS FOR CAUSES OF ACTION AND DEFENSES</u>:

This is an action brought under the Individuals with Disabilities Education Improvement Act of 2004, 20 U.S.C. § 1400 *et seq*., appealing a Hearing Officer's Determination issued on January 11, 2007.  In his decision the Hearing Officer held that DCPS had met its obligations under the IDEA and thus, did not deny the student a free appropriate public education (FAPE). Plaintiffs seek reversal of that decision. Defendants seek to uphold the decision, pursuant to IDEA.

Pursuant to Rule 16.3, the parties conferred, and their positions are as follows:

(1)   Case Tracking Category and Resolution by Summary Judgment:  Based on the information available, the parties believe this case can be decided by dispositive motions.

(2)   Factual and Legal Issues; Joining of Additional Parties; Amendment of Pleadings: At this time the parties do not believe that the factual issues and legal issues can be agreed upon or narrowed. The parties at this time do not intend to join additional parties.  Amendment of

pleadings may or may not be necessary after the Court rules on the Defendant's pending motion for partial dismissal.

(3) Assignment to Magistrate Judge: The Plaintiff consents to the assignment of this case to a magistrate judge. The Defendant opposes assigning this case to a magistrate judge.

(4) Potential for Settlement: The Parties will not rule out the possibility of settlement and will attempt to discuss same during the course of the litigation.

(5) ADR Procedures: The Parties do not believe a referral to ADR would be appropriate at this time.

(6) Motions for Summary Judgment: The Parties believe this case can be decided by dispositive motions. The Plaintiff proposes the following timelines:

   (1) The administrative record to be filed no later than November 30, 2007.

   (2) Plaintiff's Motion for summary judgment to be filed no later than January 15, 2008.

   (3) Defendant's Opposition and Motion for summary judgment to be filed no later than February 15, 2008.

   (4) Plaintiff's Opposition and Reply to be filed no later than March 14, 2008.

   (5) Defendant's Reply to be filed no later than March 31, 2008.

   (6) Court's decision to be entered 30 days after Replies are filed.

(7) Rule 26(a)(1) Disclosure: The Plaintiff consents to dispensing with Rule 26(a)(1) disclosure. Defendants believe that because this matter is an administrative appeal, neither initial disclosures nor discovery are necessary at this time.

(8) Extent of Discovery: The parties do not currently anticipate the need for discovery.

(9)   Rule 26(a)(2): The Parties do not currently anticipate any need to present expert testimony.

(10)   This case is not a class action.

(11)   Bifurcation of Trial or Discovery: The Parties foresee no need for this case to be bifurcated or managed in stages.

(12)   Pre-Trial Conference Date: There is no need for pretrial conference at this time.

(13)   Trial Date: There is no need to set a trial date at this time.

(14)   Fed. R. Civ. P. 26(f) as amended effective December 1, 2006. The parties believe that the following items are not applicable to this case: electronically stored information, preservation of discoverable information, and assertions of privilege or protection as trial-preparation materials.

(15)   The parties are not aware of any other matters that require inclusion in a scheduling order.

Respectfully Submitted,
THE IWEANOGES' FIRM, P.C.

  /s/JudeIweanoge/s/
Jude C. Iweanoge [493241]
IWEANOGE LAW CENTER
1026 Monroe Street, NE
Washington, DC 20017
(202) 347-7026 (ph)
(202) 347-7108 (fax)
Counsel for Plaintiff


LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General


/s / Edward P. Taptich /s/
EDWARD P. TAPTICH [012914]
Chief, Equity, Section 2

/s/ Eden I. Miller /s/
EDEN I. MILLER [483802]
Assistant Attorney General
Equity, Section 2
441 4th Street, N.W.
Sixth Floor South
Washington, DC 20001
Phone: (202) 724-6614
Fax: (202) 727-3625

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing document was filed electronically on this 27th day of September, 2007.

                                                                  /s/JudeIweanoge/s/
                                                              Jude C. Iweanoge, Esq.
                                                               Counsel for Plaintiff