**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KEA NORRIS,<br>Mother and Next Friend of J.N., a Minor,<br><br>        Plaintiff,<br><br>        v.<br><br>DISTRICT OF COLUMBIA,<br>A municipal corporation, *et al.,*<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No. 07-0665 (RWR) |

## <u>NOTICE OF FILING OF THE ADMINISTRATIVE RECORD</u>

The Defendants, through counsel, respectfully submit the District of Columbia

Public Schools' administrative record from the January 11, 2007, Hearing Officer's

Determination at issue in this case.  Consistent with LCvR 5.4(f), the Defendants have

redacted personal information about the minor J.N., including his name, date of birth and

Social Security Number.

The undersigned counsel has served a copy of the unredacted record on counsel

for the Plaintiff, by U.S. mail, simultaneous with the filing of the redacted record with the

Clerk through the e-filing system.

Respectfully submitted,

LINDA SINGER
Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

**/s/ Edward P. Taptich**
EDWARD P. TAPTICH
Chief, Equity Section 2
Bar Number 012914

**/s/ Eden I. Miller**
EDEN I. MILLER
Assistant Attorney General
Bar Number 483802
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6614
(202) 727-3625 (fax)
November 30, 2007          E-mail: Eden.Miller@dc.gov

*Norris v. District of Columbia*
Civil Action No. 07-0665 (RWR)

# INDEX OF RECORD

**DESCRIPTION**                                                                                         **PAGE**

Certification of Record                                                                  -     1

Hearing Officer's Determination ("HOD"), dated 1/11/07                                    -     2-8

Due Process Hearing Attendance Sheet, dated 11/30/06                                      -     9

Plaintiff's Opening and Closing Statement, dated 12/20/06                                 -     10-17

Letter from Mr. McCall to Ms. Barrie with 12/13/07 Meeting Notes,
   dated 12/19/06                                                                         -     18-23

Resolution Meeting Documents, dated 11/22/06                                              -     24-33

Plaintiff's 5-Day Disclosure Letter, dated 11/22/06                                      -     34-38

Revised Hearing Notice, 11/7/06                                                           -     39

Letter from Mr. McCall to Ms. Barrie, regarding scheduling of
   resolution meeting, dated 11/7/06                                                      -     40

Interim Order, dated 11/7/06                                                              -     41

Plaintiff's Response to District of Columbia Public Schools'
   ("DCPS") Motion to Strike from Docket, dated 11/2/06                                   -     42-43

DCPS' Motion to Remove Hearing from Schedule, dated 10/31/06                              -     44-46

DCPS' Response to Due Process Complaint Notice, dated 10/31/06                            -     47-49

Plaintiff's 5-day Disclosure Letter with Exhibits, dated 10/31/06[1]                      -     50-52

   JN01-  Due Process Complaint, dated 12/16/05                                           -     53-58

   JN02-  Individualized Education Program ("IEP"), dated 12/13/04  -                            59-69

   JN03-  IEP, dated 11/17/03                                                             -     70-79

---

[1] The Plaintiff indicated in her 10/31/06 Disclosure Letter that she previously disclosed Exhibits JN01-JN17 at a prior due process hearing, and did not attached them on 10/31/06.  The Hearing Officer received those Exhibits into the record, as indicated by the 1/11/07, HOD, and the Defendants here provide them.

**DESCRIPTION**                                                                                    **PAGE**

JN04-  Meeting Notes, dated 9/29/03                                        -        80-81

JN05-  Meeting Notes, dated 10/23/02                                       -        82-84

JN06-  IEP, dated 6/18/02                                                  -        85-92

JN07-  Psychoeducational Evaluation, dated 6/23/03                         -        93-97

JN08-  Assistive Technology Team Evaluation and
       Recommendation, dated 10/22/03                                      -        98-101

JN09-  Speech and Language Evaluation Report, dated 2/27/04                -        102-04

JN10-  Speech Pathologist's Report                                         -        105

JN11-  Letters to DCPS, dated 1/4/06, 12/29/06, and 1/8/06                 -        106-16

JN12-  Document Request Letter, dated 12/5/05                              -        117-21

JN13-  Settlement Agreement, dated 4/2/04                                  -        122-23

JN14-  Letter from Aiton to Plaintiff, regarding residence,
       dated 1/24/06                                                       -        124

JN15-  Letter from Michelle Flowers, dated 12/05/02                        -        125

JN16-  Report Cards                                                        -        126-30

JN17-  Stanford Nine Scores                                               -        131-33

JN18-  Curriculum Vitae of Sharon Mills, Derek Marryshow,
       and Arvette Page                                                    -        134-42

JN19-  IEP, dated 9/21/06                                                  -        143-51

JN20-  Speech and Language Reevaluation, dated 3/17/06                     -        152-57

JN21-  Clinical Evaluation, dated 6/7/06                                   -        158-63

JN22-  Psychoeducational Report Re-Evaluation,
       dated 2/11/06-2/12/06                                               -        164-75

JN23-  Assistive Technology Team Evaluation, dated 6/27/06                 -        176-80

**DESCRIPTION**                                                                                     **PAGE**

JN24-  Letter from Ms. Pressley to Aiton ES, dated 4/30/06        -      181-84

JN25-  Letter from Ms. Pressley to Aiton ES, dated 5/7/06         -      185-86

JN26-  Letter from Ms. Pressley to Aiton ES, dated, 8/12/06       -      187-89

JN27-  Letter from Ms. Pressley to Aiton ES, dated 9/22/06        -      190-92

JN28-  Letter from Ms. Pressley to Aiton ES, dated 10/2/06        -      193-98

JN29-  Letter from Ms. Pressley to Aiton ES, dated 10/18/06       -      199-201

JN30-  HOD, issued 3/6/06                                         -      202-05

JN31-  Fax from DCPS, regarding evaluations, dated 5/3/06         -      206

JN32-  Fifth Grade Report Card and Teacher Comments,
       School Year 2005-2006                                      -      207-09

JN33-  Fifth Grade IEP Report Card                                -      210-12

DCPS' Disclosure Statement and Motion to Compel, dated 10/31/06   -      213-15

DCPS 01- Resolution Meeting Notes, dated 12/21/05                 -      216-17

DCPS 02- Letter of Meeting Invitation, dated 12/12/05             -      218-19

DCPS 03- Fax to Ms. Pressley from Aiton ES, dated 12/20/05        -      220-21

DCPS 04- Letter of Meeting Invitation, dated 12/28/05             -      222-23

DCPS 05- Letter from Ms. Pressley to Aiton ES, dated 12/29/05     -      224-26

DCPS 06- Letter from Ms. Allen of Aiton ES to
         Plaintiff's Counsel, dated 12/30/05                      -      227-28

DCPS 07- IEP, dated 1/25/06                                       -      229-37

DCPS 08- Resolution Meeting Notes, dated 1/25/06                  -      238-40

DCPS 09- Consent for Evaluation, dated 1/25/06                    -      241

DCPS 10- Service Tickets, 2005-2006                               -      242-46

**DESCRIPTION**                                                                    **PAGE**

      DCPS 11- IEP and Meeting Notes, dated 12/13/04      -    247-58

      DCPS 12- Prior to Action Notice, dated 12/13/04     -    259-61

      DCPS 13- Psychoeducational Evaluation, dated 6/23/03   -    262-70

      DCPS 14- Speech and Language Evaluation Report, dated 3/5/04  -    271-73

      DCPS 15- Letter from Ms. Allen, Aiton ES to Mr. Anwah,
           dated 1/5/06      -    274-75

      DCPS 16- Resolution Meeting Notes, dated 9/21/06    -    276-78

      DCPS 17- Aiton ES Fax Confirmations     -    279-84

      DCPS 18- Resolution Meeting Confirmation    -    285

      DCPS 19- Letters of Meeting Invitation, dated 8/30/06,
           7/18/06, 9/12/06, 9/18/06, and 10/23/06   -    286-90

      DCPS 20- Letter from Ms. Allen to Ms. Pressley, dated 8/30/06 -    291

      DCPS 21- Letter from Ms. Allen to Mr. Anwah, dated 9/12/06  -    292-93

      DCPS 22- Educational School Information Request, dated 5/23/06 -    294-95

      DCPS 23- Functional Behavioral Assessment, dated 4/26/06  -    296-97

      DCPS 24- Assistive Technology Team Evaluation, dated 5/23/06 -    298-302

      DCPS 25- IEP and Meeting Notes, dated 9/21/06    -    303-18

      DCPS 26- Prior to Action Notice, dated 9/21/06    -    319-20

      DCPS 27- Due Process Complaint Disposition[2]    -    321

Scheduling Memorandum, dated 9/8/06    -    322-27

Due Process Complaint Notice, dated 9/8/06    -    328-33

Transcript of 11/30/06, Hearing    -    334,
                                                 *et seq.*

---

[2] Although Exhibit DCPS 27 is not listed in DCPS' 10/31/06 Disclosure Statement, the Hearing Officer entered it into the record, as indicated by his 1/11/07, HOD.

# CERTIFICATION OF RECORD

INDIVIDUALS WITH DISABILITIES EDUCATION ACT (IDEA) 20 USC § 1400

### DISTRICT OF COLUMBIA PUBLIC SCHOOLS
### *STUDENT HEARING OFFICE*
### SPECIAL EDUCATION

In the Matter RE:    N█████, J█████ vs. Aiton Elementary School

Case Information:    Hearing Dates: **12/30/2006**
Held at: **District of Columbia Public Schools Headquarters**
**825 N. Capitol Street, N.E.**
**Washington, D.C. 20002**
Student Identification Number: **9055227**
Student's Date of Birth: ████**/1995**
Attending School: **Aiton Elementary School**
Managing School:
Hearing Request Date(s): **09/11/2006**

## CERTIFICATION OF RECORD

**I, Shawnta Maddox, Legal Assistant of the Student Hearing Office,**

DO HEREBY CERTIFY that the attached Record of Proceeding is the entire record in

the above entitled matter as of this date, consisting of all letters, pleadings, orders,

exhibits and depositions.

I FURTHER CERTIFY that the materials forwarded herewith are the true copy

of the original documents submitted in this matter.

EXECUTED this Tuesday, October 30, 2007.

**LEGAL ASSISTANT**
**STUDENT HEARING OFFICE**

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## *State Enforcement and Investigative Division*
## <u>CONFIDENTIAL</u>

### Charles R. Jones, Esq., Due Process Hearing Officer
### 825 North Capitol Street, N.E.  8th Floor
### Washington, D.C.  20002
### Facsimile:  (202) 442-5556

| | | |
|---|---|---|
| In the Matter of | ) | **IMPARTIAL DUE PROCESS** |
| | ) | |
| J██████ N██████,        Student, | ) | **HEARING OFFICER'S DECISION** |
| Date of Birth: ███-95 | ) | |
| | ) | |
| Petitioner, | ) | **Hearing Date: November 30, 2006** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| | ) | Held at:  825 North Capitol Street, NE |
| **The District of Columbia Public Schools,** | ) | Eighth Floor |
| **Attending: Aiton Elementary School** | ) | Washington, D.C. 20002 |
| **Respondent.** | ) | |
| ──────────────────────── | ) | |

## <u>DECISION AND ORDER</u>

**Parent:**                         Ms. Kea Norris
                                    5508 Eads Street. N.E..
                                    Washington, D.C. 20019

**Counsel for Parent:**             Fatmata Barrie, Esq.
                                    Law Office of Christopher N. Anwah, PLLC
                                    1003 K. Street, N.W.
                                    Suite 564
                                    Washington, D.C.  20001

**Counsel for School:**             Daniel L. McCall, Attorney- Advisor
                                    Office of the General Counsel, DCPS
                                    825 North Capitol Street, N.E., 9th Floor
                                    Washington, D.C. 20002

# HEARING OFFICER'S DECISION

## DISTRICT OF COLUMBIA PUBLIC SCHOOLS

### State Enforcement and Investigative Division
### Special Education Due Process Hearing

## I. INTRODUCTION

On November 7, 2006, a motion for a continuance was granted in this matter. The initial request for Due Process Hearing was filed with the Student Hearing Office, by counsel for the parent, Fatmata Barrie, Esq. The request alleges, inter alia, that DCPS failed to provide an appropriate IEP and failed to provide an appropriate educational placement for the student. .

A Due Process Hearing was convened on November 30, 2006, at the District of Columbia Public Schools, ("DCPS"), 825 North Capitol Street, N.E., 8th Floor, Washington, D.C. 20002. Daniel L. McCall, Esq., Attorney-Advisor, represented DCPS. Fatmata Barrie, Esq., represented the parent. Five Day Disclosure Letters were entered into the record, without any objection by either party. On behalf of the parent: Disclosure Letter dated February 9, 2006: JN-01 through JN-17, October 31, 2006: JN-01 through JN-33.and November 22, 2006: JN-01 through JN-33. On behalf of DCPS: Disclosure Letter dated October 21, 2006:DCPS-01 through DCPS-27. Parent's counsel waived a formal reading of the Due Process Rights. Witnesses for the parent: Kea Norris and David Clarke. Witnesses for DCPS: Dianne Peters, Linda David and Jane Barnes. At the outset of the hearing, counsel for the parties required additional time to outline several preliminary matters, as a result counsels were ordered to provide opening and closing arguments in the form of briefs. The record remained open until December 21, 2006 for their submittals. Parent's counsel provided the memorandum on or about December 21, 2006. As a result, the 45- day rule was waived in this matter.

## II. JURISDICTION

The Due Process Hearing was convened, and this decision was written pursuant to *Public Law 108-446, The Individuals with Disabilities Education Improvement Act of 2004,* 20 United States Code 1400 et. Seq.; Title 34 of the Code of Federal Regulations, part 300; Title 5 of the District of Columbia Municipal Regulations and Section 145 of the D.C. Appropriations Act, effective October 21, 1998.

## III. ISSUES

**Whether DCPS denied the student FAPE by failing to conduct evaluations pursuant to a HOD, by failing to provide an appropriate IEP and by failing to provide an appropriate educational placement for the student?**

2.

## IV.     SUMMARY OF RELEVANT EVIDENCE

This case concerns allegations by and through parent's counsel that the District of Columbia Public Schools (hereinafter "DCPS") has failed to provide the student a free and appropriate public education (FAPE).  According to parent's counsel, DCPS failed to comply with a HOD dated March 6, 2006, which required DCPS to complete specific evaluations (Clinical Psychological, Speech and Language and a Occupational Evaluation) convene a MDT/IEP team meeting within a specific timeline to revise the student's IEP and to discuss and determine an appropriate educational placement for J.N.  It is alleged DCPS failed to conduct a Functional Behavioral Assessment, an Assistive Technology Evaluation and, as a result, the student's IEP is inappropriate. Moreover, it is alleged that DCPS' failure to convene the MDT /IEP meeting denied the parent the opportunity to participate in the placement decision-making process.  DCPS alleges that the student has received a free and appropriate public education, as the student placement is appropriate and the student's IEP is appropriate. Further, DCPS alleges that several unsuccessful attempts had been made to contact the parent in order to convene a placement meeting and to obtain the Assistive Technology evaluation, as a result of the parent's counsel failure to attend scheduled meetings the parent was not present.

## V.     FINDINGS OF FACT

The Hearing Officer makes the following findings of fact:

1.      J.N. is an eleven- (11) year old District of Columbia resident and a student presently attending Aiton Elementary School.

2.      J.N. is eligible for special education and related services.  According to the student's most recent Individualized Educational Program ("IEP") dated September 9, 2006 the student's disability classification is learning disabled (LD).[1]

3.      An HOD dated March 6, 2006 required DCPS to conduct specific evaluations and to convene a MDT/IEP meeting within a specific deadline. DCPS failed to timely conduct a Clinical Psychological Evaluation, a Speech and Language Evaluation and a Speech and Language Evaluation. [2]  These evaluations were performed by DCPS.[3]

3.

---

[1] Exhibit: JN-19.
[2] Exhibit: JN-29.
[3] Exhibit: DCPS-27.

4.       Kea Norris, the parent of J.N, testified and concluded that the student had significant and terrible aggressive behavioral issues including: kicking, biting, throwing temper tantrums, fighting and suspensions for behavioral mishaps.  The student was below grade level in most subject areas.[4]

5.       According to the parent, the Special Education Coordinator had a personal grudge against the parent, as the September 21, 2006 team meeting was held without the parent's participation.  Additionally, the parent testified that the placement at Aiton ES was not appropriate nor in the best interest of the student.

6.       David Clarke, Administrative Director at the High Road Academy, testified and concluded that the student had been accepted at the Academy.  High Road Academy is a full-time private day school capable of servicing learning-disabled student such as J.N.[5]

7.       High Road Academy consist of the following: certified special education teachers, student-to-teacher ration (8-2), Speech and Language Services, Psychologists on staff, Occupational Therapist on staff, a Behavioral Management Program, small self-contained classrooms. Mr. Clarke testified that High Road is an appropriate placement for the student, which capable of providing educational benefit.

8.       Diane Peters, Social Worker/ Licensed Clinical Social Worker at Aiton Elementary School, testified and concluded that she had been working with J.N., as she was providing Psycho –Social counseling to the student.[6]  Ms. Peters testified that she attended and DCPS convened a MDT/IEP meeting on September 21, 2006, but the parent and parent's counsel did not attend although notices and letters of invitation had been forwarded to appropriate parties.[7] There is no finding of a procedural flaw, as the evidence indicates that DCPS efforts to obtain the parent's participation were, in fact, diligent and reasonable.

9.       According to Ms. Peters, the student had significant behavioral issues including coping skills, he gets frustrated and his not tolerant of change.

4.

---

[4] Testimony of Kea Norris at the Due Process hearing.
[5] Testimony of David Clarke at the Due Process hearing.
[6] Testimony of Diane Peters at the Due Process hearing.
[7] Exhibit: JN-19.

10.     Ms. Peters testified that the student had achieved tremendous amount of improvement, as he has had good overall adjustment.

11.     According to Ms. Peters, the student had an appropriate and workable IEP, as he was receiving 12.5 hours of specialized instructions. He was out of general education classroom 60% of the time.[8]

12.     Jane Barnes, Speech Pathologist, testified and concluded that the student had made progress in the communication and speech area, as the student had made progress since August.

13.     Linda David, Special Education Teacher at Aiton ES, testified and concluded that she was providing Math and Reading services to J.N., as the student was meeting the goals on his IEP.

14.     The student had exhibited academic progress in Math and Reading, as he was manifesting some academic progress.

15.     DCPS had sent several letters of invitation to counsel for the parent concerning the MDT/IEP meeting including the following letters: July 18, 2006, August 30, 2006 and September 18, 2006.[9]

## VI.    DISCUSSION AND CONCLUSION OF LAW

In this case, petitioner by and through parent's counsel has not sustained its burden of proof. The fundamental issue in this matter is whether DCPS failed to comply with a HOD, which required DCPS to conduct specific evaluations, convene an MDT/IEP meeting and discuss and determine an appropriate educational placement. The evidentiary record supports the contention of DCPS that warranted evaluations were conducted on the student including: a Speech and Language Evaluation, an Occupational Therapy Evaluation and a Clinical Psychological Evaluation. Additionally, a Functional

5.

---

[8] Exhibit: JN-19.
[9] Exhibit: JN-19.

Behavioral Assessment and an Independent Assistive Technology Assessment were performed on behalf of the student. While these evaluations were not in compliance with HOD's deadlines, we note that the untimely nature of the evaluations did not rise to a denial of FAPE. Moreover, the September 21, 2006 MDT/IEP meeting convened by DCPS was not inappropriate, as DCPS had made several reasonable and legitimate attempts to inform the parent and parent's counsel of the MDT/IEP without any success, as DCPS sent letters of invitations.[10] Parent's counsel argued, at the Due Process hearing, that the educational advocate did communicate with DCPS to arrange meetings, but the educational advocate did not provide any testimony in this matter in support of this position; therefore, there was no finding that the convening of the MDT/IEP without the parent's participation represented procedurally error. With regard to the allegations that the student's placement at Aiton ES is inappropriate, a preponderance of the evidence failed to support this contention, as the parent did indicate her active displeasure with the placement. Notwithstanding, all of DCPS' witnesses credibly testified that the student IEP was being implemented, the student had made progress with his communication problems and the student was receiving some academic benefit. The student's parent is requesting placement at a full-time private special education placement; however, none of the evaluations prepared on behalf of the student outlined any requirement to place the student in a full-time special education program and the student's IEP does not require a full-time special education placement.

IDEA mandates and requires the local educational agency (LEA) to provide an appropriate IEP and also provide the parent the opportunity to participate in the special education decision-making process. Further, IDEA mandates that DCPS provide a placement capable of providing some educational benefit. *Board of Education of Hendrick Hudson Central School District v. Rowley* 458 U.S. 176 (1982) Here, in this instance, DCPS conducted a battery of evaluations, convene a MDT/IEP meeting and reasonable sought the participation of parent without success. Further, DCPS provided testimony that the student was receiving some educational benefit.. Under these set of circumstances, the student has been provided a free and appropriate public education (FAPE).

**Based upon the foregoing, IT IS HEREBY ORDERED:**

1) **Petitioner's request for relief is DENIED.**

2) **Petitioner's petition is hereby DISMISSED WITH PREJUDICED.**

6.

---

[10] Exhibit: DCPS-19, 20, 21.

**VII.     APPEAL PROCESS**

      This is the **FINAL ADMINISTRATIVE DECISION.  Appeals may be made
to a court of competent jurisdiction within ninety- (90) days from the date this
decision was issued.**

_____                Date Filed: _01-11-07_____
**Charles R. Jones, Esq., Hearing Officer**

Date Issued: _____

7.

0008

**ATTENDANCE SHEET**

STUDENT'S NAME: J█████ N█████

SCHOOL OF ATTENDANCE: AITON ES

D.O.B: ████-95

HEARING DATE: 11-30-06    ROOM: IIR 3    TIME: 1:00    A.M./P.M.

| PARTICIPANT NAME: | ON BEHALF OF DCPS OR STUDENT: | TITLE: |
|---|---|---|
| Daniel McCall | DCPS | Attorney |
| Fatmata Barrie | Student | Attorney |
| Kea Norris | Student | Mother (by Phone) |
| David Clarke | Student | Admissions Dir (High Road) |
| Diane Peters | DCPS | Social Worker |
| Linda David | DCPS | Special Education Teacher |
| Jane Barnes | DCPS | Speech Pathologist |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

_____
Impartial Hearing Officer

Revised 10/17/2006

0009

District of Columbia Public Schools
Student Hearing Office
825 North Capitol St. NE, 8th Floor
Washington, DC  20002

## OPENING AND CLOSING STATEMENT

| | |
|---|---|
| **J██████ N██████, STUDENT**<br>**KEA NORRIS, PARENT** | )<br>)<br>) |
| Date of Birth: ████/95 | )<br>) |
| Petitioner, | )<br>) Hearing Officer:  Charles R. Jones, Esq. |
| v. | )<br>) |
| **THE DISTRICT OF COLUMBIA**<br>**PUBLIC SCHOOLS** | )<br>)<br>) |
| Respondent. | )<br>) |

On March 6, 2006, an HOD ordered DCPS to provide a speech and language

evaluation, occupational therapy evaluation and a clinical psychological within 10 days.

The HOD also ordered DCPS to complete a Functional Behavioral Assessment, and a

Behavior Intervention Plan within 15 days of the order; to complete an Assistive

Technology Assessment (AT) within 15 school days and convene a meeting to review the

evaluations.  The HOD also ordered DCPS to train the parent and teachers on the usage

of the AT.  On 04/30/06, parent's advocate requested the evaluations per the HOD (JN-

24) and on May 7, 2006, the advocate wrote a letter to Aiton (JN-25).  In that letter, the

advocate was responding to DCPS only providing some evaluations but not the clinical,

or the AT.  On 08/12/06 (JN-26), the parent's advocate forwarded DCPS a letter

reminding them again that DCPS is providing only some of the evaluations.  On

1

0010

September 19th and 20th, the advocate contacted Aiton ES to inform the school that the meeting that they scheduled for 09/21/06 was not convenient and as such would like for the meeting to be re-scheduled. However, despite the several chances that the parent and advocate gave DCPS to complete the evaluations, and the several phone calls to DCPS to attempt to schedule the meeting, unbeknownst to the parent or advocate, DCPS went ahead and convened the meeting on 09/21//06.

09/22/06 (JN-27), parents' advocate forwarded a letter to Aiton ES requesting a confirmation of one of the meeting dates that the advocate had left with the social worker. However, DCPS did not respond. On 10/02/06, the advocate was finally able to speak to the special education coordinator (SEC) who informed the advocate that they went ahead with the meeting. On that same date, the advocate wrote a letter (JN-28) to the SEC and office of mediation and compliance memorializing their conversation and the several phone calls and messages that the advocate left, including the dates she proposed for the meeting. However, DCPS did not respond and did not schedule another meeting.

As a result, on 10/18/06, parent's advocate forwarded a letter to DCPS requesting that the meeting be rescheduled. The advocate proposed dates for DCPS to choose from. However, DCPS again did not respond to the request. Therefore, not only failing to adhere to the HOD but also failing to respond to the parent's several requests for a meeting.

According to 20 U.S.C. §1414(e), "each local educational agency or state educational agency shall ensure that **the parents** of each child with a disability are **members of any group that makes decisions on the educational placement of their child.** 34 C.F.R. 300.552(a)(1) states that "in determining the educational placement of a

0011

child with a disability, . . . each public agency shall ensure that the placement decision is made by a group of persons, including the parents . . . the meaning of the evaluation date, and the placement options." However, that did not happen. DCPS would like the hearing officer to believe that they wanted to convene the meeting but the documentation clearly shows otherwise. Additionally, DCPS did not have anyone testify at the hearing who had personal knowledge of the interactions between the SEC and the educational advocate. However, the parent's documents include all the letters written by the advocate, including the fax confirmations that came with it.

According to 20 USC §1415(f)(3)(E), the hearing officer is to find a denial of a FAPE if the procedural violation "significantly impeded the parent's opportunity to participate in the decision[-]making process regarding the provision of a free appropriate public education to the . . . child." In the instant case, DCPS clearly hindered the parent's right to participate in the decision making of the student's education because the mother testified that they were never members of a team that discussed placement or the educational services that J█████ is to receive. Additionally, DCPS did not have any evidence of as their 09/12/06 meeting notice's fax confirmation page does not state where the document went (bottom of the page where it states the date, time and what number it was sent to). In fact during the hearing, it was noted that one or two of the so-called notices were sent to a different fax number and not the advocate's fax number.

Additionally, in Bd. of Educ. of Hendrick Hudson Central Sch. Dist., v. Rowley, 1981-1982 EHLR 553:656 (1982), the U.S. Supreme Court recognized that if the educational agency fails to follow the procedures enumerated in IDEA, then it follows that a child with disability has been denied FAPE. In addition, it has been found that if

that failure to follow the IDEA procedures hinders the right of the parents to participate in the formulation of their child's IEP, then that violation is likely to be considered more than a mere technicality. <u>W.G. v. Bd. of Trustees of Target Range Sch. Dist. No. 23</u>, 18 IDELR 1019 (9th Cir. 1991). In that case, the district gave the parents no options and took the stance of 'take it or leave it.' <u>Id</u> at 1484

In fact the social worker, on cross examination testified to the fact the parent is a member of the IEP team and as such should have a say as to the appropriateness of the placement and services for her child. Therefore, the parent, through counsel urges the Hearing Officer to find that the procedural violation in the instant case is not merely a technicality.

Furthermore, in <u>Tice v. Botetourt County School Board</u>, 908 F.2d 1200, 1203, the court stated that providing funding to state educational agencies "is conditioned on a state's compliance with extensive procedural requirement . . ." <u>Tice</u>, in quoting <u>Hall v. Vance County Bd. of Educ.</u>, 774- F.2d 629, 635 (4th Cir 1985) stated "As we have **repeatedly held**, 'failures to meet the Act's procedural requirements are adequate grounds by themselves for holding that a school failed to provide . . . FAPE.'" <u>Id.</u> at 1206 See also <u>Board of Educ. of Cabell County v. Dienelt</u>, 843 F.2d 813, 815 (4th Cir. 1988). <u>id.</u> The issue in both <u>Hall</u> and <u>Dienelt</u> was that the educational agency did not adhere to the procedural guidelines to have the parents involved in the formulating of their child's IEP. <u>id.</u> at 1207 Similar to <u>Hall</u> and <u>Dienelt</u>, in the instant case, DCPS failed to adhere to the procedural rules when it failed to involve the parent in the decision making of J███████ educational needs, including placement.

4

In addition <u>Tice</u> quotes from <u>Hudson v. Wilson</u>, 828 F.2d 1059, 1063 (4th Cir. 1987) when it states that 'procedural noncompliance can by itself support a finding that a child has not been provided with FAPE.' Therefore, the Hearing Officer should find that DCPS' failure to convene a meeting to discuss Amber's educational placement amounts to a denial of FAPE.

In addition to the above cases, <u>Briere v. Fair Haven Grade Sch. Dist.</u>, 948 F. Supp. 1242 (1996) supports the parents' contention that a procedural violation amounts to a denial of FAPE. The Court in <u>Briere</u> states, "IDEA requires that parents be afforded the opportunity to be involved in the educational planning process." <u>Id.</u> at 1250  It continues by saying that "The Supreme Court has emphasized the significance of strict adherence to procedures set out in IDEA in <u>Board of Education v. Rowley</u>, 458 U.S. 176, 73 L. Ed. 2d 690, 102 S. Ct. 3034 (1982)." The Court then quotes from <u>Rowley</u> when it states, 'we think that the importance Congress attached to these procedural safeguards cannot be gainsaid.' <u>Id.</u>

<u>Briere</u> continues by finding that the team's refusing to discuss options and to consider the parent's choice of placement "inhibited meaningful parental involvement and contravened the letter and the spirit of the statute" <u>Id</u> at 1254 and ". . .constituted a flagrant refusal to consider an involved and knowledgeable parent's placement proposal." <u>Id</u> at 1253  The Court found that a finding of denial of FAPE is warranted when 'the procedural inadequacies compromised the pupil's right to an appropriate education, **seriously hampered the parents' opportunity to participate** in the formulation process . . ." <u>Id.</u> at 1255

0014

5

In this case, there was no showing that Aiton ES has been and is an appropriate placement. The mother testified to the fact that J█████ has been at Aiton for over three years and yet has seen no improvement in him. This is clearly shown by the differences of his scores in his 06/3/03 (JN-07) and his 02/2006 (JN-22) psycho-educational evaluations. His scores are as follows:

| February 2006 Psycho-educational Standardized Scores | June 3, 2003 Psycho-educational Standardized Scores |
|---|---|
| 1. Reading = 57 | 84 --- Difference of 27 points |
| 2. Reading Comprehension = 60 | 76 ---  Difference of 16 points |
| 3. Math Reasoning = 84 | 106 --- Difference of 22 points |
| 4. Spelling = 63 | 85 --- Difference of 22 points |

### WIAT COMPOSITE

| | |
|---|---|
| 1. Reading = 54 | 77 --- Difference of 23 points |
| 2. Math = 77 | 102---Difference of 25 points |

DCPS completed both evaluations and as the hearing officer can see, there has been no progress. In fact there is clear regression. The student's standardized scores are extremely different between his 2006 psycho-educational and his 2003 psycho-educational. It is incorrigible that DCPS can claim to have provided this student with the appropriate education or that he has progressed academically when it is clear that it is not true.

Additionally, his reports cards clearly show the pattern of failure because he scores below level on all his subjects. (JN-16 and JN-32 to 33) These report cards show the below level academics and his IEP report card states his continued oppositional

0015

behavior. In fact the mother testified to the fact that his report cards have all been below basic.

Furthermore, DCPS' own witness, Ms. Barnes testified to the fact that his IEP goals, including his speech have not changed since 12/13/04, for almost two years. This clearly shows the lack of progress because he continues to be taught with the same goals. His teacher testified to the fact that his problem with reading comprehension impacts his math ability. Therefore, clearly showing the problems J██████ has.

In Florence County School Dist. v. Carter, 510 US 7 (1993), the Supreme Court ruled that if there is a denial of FAPE, a private placement is warranted. According to the Consent Decree, it is a rebuttable presumption that there has been a denial of FAPE when the HOD is violate. In this case, it is clear that the HOD ws violated on several levels. However, more importantly, DCPS has not provided the student with appropriate services. As a result, the only course left to the Hearing Officer is to order that DCPS place and fund J██████ at High Road School of DC.

His IEPs have been inappropriate because they have not provided him educational benefit, the goals are the same and he did and still continues to not have a full time IEP. In fact although DCPS' own clinical psychologist (06/07/06 clinical – JN-21) diagnosed him with Adjustment Disorder with Mixed Disturbance of Emotions and Conduct, Chronic, his IEP does noto reflect the ED classification but has maintained the LD classification.

The clinical psychological indicates on page 3 that J██████ stated that he "becomes angry when he tries to read. He said that it was hard for him to read." The clinical psychological continued by stating that J██████ feels frustrated due to his inability to speak

7

clearly and his need for the output device. The clinician's imprssions/clinical implications on page 4 states that J██████"lacks coping skills, he becomes angry and will throw chairs and/or attack students. He is very stubborn, cries easily and is especially sensitive about his speech. J██████ has difficulty transitioning in the hallway between classes and often instigates fights." As this clinical psychological clearly shows J██████ is in desperate need of extreme services and he is not getting that at Aiton ES. As a result, the hearing officer should find in favor of the student and the parent and find that the placement is inappropriate and the services are inappropriate, his IEP is inappropriate and that he is in need of a therapeutic program that can address his diagnosed ED disability and his academic deficits. At the rate that he is regressing, it would be an injustice to keep him at Aiton any longer because he will be set up to fail.

We also ask that DCPS convene a meeting within 30 days of J██████ enrollment at High Road to review all evaluations, review and revise the IEP, discuss and determine placement, PNOP within 5 school days if to a public school and within 30 days if to a private school. We also ask the hearing officer to order DCPS to determine compensatory education hours once the new IEP has been completed and we know what services he would be receiving. This should be done due to the denial of FAPE for the past two years.

Respectfully Submitted: Fatmata Barrie, Esq.

Date:                    December 20, 2006

cc: Daniel McCall, Esq.
Office of General Counsel
Via Facsimile: 202-442-5098

8



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**

**Office of the Superintendent**
Office of the General Counsel
825 North Capitol Street, N.E., 9th Floor
Washington, D.C. 20002-4232
202-442-5000        Fax: 202-442-5098
www.k12.dc.us

December 19, 2006

Ms. Fatmata Barrie, Esq.
Attorney
1003 K. Street, N.W., No. 500
Washington, D.C. 20001

**Order to Convene a Resolution Meeting/MDT/IEP meeting**

**VIA FACSIMILE (202) 626-0048**
**& Email Attachment**

**Subject: Due Process Hearing Request for J█████ N█████**
**DOB:  ██/95**
**Attending School:  Aiton E.S.**
**Home School:  Aiton E.S.**

Dear Ms. Barrie:

    This letter is to disclose to you the copy of the MDT/IEP meeting notes from the meeting held on December 13, 2006, pursuant to the Order of the Hearing Officer. Your employee, Ms. Pressley, and the parent, Ms. Norris, failed to attend the meeting after agreeing to the date and time in advance of the meeting.

    I have filed a copy of this documentation with the Hearing Officer to demonstrate that we attempted to comply with his Order to convene the meeting, and that neither your firm or your client has cooperated.

    Thank you for your prompt attention to this matter.

Sincerely,

/s/ Daniel McCall
Daniel L. McCall
Attorney-Advisor

Cc:    **Via Hand Delivery/Filing w/ SHO**
       Hearing Officer

Cc:    **Via Fax (202) 724-4630**
       Angela Allen, SEC Aiton ES

0018

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES

| MDT |

MDT REFERRAL DATE: _____    MEETING DATE: _12-13-06_

STUDENT: J_____ N_____    SCHOOL: Aiton Elementary

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| Ms. Kea Norris | Did Not Attend Meeting | Parent |
| Mrs. Linda David/Rice | L David | Special Educator |
| Ms. Angela McMillian | | gen ed. teacher |
| Ms. Angela Allen | Angela J Allen | SEC |
| Ms. Dianne Peters | D Peters, LICSW | Social Worker |
| Ms. Flourney | via telephone | A.T. Evaluator |
| Mrs. Jane Barnes | Jane Barnes MA CCC-SLP | speech pathologist |
| Mrs. K. Meyers-Dennings | K D | SCH. PSF |

Meeting Type: Special - HOD Ordered - MDT/IEP
(2nd Review)

Meeting Purpose: To fulfill the proposed Resolution solution to review all of the reevaluations for J_____ N_____, discuss Compensatory Education, Tutoring Placement, revise the IEP (review).

Procedural Safeguard Manual: Was sent via mail to the parents counsel to give to the parent. Parents counsel and parent did not come to

THE PARENT ☐ IS PRESENT ☒ IS NOT PRESENT AT THE MEETING

AFTER A REVIEW OF THE ASSESSMENTS, IT IS DETERMINED THAT ___J_____ N_____

☒ IS ELIGIBLE FOR SPECIAL EDUCATION

☐ IS NOT ELIGIBLE FOR SPECIAL EDUCATION

DISTRICT OF COLUMBIA PUBLIC SCHOOLS    07-02-2001    DIVISION OF SPECIAL EDUCATION    MDT MEETING NOTES    APPENDIX - A

0019

20 of 4

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

INDIVIDUALIZED EDUCATION PROGRAM
(IEP)
MEETING NOTES

STUDENT _J██████ N██████_          SCHOOL _Aiton Elementary_    DATE: _12-13-06_

| PARTICIPANTS: | PARTICIPANTS: (Sign Name) | DISCIPLINE |
|---|---|---|
| | | Parent  Principal |
| Ms. Adams | via telephone | Occupational Therapist |
| Ms. Annie Pressley | Did Not Attend Meeting | Advocate |
| Peggy Mussenden | Peggy Mussenden | Principal |

Parents Counsel Contacted Ms. A. Allen at 9:30 am.
12/13/06 to establish if the meeting was still going
on as scheduled.

   Ms. A. Allen indicated that the meeting would
still go on as scheduled.

Ms. Pressley
   I thought the hearing officer allowed the student
to be placed at another school

Ms. Allen
   No J██████ is still attending Aiton.

0020

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE: _____

MULTIDISCIPLINARY TEAM (MDT)
CONTINUATION MEETING NOTES
MEETING TYPE: HOD SA

Page: 3 of 4

STUDENT: J_____ N_____    SCHOOL: Aston Elementary DATE: 12/13/06

Ms. Pressley

O.K. well I forgot about the meeting but I'll be there no later than 10:30 a.m. That's the best I can do.

Ms. A. Allen

O.K. will be ready.

Ms. Pressley — phoned again 9:50

Ms. Allen this is Ms. Pressley again I'm having car trouble and I won't be able to make it. I tried to get my neighbor to help me with my car but he said he can't. It's going to take a mechanic an hour before he gets here and I don't know how long it will be after that.

DCPS was available to follow the Hearing Officers request to review all reevaluations again for the parent. DCPS was also ready to review as requested the IEP, discuss placement, discuss tutoring and compensatory education and ESY.

12-19-06;12:20PM;

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
WASHINGTON, DC

MDT REFERRAL DATE: _____    MULTIDISCIPLINARY TEAM (MDT)    Page: **4** of **4**
CONTINUATION MEETING NOTES
MEETING TYPE: HOD-SA

STUDENT: ▮▮▮▮ ▮▮▮▮    SCHOOL: Aston Elementary DATE: 12/13/06

The parent did not make any attempts to alert Aston's MDT that she would not be available for to attend the scheduled/confirmed MDT Meeting. This meeting was scheduled at the Resolution Meeting on 11/22/06 where the mother (Ms. Kea Norris) participated by phone.

DCPS has completed the requests set forth in the Settlement Agreement by the hearing officer. Neither parent or parent's counsel participated in the confirmed 12/13/06 - 10:00 MDT Meeting. All HOD Issues would have been completed today. Compensatory Education is not warranted. ESY is not recommended by the MDT Team. Tutoring is not warranted however mom may apply to the many afterschool free tutoring programs offered at Aston. Aston is still the appropriate placement for ▮▮▮▮ and services can be rendered at Aston his neighborhood school.



Office of the General Counsel
9th Floor
825 North Capitol St, NE
Washington, DC 20002
(202) 442-5000
Fax (202) 442-5098

# FACSIMILE

**DATE**: Tuesday, December 19, 2006

**TO**: Fatmata Barrie                    **FAX**:   (202) 626-0048

**CO**: _____                **TEL**: _____

**FROM**: Daniel L. McCall, Esq.
             Attorney Advisor, 202-442-5564

No. Pages, Including Cover Sheet: 6

**RE**: J██████ N██████ v. DCPS

**COMMENTS**:

Ltr. to FB re: Copy of Resolution notes.

### CONFIDENTIALITY NOTICE

*The information contained in this telefacsimile has been transmitted by an attorney. It is privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If this communication has been received in error, please notify us immediately by telephone, and return the original message to us at the above address via first class prepaid US postage. Thank you.*

0023

**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**

_www.k12.dc.us_

Date: _11/22/06_

Parent's Name: _Ms. Kea Norris_

Parent's Address: _5508 Eads Street_
_N.E. Washington DC. 20019_

Subject: Resolution Session for _▓▓▓▓▓ ▓▓▓▓▓_

DOB: _▓▓▓/98_

Attending School: _Aiton Elementary_

## SETTLEMENT AGREEMENT

A resolution meeting was held on the above referenced date and an agreement between the parties to this action, District of Columbia Public Schools (hereinafter DCPS) and parent was reached. The parties agree to resolve this matter pursuant to the following terms and conditions (check the box / boxes that apply and initial on corresponding line):

☐ **Eligibility Determination**

___DCPS agrees to issue a prior notice regarding eligibility/ineligibility.
___If the student is found eligible, DCPS will develop an IEP and determine placement.
___DCPS agrees to issue a prior notice of placement within 5 school days, if the placement is public and 30 calendar if the placement is non-public.

☐ **Conduct Evaluations & Hold MDT Meeting**

___Within _____ school / calendar (_circle one_) days of execution of this agreement, DCPS agrees to conduct the following assessment(s)/evaluation(s):

☒ psycho-educational evaluation    _completed_  ⎫ _will review again_
☒ speech/language evaluation       _completed_  ⎬ _on 12/13/06_
☒ occupational therapy evaluation  _completed_  ⎭
☐ physical therapy evaluation

0024

☒ clinical psychological *Completed and will review again 12/12/0_*
☐ hearing screening
☐ vision screening
☐ audiological assessment
☐ classroom observation
☒ functional behavior assessment *Completed, will review again 12/13/06*
☐ Vineland Adaptive Scales assessment
☐ vocational assessment (I, II, III) *(circle one)*
☐ social history evaluation
☒ assistive technology assessment *Completed, will review again 12/13/06*
☐ psychiatric assessment
☐ neurological evaluation
☐ neuropsychological evaluation

If DCPS fails to complete the evaluation/evaluations within the above stated time frame, the parent can secure the above agreed evaluation(s) at the expense of DCPS, consistent with DCPS cost guidelines, not to exceed those specified in the *Superintendents Directive Number 530.6, dated March 20, 2002.*

_____ Within 15 school days of completion or receiving the last independent evaluation, DCPS will convene an MDT/IEP meeting to review the evaluation(s), amend the IEP, as appropriate, discuss placement and issue a prior notice, if necessary.

☐ **Fund Independent Evaluations**

_____ DCPS agrees to fund the following independent evaluation(s):

☐ psycho-educational evaluation
☐ speech/language evaluation
☐ occupational therapy evaluation
☐ physical therapy evaluation
☐ clinical psychological
☐ hearing screening
☐ vision screening
☐ audiological assessment
☐ classroom observation
☐ functional behavior assessment
☐ Vineland Adaptive Scales assessment
☐ vocational assessment (I, II, III) *(circle one)*
☐ social history evaluation
☐ assistive technology assessment
☐ psychiatric assessment
☐ neurological evaluation
☐ neuropsychological evaluation

The parent agrees that DCPS' cost liability shall not exceed those specified in the *Superintendents Directive Number 530.6, dated March 20, 2002.*

___Within 15 school days of completion or receiving the last independent evaluation, DCPS will convene an MDT/IEP meeting to review the evaluation(s), amend the IEP, as appropriate, discuss placement and issue a prior notice, if necessary.

___If the MDT/IEP team proposes a new placement, DCPS agrees to issue a *prior notice of placement* within 5 school days if the placement is public and within 30 calendar days if the placement is non-public.

☒ **Compensatory Education**

___DCPS agrees to develop a compensatory education plan by _____, 2005.
___DCPS agrees to implement the attached compensatory education plan.
☒ Other: *will reconvene & discuss 12/13/06*

☒ **Tutoring**

___DCPS agrees to provide _____ hours of one on one tutoring to compensate for missed specialized instruction.
☒ Other: *will reconvene & discuss 12/13/06*

☒ **MDT Meeting to Discuss Placement**

___DCPS agrees to issue a *prior notice of placement* within 5 school days if the placement if public and within 30 calendar days if the placement is non-public.
☒ Other: *will reconvene & discuss 12/13/06*

☐ **Referral for Residential Placement**

___DCPS agrees to send a minimum of three referrals to residential placements within 15 school days of execution of this agreement.

Parent agrees to cooperate fully with DCPS in the implementation of the terms of this settlement agreement. Any delay caused by the student, parent, or their representative as it pertains to testing, meeting dates, or compliance with the terms of this agreement will toll any deadlines herein by one day for each day of delay.

This agreement is in full satisfaction and settlement of all the claims contained in the pending hearing Complaint, including all claims that the parent now asserts or could have asserted as of the date of this agreement.

Both parties agree that they have 3 days to withdraw the settlement agreement. If either party decides to withdraw the settlement agreement said withdrawal must be in writing and provided the other party.

Jurisdiction for this agreement lies within the District of Columbia. This agreement is a legally binding agreement that is enforceable in the U.S. District Court for the District of Columbia or the D.C. Superior Court.

Agreed to:  _____        _____11/22/02_____
                    Principal or designee                              Date

Agreed to:  _____        _____
                    Parent                                                 Date

0027

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

_/_PUBLIC    ___DPCS CHARTER    ___LEA CHARTER    __ NONPUBLIC    __ PRIVATE/RELIGIOUS

## RESOLUTION MEETING NOTES

Meeting Confirmation Date: _11/15/06_                    Meeting Held: _11/22/06_

Student: ▢▢▢▢▢  DOB_____  School: _Aston_

| PARTICIPANTS (Print Name) | PARTICIPANTS (Sign Name) | POSITION |
|---|---|---|
| Ms. Kea Norris | Via Telephone | Mother |
| Ms. Pressley | Cynni R Pressley | Advocate |
| Ms. W. Peters | W. Peters, LICSW | Social Worker |
| Mr. A. Allen | Angela Jr Allen | SEC |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

_____ Resolved                    _✓_ Unresolved

DCPS is available to review all reevaluations
per the that that been completed per the
settlement agreement. The MDT date
to convene the review all evaluations
~~for~~ the parent at the next MDT Mtg.

The advocate was unaware of a date
in which she is available. She stated
she would check her schedule.
The parent is requesting between
the hours of 10:00-12:30 p.m.

RESOLUTION MEETING NOTES                    Page _1_                    July 11, 2005

0028

FEB-15-2006  15:18        DCPS GENERAL COUNSEL                    2024425097     P.010
HUG 03 03 04:40p      HAMILTON CENTER            202 6983790                  P.9

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

___ PUBLIC     ___ DPCS CHARTER     ___ LEA CHARTER     ___ NONPUBLIC     ___ PRIVATE/RELIGIOUS

### RESOLUTION MEETING NOTES Cont'd.

Meeting Confirmation Date: 11/15/06          Meeting Held: 11/22/06

Student: J_____ N_____          School: Aiton Elem.

Wednesday December 13, 06 @ 10:00 a.m.
at which time we will review
the last requested reevaluations;
~~revise the~~ review the IEP, discuss
placement, discuss comp. Ed if
warranted, and or tutoring if
warranted, and revise the ~~IEP~~

Encounter trackers requested
and will be sent by mail to law
office for student.

DCPS has already provided
these documents up to the last
MDT meeting where parents counsel
was present. DCPS is requesting

600 ☐          OFF. OF GENERAL COUNSEL.          08/09/2005 10:28 FAX 202 442 5098          ☐009

FEB-15-2006  15:18    DCPS GENERAL COUNSEL    2024425097    P.010

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## WASHINGTON, D.C.

✓ **PUBLIC**    __ DPCS CHARTER    __ LEA CHARTER    __ NONPUBLIC    __ PRIVATE/RELIGIOUS

## RESOLUTION MEETING NOTES Cont'd.

Meeting Confirmation Date: 11/15/06          Meeting Held: 11/22/06

Student: _____          School: Aiton Elementary

a return receipt from Mrs. Pressley for documents received due to the constant statement that she is not in receipt of documentation. Fax confirmations to support receipt may be obtained from DCPS (Aiton.

② DCPS will fax/mail encounter tracker forms.

DCPS agrees that Aiton has provided everything stated in the Settlement agreement and has proven that they have not denied FAPE to this Student. Aiton is an appropriate placement and can continue to provide the necessary services for this Student.

RESOLUTION MEETING NOTES          Page 3          July 11, 2005          0030

06/08/2005 10:28 FAX 202 442 5089    OFF. OF GENERAL COUNSEL    @009

FEB-15-2006  15:18    DCPS GENERAL COUNSEL    2024425097    P.010

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

_✓_PUBLIC    __DPCS CHARTER    __LEA CHARTER    __NONPUBLIC    __PRIVATE/RELIGIOUS

**RESOLUTION MEETING NOTES Cont'd.**

Meeting Confirmation Date: _11/15/06_    Meeting Held: _11/22/06_

Student: _____    School: _Aiton_

Ms. Pressley has stated before the MDT Team that since Aiton can not guarantee attorneys fees then this case should proceed to hearing. Aiton is deferring Ms. Pressley to the 835 N. Capitol Headquarters because they determine whether attorneys fees will be granted.

Advocate also states that because Comp. Ed and Tutoring could not be determined this case should also go forward to hearing. DCPS reminds counsel/advocate that those determinations are based upon an MDT meeting with supporting data

RESOLUTION MEETING NOTES    Page _4_    July 11, 2005    0031

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

✓ PUBLIC        ___ DPCS CHARTER        ___ LEA CHARTER        ___ NONPUBLIC        ___ PRIVATE/RELIGIOUS

## RESOLUTION MEETING NOTES Cont'd.

Meeting Confirmation Date: __11/05/06__          Meeting Held: __11/22/06__

Student: _____          School: __Aiton Elem__

which drives the decision whether comp. Ed, tutoring, services are warranted. Encounter trackers are also a factor in that decision. DCPS will afford those provisions should they be warranted that the student receive comp El, tutoring or any other missed related service which will be determined at the 12/13/06

RESOLUTION MEETING NOTES                Page __5__                July 11, 2005

0032

## DCPS IDEA Complaint-Resolution Process
### Telephone Contact Log

Student: ~~[redacted]~~     DOB: ~~[redacted]~~ / 95

| Date(s) | Person Contacted & Telephone No. | Outcome(s) of Contact |
|---------|----------------------------------|----------------------|
| 11/15/06 | ms. Pressley office contacted to | Confirmed Resolution mtg @ 11/22/06 1ᵖᵐ |
| 11/22/06 | confirm. mtg. | Meeting will convene |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

DCPS                                                                 June 16, 2005

# LAW OFFICES OF
# CHRISTOPHER N. ANWAH, PLLC

Attorneys and Counselors at Law

Christopher N. Anwah, Esq.
(DC, MD, NJ)
Fatmata Barrie, Esq.
(DC, FL)
Georgina A. Oladokun, Esq.
(MD)
Tamika N. Jones, Esq.
(DC)

Carpenter's Building
1003 K Street, N.W.
Suite 565
Washington, D.C. 20001
Phone: (202) 626-0040
Fax: (202) 626-0048
Email: chrisanwahfirm@chrisanwahfirm.com

November 22, 2006

Tiffany Puckett, Esq.
Office of General Counsel
825 North Capitol St, NE
9th Floor
Washington, DC  20002

**Via Facsimile: 202-442-5098/97**

RE:    J██████ N█████
DOB:    ██████/95

## Disclosure of Witnesses and Documents

Dear Ms. Puckett:

Pursuant to the five-day rule set forth in 34.C.F.R. 509 (a) (3), attached is a list of witnesses and documents, which we intend to rely on for the upcoming Due Process Hearing scheduled for November 7, 2006.

### Witnesses*

1.  Kea Norris – Parent, 5508 Ends St. NE Wash DC 20019, 202-399-7384
2.  J████ N████ – Student     "      "      "      "      "      "
3.  Educational Advocate and/or designee, 1003 K Street NW #565, Washington, DC  20001
4.  Sharon Millis and/or designee – Expert/Knowledgeable in Special Education, 11666 Cygnet Dr., Waldorf, MD  20601, 301-870-6474
5.  Arvette Page and/or designee – Expert/Knowledgeable in Special Education, 6204 Gothic Lane, Bowie, MD  20720, 202-491-3451
6.  Derek Marryshow and/or designee – Psychologist/Expert in Special Education, 5104 Aldershot Dr., Lanham, MD  20706, 301-333-2009
7.  Keren Plowden and/or Designee – Rock Creek Academy, 4401 Connecticut Ave., Washington, DC  20008, 202-378-1400

8.     David Clarke and/or designee – High Road, 1246 Taylor St., NW Washington, DC 20011, 202-722-7900

*\*Witnesses may testify by telephone*

## **Documents**

JN-01   12/16/05 Due Process Complaint
JN-02   12/13/04 IEP
JN-03   11/17/03 IEP
JN-04   09/29/03 IEP
JN-05   10/23/02 MDT Meeting Notes
JN-06   06/18/02 IEP
JN-07   06/23/03 Psycho-ed Evaluation
JN-08   0910/22/03 Assistive Technology Team Evaluation and Recommendation
JN-09   02/27/04 Speech Evaluation
JN-10   Speech Pathologist's Report
JN-11   Letters to DCPS
JN-12   12/05/05 Document Request Letter
JN-13   04/02/04 Settlement Agreement
JN-14   01/24/06 Letter from Aiton
JN-15   12/05/02 Letter from Michelle Flowers
JN-16   Report Cards
JN-17   Stanford Nine Scores
JN-18   Sharon Millis, Derek Marryshow and Arvette Page's Curriculum Vitae
JN-19   09/21/06 IEP
JN-20   03/17/06 Speech and Language Evaluation
JN-21   06/07/06 Clinical
JN-22   February 2006 Psycho-educations Re-Evaluation
JN-23   05/23/06 Assistive Technology Team Evaluation
JN-24   04/30/06 Letter to DCPS
JN-25   05/07/06 Letter to DCPS
JN-26   08/12/06 Letter to DCPS
JN-27   09/22/06 Letter to DCPS
JN-28   10/02/06 Letter to DCPS
JN-29   10/18/06 Letter to DCPS
JN-30   03/06/06 HOD
JN-31   05/03/06 Fax Cover Page from DCPS
JN-32   5th Grade Report Card and Teacher Comments
JN-33   5th Grade IEP Report Card

*\*\*We intend to rely on documents previously disclosed by parent and DCPS on 02/09/06 for the 02/16/06 hearing and 10/31/06. JN-01 to JN-33 previously disclosed. However, if DCPS counsel requires the other documents please do not hesitate to contact me.*

We reserve the right to disclose additional documents as they become available, the right to rely on and call on DCPS' witnesses and evidence as if disclosed by us and the right to rely on documents previously disclosed to counsel for any prior hearings or procedures. We also reserve the right to produce rebuttal witnesses and to object to expert witnesses without curriculum vitae.

Should you have any questions or need additional information, please do not hesitate to contact me.

Sincerely,

Fatmata Barrie, Esq.

cc: SHO

# LAW OFFICES OF
# CHRISTOPHER N. ANWAH, PLLC

**Attorneys and Counselors at Law**

Christopher N. Anwah, Esq.
   (DC, MD, NJ)
Fatmata Barrie, Esq.
   (DC, FL)
Georgina A. Oladokun, Esq.
   (MD)

Carpenter's Building
1003 K Street, N.W.
Suite 565
Washington, D.C. 20001
Phone: (202) 626-0040
Fax: (202) 626-0048
Email: chrisanwahfirm@chrisanwahfirm.com

## FACSIMILE COVER LETTER

**DATE:** 11/22/06

**TO:** Tiffany Puckett, Esq.

**COMPANY:** OGC

**FAX NUMBER:** 202-442-5098

**FROM:** Fatmata Barrie, Esq.

**RE:** J█████ N████ 5-day

**TOTAL NUMBER OF PAGES INCLUDING COVER SHEET  04**

**MESSAGE:**

0037

30162

| START TIME | SENT TO | PAGES | RESULT |
|-----------|---------|-------|--------|
| 11:36P | 2024425098 | 4 | OK |

... Series

TRANSMISSION VERIFICATION REPORT

```
                                    TIME   : 11/08/2006 09:13
                                    NAME   :
                                    FAX    :
                                    TEL    :
                                    SER.#  : BROE6J471573
```

```
        DATE,TIME              11/08  09:12
        FAX NO./NAME           96260048
        DURATION               00:00:27
        PAGE(S)                01
        RESULT                 OK
        MODE                   STANDARD
                               ECM
```

OFFICE OF THE
GENERAL COUNSEL
2006 NOV 14 PM 3 54

# District of Columbia Public Schools
## State Enforcement & Investigation Division
### STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
PHONE: (202) 442-5432
FAX: (202) 442-5556



X REVISED COPY

**HEARING NOTICE**

MEMORANDUM VIA: [X] FACSIMILE [ ] MAIL [ ] HAND DELIVERY

TO:    Parent (or Representative): _F. BARRIE_____    Fax No.: _626-0048_

LEA Legal Counsel: _D. McCALL_____

RE:    ███████ ███████_____ and (LEA) DOB: _____
       Student's Name

FROM:    **SHARON NEWSOME**
         Special Education Student Hearing Office Coordinator

DATE SENT: _11/7/06_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

The Student Hearing Office received your Request for Due Process Hearing or Mediation for the above named student on
_____. Please be advised that the hearing has been scheduled for:

Con't f
11/7/06    0039

DATE: _11/30/06_____

TIME: _1:00 pm_____

AT:    825 North Capitol Street, NE, Washington, DC



**DISTRICT OF COLUMBIA
PUBLIC SCHOOLS**

**Office of the Superintendent**
Office of the General Counsel
825 North Capitol Street, N.E., 9ᵗʰ Floor
Washington, D.C. 20002-4232
202-442-5000        Fax: 202-442-5098
www.k12.dc.us

2006 NOV -7  PM 12: 29

DC PUBLIC
SCHOOL SYSTEM

November 7, 2006

Ms. Fatmata Barrie, Esq.
Attorney
1003 K. Street, N.W., No. 500
Washington, D.C. 20001

**Dates for resolution Meeting**

**VIA FACSIMILE (202) 626-0048**

**Subject: Due Process Hearing Request for J‌‌‌‌‌ N‌‌‌‌‌
DOB: ‌‌‌‌‌95
Attending School: Aiton E.S.
Home School: Aiton E.S.**

Dear Ms. Barrie:

This letter is sent to you pursuant to the directive of the Hearing Officer in this matter to select a date for a resolution meeting before the close of business today. In that regard, please be advised that the Respondent is available for a resolution meeting on Wednesday, November 8, 15, or 22nd at 1:00 P.M. This time satisfies your client's request to schedule the meeting on a weekday after 10:30 A.M.

Thank you for your prompt attention to this matter.

Sincerely,

Daniel L. McCall
Attorney-Advisor

Cc: Hearing Officer

0040

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS

|  |  |
|---|---|
| ▬▬▬▬ N▬▬▬▬ _____ **Petitioner** | ) ) ) |
| Vs. | ) |
| ᴅᴄᴘꜱ _____ **Respondent** | ) ) ) |

**BEFORE A INDEPENDENT
SPECIAL EDUCATION HEARING
OFFICER OF THE
STATE ENFORCEMENT
&
INVESTIGATIVE DIVISION**

## INTERIM ORDER

**ON THIS DAY** came to be heard _____'s Motion for Continuance in the above styled cause. After hearing the evidence and the argument of counsel, the Motion for Continuance is:

~~DENIED~~

✓ **GRANTED** The hearing is reset for __1:00__ A.M. /(P.M) on __11/30/06__ and

✓ **75 DAY TIME LINE WAIVED**

## CONFIRM THE NEW DATE & TIME WITH THE HEARING OFFICE COORDINATOR

### The Hearing Officer finds that there is good cause to grant the continuance because:

_____ The parties have agreed to this continuance and the parent waived the right to receive a final decision within 75 days.

_____ Petitioner's legal representation is unavailable. **(PLEASE CIRCLE ONE)** Diligent efforts have/have not been made to avoid or eliminate the scheduling conflict;

_____ Assigned DCPS attorney advisor is unavailable **(PLEASE CIRCLE ONE)** DCPS has/has not made a diligent effort to have an attorney advisor available;

_____ Witness(s) is/are unavailable. **(PLEASE CIRCLE ONE)** The party has/has not made diligent efforts to secure the witness(s);

_____ Parent or student unavailable.

_____ Conflict in the schedule of the assigned Hearing Officer. The SHO has/has not made a diligent effort to secure a replacement and no other Hearing Officer is available.

_____ Insufficient time allotted for the hearing. **(PLEASE CIRCLE ONE)**
        A.) Parent
        B.) Student Hearing Office

_____ Hearing room unavailable.

_____ Movant did not receive Prior Notice of the Hearing.

_____ Other: (Explanation) _MOTION TO STRIKE FROM CALENDAR GRANTED AS DCPS SATISFIED THE REQUIREMENT TO SCHEDULE A RESOLUTION MEETING AND PARENT'S COUNSEL FAILED TO RESPOND. COUNSELS ORDERED TO SET A DATE. TO RETAINED JURISDICTION._

SIGNED THIS DATE: __11-07-06__

**ISSUE DATE:** _____

**Independent Special Education Hearing Officer**

Original to SHO – Hearing File

Copy to:
    Parent/Student or Rep: _MS. F. BARRIL, ESQ._
    DCPS: _MR. D. McCAUL, ESQ._
    Charter School: _____

# LAW OFFICES,
# CHRISTOPHER N. ANWAH, PLLC

Attorneys and Counselors at Law

Christopher N. Anwah, Esq.
(DC, MD, NJ)
Fatmata Barrie, Esq.
(DC, FL)
Georgina A. Oladokun, Esq.
(MD)
Tamika N. Jones, Esq.
(DC)

Carpenter's Building
1003 K Street, N.W.
Suite 565
Washington, D.C. 20001
Phone: (202) 626-0040
Fax: (202) 626-0048
Email: Chrisanwahfirm@chrisanwahfirm.com

## MEMORANDUM

**TO:**   David R. Smith, Esq.

**FROM:** Fatmata Barrie, Esq.

**DATE:** November 2, 2006

**RE:**   Response to DCPS' Motion to Strike from the Docket
**DOB:**  ▓▓/95

   The parent, through counsel objects to the hearing being stricken from the docket because the parent's attorney has made several attempts to convene a meeting with DCPS but DCPS has not responded to the requests. On 09/21/06, DCPS convened an IEP/MDT/Resolution Session Meeting without the parent or advocate. Contrary to the motion to strike, DCPS did not make several attempts to convene the resolution session meeting. DCPS did not make an attempt to convene the resolution session meeting until 09/18/06, three days before DCPS convened the meeting without the parent. On 09/19/06, 09/20/06 and the morning of 09/21/06, the parent's advocate left several messages for the Special Education Coordinator (SEC) stating that 09/21/06 was not convenient but the advocate received no response.
   In fact she spoke to the SW and the SW indicated that she would forward the message to the SEC. On 09/22/06, the advocate followed with a letter proposing dates for this meeting but again DCPS did not respond. On 10/02/06, the advocate finally spoke to the SEC and was informed that DCPS went ahead with the meeting. On that same day, the advocate wrote a letter to the SEC memorializing their conversation and informing her of the fact that the meeting was not appropriately held. However, the SEC again did not make attempts to re-convene the meeting. Please find attached the 09/22/06, 10/02/06 and 10/18/06 letters to DCPS with no attempts from DCPS to appropriately convene the meeting or to re-schedule the meeting.

cc: Tiffany Pucket, Esq.

# LAW OFFICES OF
# CHRISTOPHER N. ANWAH, PLLC

Attorneys and Counselors at Law

Christopher N. Anwah, Esq.
  (DC, MD, NJ)
Fatmata Barrie, Esq.
  (DC, FL)
Georgina A. Oladokun, Esq.
  (MD)
Tamika N. Jones, Esq.
  (DC)

Carpenter's Building
1003 K Street, N.W.
Suite 565
Washington, D.C. 20001
Phone: (202) 626-0040
Fax: (202) 626-0048
Email: chrisanwahfirm@chrisanwahfirm.com

## FACSIMILE COVER LETTER

**DATE:** 11/02/06

**TO:** David R. Smith, Esq. _Tiffany Pickett, Esq._

**COMPANY:** OGC

**FAX NUMBER:** 202-442-5556 _442-5298_

**FROM:** Fatmata Barrie, Esq.

**RE:** Response to Motion to Strike for J████ N████

**TOTAL NUMBER OF PAGES INCLUDING COVER SHEET** ~~X~~ _14_

**MESSAGE:**

0043



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**

*Office of the Superintendent*
**Office of the General Counsel**
*825 North Capitol Street, N.E., 9th Floor*
202-442-5000  Fax # 202-442-5098
*www.k12.dc.us*

October 31, 2006

Mr. Smith, Esq.
Hearing Officer
Student Hearing Office
DCPS Office of Compliance
825 North Capitol, N.E.
Washington, D.C. 20002

**HEARING DATE:  November 7, 2006**

## DISTRICT OF COLUMBIA PUBLIC SCHOOLS

### SPECIAL EDUCATION

### ADMINISTRATIVE DUE PROCESS HEARING OFFICE

| | |
|---|---|
| **In the Matter of** | * |
| J██████ N██████ | * |
| | * |

*************************************************************************

## MOTION TO REMOVE THE HEARING FROM THE HEARING SCHEDULE

Now comes, DCPS, through, Tiffany Puckett, DCPS Attorney Advisor, requesting that the hearing set for November 7, 2006 be removed from the schedule.  Parent has never participated in a Resolution Meeting.  DCPS attempted several times to schedule the meeting through parent's counsel.  There was  a meeting schedule, however the parent and advocate did not show up.  DCPS is not waiving resolution.    A copy of this motion has been forwarded to Parent's Counsel.

Respectfully Submitted,

Tiffany Puckett
Attorney Advisor

Cc:  Fatmata Barrie, Esq.



**Office of the General Counsel**
**9th Floor**
**825 North Capitol St, NE**
**Washington, DC 20002**
**(202) 442-5000**
**Fax (202) 442-5098**

# FACSIMILE

**Date:**    10-31-06

**TO:** Fatmata Barrie, Esq.          **Fax No.:**    202/626-0048

**RE:** J~~ N~~          **Tele. No.:** 202/626-0040
Motion to Strike from Docket

**FROM:**    Tiffany Puckett, Esq.          **Tele. No.:** 202/442-5000
Attorney Advisor

**No. Pages, Including Cover Sheet:**

**COMMENTS:**

---

***CONFIDENTIALITY NOTICE***

*The information contained in this telefacsimile has been transmitted by an attorney. It is privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If this communication has been received in error, please notify us immediately by telephone, and return the original message to us at the above address via first class prepaid US postage. Thank you.*

```
            MESSAGE   CONFIRMATION
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

                                    10/31/2006   15:45
                                    ID=OFFICE OF THE GENERAL COUNSEL


DATE       S,R-TIME   DISTANT STATION ID      MODE      PAGES  RESULT              S.C.
10/31      00'37"     2026260048              TX        002    OK                  0000


▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓


10/31/2006    15:43    OFFICE OF THE GENERAL COUNSEL → 96260048         NO.420   P001
```



Office of the General Counsel
9th Floor
825 North Capitol St, NE
Washington, DC 20002
(202) 442-5000
Fax (202) 442-5098

# FACSIMILE

|  |  |  |
|---|---|---|
| | **Date:** | 10-31-06 |
| **TO:** Fatmata Barrie, Esq. | **Fax No.:** | 202/626-0048 |
| **RE:** J█████ N█████ Motion to Strike from Docket | **Tele. No.:** | 202/626-0040 |
| **FROM:** Tiffany Puckett, Esq. Attorney Advisor | **Tele. No.:** | 202/442-5000 |

**No. Pages, Including Cover Sheet:**

**COMMENTS:**

---

### CONFIDENTIALITY NOTICE

*The information contained in this telefacsimile has been transmitted by an attorney. It is privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If this communication has been received in error, please notify us immediately by telephone, and return the original message to us at the above address via first class prepaid US postage. Thank you.*

**State Education Agency for the District of Columbia**
**State Enforcement and Investigation Division (SEID)**
**Special Education Programs**

J████ N████,
   Petitioner,

v.

District of Columbia Public Schools
   Respondent

### District of Columbia Public School's
### Response to Due Process Complaint Notice

    The District of Columbia Public School (hereinafter "DCPS"), by and through the undersigned Attorney Advisor, hereby provides its Response to the Due Process Complaint Notice ("Complaint") filed on or September 11, 2006 on behalf of J████ N████, DOB: ████-95, pursuant to the Individual's with Disabilities Education Improvement Act (hereinafter "IDEIA"), Sec. 615(c)(2)(B). Specifically, based upon information provided to the Office of General Counsel as of today's date, DCPS asserts the following:

    A.  The student's placement is appropriate.

    B.  The student's IEP's are appropriate.

    C.  The student's Evaluations have been conducted.

    D.  The student's is receiving related services.

    E.  DCPS has attempted several times to convene a meeting.

As of today, DCPS plans to defend the allegations in the complaint.

Date: October 31, 2006        Submitted by:

                          Tiffany Puckett, Esq.,
                          Attorney Advisor
                           for DCPS as the Local Educational Agency

Cc: Fatmata Barrie, Esq.



**Office of the General Counsel**
**9th Floor**
**825 North Capitol St, NE**
**Washington, DC 20002**
**(202) 442-5000**
**Fax (202) 442-5098**

# FACSIMILE

**Date:**    10-31-06

**TO:**  Fatmata Barrie, Esq.              **Fax No.:**  202/626-0048

**RE:**  J██████ N█████               **Tele. No.:**  202/626-0040
       Response to Complaint

**FROM:**   Tiffany Puckett, Esq.         **Tele. No.:**  202/442-5000
         Attorney Advisor

**No. Pages, Including Cover Sheet:**

**COMMENTS:**

---

### *CONFIDENTIALITY NOTICE*

*The information contained in this telefacsimile has been transmitted by an attorney. It is privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If this communication has been received in error, please notify us immediately by telephone, and return the original message to us at the above address via first class prepaid US postage. Thank you.*

0048

```
                    MESSAGE  CONFIRMATION
░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░

                                10/31/2006  15:48
                                ID=OFFICE OF THE GENERAL COUNSEL


  DATE      S.R-TIME   DISTANT STATION ID     MODE     PAGES  RESULT          S.C.
  10/31     00'36"     2026260048             TX       002    OK              0000


░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░


  10/31/2006    15:47    OFFICE OF THE GENERAL COUNSEL → 96260048         NO.421  P001
```



Office of the General Counsel
9th Floor
825 North Capitol St, NE
Washington, DC 20002
(202) 442-5000
Fax (202) 442-5098

## FACSIMILE

| | | |
|---|---|---|
| | **Date:** | 10-31-06 |
| **TO:** Fatmata Barrie, Esq. | **Fax No.:** | 202/626-0048 |
| **RE:** J█████ N██████ | **Tele. No.:** | 202/626-0040 |
| Response to Complaint | | |
| **FROM:** Tiffany Puckett, Esq. | **Tele. No.:** | 202/442-5000 |
| Attorney Advisor | | |

**No. Pages, Including Cover Sheet:**


**COMMENTS:**

### CONFIDENTIALITY NOTICE

*The information contained in this telefacsimile has been transmitted by an attorney. It is privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If this communication has been received in error, please notify us immediately by telephone, and return the original message to us at the above address via first class prepaid US postage. Thank you.*

0049

# LAW OFFICES OF
# CHRISTOPHER N. ANWAH, PLLC

Attorneys and Counselors at Law

Christopher N. Anwah, Esq.
(DC, MD, NJ)
Fatmata Barrie, Esq.
(DC, FL)
Georgina A. Oladokun, Esq.
(MD)
Tamika N. Jones, Esq.
(DC)

Carpenter's Building
1003 K Street, N.W.
Suite 565
Washington, D.C. 20001
Phone: (202) 626-0040
Fax: (202) 626-0048
Email: chrisanwahfirm@chrisanwahfirm.com

October 31, 2006

Tiffany Puckett, Esq.
Office of General Counsel
825 North Capitol St, NE
9th Floor
Washington, DC  20002

**Via Facsimile: 202-442-5098/97**

RE:    J████ N████
DOB:   ████/95

## Disclosure of Witnesses and Documents

Dear Ms. Puckett:

Pursuant to the five-day rule set forth in 34.C.F.R. 509 (a) (3), attached is a list of witnesses and documents, which we intend to rely on for the upcoming Due Process Hearing scheduled for November 7, 2006.

## Witnesses*

1.    Kea Norris – Parent
2.    J████ N████ – Student
3.    Sharon Millis and/or designee – Expert/Knowledgeable about Special Education
4.    Derek Marryshow and/or designee – Expert/Knowledgeable in Special Education/Psychological
5.    Arvette Page and/or designee – Expert/Knowledgeable in Special Education
6.    Educational Advocate and/or designee
7.    Keren Plowden and/or Designee – Rock Creek Academy
8.    Michelle Young and/or designee – High Road
9.    Reading Specialist and/or designee
10.   Social Worker and/or designee
11.   Case Manager and/or designee

0050

12.     Psychologist and/or designee

*Witnesses may testify by telephone*

### Documents

JN-01    12/16/05 Due Process Complaint
JN-02    12/13/04 IEP
JN-03    11/17/03 IEP
JN-04    09/29/03 IEP
JN-05    10/23/02 MDT Meeting Notes
JN-06    06/18/02 IEP
JN-07    06/23/03 Psycho-ed Evaluation
JN-08    0910/22/03 Assistive Technology Team Evaluation and Recommendation
JN-09    02/27/04 Speech Evaluation
JN-10    Speech Pathologist's Report
JN-11    Letters to DCPS
JN-12    12/05/05 Document Request Letter
JN-13    04/02/04 Settlement Agreement
JN-14    01/24/06 Letter from Aiton
JN-15    12/05/02 Letter from Michelle Flowers
JN-16    Report Cards
JN-17    Stanford Nine Scores
JN-18    Sharon Millis, Derek Marryshow and Arvette Page's Curriculum Vitae **
JN-19    09/21/06 IEP**
JN-20    03/17/06 Speech and Language Evaluation**
JN-21    06/07/06 Clinical**
JN-22    February 2006 Psycho-educations Re-Evaluation**
JN-23    05/23/06 Assistive Technology Team Evaluation**
JN-24    04/30/06 Letter to DCPS**
JN-25    05/07/06 Letter to DCPS**
JN-26    08/12/06 Letter to DCPS**
JN-27    09/22/06 Letter to DCPS**
JN-28    10/02/06 Letter to DCPS**
JN-29    10/18/06 Letter to DCPS**
JN-30    03/06/06 HOD**
JN-31    05/03/06 Fax Cover Page from DCPS**
JN-32    5th Grade Report Card and Teacher Comments**
JN-33    5th Grade IEP Report Card**

**We intend to rely on documents previously disclosed by parent and DCPS on 02/09/06 for the 02/16/06 hearing.  JN-01 to JN-17 Previously disclosed.  For preservation of resources, we are only disclosing JN-18 to JN-33.  However, if DCPS counsel requires the other documents please do not hesitate to contact me.

We reserve the right to disclose additional documents as they become available, the right to rely on and call on DCPS' witnesses and evidence as if disclosed by us and the right to rely on documents previously disclosed to counsel for any prior hearings or procedures.  We also reserve the right to produce rebuttal witnesses and to object to expert witnesses without curriculum vitae.

Should you have any questions or need additional information, please do not hesitate to contact me.

Sincerely,

Fatmata Barrie, Esq.

cc: SHO

*State Education Agency for the District of Columbia*
*State Enforcement and Investigation Division (SEID)*
*Special Education Programs*

JN-01



# *Due Process Complaint Notice*

- The form is used to give notice of a due process complaint to the District of Columbia Public Schools, District of Columbia Public Charter Schools (DCPS or LEA) and/or parents with respect to any matter relating to the identification, evaluation, or educational placement of a child with a disability, or the provision of a free appropriate public education to that child. A party may not have a due process hearing until the party, or the attorney representing the party, files a notice that meets the requirements of the Individuals with Disabilities Education Improvement Act (IDEIA).

- The due process complaint must describe an alleged violation that occurred not more than two (2) years before the date that the parent or school system knew or should have known about the alleged action that is the basis of the complaint.

- Notice must be provided to the Student Hearing Office of the DC Public Schools, 825 North Capitol Street, NE, 8th Floor, Washington, DC 20002; fax number 202/442-5556.

- Unless the other party agrees, the party requesting the due process hearing shall not be allowed to raise issues at the due process hearing that are not raised in this Due Process Complaint Notice. Therefore, please be thorough in providing the information requested.

- Prior to the opportunity for an impartial due process hearing, the Local Educational Agency (LEA) shall convene a meeting (called a "Resolution Session") with the parent(s) unless the parent(s) and the Local Educational Agency agree in writing to waive this meeting. You will be contacted by a representative of the Local Educational Agency to schedule the meeting. The Student Hearing Office does NOT schedule resolution meetings.

- Mediation is also available to all parties as an alternative to a resolution meeting or a Due Process Hearing.

## A.  INFORMATION ABOUT THE STUDENT:

Student Name: J██████ N████    Birth Date: ███████

Address:  538-48TH PLACE, N.E., WASHINGTON, D.C.  20019

Home School:  AITON ES

Present School of Attendance:   AITON ES

    Is this a charter school?   No        (If yes, you must also provide a copy of this notice to the charter school principal or director)

Parent/Guardian of the Student:   MS. KEA NORRIS

Address (if different from the student's above): _____

1

SEID DPCN Rev'd. 7/12/05                                           J██ N██ ███

Phone/Contact Number: (202) 399-0113   Fax Number (if applicable): _____

**B.** **Individual Making the Complaint/Request for Due Process Hearing:**

Name:   MS. KEA NORRIS _____

Complete Address:   538-48TH PLACE, N.E., WASHINGTON, D.C. 20019 _____

Phone: (h)  (202) 399-0113   (w) _____   (Fax) _____   (e-mail) _____

Relationship to the Student:

X  Parent        Legal Guardian      ☐  Parent Surrogate

☐  Self/Student    ☐  Local Education Agency (LEA)   ☐  Parent Advocate

**C.** **Legal Representative/Attorney (if applicable):**

Name:   Fatmata Barrie, Esq. (Law Offices, Christopher N. Anwah, PLLC) _____

Address:  1003 K St. NW #565 Washington, DC 20020 _____

Phone: (w)  202-626-0040    (Fax) 202-626-0048    (e-mail) _____

Will attorney / legal representative attend the resolution session?   X Yes      ☐ No

**D.** **Complaint Made Against (check all that apply):**

☐ DCPS school (name of the school if different from page one) _____
☐ Charter school (name of the charter school if different from page one) _____
☐ Non-public school or residential treatment facility (name) _____
☐ Parent

**E.** **Resolution Session Meeting Between Parent and LEA:**

I understand that it is my right to have a resolution meeting to resolve this complaint. I also understand that I may voluntarily waive this right if I choose. (Note: All parties must agree to waive the resolution meeting to avoid having this meeting.)

☐ I wish to waive the Resolution Session Meeting

2

SEID DPCN Rev'd. 7/12/05

**F.    Mediation Process:**

IDEIA requires that any time a party requests a due process hearing, mediation should be offered at no cost to the parent. Both parties can request mediation as an alternative to the Resolution Session Meeting or as an alternative to a Due Process Hearing. Please check all that apply:

☐    I am requesting mediation as an alternative to the resolution session meeting.

☐    I am requesting mediation and a due process hearing.

☐    I am requesting mediation only at this time.

**G.    Facts and Reasons for the Complaint:**

In accordance with the Individuals with Disabilities Education Improvement Act (IDEIA), please complete the following questions. Provide complete details about all the facts supporting your claims. (You may attach additional pages if needed):

1.    What is the nature of the problem, including the facts relating to the problem that will need to be addressed at a Resolution Session meeting, a Mediation Conference, and/or a Due Process Hearing?

A.    DCPS failed to complete evaluations in all areas of suspected disability even though J███ has shown negative social emotional behavior and has been suspended at least four or five times for the 2005/06 school year. Even during the 2004/05 school year, he was suspended on several occasions, yet DCPS has not convened an MDT meeting to ascertain the evaluations needed to address J███'s behavior, especially a psychiatric and clinical psychological evaluation to rule out ADHD and to address J███'s "changed negative social emotional behavior."

B.    Ms. Norris was never invited to a manifestation determination meeting to ascertain if J███'s behavior was a manifestation of his disability, and she was never given any paperwork for the suspensions and homework for J███ to continue his specialized instructions, and he did not receive any makeup for missed related services, that is, psychological counseling and speech/language services. In addition, DCPS did not develop an appropriate FBA to address J███'s negative social emotional behavior. Moreover, student is required to use a voice output system which was not provided to the student until the end of November, 2005 although he was required to have the assistive technology since 2002. In addition, J███'s teachers and service providers have not been trained to use the voice output system to aid J███ even though it is a requirement that the staff be trained. The 11/17/03 MDT notes state that the Assistive Technology Device Evaluation reviewed from Hospital for Sick Children recommended that the voice output system "The Vantage" should be purchased for J███ to use as his primary form of communication. Training on the Vantage is recommended for J███, his family, and school. (As well as all service providers that deals with him), but this has not happened. Therefore, denying him a FAPE.

C.    The MDT/IEP notes dated 11/17/03 provided that DCPS will make observation to determine J███'s progress in communication, and if he is not progressing, DCPS will address tutorial services. Parent and advocate requested 240 hours of comp ed tutoring in reading, written expression and math because J███ was performing below grade level in these academic areas. DCPS has been aware of the need for the devise since 6/18/02. The MDT recommended tutoring to cover the requested comp ed, and that the special education coordinator will submit a tutor request. Ms. Norris and Advocate requested that the tutoring services begins within 30 school days of the IEP meeting held on 11/17/03, and if not DCPS would authorize independent tutoring at DCPS's expense, but that authorization has not been provided and neither have the services. J███'s MDTnotes dated 11/17/03 recommended that he did not meet the criteria for a learning disabled student. It was recommended that J███ be retested in one year to determine his true level of functioning. However, the re-evaluation has not yet occurred. In addition, the MDT recommended that he receive one hour psychological counseling weekly in group for coping skills. However, he is not receiving the recommended related service. Therefore, not providing him with all his related services. The team also recommended some type of extra-curricula

3

SEID DPCN Rev'd. 7/12/05



activity to help develop self-esteem and self-discipline, but these recommendations have not been provided. Therefore, violating the meeting decision of 11/17/03 and failing to provide him with the appropriate services.

D.  Further, ▆▆▆'s disability classification is listed as S/L impaired although he has exhibited other suspected disabilities that are impacting upon his academics and his ability to benefit from his specialized instructions as mandated by the IDEA.  However, DCPS has yet to complete any further evaluations to determine if he is indeed only S/L impaired.  Additionally, DCPS has indicated since 2002 that his behavior was impacting his academics.  Therefore, not completing evaluations in all areas of suspected disability.

E.  J▆▆▆'s MDT/IEP notes dated 9/29/03 recommended that an O/T evaluation be completed because the outside O/T was too vague to determine what direct areas need to be addressed through occupational therapy.  The MDT agreed, as well as parent and advocate, to reconvene on 10/6/03 at M.L. King, Jr. ES to review the new O/T which was not completed, along with a functional behavior assessment that was not completed but was recommended, with goals and objectives.

F.  DCPS has failed to provide him with an appropriate placement for over three years in that although he has not progressed academically or emotionally, DCPS has maintained his placement at the same school.  Additionally, DCPS has failed to provide him with an appropriate IEP in that his IEP is not full time and does not provide him with the intensive services he so desperately needs.  Additionally, the IEP is inappropriate in that it fails to include goals and objectives to address his behavior problems and his issues of self-esteem and it has expired and does not include recommendations from the recommended psycho-ed re-evaluation.  Therefore, DCPS owes him compensatory education for over three years.

2.  To the extent known to you at this time, how can this problem be resolved?

A.  DCPS to fund independent comprehensive evaluations, including an updated O/T, speech/language, communication assessment, and a clinical evaluations for all suspected disabilities, and to fund any additional evaluations recommended by those evaluations.

B.  DCPS to convene an MDT/IEP meeting with the appropriate parties to review evaluations and revise the IEP.

C.  DCPS to fund a placement of parent's choice, including transportation.

D.  DCPS to provide all of the necessary specialized instructions and related services at parent's choice of placement for ▆▆▆.

E.  DCPS to develop student's appropriate IEP and an FBA.

F.  DCPS to provide compensatory education for the past 2 to 3 years of denial FAPE.

G.  DCPS to pay reasonable attorney fees.

3.  Issues presented:

A.  Whether DCPS denied J▆▆▆ a Free Appropriate Public Education (FAPE) when it failed to convene an MDT/IEP meeting to determine what evaluations were needed to address his negative social emotional behavior, especially a O/T, speech/language, communication assessment, social history, and clinical psychological evaluations?

B.  Whether DCPS denied J▆▆▆ FAPE when it failed to provide evaluations in all area of suspected disability?

C.  Whether DCPS denied J▆▆▆ FAPE when it failed to provide him with an appropriate IEP?

4



D. Whether DCPS denied J███ FAPE when it failed to provide him with appropriate special education and related services and all his related services?

E. Whether DCPS denied J███ FAPE when it failed to afford Ms. Norris an opportunity to participate in a placement meeting and failed to provide him with an appropriate placement?

F. Whether DCPS denied J███ FAPE when it failed to provide student with the needed compensatory education for the past and present denial of FAPE ie for the past 2 to 3 school years?

## H.    Estimated amount of time needed for the hearing:    _____

Note:  In the absence of a specified amount of time, the SHO schedules hearings in two hour blocks of time and will allocate two hours to conduct the hearing.  Please indicate if you believe more than two hours will be needed.

## I.    Accommodations and Assistance Needed:

Please list any special accommodations you may require for a Resolution Session Meeting/Mediation Conference/Due Process Hearing.

- Interpreter (please specify the type) _____
- Special Communication (please describe the type) _____
- Special Accommodations for Disability (please be specific) _____
- Other _____

## J.    Waiver of Procedural Safeguards:

☐ I (parent/guardian) waive receiving a copy of the procedural safeguards at this time.

## K.    Parent Signature and Affirmation:

I affirm that the information provided on this form is true and correct.

_____          _____
Signature of Parent or Guardian                    Date

## L.    Signature of Attorney/ Legal Representative:

_____          12/16/05
Legal Representative / Advocate                    Date

5

SEID DPCN Rev'd. 7/12/05



**M.**   <u>Signature of LEA Representative (if hearing requested by LEA):</u>

_____

Representative of LEA                                   Date

Mail, fax or deliver this complaint notice to:
State Enforcement and Investigation Division
For Special Education Programs (SEID)
Student Hearing Office (SHO)
825 North Capitol Street, NE, 8th Floor
Washington, DC 20002
Fax number: 202/442-5556

6

SEID DPCN Rev'd. 7/12/05



DRAFT JN-02

## DISTRICT OF COLUMBIA PUBLIC SCHOOLS
### WASHINGTON, D.C.
### INDIVIDUALIZED EDUCATIONAL PROGRAM

DCPS - IEP  Page 1 of 4

Additional Comments: ☐

## I. IDENTIFICATION INFORMATION

Student Name: Last **N███** First **J███** MI

Student ID 9055227   Soc. Sec. No. ███████   Age: 9   Grade 04

Gender ☒ M ☐ F   Date of Birth ███████   Ethnic Group B

Address 349 Parkland Place   SE   1
House No. / Street Name   Quadrant / Apartment #

Washington   DC   20032
City   State   Zip Code

☐ Non-attending

Attending School King Elementary   Home School Emery Elementary

☒ Elem. ☐ Mid/JHS ☐ SHS ☐ CWS /

Parent Ms. Kea Norris

Address of (if different from student):   ☒ Parent ☐ Guardian ☐ Surrogate

House No. / Street Name   Quad   Apt. No.   City   State   Zip Code

Telephone: Home (202) 563-1649   Work (240) 425-7288

## II. CURRENT INFORMATION

Date of IEP Meeting: 12/13/2004

Date of Last IEP Meeting: 11/17/2003

Date of Most Recent Eligibility Decision: 04/30/2001

Purpose of IEP Conference:
☐ Initial IEP   ☒ Review of IEP
☐ Requested Eval.   ☐ 3yr ReEval.

Indicate Level of Standardized Assessment:
Level III

ADDENDA TO BE ATTACHED AS NEEDED
Check the appropriate box(es)

| BEHAVIOR | TRANSPORTATION |
| ESY | TRANSITION |

## III. LANGUAGE

| | Language | Language Used for Evaluation | Language Used in Conference | Communication Requirements | To be completed by Office of Bilingual Education English and Math Proficiency Assessment |
|---|---|---|---|---|---|
| Student | English | English | English | Native Language | Oral _____ |
| Parent | English | English | English | Native Language | Rdg./ Written _____ Instrument: _____ |
| Home | English | English | English | Native Language | Date: _____ |

## IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| SERVICES | SETTING GenEd | SpEd | Total | FREQUENCY Hr./ Min | D/W/M. | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # | wks./mos |
|---|---|---|---|---|---|---|---|---|---|
| Specialized Instruction | 0.00 | 10.00 | 10.00 | Hrs | Week | Special Education Teacher | 12/13/2004 | 10 | Months |
| Speech-Language | 0.00 | 2.00 | 2.00 | Hrs | Week | S and L Therapist | 12/13/2004 | 10 | Months |
| Psychological Services | 0.00 | 0.50 | 0.50 | Hrs | Week | School Social Worker | 12/13/2004 | 10 | Months |
| | | | 0.00 | | | | | | |
| | | | 0.00 | | | | | | |
| | | | 0.00 | | | | | | |
| | | | 0.00 | | | | | | |
| | | | 0.00 | | | | | | |
| TOTAL | 0.00 | 12.50 | 12.50 | Hours Per Week | | | | | |

## V. Disability(ies) Speech and Language Impaired

Percent of time in Specialized Instruction and Related Services
☐ 0-20%   ☒ 21-60%   ☐ 61-100%

☐ (Check if setting is general Ed.)

Percent of time NOT in a General Education Setting   39%

## VI. IEP TEAM (Participants in the development of the IEP)

Print and sign your name below.

Ms. Kea Norris
Parent

Ms. Cheryl Credie
Special Ed Teacher

Mr. Faison
General Ed Teacher

Ms. N. Cureton
LEA Representative

Dr. V. Baylor
Principal or Designee

Student

Ms. M. Chamberlain
Speech Pathologist

Ms. K. Johnson
School Social Worker

Diana Stovall
School Psychologist

☐ **I AGREE** with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in this IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education.

Parent/Guardian Signature _____   Date 12/13/04

District of Columbia Public Schools   07-02-2001   Division of Special Education   Appendix- A   IEP Page 1 of 4

0059

DRAFT

12/13/2004

| Student Name | Jamar A. | Norris | Managing School | King Elementary | | DCPS - IEP |
|---|---|---|---|---|---|---|
| Student ID Number 9055227 | | DOB 11/03/1995 | Attending School | King Elementary | | Page 2 of 4 |

## VII. Present Educational Performance Levels in Areas Affected by the Disability

Additional Comments: ☐

**Academic Areas: (Evaluator)**

Math Strengths:

Impact of disability on educational performance in general education curriculum:

Reading Strengths:

Impact of disability on educational performance in general education curriculum:

Score(s) When Available

Math Cal. _____ _____

Math Rea. _____ _____

See goal page: _____

Date: _____

Rdg. Com _____ _____

Rdg. Basic _____ _____

Written Ex. _____ _____

See goal page: _____

Date: _____

**Communication (Speech & Language) (Evaluator)** Maureen Chamberlain, MSCCC SLP

Strengths:
J_____ presents with normal hints voice, pragmatics, and receptive language skills

Impact of disability on educational performance in general education curriculum:
J_____'s decreased articulation impacts negatively on his ability to achieve academic success.

Score(s) When Available

Exp. Lang. WNL

Rec. Lang. WNL

Artic. Developmental

Voice WNL

Fluency impair

Exp. Voc. WNL

Rec. Voc. WNL

See goal page: _____

Date: _____

**Motor/Health (Evaluator)**

Strengths:

Impact of disability on educational performance in general education curriculum:

Score(s) /Results When Available

_____ _____

_____ _____

See goal page: _____

Date: _____

**Social Emotional Behavioral Areas: (Evaluator)** Kristina Johnson, MSW, LGSW

Strengths:
J_____ presents as a student who wants to please adults.

Impact of disability on educational performance in general education curriculum:
J_____ presents with behavioral issues which impact his academic performance.

Score(s) When Available

N/A

See goal page: _____

Date: _____

**Cognitive/Adaptive Behavior: (Evaluator)**

Strengths:

Impact of disability on educational performance in general education curriculum:

Score(s) When Available

_____ _____

_____ _____

See goal page: _____

Date: _____

**Prevocational Skills: (Evaluator)**

Strengths:

Impact of disability on educational performance in general education curriculum:

Score(s) When Available

_____ _____

_____ _____

See goal page: _____

Date: _____

0060

**DRAFT**

| Student Name | ██████ N██████ | Managing School King Elementary | DCPS - IEP |
|---|---|---|---|
| Student ID Number 9055227 | DOB ██████ | Attending School King Elementary | Page 3 of 4 |

| **VIII. SPECIALIZED SERVICES** | **Additional Comments:** ☐ | **Goal Number:** ☐ 1 |
|---|---|---|

**Area addressed by goal:** Academic Areas: Reading

**ANNUAL GOAL: (including mastery criteria.)**

Student will demonstrate 6 months measurable growth in reading skills. Al short-term goals will be mastered with at least 80% accuracy.

**Provider(s):** Special Education Teacher/Resource Room Teacher

**Consider audience, behavior, condition, degree and evaluation.**

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Student will pronounce 2nd grade Dolch List with 80% accuracy. | | Monthly |
| Student will pronounce 3rd grade Dolch List with 80% accuracy. | | Monthly |
| Student will recognize words related to warning safety, signs with 80% accuracy. | | Monthly |
| Student will use context clues tod efine words on instructional level with 80% accuracy. | | Monthly |
| Student will use descriptive words on instructional level with 80% accuracy. | | Monthly |
| Student will define objects, events with 80% accuracy. | | Monthly |

**EVALUATION PROCEDURE(S)**

☐ Portfolio ☒ Log ☒ Chart ☐ Test ☐ Documented Observation ☐ Report ☒ Other nformal Assessment

0061

DRAFT

| Student Name ▮▮▮▮ N▮▮▮ | | Managing School King Elementary | DCPS - IEP |
|---|---|---|---|
| Student ID Number 9055227 | DOB ▮▮▮▮ | Attending School King Elementary | Page 3 of 4 |

| **VIII. SPECIALIZED SERVICES** | Additional Comments: ☐ | Goal Number: 2 |
|---|---|---|

Area addressed by goal:  Academic Areas: Reading

**ANNUAL GOAL: (including mastery criteria.)**

Student will demonstrate 6 months measurable growth in reading comprehension skills.  All short term goals will be mastered with at least 80% accuracy.

Provider(s): Special Education Teacher/Resource Room Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Student will recall the main idea from a reading selection on instructional level with 80% accuracy. | | Monthly |
| Student will recall details from a reading selection on instructional level with 80% accuracy. | | Monthly |
| Student will sequence events in a reading selection on instructional level with 80% accuracy. | | Monthly |
| Student will describe characters of a story, setting and plot on instructional level with 80% accuracy. | | Monthly |
| Student will identify topic sentence in a paragraph with 80% accuracy. | | Monthly |
| | | |

**EVALUATION PROCEDURE(S)**

☐ Portfolio  ☒ Log  ☒ Chart  ☐ Test  ☐ Documented Observation  ☐ Report  ☒ Other  Informal Assessments

0062

DRAFT

| Student Name | ▓▓▓ N▓▓ | Managing School | King Elementary | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | 9055227 | DOB ▓▓▓ | Attending School  King Elementary | Page 3 of 4 |

| VIII. SPECIALIZED SERVICES | Additional Comments: ☐ | Goal Number: 3 |
|---|---|---|

**Area addressed by goal:** Written Language

**ANNUAL GOAL:** (including mastery criteria.)

Student will demonstrate 6 months measurable growth in written language skills.  All short-term goals will be mastered with at least 80% accuracy

**Provider(s):** Special Education Teacher/Resource Room Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Student will spell words from weekly word list on instructional level with 80% accuracy. | | Monthly |
| Student will spell initial consonant cluster sounds with 80% accuracy. | | Monthly |
| Student will apply vowel rules using the phonetic approach with 80% accuracy. | | Monthly |
| Student will write in cursive letters with 80% accuracy. | | Monthly |
| Student will write complex to more complex sentences using appropriate capitalization and punctuations with 80% accuracy. | | Monthly |
| Student will write book reports with 80% accuracy. | | Monthly |

**EVALUATION PROCEDURE(S)**

☐ Portfolio  ☒ Log  ☒ Chart  ☐ Test  ☐ Documented Observation  ☐ Report  ☒ Other  Informal Assessments

| Student Name | J█████ | Managing School | Martin L. King Jr. | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | 9055 227 | DOB █████ | Attending School Martin L. King Jr. | Page 3 of 4 |

| VIII. SPECIALIZED SERVICES | Additional Comments? | | Goal Number: |
|---|---|---|---|

Area addressed by goal: **Communication**

**ANNUAL GOAL: (including mastery criteria.)**

J█████ will improve the intelligibility of his connected speech to 80% accuracy through achievement of the short-term objectives listed below.

Provider(s): Speech - Language Pathologist

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| J█████ will perform oral motor exercises for control and strengthening of the articulators with 90% accuracy. | | monthly |
| J█████ will decrease use of phonological processes, including final consonant deletion, syllable reduction, and cluster reduction with 80% accuracy. | | monthly |
| J█████ will produce in isolation, and at the word, phrase, and sentence level target phonemes at the 80% accuracy level. | | monthly |
| J█████ will produce sentences with controlled rate of speech at 80% accuracy level. | | monthly |
| J█████ will differentiate to error vs correct target sound productions with 90% accuracy | | monthly |
| | | |

| EVALUATION PROCEDURE(S) | | | | | |
|---|---|---|---|---|---|
| Portfolio | ✓ Log  ✓ Chart | Test | ✓ Documented Observation | Report | Other _____ |

| Student Name | J___ ██ | | Managing School | King, ES | DCPS - IEP |
| Student ID Number | 9055227 | DOB ██ | Attending School | King, ES | Page 3 of 4 |

| VIII. SPECIALIZED SERVICES | Additional Comments: ☐ | Goal Number: ☐ |

Area addressed by goal: _Social / Emotional_

**ANNUAL GOAL: (including mastery criteria.)**

J___ will improve and develop coping skills with 80% mastery.

Provider(s): _Social Worker / Psychologist_

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| J___ will ask for help when confronted with challenging situations with 80% Mastery. | | Monthly |
| J___ will distinguish between acceptable and unacceptable expression of feelings with 80% mastery. | | Monthly |
| J___ will identify + utilize Anger management strategies within the classroom setting with 80% mastery. | | Monthly |
| J___ will take responsibility for his actions & understand probable consequences of his actions with 80% mastery. | | Monthly |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

☐ Portfolio   ☒ Log   ☐ Chart   ☐ Test   ☒ Documented Observation   ☐ Report   ☐ Other _____

District of Columbia Public Schools        07-02-2001        Division of Special Education        Appendix - A        IEP Page 3 of 4

0065

12/13/2004

| Student Name | ▓▓▓ N▓▓▓ | Managing School King Elementary | DCPS - IEP |
|---|---|---|---|
| Student ID Number 9055227 | DOB ▓▓▓ | Attending School King Elementary | Page 4 of 4 |

**Additional Comments:** ☐

**IX. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION SERVICE ALTERNATIVES**

**DRAFT**

Can curricular modification, accommodation and/or supplemental aids and services be used for a LRE setting in general education? ☐ Yes ☒ No

Explanation for removal out of regular education classroom.

> Student requires small structured environment to accommodate disabilities

**X. Supplementary Aids and Services**

| Classroom Needs (Do not name products or companies.) | SETTING GenEd | SpEd | Total | FREQUENCY Hr./Min | D/W/M. | PROVIDER (by discipline) | BEGINNING DATE (mm/dd/yyyy) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Check and list modifications and/or accommodations for _testing_: ☐ None needed

Timing/Scheduling: Extended time
Setting: Reduced, minimalized distractions
Presentation: Read directions/test to student, Repeated review/drill
Response:
Equipment:

**XI. STATE AND DISTRICT ASSESSMENTS:**

☐ Level I  Tested with non-disabled peers under standard conditions without accommodations.

☐ Level II  (Describe accommodations for level II) Tested under standard conditions with special accommodations.

☒ Level III  (Describe non-uniform conditions for level III) Tested under non-standard conditions with permissible accommodations

☐ Level IV  (Describe the alternative assessment)

☐ Level V  Portfolio:

**XII. Areas Requiring Specialized Instruction and Related Services:**

☒ Reading  ☐ Physical/Sensory  ☐ Transition
☐ Mathematics  ☐ Social Emotional  ☐ Vocational
☐ Written Expression  ☐ Physical Development  ☐ Independent Living
☐ Other:  ☐ Speech/Language
☐ None  Apply annual goal(s), objectives and/or modifications to address barriers in each area checked above.

**Modifications:**

☒ Language Arts/English
☐ Social Sciences
☐ Biological & Physical Sciences
☐ Fine Arts

**XIII. PLACEMENT CONSIDERATIONS AND JUSTIFICATION**

| DESCRIBE CONSIDERATIONS | ACCEPT/REJECT REASONS | POTENTIAL HARMFUL EFFECTS |
|---|---|---|
| In General Education Classroom Setting | Rejected | Continued school failure |
| Out of General Education Classroom | Rejected | Continued school failure |
| Combination General Education and Resource Classroom | Accepted | Time away from non-disabled peers in academic arts |
| | | |
| | | |

Modification(s)/Accommodation(s) to address the harmful effects:

0066

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

DRAFT

INDIVIDUALIZED EDUCATION PROGRAM
(IEP)
MEETING NOTES

STUDENT ▮▮▮▮      N▮▮▮▮                SCHOOL King Elementary        DATE: __12/13/2004__

| PARTICIPANTS: | PARTICIPANTS: (Sign Name) | DISCIPLINE |
|---|---|---|
| Mr. Roe Norris | _Ben Norris_ | Parent |
| Ms. Cheryl Credle | _Cheryl Credle_ | Special Ed Teacher |
| Mr. Faison | _Ben W Faison_ | General Ed Teacher |
| Ms. N. Cureton | | LEA Representative |
| Dr. V. Baylor | | Principal or Designee |
| | | Student |
| Ms. M. Chamberlain | _Maureen Chamberlain, MSCCC-SLP_ | Speech Pathologist |
| Ms. K. Johnson | _Kristina Johnson_ | School Social Worker |
| _Diana Stovall_ | _Diana Stovall_ | _School Psychologist_ |
| | | |

> Purpose of meeting was stated Annual IEP review.  Parent Right's Manual presented and receipt recieved.
> All introductions were made.  Parents questions and concerns were addressed.  Parent provided school with
> written request to conduct meeting without advocat due to difficult time scheduling meeting.  Parent stated
> she is concerned as to whether he is receiving psychological counseling services.  Ms. Johnson School Social
> Worker informed mother that he is receiving services.  Parent also stated that J▮▮▮ is not progressing
> academically.  He is on the same level as last year.
> Mr. Faison, J▮▮▮s 4th grade gen. ed. teacher stated that he is performing at approx. 54% on reading theme
> tests which are below basic.  In math its a little better.  Teacher and parent stated that student does not
> complete or do homework.  He also stated that he no longer receives behavior checklist.  Teacher and mother
> agreed to communicate through a homework folder on daily basis.
> Specialized Instructions were added to IEP academically in the areas of reading and written language.
> Student will receive 10 hrs/wk.  Speech language services were increased to 2hrs. / wk from 1.5/hrs/wk.
> Goal were reviewed with parent and accepted.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE: _____     **MULTIDISCIPLINARY TEAM (MDT)**     Page: _____ of ___
**CONTINUATION MEETING NOTES**
MEETING TYPE: _____

STUDENT: J___ N___     SCHOOL: Martin L. King Jr. Elementary     DATE: 12/13/2001

J___ is a friendly youngster who is working with good effort on speech therapy activities. J___ has shown progress toward achieving his goals and short term objectives, but has not reached the criterion established for him. J___ has reached criterion for oral motor movement and control objectives. He needs to continue with speech therapy and it's recommended that J___'s speech therapy services be increased from the current 1.5 hours per week to 2 hours per week.

J_____ did experience some difficulty this year in terms of coming to counseling. However, that problem has been resolved. His teacher, J_____ and I agreed that he will come to see me at 10:40 independently, unless it becomes a problem. He has been working on anger management skills in which he can utilize in the classroom setting. J_____ enjoys coming to counseling. He participates and interacts with his peers during the sessions. He will continue working on his coping skills, self esteem, + anger management skills.

K. Johnson

WASHINGTON, DC

MULTIDISCIPLINARY TEAM (MDT)
CONTINUATION MEETING NOTES

MEETING TYPE:

STUDENT: J_____ N_____     SCHOOL: King ES     DATE: 12/13/04

MDT REFERRAL DATE: _____     Page: ___ of ___

JN-03

DCPS - IEP

### DISTRICT OF COLUMBIA PUBLIC SCHOOLS
### WASHINGTON, D.C.
### INDIVIDUALIZED EDUCATIONAL PROGRAM

Additional Comments: ☐

## I. IDENTIFICATION INFORMATION

Student Name: Last **N███**    First **J███**    MI ███

Student ID **905522-7**   Soc. Sec. No. _____   Age: **8**   Grade **3**

Gender ☑ M ☐ F   Date of Birth ███   Ethnic Group **African American**

Address **349**   Street Name **Parkland Pl. SE.**   #1
House No.    Quadrant    Apartment #

**Washington DC. 20032**
City    State    Zip Code

☐ Non-attending

Attending School **M.L.King Jr. ES**   Home School **M.L.King Jr. ES**

☐ Elem. ☐ Mid/JHS ☐ SHS ☐ SWS /

Parent **Ms. Kea Norris**

Address of (if different from student): _____ ☐ Parent ☐ Guardian ☐ Surrogate

House No.   Street Name _____ Quad _____ Apt. No. _____ City _____ State _____ Zip Code
Telephone: Home **2·306·9795**   Work

### II. CURRENT INFORMATION

Date of IEP Meeting: **11/17/03**

Date of Last IEP Meeting: **10/20/02**

Date of Most Recent Eligibility Decision: **4/30/01**   11/17/03   11/17/02

Purpose of IEP Conference:
☐ Initial IEP   ☑ Review of IEP
☑ Requested Eval.   ☐ 3yr ReEval.

Indicate Level of Standardized Assessment: **I**

ADDENDA TO BE ATTACHED AS NEEDED
Check the appropriate box(es)

| BEHAVIOR | TRANSPORTATION |
|---|---|
| ESY | TRANSITION |

## III. LANGUAGE

| | Language | Language Used for Evaluation | Language Used in Conference | Communication Requirements | To be completed by Office of Bilingual Education English and Math Proficiency Assessment |
|---|---|---|---|---|---|
| Student | English | English | English | Native Language | Oral _____ |
| Parent | English | English | English | Native Language | Rdg./Written _____ |
| Home | English | English | English | Native Language | Instrument: _____ Date: _____ |

## IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| SERVICES | SETTING GenEd | SpEd | Total | FREQUENCY Hr./Min | D/W/M. | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # wks./mos. | |
|---|---|---|---|---|---|---|---|---|---|
| Speech Language Therapy | 1. | 1.5 | 1.5 | HRS | W | Speech Pathologist | 11/18/03 | 10 | MOS |
| Psych Social Therapy | 0. | .5 | .5 | HR | W | School Psycho/Social Worker | 11/18/03 | 10 | MOS |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| TOTAL | | 2.0 | 2.0 | Hours Per Week | | | | | |

## V. Disability(ies)

**Speech Language Impaired**

☑ (Check if setting is general Ed.)

Percent of time in Specialized Instruction and Related Services
☑ 0-20%   ☐ 21-60%   ☐ 61-100%

Percent of time NOT in a Regular Education Setting **6 %**

## VI. IEP TEAM (Participants in the development of the IEP)

Print and sign your name below.

| | |
|---|---|
| Kea Norris | *Kea Norris* |
| LATANYA Higginbotham | *Latanya J. Higginbotham*   Cheryl Y Credle *Cheryl Y Credle*, Spec-Ed Coord |
| Charron Mitchell | *Charron H Mitchell* HRCC-SLP |
| Diana Stovall | *Diana Stovall*, School Psychologist |
| Jennifer Williams | *Jennifer Williams* MS,CCC-SLP   Jennifer B *(via phone)* MS CCC-SLP AP |

☒ I AGREE with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education.

Parent/Guardian Signature _____   Date **11/17/03**

| Student Name | [redacted] N | Managing School | King ES | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | 9055321 [redacted] | DOB [redacted] | Attending School | King ES | Page 2 of 4 |

## VII. Present Educational Performance Levels in Areas Affected by the Disability

Additional Comments: ☐

**Academic Areas: (Evaluator)** Diane Atwell

Math Strengths:

Impact of disability on educational performance in general education curriculum:

Reading Strengths:

Impact of disability on educational performance in general education curriculum:

**Score(s) When Available**
Math Cal. 1.9
Math Res. 2.5
See goal page:
Date: 6/19/03
Rdg. Com 1.0
Rdg. Basic K.6
Written Ex.
See goal page:
Date: 6/19/03

**Communication (Speech & Language) (Evaluator)** Jennifer Bilyew/Hosp for Sick Children

Strengths:
Able to utilize AAC device to communicate effectively (voice output)

Impact of disability on educational performance in general education curriculum:
J[redacted] disability of Apraxia severely impacts
J[redacted] academic & social performance.

**Score(s) When Available**
Exp.Lang.
Rec. Lang.    N A
Artic
Voice
Fluency
Exp. Voc.
Rec. Voc.
See goal page:
Date:

**Motor/Health (Evaluator)**
Strengths:

Impact of disability on educational performance in general education curriculum:

**Score(s) /Results When Available**
See goal page:
Date:

**Social Emotional Behavioral Areas: (Evaluator)**
Strengths:

Impact of disability on educational performance in general education curriculum:

**Score(s) When Available**
See goal page:
Date:

**Cognitive/Adaptive Behavior: (Evaluator)** Diane Atwell

Strengths:

Impact of disability on educational performance in general education curriculum:

**Score(s) When Available**
TONI - 3
IQ Quotient
121
See goal page:
Date: 6/19/03

**Prevocational Skills: (Evaluator)**
Strengths:

Impact of disability on educational performance in general education curriculum:

**Score(s) When Available**
See goal page:
Date:

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 2 of 4

0071

| Student Name | J___ ___ | | Managing School | King ES | | DCPS - IEP |
| Student ID Number | 9055227 | DOB | Attending School | King ES | | Page 3 of 4 |

| VIII. SPECIALIZED SERVICES | Additional Comments: ☐ | | Goal Number: ☐ |

Area addressed by goal: __Communication__

**ANNUAL GOAL:** (including mastery criteria.)

J___ will demonstrate improvement of articulatory skills by mastering the below short-term objectives w/ 80% accuracy.

Provider(s): __Speech Pathologist__

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| J___ will perform oral-motor exercises to help strengthen articulators | | monthly |
| J___ will imitate the therapists production of target sounds in isolation w/ 80% accuracy | | monthly |
| J___ will produce target sounds in initial position in words w/ 60% accuracy. | | monthly |
| J___ will utilize over articulation to repeat words & phrases w/ 80% accuracy | | monthly |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

☐ Portfolio  ☑ Log  ☐ Chart  ☐ Test  ☑ Documented Observation  ☐ Report  ☑ Other  __Progress reports__

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 3 of 4

| Student Name | J████ M████ | Managing School | King ES | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | 9055227 DOB ████ | Attending School | King ES | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**    Additional Comments: ☐    Goal Number: ☐

Area addressed by goal: *Social / Emotion*

**ANNUAL GOAL:** (including mastery criteria.)

████████ will improve and develop coping skills

Provider(s): *Clinical Social Worker or School Psychologist*

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Identify appropriate and inappropriate behavorial responses | | Monthly |
| Develop appropriate behavorial responses for positive and negative situations | | Monthly |
| Describe probable consequences of various behavorial responses. | | Monthly |
| | | |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

☐ Portfolio   ☐ Log   ☑ Chart   ☐ Test   ☑ Documented Observation   ☐ Report   ☐ Other _____

0073

| Student Name | _____ | Managing School | King ES | DCPS - IEP |
| Student ID Number | 9055225 | DOB | _____ | Attending School | King ES | Page 4 of 4 |

Additional Comments: ☐

## IX. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION SERVICE ALTERNATIVES

Can curricular modification, accommodation and/or supplemental aids and services be used for a LRE setting in general education?  ☐ Yes  ☒ No

Explanation for removal out of regular education classroom.

Specific scheduling for related services

## X. Supplementary Aids and Services

| Classroom Needs (Do not name products or companies.) | SETTING | | | FREQUENCY | | PROVIDER (by discipline) | BEGINNING DATE (mm/dd/yyyy) |
| | GenEd | SpEd | Total | Hr./Min | D/W/M. | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Check and list modifications and/or accommodations for testing:  ☐ None needed

| Timing/Scheduling: | Extended Time |
| Setting: | Small Group |
| Presentation: | Repeated Instruction |
| Response: | |
| Equipment: | |

## XI. STATE AND DISTRICT ASSESSMENTS:

☒ Level I  Tested with non-disabled peers under standard conditions without accommodations.

☐ Level III  (Describe non-uniform conditions for level III) Tested under non-standard conditions with permissible accommodations

☐ Level V  Portfolio: _____

☐ Level II  (Describe accommodations for level II) Tested under standard conditions with special accommodations.

☐ Level IV  (Describe the alternative assessment)

## XII. Areas Requiring Specialized Instruction and Related Services:

☐ Reading
☐ Mathematics
☐ Written Expression
☐ Other:
☐ None

☐ Physical/Sensory
☒ Social Emotional
☐ Physical Development

☐ Transition
☐ Vocational
☐ Independent Living
☒ Speech/Language

**Modifications:**
☐ Language Arts/English
☐ Social Sciences
☐ Biological & Physical Sciences
☐ Fine Arts

Apply annual goal(s), objectives and/or modifications to address barriers in each area checked above.

## XIII. PLACEMENT CONSIDERATIONS AND JUSTIFICATION

| DESCRIBE CONSIDERATIONS | ACCEPT/REJECT REASONS | POTENTIAL HARMFUL EFFECTS |
| In gen. ed. classroom | Rejected | Continued School Failure |
| Out of gen. ed. classroom | Rejected | Continued School Failure |
| Combination gen. ed./resource related services - clas | Accepted | Time away from non-disabled peers. |

Modification(s)/Accommodation(s) to address the harmful effects:

Specific scheduling for related services.

District of Columbia Public Schools   07-02-2001   Division of Special Education   Appendix - A   IEP Page 4 of 4

0074

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
**(MDT) (IEP)**
MEETING NOTES

MDT □

MDT REFERRAL DATE: _____

STUDENT: ███ █ ███     SCHOOL: M.L King Jr. ES     DATE: 11/17/03

PARTICIPANTS: (Print Name)     PARTICIPANTS: (Sign Name)     POSITION

| Kea Norris | Kea Norris | Parent |
| LATANYA G. Higginbotham | LaTanya G. Higginbotham | Advocate |
| Cheryl Credle | Cheryl Credle | Spec. Ed. Teacher |
| Diana Stovall | Diana Arnall | School Psychologist |
| Jennifer Williams MS CCC-SLP | Jennifer Williams | Speech Pathologist |
| Felicia T. Nokes | Felicia T. Nokes | Spec. Ed. Specialist |
| Charron M. Mitchell MACCCSLP | MMitchell MACCC-SLP | SLP |
| Jennifer B. Iyew MSCCC-SLP,ATP (via phone) | _____ MSCCC-SLP,ATP | Assistive Tech. Practicum, SLP |

Purpose of meeting stated to evaluate/review ███ █ ███. Assistive Tech. Device Eval. + Psycho-ed. eval for ███. All parties introductions were made. All parents question were answered in reference to Parent Rights and receipt received.

Jennifer Billyew from Hospital for sick Children reviewed Assistive Technology Device Evaluation that was done on 10/22/03 at Martin Luther King Jr. ES. via telephone. Speech Pathologist Ms. Williams addressed other questions in reference to device.

It is recommended that The Vantage from PRC should be purchased for ███ to use as his primary form of communication. Training on the Vantage is recommended for ███ his family and school (as well as other service providers that deals with him). A Nokes on 11/21/03 package will be submitted by Ms. Felicia in order to purchase device and training services. Time frame will be determined Once DCPS receives information about purchase DCPS will inform Parent + Advocate It is expected to take a min. of 2 weeks

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE: _____

**MULTIDISCIPLINARY TEAM (MDT)**
**CONTINUATION MEETING NOTES**
MEETING TYPE: _____

Page: ____ of ___

STUDENT: ████████   SCHOOL: M.L. King Jr.   DATE: 11/17/03

The Assistive Technology Team from the Hospital for Sick Children was
asked to evaluate ██████ to determine his need for
a speech-output device. It was determined that he
needed a communication device that was portable, dynamic screen,
with a
and with a specific language organization (unity from PRC).
The device recommended for ██████ was the Vantage from
Prentke Romich, Inc. Please see the report for full
pricing information.

MDT REFERRAL DATE: _____     **MULTIDISCIPLINARY TEAM (MDT)**     Page: _____ of ___
                                  **CONTINUATION MEETING NOTES**
                                  MEETING TYPE: _____

STUDENT: ▉▉▉▉▉     SCHOOL: M.L.King Jr. ES   DATE: 11/17/03

Speech Language Services will continue at same frequency and duration. Psycho-social therapy is also recommended at .5 hr/wk. Student has been removed from Ms. Cowan's Gen. Ed. 3rd grade class to Mrs. Sneed 3rd grade class. MDT will make observation to determine students Progress. If Progress is not being made DCPS will address tutorial services. Parent and advocate are requesting 240 hrs of comp-ed tutoring in reading, writing and math. due to weak skills Student is performing below grade level in these academic areas. DCPS has been in cause of not being able to communicate. aware of the need for device since 16/18/02. MDT recommends tutoring to cover requested Comp. Spec Ed. Coord will submit a Tutor Request Speech Pathologist is willing to help address Comp. Ed Time. (Ms. Mitchell)

Parent + advocate are requesting that tutoring services begins within 30 days of IEP meeting 11/17/03. If school not they will like to have the right Seek independent tutoring at DCPS's expense. Meeting served as re-evaluation.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE: _____

**MULTIDISCIPLINARY TEAM (MDT)
CONTINUATION MEETING NOTES**
MEETING TYPE: _____

Page: _____ of ___

STUDENT: ███████ N███████    SCHOOL: M.L. King Jr. ES    DATE: 11/11/03

*Psychoeducational Evaluation*

<u>TONI - 3</u>
TONI - 3 IQ Quotient
    SS 121

VMI
7 years, 0 months

<u>WIAT - II</u>
Reading 77
Mathematics 102

At this point ██████ does not meet the criteria for a learning disabled student. It is recommended that ██████ be retested in one year to determine his true level of functioning. It is also recommended that psychological 1x wkly. group for coping skills.

██████ can benefit from some type of extracurricular activity to help develop self-esteem and self-discipline.

0078

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE: _____     **MULTIDISCIPLINARY TEAM (MDT)**     Page: ____ of ____
**CONTINUATION MEETING NOTES**
**MEETING TYPE:** _____

STUDENT: ███████     SCHOOL: M.L. King Jr. ES     DATE: 11/17/03

To: Elva Gloster, Asst. to the Director of Spec. Ed.

From: Cheryl Credle, M.L. King Jr. ES
           - Spec. Ed. Coord.

Per MDT meeting, team is requesting tutorial service to cover 240 hrs. of compensatory educational services. Student has been waiting for an assitive technology device to assist communication since June 18, 02.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS    7-01-01    DIVISION OF SPECIAL EDUCATION    MDT CONTINUATION MEETING NOTES    APPENDIX A

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

INDIVIDUALIZED EDUCATION PROGRAM
(IEP)
MEETING NOTES

STUDENT ████ N ████    SCHOOL M.L. King Jr.    DATE: 9/29/03

| PARTICIPANTS: | PARTICIPANTS: (Sign Name) | DISCIPLINE |
|---|---|---|
| KEA NORRIS | Kea Norris | PARENT |
| Cheryl Credle | Spec. Ed. Coord/Credle | Spec. Ed. Coord/Teacher |
| Felicia Nokes | Felicia J. Nokes | Spec. Ed. Specialist |
| LATANYA G. Higginbotham | Katanya G. Higginbotham | Advocate |
| Robert Sands Jr. | Robert Sands Jr. | Occupational Therapist |
| Curtis A. Greene Jr. | Cur P Gr | SBP parent |

Purpose of meeting stated to review OT Evaluation done on A██ N████ by Wanda Banks, MA., OTR/L. Parent Rights Prensented and receipt received. Parent had no questions about All Rights. All Parties introduced themselves. Per request of parent + Advocate. Because DCPS OT MDT did not have adequate time to review report or observe student needs to reconvene, Mr. Sends, Occupational Therapist Stated that outside evaluation is to vauge to determine what direct areas need to be addressed through Occupational Therapy. Team agreed as well as parent + advocate to reconvene on 10/6/03 @ 9:30 am in room 311 at M.L. King Jr. ES. Functional Behavior Assessment will also be completed for review at 10/6/03's meeting.

WASHINGTON, DC

MDT REFERRAL DATE: _____

**MULTIDISCIPLINARY TEAM (MDT)**
**CONTINUATION MEETING NOTES**
MEETING TYPE: _____

Page: _____ of ____

STUDENT: A███████          SCHOOL: M.L.King Jr. ES          DATE: 9/29/03

O.T. – Therapist reviewed outside Occupational Therapy Evaluation and it was determined that the report was not Comprehensive enough to prepare goals from. The report did not suggest any goals and only prescribed amount of service. Therapist request more time to Observe child and make an Independent assessment of Childs abilities in relation to Occupational Therapy needs, and service required, prior to drafting goals and objectives.

0081

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MDT

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES

MDT REFERRAL DATE: _____

STUDENT: J⬛ N⬛    SCHOOL: M.L. King Jr.    DATE: 10/28/02

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| Kea A. Norris | Kea A. Norris | Mother |
| Cheryl Y. Credle | Cheryl Y. Credle | Sp. Ed. Teacher/Coord. |
| Joyce R. Jackson | Joyce R. Jackson | 2nd Grade Teach |
| Jennifer Williams MS,CCC-SLP | Jennifer Williams | Speech Pathologist |
| LaVerne Reid-Peeler(count) | LaVerne Reid-Peeler | count |

Meeting held at 1:45 all partres introduced self to parent. Safeguard was issued and receipt received. Purpose of meeting was explained. To addend IEP in order to add needed equipment. Parent is concerned about J⬛'s frustration. His disability is causing behavior issues at this time. Behaviors include hitting, Kicking, biting, fighting, throwing, tantrum. Aggression is being displayed at home and school.

Gen. Ed. Teacher, Ms. Jackson - student has become very frustrated with not being understood in the classroom. It is also very difficult to assess progress without being able to communicate. Behavior are becoming very serious.

Speech Language Pathologist - Jennifer Williams MS, CCC-SLP.
   J⬛ presents w/ a severe articulation deficit w/ highly unintelligible speech. J⬛ substitutes most sounds w/ /h/ or /K/. It was recommended @ Univ. of MD. that J⬛ would benefit from a voice output device as well as other forms of AAC. This is recommendation was agreed by the DCPS therapist. J⬛ is also starting to exhibit behavior issues. (10% intelligible in connected speech)

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE: _____     MULTIDISCIPLINARY TEAM (MDT)    Page: _____ of ___
CONTINUATION MEETING NOTES
MEETING TYPE: _____

STUDENT: ▓▓▓▓ ▓▓▓▓     SCHOOL: M.L. King Jr. ES     DATE: 10/23/02

MDT Recommendation -

① Voice Output device in order to allow student to function and communicate in the general ed setting.

Mother will research to see if she can receive some sort of funding so that device can be used at home as well as school.

② Psycho/Social Counseling to address behavior and anger situations taking Place at school and home.

**District of Columbia Public
Schools Division of Special
Education Washington, D.C.**

## NEW ADDENDUM MEETING PAGE
Attach to the IEP and check the box on page one.

Student Name J___ N___          DOB ___   DATE 10/23/02

Student ID Number 9055227          School M.L.King Jr. ES

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | DISCIPLINE |
|---|---|---|
| Ken A. Norris | Ken A. Norris | Mother |
| Joyce B. Jackson | Joyce B. Jax | 2nd Grade Teacher |
| Jennifer Williams MS.CCC-SLP | Jennifer W Williams | Speech Pathologist |
| Laverne Byrd-Peeler | Dallene Bd Peel | Aunt |
| Cheryl Credle | Cheryl Y. Credle | Sp. Ed. Coord./Teacher |

**INSTRUCTIONS:** Use this addendum, in an IEP/MDT meeting, when changing levels of services on an IEP section or part. Discipline service providers must participate in the meeting. Attach addendum to the IEP and check the appropriate box on page one.

**Purpose of this meeting is to:**

Speech Pathologist / Classroom Teacher / Parent is request a Voice Output Device in order to allow student the ability and opportunity to communicate in a gen. ed. setting.

### SERVICES TO BE ADDED TO THE IEP

| SERVICES | SETTING GenEd SpEd Total | FREQUENCY Hr./Min | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # weeks | DATE ADDED mm/dd/yyyy |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| **TOTAL** |  | **Hours Per Week** |  |  |  |  |

CURRENT IEP : Percent of time in Special Services
[✓] 0-20%   [ ] 21-60%   [ ] 61-100%

THIS ADDENDUM : Percent of time in Special Services
[ ] 0-20%   [ ] 21-60%   [ ] 61-100%

**Describe:**

PARENT SIGNATURE FOR ADDITION(S) APPROVAL: Ken A. Norris          DATE: 10/23/02

DISTRICT OF COLUMBIA PUBLIC SCHOOLS          07-02-2001          DIVISION OF SPECIAL EDUCATION          APPENDIX-A

0084

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.
INDIVIDUALIZED EDUCATIONAL PROGRAM

DCPS - IEP Page 1 of JN-06
Additional Comments: __

## I. IDENTIFICATION INFORMATION

Student Name: Last ▓ First ▓ MI

Student ID 9055227  Soc. Sec. No. ▓  Age: 6  Grade 1

Gender ☐ M ☒ F  Date of Birth ▓  Ethnic Group African-American

Address 349 Parkland Dr. SE. #2
Street No.  Street Name  Quadrant  Apartment #

Washington  DC  20032
City  State  Zip Code

☐ Non-attending

Attending School M.L.King Jr. ES  Home School M.L.King Jr. ES

☒ Elem. ☐ Mid/JHS ☐ SHS ☐ CWS/J

Parent Kea A. Norris

Address of (if different from student): ☒ Parent ☐ Guardian ☐ Surrogate

Hous No.  Street Name  Quad  Apt. No.  City  State  Zip Code
Telephone: Home 561-0279  Work

## II. CURRENT INFORMATION

Date of IEP Meeting: 6/18/02
Date of Last IEP Meeting: 4/30/01
Date of Most Recent Eligibility Decision: 4/30/01

Purpose of IEP Conference:
☐ Initial IEP  ☒ Review of IEP
☒ Requested Eval.  ☐ 3yr ReEval.

Indicate Level of Standardized Assessment: I

ADDENDA TO BE ATTACHED AS NEEDED
Check the appropriate box(es)

| BEHAVIOR | TRANSPORTATION |
|---|---|
| ESY | TRANSITION |

## III. LANGUAGE

| | Language | Language Used for Evaluation | Language Used in Conference | Communication Requirements | To be completed by Office of Bilingual Education English and Math Proficiency Assessment |
|---|---|---|---|---|---|
| Student | English | | | → | Oral ___ |
| Parent | English | | | → | Rdg/Written ___ |
| Home | English | | | → | Instrument ___ Date: ___ |

## IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| SERVICES | SETTING GenEd SpEd Total | | | FREQUENCY Hr./Min  D/W/M. | | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # wks./mos |
|---|---|---|---|---|---|---|---|---|
| Speech/Language Therapy | | 1.5 | 1.5 | Hrs | W | Speech Pathologist | 9/3/02 | 10 MOS |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| TOTAL | | 1.5 | 1.5 | Hours Per Week | | | | |

## V. Disability(ies)

SLI

☒ (Check if setting is general Ed.)

Percent of time in Specialized Instruction and Related Services ☒ 0-12% ☐ 21-60% ☐ 61-100%
Percent of time NOT in a Regular Education Setting 5%

## VI. IEP TEAM (Participants in the development of the IEP)    Print and sign your name below.

| | | |
|---|---|---|
| KEA NORRIS | Kea Norris | Parent |
| Cheryl Y. Credle | CY Credle | Sp Ed. Teacher/Coord. |
| Jennifer Williams | Jennifer Williams | MS, CCC-SLP |
| James Wright | James Wright | Teacher |
| Vanessa M. Lykes | Vanessa M. Lykes | SES |

☒ I AGREE with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education.

Parent/Guardian Signature Kea Norris  Date 6/18/02

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix A    IEP Page 1 of 4

| Student Name | N | | Managing School | M. L. _Ling Jr. ES_ | | DCPS - IEP |
|---|---|---|---|---|---|---|
| Student ID Number | 9055225 | DOB | Attending School | M.-L. King Jr. ES | | Page 2 of 4 |

## VII. Present Educational Performance Levels in Areas Affected by the Disability

Additional Comments: ☐

**Academic Areas: (Evaluator)**

**Score(s) When Available**

**Math Strengths:**

Math Cal. _____

Math Rea. _____

**Impact of disability on educational performance in general education curriculum:**

See goal page: _____

Date: _____

**Reading Strengths:**

Rdg. Com _____

Rdg. Basic _____

Written Ex. _____

**Impact of disability on educational performance in general education curriculum:**

See goal page: _____

Date: _____

**Communication (Speech & Language) (Evaluator)** Jennifer Williams Ms. CCC-SP

**Strengths:**

Eager to learn

**Score(s) When Available**

Exp.Lang. (LNE SS 64

Rec. Lang. LNE SS 85

Artic. SS < 40

Voice _____

Fluency _____

**Impact of disability on educational performance in general education curriculum:**

Severe articulation deficits adversely affects communication in all areas.

Exp. Voc. SS 92

Rec. Voc. SS 98

See goal page: _____

Date: _____

**Motor/Health (Evaluator)**

**Strengths:**

**Score(s) Results When Available**

_____

_____

**Impact of disability on educational performance in general education curriculum:**

See goal page: _____

Date: _____

**Social Emotional Behavioral Areas: (Evaluator)**

**Strengths:**

**Score(s) When Available**

_____

_____

**Impact of disability on educational performance in general education curriculum:**

See goal page: _____

Date: _____

**Cognitive/Adaptive Behavior: (Evaluator)**

**Strengths:**

**Score(s) When Available**

_____

_____

**Impact of disability on educational performance in general education curriculum:**

See goal page: _____

Date: _____

**Prevocational Skills: (Evaluator)**

**Strengths:**

**Score(s) When Available**

_____

_____

**Impact of disability on educational performance in general education curriculum:**

See goal page: _____

Date: _____

0086

| Student Name | J___ N___ | | Managing School | King 5 | | DCPS - IEP |
| Student ID Number | | 008 | Attending School | King 5 | | Page 3 of 4 |

| **VIII. SPECIALIZED SERVICES** | Additional Comments: ☐ | | Goal Number: ☐ |

Area addressed by goal: __Communication__

**INUAL GOAL: (Including mastery criteria.)**

J___ will demonstrate progress in the area of Articulation skills.

Provider(s): __Speech Pathologist__

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| ① J___ will perform oral-motor exercises to help strengthen articulators with 80% accuracy. | | monthly |
| ② J___ will imitate therapist's production of target sounds w/ 80% accuracy. /p/, /t/, /d/ | | monthly |
| ② J___ will produce target sounds in isolation w/ 80% accuracy. | | monthly |
| | | |
| | | |
| | | |

| **EVALUATION PROCEDURE(S)** |
| ☐ Portfolio  ☐ Log  ☐ Chart  ☐ Test  ☐ Documented Observation  ☐ Report  ☐ Other _____ |

| Student Name | J N | Managing School | M.L King Jr. ES | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | 9055227 | DOB | Attending School | M.L. King Jr. ES | Page 4 of 4 |

**Additional Comments:** ☐

## IX. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION
## SERVICE ALTERNATIVES

Can curricular modification, accommodation and/or supplemental aids and services be used for a LRE setting in regular education? ☒ Yes ☐ No

Explanation for removal out of regular education classroom.

Requires specific scheduling for related services.

## X. Supplementary Aids and Services

| Classroom Needs (Do not name products or companies.) | SETTING | | | FREQUENCY | | PROVIDER (by discipline) | BEGINNING DATE (mm/dd/yyyy) |
|---|---|---|---|---|---|---|---|
| | GenEd | SpEd | Total | Hr./Min | D/W/M. | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Check and list modifications and/or accommodations for testing: ☐ None needed

| | |
|---|---|
| Timing/Scheduling: | |
| Setting: | |
| Presentation: | |
| Response: | |
| Equipment: | |

## XI. STATE AND DISTRICT ASSESSMENTS:

☒ Level I  Tested with non-disabled peers under standard conditions without accommodations.

☐ Level III (Describe non-uniform conditions for level III) Tested under non-standard conditions with permissible accommodations

☐ Level V  Portfolio:

☐ Level II (Describe accommodations for level II) Tested under standard conditions with special accommodations.

☐ Level IV (Describe the alternative assessment)

## XII. Areas Requiring Specialized Instruction and Related Services:

☐ Reading
☐ Mathematics
☐ Written Expression
☐ Other:
☐ None

☐ Physical/Sensory
☐ Social Emotional
☐ Physical Development

☐ Transition
☐ Vocational
☐ Independent Living
☒ Speech/Language

**Modifications:**
☐ Language Arts/English
☐ Social Sciences
☐ Biological & Physical Sciences
☐ Fine Arts

Apply annual goal(s), objectives and/or modifications to address barriers in each area checked above.

## XIII. PLACEMENT CONSIDERATIONS AND JUSTIFICATION

| DESCRIBE CONSIDERATIONS | ACCEPT/REJECT REASONS | POTENTIAL HARMFUL EFFECTS |
|---|---|---|
| General Education Class + Related Services Combination | Accepted | None |
| | | |
| | | |

Modification(s)/Accommodation(s) to address the harmful effects:

Pull out services for speech/Language Therapy for Articulation deficits.

Location for Services  M.L King Jr. Elem. School

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 4 of 4

0088

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

INDIVIDUALIZED EDUCATION PROGRAM
(IEP)
MEETING NOTES

STUDENT ▮▮▮▮, ▮▮▮▮    SCHOOL _ML. King El_  DATE: _6-18-02_

PARTICIPANTS:                PARTICIPANTS: (Sign Name)            DISCIPLINE

_Vanessa M. Lykes_          _Vanessa M. Lykes_                    _SES_

| | | |
|---|---|---|

▮▮ continues to be in need of speech / language services to address these deficits. Speech services will continue of at 1.5 hours per week. ▮▮ will continue to receive all academic services in the general education setting.

STRICT OF COLUMBIA PUBLIC SCHOOLS    07-02-2001    DIVISION OF SPECIAL EDUCATION    IEP MEETING NOTES

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES

MDT REFERRAL DATE: 6-18-02

MEETING DATE: 6-18-02

STUDENT: N▉▉▉▉, ▉▉▉▉          SCHOOL: Mr King Es

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| Vanessa M. H. Lykes | Vanessa M. Lykes | Spec. Educ. Specialist |
| Wright JAMES | James Wright | Teacher |
| Jennifer Williams | Jennifer Williams | Speech Pathologist |
| Cheryl Credle | Cheryl Credle | Spec. Ed. Teacher/Coord. |
| | | Parent |

The meeting convened and all discipline specialists introduced themselves to the parent. The procedural manual was presented and a receipt was obtained. Purpose: To review the speech assessment from Feb. + determine continued eligibility for spec. educate.

The Parent Reports: She has gotten frustrated with not being able to understand her son. She has sought outside therapy until her insurance ran out.

The General Education Teacher Reports: J▉▉▉▉ is eager to learn. His teacher believes that his speech impediment is hindering

THE PARENT ☑ IS PRESENT ☐ IS NOT PRESENT  AT THE MEETING

AFTER A REVIEW OF THE ASSESSMENTS, IT IS DETERMINED THAT  J▉▉▉▉ N▉▉▉▉

☑ CONTINUES TO BE ELIGIBLE  FOR SPECIAL EDUCATION

☐ IS TO BE EXITED FROM  SPECIAL EDUCATION

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES

MDT REFERRAL DATE: 6-18-02

MDT

STUDENT: ▓▓▓▓ n▓▓▓▓    SCHOOL: M. L. King    DATE: 6-18-02

PARTICIPANTS: (Print Name)          PARTICIPANTS: (Sign Name)          POSITION

▓▓▓ from reaching his full potential.
The Speech Therapist Reports: ▓▓▓ was
assessed at the Univ. of MD in February.
▓▓▓ was administered a hearing
screening and no deficits were
noted. The GFTA was also administered.
▓▓▓ received scores well below the
average range for his age. (70 errors
were revealed). Oral motor structures
revealed that J▓▓▓ had difficulty
differentiating his tongue from his jaw
during a licking activity. On the PLS, J▓▓▓
scored in the low average range in
reaptive skills and below average in
expressive skills. In summary, J▓▓
demonstrates speech difficulties consistent with
apraxia of speech. Although receptive language
skills are within normal limits, he presents with
highly unintelligible speech and language impairments.
▓▓▓ is unable to communicate effectively with
others and his speech significantly impacts his social and

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES

MDT REFERRAL DATE: _____

STUDENT: ███████████   SCHOOL: Mc King   DATE: 6-18-02

PARTICIPANTS: (Print Name)          PARTICIPANTS: (Sign Name)          POSITION

academic performance. While he relies on gestures and pointing to clarify messages, these strategies alone are insufficient to accommodate the communication demands █████ encounters daily.

Summary / Recommendations: █████ continues to be eligible for special education and related services as an Speech-Language Impaired Student. Speech Therapy will be increased to 3 times per week at 30 min. intervals. An assistive technology device assessment will be requested. The MDT will reconvene with the results to further determine the need for other special education and related services.

# Psychoeducational Evaluation
## District of Columbia Public Schools
## Special Education
## Confidential Report

NAME: J___ N___  
AGE: 7 years 7 months  
DATE OF BIRTH: ███  
GENDER: Male  
GRADE: Second  
TEST SITE: King  
SCHOOL: Martin Luther King Elementary School

REPORT DATE: 06/23/03  
EXAMINER: Diana Stovall  
TITLE: School Psychologist  
LIC/CERT: DCPS

**Test Administered:** WIAT (06/19/03)   TONI - 3 (11/02)   Record Review  
VMI (06/19/03)   Parent Interview

### SCORES SUMMARY

| WIAT COMPOSITE | SCORE |
|---|---|
| Reading | 77 |
| Mathematics | 102 |

| TONI-3 | |
|---|---|
| TONI-3 Quotient | 121 |

## Reason for Referral

J███ was referred for a psychoeducational evaluation to determine his level of functioning. He is currently in the second grade at Martin Luther King Elementary School. J███ is receiving speech and language services. He has been diagnosed with apraxia. A communication assistive device was recommended for classroom and home use.

## Observation

J███ presented as a handsome young student who was appropriately dressed and groomed for school and who appeared to be of average height and weight for his age. Rapport was easily established. Although, he remained somewhat cooperative and mannerly throughout the testing procedure, frustration was always a problem for him. He avoided talking, at one point, he wrote his answers for the Mathematics Reasoning subtest instead of verbally responding. The speech pathologist was ask to sit in during the reading subtest to help interpert his

responses. J▉▉▉ appeared extremely frustrated when he had to respond orally. The reading subtest might not be a true representation of his ability. He was not fully cooperative during the reading subtest and he appeared agitated that he had to talk.

## Parent Interview

J▉▉▉ is the third child of Kea Norris. He has a 9 year old brother and two sisters 11 and 4 years old. According to Ms. Norris, her pregnancy was full term with no complication. J▉▉▉'s medical history was remarkable for gastric problems. He has never been hospitalized and the only trauma was the death of his grandmother. Developmental milestones were on target. He walked at 11 months and talked at 1 year old. Ms. Norris noted that J▉▉▉ did not receive services for speech until he was in kindergarten.
Ms. Norris wants her son tested to determine his level of functioning. She stated that it is difficult for her because she can't communicate with him.

## Cognitive Results

J▉▉▉ was given the Test of Nonverbal Intelligence - 3rd Edition (TONI-3) to assess his cognitive potential. The TONI-3 is a language free measure of abstract/figural problem solving. It can be used with subjects from 6 years old, through 89 years old. The TONI-3 measures a specific component of intelligent behavior by testing an individual's ability to solve problems without overtly using language. The directions, content, and responses of the test are all language free, which makes the TONI-3 an ideal test for those who have linguistic difficulties. J▉▉▉ earned a TONI-3 Quotient of 121 placing him in the superior range of cognitive functioning and an age equivalent of 10 years, 3 months.

## Perceptual

J▉▉▉ was given the Developmental Test of Visual-Motor Integration to assess her perceptual skills. She achieved a maturity level of 7 years, 0 months. His skills were age appropriate.

## Academic Results

On 06/19/03, J▉▉▉ completed the Wechsler Individual Achievement Test (WIAT) which assesses his current level of functioning in specific academic areas.

## Reading

J▉▉▉ achieved a grade equivalent of K.6 on the Basic Reading subtest. He could recognize beginning and ending sounds and he could point to the correct word that represented a picture clue. When J▉▉▉ had to respond verbally, he refused to participate. His true reading potential is unclear.

## Mathematics

In overall mathematics skills J████ performed in the average range, as indicated by his Mathematics Composite standard score (102). His achievement in this area is better than that of approximately 55% of students his age. J████'s performance on tasks that required him to add, subtract, multiply and divide (Numerical Operations standard score = 95) is comparable to his performance on tasks that required him to understand number and consumer math concepts, geometric measurement, basic graph usage, and single-step and multistep word problems (Mathematics Reasoning standard score = 106).

On the calculation subtest, J████ could add a column of three digits, and subtract single digits. He was unable to regroup. The reasoning subtest was his overall strength. He could solve one step addition and subtraction problems, tell time on the hour and the quarter hour, and solve problems requiring the knowledge of money.

## Writing

On tasks that required him to correctly spell verbally presented words J████performed in the low average range. He achieved a Spelling standard score of 85. His skills in this area exceed those of only approximately 16% of students his age.

## Strengths and Weaknesses

J████achieved his best performance on Mathematics Reasoning (standard score = 106), and lowest score on Reading Comprehension (standard score = 76). His performance across these areas differs significantly, suggesting that these are the areas of most pronounced strength and weakness, respectively, in J████'s subtest profile. He performed in the average range on Mathematics Reasoning and below average range on Reading Comprehension, compared to other children his age.

## Summary

J████ is a 7-year-old child who completed the WIAT, VMI and TONI-3. J████'s overall achievement was in the low average range as measured by the WIAT Screener score. His cognitive skills on the TONI-3 fell within the superior range. J████ has been diagnosed with apraxia. He presents with severe articulation difficulties that is impacting on his academic progress. A communication assistive device has been recommended by the speech and language pathologist.

The following recommendations have been made to enhance J████'s academic progress.

**Recommendations**

1. Retesting is recommended after J▓▓r has mastered the assistive communication device to determine his true level of functioning.

2. Psychological counseling to assist J▓▓ in developing coping skills to deal with his disability.

3. Involvement in some type of extracurricula activity that will foster self-esteem and discipline.

This report is valid only if signed by a qualified professional:

*Diana Stovall*

Diana Stovall
School Psychologist
DCPS

## SUMMARY OF WIAT SUBTEST, COMPOSITE, AND TOTAL SCORES

| | RAW | STD | 90% CONF INTERVAL | PR | NCE | S9 | AGE EQU | GRADE EQU |
|---|---|---|---|---|---|---|---|---|
| **SUBTESTS*** | | | | | | | | |
| Basic Reading | 8 | 84 | 78–90 | 14 | 28 | 3 | 6:3 | K:6 |
| Math Reasoning | 20 | 106 | 98–114 | 66 | 58 | 6 | 8:0 | 2:5 |
| Spelling | 11 | 85 | 78–92 | 16 | 29 | 3 | 6:9 | 1:4 |
| Reading Comprehen. | 0 | 76 | 69–83 | 5 | 16 | 2 | 6:6 | 1:0 |
| Numerical Operations | 11 | 95 | 85–105 | 37 | 43 | 4 | 7:3 | 1:9 |
| | | | | | | | | |
| **COMPOSITES*** | | | | | | | | |
| Reading | 8 | 77 | 73–81 | 6 | 18 | 2 | 6:6 | 1:1 |
| Mathematics | 31 | 102 | 95–109 | 55 | 53 | 5 | 7:6 | 2:5 |
| Screener | 39 | 88 | 84–92 | 21 | 33 | 3 | 6:9 | 1:5 |

\* WIAT age-based normative information was used in the calculation of subtest and composite scores.


TONI -3
TONI-3 IQ Quotient  121


VMI
7 years, 0 months

JN-08

 - 1 -

### THE HOSPITAL FOR SICK CHILDREN
1731 Bunker Hill Road, N.E. Washington, D.C. 20017
(202) 832-4400

*ASSISTIVE TECHNOLOGY TEAM*
*EVALUATION AND RECOMMENDATIONS*

**NAME OF CLIENT:** J█████-N█████
**DATE OF BIRTH:** ████████
**DATE OF EVALUATION:** 10/22/03
**EVALUATORS:** Jennifer Bilyew, MS, CCC-SLP, ATP
Elaine Schwartz, MS, OTR/L, ATP

### I. BACKGROUND/ REASON FOR REFERRAL

J████ is an almost 8-year-old male with Verbal Apraxia. He was referred for an Assistive Technology evaluation by the District of Columbia Public School System. According to his records, there was a court order (dated 5/9/03) to perform an AT assessment for an "output device" to help with his speech and communication. His speech therapist, Jennifer Williams, was interviewed prior to the assessment. She noted that J████ receives weekly speech therapy to address his apraxia. She has provided him with a communication notebook to assist with communication in his classroom. Overall, J████ speaks quite frequently with appropriate intonation but is highly unintelligible.

He is attending M.L. King Elementary School in a regular classroom. His resource teacher, Cheryl Credle, was contacted before the assessment for more information. She noted that J████ was very unintelligible and that his behavior had become a problem because of his inability to communicate his thoughts and feelings (e.g., he was frustrated and would act out in school). This team attempted to contact his family but no calls were returned. The specific area that was requested to be addressed centered on communication and finding a communication device/voice-output device that would allow his to communicate successfully.

### II. ASSESSMENT RESULTS/CURRENT STATUS

### 1. SENSORY STATUS
J████ presented with functional visual skills. He did not appear to have any visual perceptual deficits. J████ also presented with functional hearing throughout the assessment. He followed all verbal commands appropriately.

### 2. UPPER EXTREMITY ASSESSMENT
J████ presented with normal upper and lower extremity tone. He presented with full active and passive range of motion. J████ is right-hand dominant. He demonstrated an age appropriate tripod grasp and adequate wrist extension during writing. Classroom observation revealed that J████ was able to stay well within the lines in a coloring project. Overall, J████ demonstrated no observable fine motor skill delays making him a perfect candidate to access an AAC device through direct access (using his hands to touch icons directly).

, J█████                                    - 2 -

## 3. COMMUNICATION

J████s communication status was documented via review of records, interview, and informal observations. According to his records, J████ underwent a formal speech-language evaluation with at the University of Maryland Speech and Hearing clinic on February 16, 2002. This assessment revealed that J████ had Verbal Apraxia. According to the testing, his receptive language skills were within normal limits. He presented with highly unintelligible speech and an expressive language impairment. It was documented in this assessment that J████ would benefit from augmentative communication strategies and a voice output system. Specifically, the DynaMyte was recommended. He returned to the University of Maryland in June and July 2002 to attend a speech summer camp.

During classroom observation, J████ was noted to follow multiple step and complex directions. He was noted to interact and speak with his peers with appropriate intonation. He was extremely unintelligible and multiple communication breakdowns were observed. He did not seem to have active strategies for communication repair (e.g., use gestures, written cues, communication book). When his peers did not understand them, he usually smiled and nodded as they walked away. His speech therapist had made him a communication book to use when he has communication difficulties but it was not used during this observation. She had noted that he does not regularly use this book.

## III. TECHNOLOGY-BASED INTERVENTIONS

During the assessment, J████ was introduced to voice output with the Springboard by Prentke Romich Company (PRC).

## 1) Augmentative and Alternative Communication (AAC)

To pinpoint all of the features that would benefit J████ in terms of AAC, he was evaluated using the SpringBoard by PRC. In terms of communication abilities, the SpringBoard has Unity communication software from the PRC. J████ demonstrated excellence immediately in answering questions using a variety of communication boards. He was able to demonstrate understanding of colored picture symbols with 32 choices on one page. He was able to link together multiple picture symbols to formulate unique sentences (e.g., he created a sentences saying the following "I like to eat burritos, tacos, and pizza."). He was able to move between boards on the dynamic screen. He needed minimal cues to navigate and comment. He readily recognized a large portion of picture symbols without training. He understood the literal meaning of a picture symbol (e.g., apple) and also what that symbol may represent (e.g., apple represents the idea "eat").

- *Feature/Skills Match:* J████ would require a device that has the following features: direct select input method, Unity language system, colored picture symbols, and a dynamic screen. It must be portable and durable. The device that best matches his skills is the Vantage by PRC.

## IV.    OVERALL IMPRESSIONS

J████ was assessed by the HSC AT team in his classroom and in a quiet room at his school. Our goal was to determine if J████ demonstrated readiness for the use of AT devices and intervention to help his meet his overall learning potential. During the session it was determined that J████ could benefit from use of an AAC device for his communication needs.

N, J_____                    - 3 -

The Springboard device, which was trialed during the assessment, was determined to be limited in its language capability. Thus, the Vantage by PRC was chosen as the best AAC device to meet J____'s specific needs because of its unique language software called Unity. This program gives access to core vocabulary with the fewest keystrokes. Unity users are able to access language with high speeds without relying on extensive memory. Because the user is using fewer keystrokes, it also decreases physical fatigue (e.g., it allows the user to press fewer buttons to put together longer phrases). The Unity program begins with a few hundred words (for first-time communicators) and can expand to over 4,000 words. It enables the user to learn and use independent communication techniques. It does not rely heavily on knowing site words so that J____ can communicate in full sentences now (not when he has learned all of his site words). A DynaMyte had been recommended in the past and this was taken into consideration during this assessment. When it came down to comparing both devices the DynaMyte did not have a comparable language system. J____ would have to rely on preprogrammed phrases and his site word vocabulary to build independent sentences. It was determined that the Vantage would be the best-suited device for him today as well as in the future. See attached information on accessories and prices.

## V. RECOMMENDATIONS/PLAN:

- *The Vantage* from PRC should be purchased for J____ to use as his primary from of communication. See attached information regarding prices, accessories, and ordering.
- *Training* on the Vantage is recommended (for at least 3 months) for J____, his family and school. The school training should be done with his primary teacher and speech-language pathologist. One staff person should be chosen to take the lead in responsibility for the device (programming, problem solving, teaching). Training can be provided by HSC's AT team, as well as Chip Clark from Assistive Technology Works, and other area resources may be requested to ensure that the device is learned by all interested parties and used effectively throughout J____'s day.

## VI. GOALS for TRAINING:

1. J____ will demonstrate the ability to use the One Touch Unity software to create sentences independently in 80% of trials.
2. J____ will demonstrate the ability to navigate through activity pages, alphabet boards, and the Unity pages with minimum cues in 4/4 trials.
3. J____ will demonstrate the ability to accurately describe, request, and comment using the Vantage with 80% accuracy.
4. J____ will demonstrate the ability to ask appropriate questions with 80% accuracy.
5. J____ will recognize picture symbols without cues in 90% of trials.
6. Caregivers will demonstrate the basic operations of the device (on/off, charging, changing pages, toolbox etc.) without support in all trials.
7. Caregivers will demonstrate how to program new pages onto the Vantage.
8. Caregivers will demonstrate the ability to navigate through activity pages, alphabet boards, and the Unity pages with minimum cues in all trials.
9. Caregivers will demonstrate the ability to create sentences independently.

N████, J████                                    - 4 -

Should you have any questions or concerns regarding this report, please contact either one of us at the Hospital for Sick Children (202) 832-4400 (x1248).

_Jennifer Bilyew, MS CCC-SLP ATP_                    _____
Jennifer Bilyew, MS, CCC-SLP, ATP                        Date
Speech and Language Pathologist
Assistive Technology Practitioner

_Elaine Schwartz, MS, OTR/L, ATP_                    _11/4/03_
Elaine Schwartz, MS, OTR/L, ATP                        Date
Occupational Therapist
Assistive Technology Practitioner

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## DIVISION OF SPECIAL EDUCATION
## SPEECH AND LANGUAGE SERVICES

### SPEECH AND LANGUAGE EVALUATION REPORT

| | | | |
|---|---|---|---|
| **Student:** | J███N | **School:** | Martin Luther King ES |
| **DOB:** | ██████ | **Examiner:** | Charron M. Mitchell, MA CCC-SLP |
| **DOE:** | 02/27/04 | **Student ID:** | 9055227 |
| **CA:** | 8 years, 3months | **Date of Report:** | 03/05/04 |

**Reason for Referral/Background Information:**

J███ was referred for this speech and language re-evaluation to determine if there continues to be evidence of an oral communication disorder that impacts his educational performance. J███ is an 8 year, 3 month old male student currently enrolled in the third grade at Martin Luther King ES. J███'s parents and teachers have expressed continued concerns regarding J███'s speech intelligibility in connected speech. An October 2003 Assistive Technology Team Evaluation from the Hospital for Sick Children recommended an assistive technology device for use as his primary form of communication as his connected speech is severely unintelligible, particularly with unfamiliar listeners. J███ reported to this examiner that he feels that his friends, family and teacher understands what he says. Recent concerns have centered around J███'s behavior, as he has been described as non-compliant, disruptive, and disrespectful to both teachers and peers. J███ reported to this examiner that he does not like school, and feels that school is "boring".

**Behavioral Observations:**

J███ presented as a . He did not separate from his classroom willingly, and accompanied the examiner to the testing room only when threatened that his parents would be called if he didn't comply. He did not willingly participate in either structured or unstructured tasks. He did not appear to listen attentively as demonstrated by his body language (e.g. facing the wall); however it was clear that he heard the information presented as evidenced by his appropriate answers to test questions. His physical activity level throughout the testing session was generally appropriate. J███'s response rate was also generally appropriate, yet purposefully labored. Overall observation noted careful consideration of choices. J███ then gave his opinion on the best possible answer for each item. Frustration was evidenced during the testing session, and did not appear to be caused by challenging or difficult questions, but because J███ did not want to complete them.

### EVALUATION AND ANALYSIS

Formal and informal measures were used to assess J███'s speech and language skills. Articulation errors obscured many of J███'s responses. Therefore, test scores may not reflect his maximum abilities, particularly with regards to expressive language.

**TESTS ADMINISTERED:**
Expressive One Word Picture Vocabulary Test
Receptive One Word Picture Vocabulary Test
Clinical Evaluation of Language Fundamentals - Fourth Edition
Screening Test for Developmental Apraxia of Speech - Second Edition
Informal Observations of Fluency, Hearing, Voice, and Pragmatics

| Evaluation Instruments | Standard Score | Percentile |
|---|---|---|
| **Clinical Evaluation of Language Fundamentals - Fourth Edition** | | |
| Subtests: Concepts and Following Directions* | 10 | |
| Word Structure* | 6 | |
| Recalling Sentences* | 11 | |
| Formulated Sentences* | 7 | |
| *Subtest Scores are reported as scaled scores-range of average performance=7-13, mean of 10 | | |
| **CORE LANGUAGE STANDARD SCORE** | 91 | 27 |
| **Expressive One-Word Picture Vocabulary Test** | 83 | 13 |
| **Receptive One-Word Picture Vocabulary Test** | 86 | 18 |

| Screening Test for Developmental Apraxia of Speech - 2nd Edition | Very likely present | Very likely present |
|---|---|---|

# LANGUAGE:

The *Clinical Evaluation of Language Fundamentals, Fourth Edition* (CELF-4) is designed to identify receptive and expressive language skill deficits in the areas of semantics (word meanings), syntax and morphology (word and sentence structure), and auditory memory (recall and retrieval). J████ was administered four core subtests of the CELF-4 from which his Core Language score was derived. The Core Language score is considered to be the most representative measure of J████'s language skills and provides an easy and reliable way to quantify his overall language performance. The Core Language score has a mean of 100 and a standard deviation of 15. A score of 100 on this scale represents the performance of the typical student of a given age. The range of average performance extends from 85 - 115. Jamar received a Core Language score of 91 (percentile rank = 27). This places J████ in the average range of functioning.

Overall receptive and expressive language subtest performance also fell within the average range, with one exception - Word Structure. J████'s strengths include his ability to understand and execute complex oral directions containing language concepts related to time, space, and order. He also has strong auditory memory for verbal information, as he was able to retrieve and recall sentences gradually increasing in length and language complexity. J████'s weaknesses include his syntax and morphological (word and sentence structure/grammar) skills. This difficulty coupled with his decreased speech intelligibility negatively impacts his expressive language skills when formulating sentences for oral and written language tasks. Subtest descriptions are provided below. Subtest scores are reported as scaled scored. Average range of performance is 7 - 13, with a mean of 10.

## Concepts and Following Directions

The Concepts & Following Directions subtest is used to evaluate the student's ability to interpret, recall, and execute oral commands of increasing length and complexity that contain concepts of functional language. The student identifies objects in response to oral directions. This subtest has a mean of 10 and a standard deviation of 3. J████ received a scaled score of 10 on the Concepts & Following Directions subtest indicating an average ability level with this skill.

## Word Structure

The Word Structure subtest is used to evaluate the student's knowledge of grammatical rules in a sentence–completion task. The student completes an orally presented sentence that pertains to an illustration. This subtest has a mean of 10 and a standard deviation of 3. J████ received a scaled score of 6 on the Word Structure subtest indicating a borderline ability level with this skill. He has difficulty with subject-verb agreement and use of appropriate subjective pronouns in sentences (e.g. "Her do" for "She does" and "Her is" for "She is"). Reduced articulation skills also effected performance. For example, J████ deletes the final consonants of words; therefore, he was unable to demonstrate –ing endings or plural/possessive markers.

## Recalling Sentences

The Recalling Sentences subtest is used to evaluate the student's ability to recall and reproduce sentences of varying length and syntactic complexity. The student imitates sentences presented by the examiner. The mean for the subtest is 10 and the standard deviation is 3. J████ received a scaled score of 11 on the Recalling Sentences subtest indicating an average ability level with this skill.

## Formulated Sentences

The Formulated Sentences subtest is used to evaluate the ability to formulate compound and complex sentences when given grammatical (semantic and syntactic) constraints. The student is asked to formulate a sentence, using target words or phrases, while using an illustration as a reference. This subtest has a mean of 10 and the standard deviation is 3. J████ received a scaled score of 7 on the Formulated Sentences subtest, indicating low average ability with this skill. J████ was able to adequately formulate simple sentences when provided with nouns, adjectives, and verbs. However, it was difficult for him to generate complete, logical, grammatically correct sentences when provided with adverbs (e.g. finally, quickly) and conjunctions (e.g. unless, although). Reduced grammar skills and speech intelligibility also impacted performance.

## VOCABULARY

The *Expressive One-Word Picture Vocabulary Test* (EOWPVT) an the *Receptive One-Word Picture Vocabulary Test* (ROWPVT) are picture based assessments that were administered to assess J████'s knowledge and use of vocabulary. J████ received a standard score of 83, percentile rank 13 on the EOWVT; and a standard score of 86, percentile rank of 18 on the ROWPVT. J████ performed higher on the receptive measure; however, there was no significant difference between the scores achieved on both measures. Overall results suggest average hearing vocabulary and borderline speaking vocabulary.

J██ N██ 9055227
Speech and Language Evaluation
Page 3


## PRAGMATICS

J████'s pragmatic skills were assessed through informal observations of classroom group situations as well as observations made during test administration J████ presented with adequate social language skills. When willing, he was quite able to engage in and initiate conversations with peers and adults. He was also able to maintain appropriate conversations for many exchanges. Eye contact was appropriate. He was able to appropriately ask and answer a variety of questions. Use and interpretation of non-verbal communication skills was also appropriate.

## FLUENCY/VOICE/HEARING:

Informal observations of fluency revealed speech fluency within normal limits. Informal observations of vocal parameters revealed quality, intensity, pitch, and inflection to be within the average range for age and gender. Informal observations of hearing ability revealed functional hearing within normal limits at conversational speech levels.

## ARTICULATION/SPEECH MECHANISM:

Cursory examination of J████'s speech mechanism revealed adequate oral structures and functions to support speech production. The Screening Test for Developmental Apraxia of Speech - Second Edition was administered to screen for the potential presence of developmental apraxia of speech. Results revealed that this disorder is very likely present. J████ presented with atypical speech patterns, and unintelligible speech. He appeared to have significant difficulty (1) positioning the speech mechanism (lips, tongue, teeth, jaw, etc.) and (2) significant difficulty programming appropriate movement of these mechanisms voluntarily, in order to produce phonemes appropriately. Groping behaviors were observed when asked to repeat various words. Errors were variable and inconsistent, particularly in multisyllabic words. J████ appears to have a sound preference for /k/ and /h/, particularly when intended words contain fricatives, affricates, blends, and multiple syllables. Vowel distortions were also observed. Bilabials /p/, /b/, /m/, and /w/ were correctly produced across all positions of words. Velars /k/ and /t/ were correctly produced in the initial position of words. Final consonants were deleted in words. Liquids, Affricates, Fricatives, and Glides were incorrectly produced.

## SUMMARY/RECOMMENDATIONS:

Based on formal and informal assessment results, J████ continues to show evidence of a significant articulation disorder. Overall speech characteristics are consistent with those found in children with developmental apraxia of speech. Age appropriate language skills were found, specifically receptive language and vocabulary knowledge. Pragmatic language, voice, fluency, and hearing skills were also observed to be within normal limits. Expressive language weaknesses were found and were characterized by (1) reduced grammar skills (word/sentence structure in sentences) and (2) reduced ability to formulate complex/compound sentences. Expressive vocabulary skills weaknesses were also found. Articulation impairments negatively impacted expressive language performance. For example, J████ deletes the final consonants of words; therefore, he was unable to demonstrate -ing endings or plural/possessive markers in sentences. J████'s reduced intelligibility during conversational speech may have an impact on his interactions with peers in social situations. Additionally, he may grow to be reluctant to respond orally in the classroom. J████ may benefit from continued speech therapy to address his communication difficulties, specifically, he should be taught strategies enabling him to compensate for unintelligibility. Therapy should also focus on He may also benefit from an augmentative communication device to supplement oral speech. It should be noted that J████'s success in therapy depends highly on his level of motivation and willingness to participate in therapy activities, as this type of behavior has not always been shown. This data should be considered with all other available information when determining eligibility and appropriate educational programming for J████.

Respectfully submitted,

Charron M. Mitchell, MA CCC-SLP
Speech and Language Pathologist

District of Columbia Public Schools
Division of Special Education
Speech and Language


Name: J███ N███        Examiner: Jennifer Williams M.S.CCC-SLP
Date of Birth: ███████
C.A.: 7years 5 months


**Current Info:** J███ is a seven year old male attending second grade at M.L.King ES. He is currently receiving speech and language therapy.


J███ is a child who presents with the signs consistent with childhood apraxia. His speech is highly unintelligible even in context. He substitutes most consonant sounds with either /h/ or /k/. The therapist, upon the recommendation from an outside assessment created a low tech communication book for J███ to use in school as well as the home. It consists of pictures for family, eating, playing, art, reading, math, etc. J███ has been encouraged to use the book. However, it is often left at home or not used in the classroom. However, I believe that a voive output system would be highly beneficial to J███ to help him be successful academically as well as socially.


*Jennifer William* MS, CCC-SLI
Jennifer Williams MS, CCC-SLP

JN-11

⌐☐ **FILE**

# Law Offices,
# Christopher N. Anwah, PLLC
### Attorneys and Counselors at Law

Christopher N. Anwah, Esq.
    (DC, MD, NJ)
Fatmata Barrie, Esq.
    (DC, FL)
Georgina A. Oladokun, Esq.
    (MD)
Tamika Jones, Esq.
    (DC)

**Carpenter's Building**
1003 K Street, N.W.
 Suite 565
Washington, D.C. 20001
Phone: (202) 626-0040
Fax: (202) 626-0048
Email: chrisanwahfirm@chrisanwahfirm.com

January 4, 2006

**By Fax: (202) 724-4630**

Ms. Angela Allen
**Special Education Coordinator**
**Aiton Elementary School**
533-48th Place, N.E.
Washington, D.C. 20019

            RE:   J▮▮▮N▮▮
            DOB:  ▮▮▮▮▮

Dear Ms. Allen:

Our office is writing to propose that J▮▮▮'s MDT/IEP meeting be scheduled and confirmed for **Tuesday, January 10, 2006 @ 10:30 a.m.**, per parent's consent. If you have any questions, you may contact the undersigned staff personnel at either (202) 626-0040 or (202) 270-9156.

Thank you for your prompt attention and cooperation regarding this matter.

Sincerely,

*Annie R. Pressley*

Annie R. Pressley, J.D.
Education Advocate for J▮▮▮N▮▮

cc:    Client's file

0106

# Law Offices,
# Christopher N. Anwah, PLLC

### Attorneys and Counselors at Law

Christopher N. Anwah, Esq.
   (DC, MD, NJ)
Fatmata Barrie, Esq.
   (DC, FL)
Georgina A. Oladokun, Esq.
   (MD)
Tamika Jones, Esq.
   (DC)

**Carpenter's Building**
1003 K Street, N.W.
 Suite 565
Washington, D.C. 20001
Phone: (202) 626-0040
Fax: (202) 626-0048
Email: chrisanwahfirm@chrisanwahfirm.com

## FACSIMILE  COVER  LETTER

**DATE:**
   January 4, 2006

**TO:**
   Ms. J███ N████ - Special Education Coordinator

**COMPANY**
   Aiton Elementary School

**FAX NUMBER:**
   (202) 724-4630

**FROM:**
   Annie R. Pressley, J.D. - Education Advocate

**TOTAL NUMBER OF PAGES INCLUDING COVER SHEET  2**

**MESSAGE RE: PROPOSED DATE TO SCHEDULE MDT/IEP MTG FOR J████ N████**

If there is any problem with this transmission, please call as soon as possible at (202) 626-0040

### *** CONFIDENTIALLY NOTE ***

The pages accompany this facsimile transmission contain information from the CHRISTOPHER ANWAH, ESQ. law offices which is confidential or privileged, or both. The information is intended to be for the use of the individual or entity named on this cover letter. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this facsimile in error, please notify us by telephone immediately at (202) 626-0040 so that we can arrange for the retrieval of the original documents at no cost to you.

**HP Officejet 6210**
Personal Printer/Fax/Copier/Scanner

**Log for**
Dr. Annie Pressley
2026260048
Jan 04 2006 9:15PM

## Last Transaction

| Date | Time | Type | Identification | Duration | Pages | Result |
|------|------|------|----------------|----------|-------|--------|
| Jan 4 | 9:14PM | Fax Sent | 7244630 | 0:50 | 2 | OK |

0108



# Law Offices,
## Christopher N. Anwah, PLLC
**Attorneys and Counselors at Law**

Christopher N. Anwah, Esq.
    (DC, MD, NJ)
Fatmata Barrie, Esq.
    (DC, FL)
Panya Monford, Esq.
    (MD)
Tamika Jones, Esq.
    (DC)

**Carpenter's Building**
1003 K Street, N.W.
Suite 565
Washington, D.C. 20001
Phone: (202) 626-0040
Fax: (202) 626-0048
**Email:** chrisanwahfirm@chrisanwahfirm.com

December 29, 2005

**By Fax: (202) 724-4630**

Ms. Austine W. Rice
**Special Education Coordinator**
Aiton Elementary School
533-48th Place, N.E.
Washington, D.C. 20019

          RE:   J
          DOB:

Dear Ms. Rice:

Our office has been informed by Ms. Norris that a representative from Aiton Elementary School visited her home at 6:00 p.m. on Friday, December 23, 2005 and requested that she attend a meeting at Aiton without her Attorney/Education Advocate. Ms. Norris was not knowledgeable as to what type of meeting she was attending and informed Aiton's representative that she would not attend without her Attorney/Education Advocate. Ms. Norris was then told that if "she wants to act like a fool and listen to her Attorney, her son will not receive the specialized instructions and related services that he is entitled," although her son has already been found eligible to receive these services as mandated by the IDEA. We find Aiton's behavior to be unacceptable and we request that Aiton cease and desist from such further intimidation to pressure Ms. Norris to act without the advise and guidance of her Attorney/Education Advocate. Therefore, we are requesting that all future meetings, hearings, and MDT/IEP meetings be scheduled through us prior to contacting our client.

If you have any questions, you may contact the undersigned staff personnel at either (202) 626-0040 or (202) 270-9156 to discuss this matter further, if necessary, but we do believe that this letter is self-explanatory.

Thank you for your prompt attention and cooperation regarding this matter.

0109

Sincerely,

Annie R. Pressley, J.D.
Education Advocate for J N

Attachment: (1)
     Release

cc:    1.    Assistant Superintendent, DCPS's Special Education Division
        2.    Client's file

# Law Offices,
# Christopher N. Anwah, PLLC
### Attorneys and Counselors at Law

Christopher N. Anwah, Esq.
   (DC, MD, NJ)
Fatmata Barrie, Esq.
   (DC, FL)
Georgina A. Oladokun, Esq.
   (MD)
Tamika Jones, Esq.
   (DC)

**Carpenter's Building**
1003 K Street, N.W.
Suite 565
Washington, D.C. 20001
Phone: (202) 626-0040
Fax: (202) 626-0048
Email: chrisanwahfirm@chrisanwahfirm.com

## FACSIMILE COVER LETTER

**DATE:**
   December 29, 2005

**TO:**
   Ms. Austine W. Rice - Special Education Coordinator

**COMPANY**
   Aiton Elementary School

**FAX NUMBER:**
   (202) 724-4630

**FROM:**
   Annie R. Pressley, J.D. - Education Advocate

**TOTAL NUMBER OF PAGES INCLUDING COVER SHEET   3**

**MESSAGE RE: HOME VISIT ON 12/23/05 @ 6:00 P.M. FOR J████ N██████**

If there is any problem with this transmission, please call as soon as possible at (202) 626-0040

### *** CONFIDENTIALLY NOTE ***

The pages accompany this facsimile transmission contain information from the CHRISTOPHER ANWAH, ESQ. law offices which is confidential or privileged, or both. The information is intended to be for the use of the individual or entity named on this cover letter. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this facsimile in error, please notify us by telephone immediately at (202) 626-0040 so that we can arrange for the retrieval of the original documents at no cost to you.

**HP Officejet 6210**
Personal Printer/Fax/Copier/Scanner

Log for
Dr. Annie Pressley
2026260048
Dec 29 2005 6:47PM

**Last Transaction**

| Date | Time | Type | Identification | Duration | Pages | Result |
|------|------|------|----------------|----------|-------|--------|
| Dec 29 6:46PM | | Fax Sent | 7244630 | 1:16 | 3 | OK |

# Law Offices,
# Christopher N. Anwah, PLLC

Attorneys and Counselors at Law



Christopher N. Anwah, Esq.
   (DC, MD, NJ)
Fatmata Barrie, Esq.
   (DC, FL)
Georgina A. Oladokun, Esq.
   (MD)
Tamika Jones, Esq.
   (DC)

**Carpenter's Building**
1003 K Street, N.W.
 Suite 500
Washington, D.C. 20001
Phone: (202) 626-0040
Fax: (202) 626-0048
Email: chrisanwahfirm@chrisanwahfirm.com

January 8, 2006

**By Fax: (202) 724-4630**

Ms. Angela Smith
Special Education Coordinator
Aiton Elementary School
533-48th Place, N.E.
Washington, D.C. 20019

RE: J███N███

DOB: ████

Dear Ms. Allen:

Our office has received your letter dated January 5, 2006 regarding the scheduling of J███'s second MDT/IEP meeting. However, neither Ms. Norris nor her Attorney/Education Advocate received your first letter of invitation and we were not contacted to negotiate a mutual date and time for the first meeting that went forward without our participation. In addition, your letter dated January 5, 2006 informs us that you would like to have a resolution meeting on the same date of the MDT/IEP meeting which we did not receive prior notice.

Therefore, if Aiton would like to meet on **Wednesday, January 25, 2005 @ 2:00 p.m.,** the date and time listed in your January 5, 2006 letter, to discuss the resolution and MDT/IEP meetings, Ms. Norris and her Attorney/Education Advocate are amenable for those arrangements. If you have any questions, please contact the undersigned staff personnel at either (202) 626-0040 or (202) 270-9156 to confirm and/or to negotiate another date and time no later than **Tuesday, January 10, 2006 by close of business.**

Thank you for your prompt attention and cooperation regarding these matters.

0113

Sincerely,

Annie R. Pressley, J.D.
Education Advocate for J█████ N█████

cc:     Client's file

# Law Offices,
## Christopher N. Anwah, PLLC
### Attorneys and Counselors at Law

Christopher N. Anwah, Esq.
   (DC, MD, NJ)
Fatmata Barrie, Esq.
   (DC, FL)
Georgina A. Oladokun, Esq.
   (MD)
Tamika Jones, Esq.
   (DC)

Carpenter's Building
1003 K Street, N.W.
 Suite 565
Washington, D.C. 20001
Phone: (202) 626-0040
Fax: (202) 626-0048
Email: chrisanwahfirm@chrisanwahfirm.com

## FACSIMILE COVER LETTER

**DATE:**
January 8, 2006

**TO:**
Ms. Angel Allen - Special Education Coordinator

**COMPANY**
Aiton Elementary School

**FAX NUMBER:**
(202) 724-4630

**FROM:**
Annie R. Pressley, J.D. - Education Advocate

**TOTAL NUMBER OF PAGES INCLUDING COVER SHEET** @3

**MESSAGE RE: CONFIRMED 1/25/06 @ 2:00 P.M. FOR J███ N███ MDT/IEP &**
**RESOLUTION MEETING**

If there is any problem with this transmission, please call as soon as possible at (202) 626-0040

### *** CONFIDENTIALLY NOTE ***

The pages accompany this facsimile transmission contain information from the CHRISTOPHER ANWAH, ESQ. law offices which is confidential or privileged, or both. The information is intended to be for the use of the individual or entity named on this cover letter. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this facsimile in error, please notify us by telephone immediately at (202) 626-0040 so that we can arrange for the retrieval of the original documents at no cost to you.

**HP Officejet 6210**
Personal  Printer/Fax/Copier/Scanner

Log for
Dr. Annie  Pressley
2026260048
Jan  08  2006  10:36PM

---

## Last Transaction

| Date | Time | Type | Identification | Duration | Pages | Result |
|------|------|------|----------------|----------|-------|--------|
| Jan 8 | 10:34PM | Fax  Sent | 7244630 | 1:16 | 3 | OK |

# Law Offices,
# Christopher N. Anwah, PLLC

**Attorneys and Counselors at Law**

 **FILE**

Christopher N. Anwah, Esq.
    (DC, MD, NJ)
Fatmata Barrie, Esq.
    (DC, FL)
Panya Monford, Esq.
    (MD)
Tamika Jones, Esq.
    (DC)

Carpenter's Building
1003 K Street, N.W.
Suite 565
Washington, D.C. 20001
Phone: (202) 626-0040
Fax: (202) 626-0048
Email: chrisanwahfirm@chrisanwahfirm.com

December 5, 2005

**By Fax: (202) 724-4630**

Ms. Austine W. Rice
Special Education Coordinator
Aiton Elementary School
533-48th Place, N.E.
Washington, D.C. 20019

RE:    J██ N██
DOB: ████

Dear Ms. Rice:

Our office has been retained by Ms. Kea Norris to represent her son, J██ N██ regarding his specialized instructions, related services, and placement at Aiton Elementary ("Aiton"). Therefore, we are requesting a copy of J██'s cumulative file, special education file, and disciplinary files which are in the custody and control of Aiton. In addition to the requested files, please provide us copies of the following documents:

1.    A copy of J██'s report cards for the 2002/03, 2003/04, and 2004/05 school years;
2.    A copy of J██'s IEPs for the past three (3) school years;
3.    A copy of J██'s attendance records for the past (3) school years;
4.    A copy of J██'s teachers's anecdotal notes for the past three (3) school years;
5.    A copy of J██'s Stanford Nine scores for the 2002/03, 2003/04, and 2004/05 school years;
6.    A copy of any and all, including in- and out-of-school, suspensions for the past three (3) school years;

0117

Page 2 - Ms. A.W. Rice - Special Education Coordinator, Aiton Elementary
December 5, 2005 - Document Request for J███ N███- DOB:███████

5.    A copy of any behavioral modification plan and/or intervention measures reports addressing J███'s specialized instructions, related services, and placement at Aiton for the past three (3) school years;

6.    A copy of all MDT/SEP and MDT/IEP notes and evaluations which have determined J███'s eligibility, and ineligibility, to receive specialized instructions, related services, and placement for the past three (3) school years;

7.    A copy of all complaints made by Ms. Norris requesting assistance with J███s disability, specialized instructions, related services, behavior, and placement at Aiton for the past three (3) school years;

8.    A copy of all trackers forms for each related service that J███has been entitled to for the past three (3) school years supporting that he has received the related services in a timely manner;

9.    A copy of any notes, memorandums, documents, reports, and determinations which relates to J███s disability, academics, behavior, and placement at Aiton for the past three (3) school years which would have impacted upon him receiving specialized instructions, related services, and placement at Aiton, or not.

As you know, "Each participating agency shall permit parents, and his/her representative, to inspect and review any education records relating to their children that are collected, maintained, or used by the agency . . . without unnecessary delay and before any meeting regarding an IEP, or any hearing." Therefore, we have attached a copy of a Release of Records, signed by Ms. Norris authorizing our office to receive and to review the requested documents pertaining to her son. Also, please forward all future correspondence regarding any meetings and/or hearings and teacher/parent conferences, resolutions, due process hearing, and, any other matters pertaining to J███through our office prior to contacting our client.

If you have any questions, you may contact the undersigned staff personnel at either (202) 626-0040 or (202) 270-9156 and she will assist you with any additional information you may need to process this document request for J███ N███.

Thank you for your prompt attention and cooperation regarding these matters.

Sincerely,

Annie R. Pressley, J.D.
Education Advocate for J███N███

Attachment: (1)
        Release

cc:    1.    Assistant Superintendent, DCPS's Special Education Division
       2.    Client's file

0118

# Law Offices,
# Christopher N. Anwah, PLLC
**Attorneys and Counselors at Law**

Christopher N. Anwah, Esq.
    (DC, MD, NJ)
Fatmata Barrie, Esq.
    (DC, FL)
Georgina A. Oladokun, Esq.
    (MD)
Tamika Jones, Esq.
    (DC)

Carpenter's Building
1003 K Street, N.W.
Suite 565
Washington, D.C. 20001
Phone: (202) 626-0040
Fax: (202) 626-0048
Email: chrisanwahfirm@chrisanwahfirm.com

## FACSIMILE COVER LETTER

**DATE:**
    December 5, 2005

**TO:**
    Ms. A.W. Rice - Special Education Coordinator

**COMPANY**
    Aiton Elementary School

**FAX NUMBER:**
    (202) 724-4630

**FROM:**
    Annie R. Pressley, J.D. - Education Advocate

**TOTAL NUMBER OF PAGES INCLUDING COVER SHEET  4**

**MESSAGE DOCUMENT REQUEST FOR J___N___ - DOB: ___**

If there is any problem with this transmission, please call as soon as possible at (202) 626-0040

### *** CONFIDENTIALLY NOTE ***

The pages accompany this facsimile transmission contain information from the CHRISTOPHER ANWAH, ESQ. law offices which is confidential or privileged, or both. The information is intended to be for the use of the individual or entity named on this cover letter. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this facsimile in error, please notify us by telephone immediately at (202) 626-0040 so that we can arrange for the retrieval of the original documents at no cost to you.

0119

HP Officejet 6210
Personal Printer/Fax/Copier/Scanner

Log for
Dr. Annie Pressley
2026260048
Dec 05 2005 10:13PM

**Last Transaction**

| Date | Time | Type | Identification | Duration | Pages | Result |
|------|------|------|----------------|----------|-------|--------|
| Dec 5 | 10:11PM | Fax Sent | 7244630 | 1:48 | 4 | OK |

# Law Offices,
# Christopher N. Anwah, PLLC
### Attorneys and Counselors at Law

Christopher N. Anwah, Esq.
    (DC, MD, NJ)
Fatmata Barrie, Esq.
    (DC, FL)
Georgina A. Oladokun, Esq.
    (MD)
Tamika Jones, Esq.
    (DC)

Carpenter's Building
1003 K Street, N.W.
Suite 565
Washington, D.C. 20001
Phone: (202) 626-0040
Fax: (202) 626-0048
Email: chrisanwahfirm@chrisanwahfirm.com

## FACSIMILE COVER LETTER

**DATE:**
    December 5, 2005

**TO:**
    Asst Superintendent for Spec Ed Div. via DCPS Supervisor of Records

**COMPANY**
    D.C. Public Schools

**FAX NUMBER:**
    (202) 727-6308

**FROM:**
    Annie R. Pressley, J.D. - Education Advocate

**TOTAL NUMBER OF PAGES INCLUDING COVER SHEET  4**

**MESSAGE:  DOCUMENT REQUEST FOR J██ N████ - DOB:  ████**

If there is any problem with this transmission, please call as soon as possible at (202) 626-0040

### *** CONFIDENTIALLY NOTE ***

The pages accompany this facsimile transmission contain information from the CHRISTOPHER ANWAH, ESQ. law offices which is confidential or privileged, or both. The information is intended to be for the use of the individual or entity named on this cover letter. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this facsimile in error, please notify us by telephone immediately at (202) 626-0040 so that we can arrange for the retrieval of the original documents at no cost to you.

04/02/2004 17:21 FAX 202    5098        OFF. OF GENERAL COUNSEL                    JN-13



Yoster/Austin

**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**

*Office of the Superintendent*
Office of the General Counsel
*825 North Capitol Street, N.E., 9th Floor*
202-442-5000 Fax # 202-442-5098
*www.k12.dc.us*



April 2, 2004

Delores Satterfield, Esquire
LSC & Associates
900 S Street, N.W.
Washington, D.C. 20001

<u>**PROPOSED SETTLEMENT**</u>

<u>**VIA FACSIMILE 202-328-0604**</u>

**Subject: Due Process Hearing for Je_____ N_____**
**DOB:** ███████
**Attending School:** ML King Elementary School

Dear Ms. Satterfield:

In lieu of the formal Due Process Hearing in the above-referenced matter, scheduled for Tuesday, April 6, 2004 at 03:00 p.m., the parties to this action, District of Columbia Public Schools (hereinafter DCPS), and parent's representative agree to resolve this matter pursuant to the following terms and conditions:

1. Parent/Counsel verifies that the student is a resident of the District of Columbia, has established residency, and has registered as attending or non-attending at their local school. If DCPS becomes aware subsequently to the executions of this settlement agreement that residency and/or registration has not been completed and/or established then any DCPS obligations under this agreement will not be completed until proof of registration and/or residency is provided to DCPS.

2. The Parent/Counsel verifies that the student's date of birth is November 03, 1995, and that the attending school and home school is M.L. King Elementary School.

3. Parent/Counsel agrees to cooperate fully with DCPS in the implementation of the terms of this settlement agreement. Any delay caused by the unavailability of the student, parent, or advocate as it pertains to testing, meeting dates, or compliance with the terms of this agreement will toll any deadlines herein by one day for each day of delay.

*Children First*

04/02/2004 17:22 FAX 202 4    5098        OFF.OF GENERAL COUNSEL        ☒003/003

DCPS Office of the General Counsel
Page 2

4. DCPS agrees to issue a new "Notice to Parent of Intent to Train for Assistive Technology Equipment" and to schedule the training for the Vantage Device within 30 school days of the execution of this agreement.

5. All meetings/conferences/evaluations shall be scheduled through counsel for the parent, via facsimile, at 202-328-0604.

6. Both parties agree that execution of this agreement will occur when the signature of both parties has been affixed below and counsel of DCPS has received transmittal of the signed agreement.

7. If for some reason DCPS is unable to comply with this agreement as of result of unforeseen circumstances beyond its control, DCPS will request that Parent/Counsel agree to expand the deadlines or negotiate new timelines, whichever appropriate. Parent/Counsel will not unreasonably deny any such request for extension/renegotiation.

8. Parent/Counsel agrees to contact DCPS Office of Mediation & Compliance personnel when there has been a failure to comply with the terms incorporated in this agreement in order to bring the case into compliance prior to filing a hearing request alleging DCPS' failure to comply.

9. This agreement is in full satisfaction and settlement of all the claims contained in the pending hearing request, and including all claims that the parent now asserts or could have asserted as of the date of this agreement.

10. Parent/Counsel agrees to accept reasonable attorney fees not to exceed Four Thousand ($4,000.00) Dollars, as full and final payment of the attorney fees and related costs incurred in this matter. Payment of the specified amount is contingent upon the submission of a certified, itemized invoice conforming to the DCPS attorney fee guidelines.

11. Parent/Counsel agrees that the hearing request that is subject of this Agreement will be immediately withdrawn and the written evidence of such withdrawal is required before any invoices will be processed.

Sincerely,

Donna Whitman Russell
Attorney Advisor

Agreed to: Delores Satterfield    4/2/04
Delores Satterfield, Esq.        Date
Counsel for Parent

*Children First*



JN-14 '06
1 cup

**Aiton Elementary School**
48th Place between Fitch Place and Foote Street, N.E.
Washington, D.C. 20019

January 24, 2006

Kea Norris
5508 Eads Street, N.E.
Washington, D.C. 20019

Dear Ms. Norris:

It has been brought to our attention that you no longer reside in Aiton's boundary. According to documents presented by our office staff, you now reside at 5508 Eads Street, N. E. This is Drew Elementary Schools boundary. Therefore, you need to transfer J████ and Nielah to their appropriate neighborhood school by the end of this month January 31, 2006.

Sincerely,

Peggy J. Mussenden
Principal

0124

*Did Michelle do these? JA-15*

J____ N____

December 5, 2002

*Do wee need to Re-Eval and look at academic impact and CD program? Meet W/me - This seems odd. I feel conflict*

Frankie:

I am bringing this IEP to your attention because of the following: one, when the IEP was held for this child , 6/18/02, MDT notes mentioned that the mother is getting frustrated because she cannot understand her child and that an assistive technology device assessment will be ordered; two, a Therapy Plan and Progress Report dated 7/24/02 recommends augmentative communication strategies to improve functional communication; and three, on October 23, 2002, MDT meeting was held and an addendum to the IEP was done.  The recommendation of the MDT inclusive of the parent was to request a voice output device.  This will allow the student to function and to communicate in the general education setting.

This student is receiving psychosocial counseling because his inability to communicate properly is impacting on his behavior.  He is a bright student who is becoming frustrated. Examples of his behaviors are: kicking, biting, throwing tantrums.  MDT notes mention his aggressive behavior at school and at home.

Please review.

Thanks,

Michelle Flowers

*What you say here sounds like it Severly impacts Academics. Front page of IEP doesnt. Which is it?*

0125

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**4TH GRADE REPORT CARD**
(Page two of three)
Student Name: _____

| Advisory | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| **SOCIAL STUDIES** | 1 | 1 | 1 | 2 |
| Demonstrates map & globe skills | ✓ | ✓ | ✓ | ✓ |
| Describes the physical geography of the United States | ✓ | ✓ | = | ✓ |
| Names and locates the regions of the U.S., their states & capitals | NA | = | = | ✓ |
| Explains the relationship among people, places & environment | ✓ | = | = | ✓ |
| Describes the contributions of diverse groups to American culture | ✓ | = | = | ✓ |

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| **SCIENCE** | 1 | 2 | 2 | 2 |
| Plans and conducts experiments to answer questions | NA | NA | ✓ | ✓ |
| Describes conditions necessary to sustain life | ✓ | ✓ | ✓ | ✓ |
| Explains changes in Earth's features caused by natural forces | ✓ | ✓ | ✓ | ✓ |
| Describes factors that affect weather & seasonal change | ✓ | ✓ | ✓ | ✓ |
| Illustrates food chains and recycling of materials in nature | NA | ✓ | ✓ | ✓ |
| Describes effects of common forces (gravity, magnetism) on objects | NA | NA | ✓ | ✓ |

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| **MUSIC** | 3 | 3 | 4 | 4 |
| Identifies music of various composers, cultures, styles & forms | = | = | = | ✓ |
| Interprets music through singing, listening, performing & writing | + | + | + | + |
| Recognizes basic music symbols | + | + | + | + |

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| **ART** | 1 | 3 | 3 | 3 |
| Applies different media, techniques & processes in artworks | ✓ | ✓ | ✓ | ✓ |
| Describes the use of symbols & images to identify different artists' styles | ✓ | ✓ | ✓ | ✓ |

*Revised 2000-2001*

| | 1 | 2 | 3 | 5 |
|---|---|---|---|---|
| **HEALTH & PHYSICAL EDUCATION** | | | | |
| Distinguishes between safe and harmful behaviors in relationships | ✓ | ✓ | ✓ | ✓ |
| Displays rhythmic skills in various dance activities | ✓ | ✓ | ✓ | ✓ |
| Describes & demonstrates strategies for improved fitness | ✓ | ✓ | ✓ | ✓ |

For the section on WORK HABITS, PERSONAL & SOCIAL SKILLS, the following key is used:
+ = Excellent
✓ = Satisfactory
– = Unsatisfactory

| Advisory | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| **WORK HABITS** | | | | |
| Follows directions | – | = | = | ✓ |
| Completes classwork on time | – | = | = | ✓ |
| Works well with others/cooperates | – | = | = | ✓ |
| Uses time wisely | – | = | = | ✓ |
| Completes and returns homework | – | = | = | ✓ |
| Participates in class discussions | – | ✓ | ✓ | ✓ |
| Makes an effort | – | = | = | ✓ |
| **PERSONAL & SOCIAL SKILLS** | | | | |
| Follows classroom rules | – | = | = | ✓ |
| Follows playground/school rules | – | = | = | ✓ |
| Respects the rights/property of others | – | = | = | ✓ |
| Listens while others speak | – | = | = | – |
| Practices self-control | – | = | = | – |

| **ATTENDANCE** | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Days of Instruction | 41 | 43 | 47 | 45 |
| Days Absent | 13 | 3 | 3 | 2 |
| Days Tardy | 0 | 0 | 0 | 0 |

**SUPPORT SERVICES** Check where applicable. Additional comments from support staff attached.

| | | | | |
|---|---|---|---|---|
| Resource: Reading | – | – | – | – |
| Resource: Mathematics | – | – | – | – |
| Special Education | – | – | – | – |
| Bilingual/ESL | – | – | – | – |

Grade Next Year _____5_____

0126

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**4TH GRADE REPORT CARD** SY04-05
(Page one of three)
Student Name: J___ N___
ID#: 9055237
School: Martin L King Es
Teacher: Fasson

--------------------------------

| Advisory | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| **READING** | L | — | — | — |
| Uses word attack skills & vocabulary building strategies | -_ | | | |
| Learns and uses new vocabulary | -_ | | | |
| Reads and comprehends 25 books | -_ | | | |
| Identifies character, setting, plot, theme and climax in stories | ✓ | | | |
| Reads & comprehends everyday materials (e.g. schedules, ads) | -_ | | | |
| **WRITING** | L | — | — | — |
| Writes narrative | -_ | | | |
| Writes report, using at least two sources | NA | | | |
| Writes response to literature | -_ | | | |
| Uses correct grammar, capitalization & spelling | -_ | | | |
| Uses writing process | -_ | | | |
| **LISTENING SKILLS** | L | — | — | — |
| Exhibits appropriate audience behavior | -_ | | | |
| Comprehends oral presentations | -_ | | | |
| **SPEAKING SKILLS** | L | — | — | — |
| Summarizes orally what is read or written | -_ | | | |
| Participates in group discussions | ✓ | — | — | — |
| Presents oral report | -_ | | | |

| INSTRUCTIONAL LEVEL | above level | on level | below level |
|---|---|---|---|
| **Reading** | | | |
| 1st Advisory | — | — | ✓ |
| 2nd Advisory | — | — | ✓ |
| 3rd Advisory | — | — | ✓ |
| 4th Advisory | — | — | ✓ |
| **Mathematics** | | | |
| 1st Advisory | — | — | ✓ |
| 2nd Advisory | — | — | ✓ |
| 3rd Advisory | — | — | ✓ |
| 4th Advisory | — | — | ✓ |

| Advisory | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| **MATHEMATICS** | L | L | L | 2 |
| Recalls basic multiplication and division facts | | | | ✓ |
| Computes using whole numbers | ✓ | ✓ | — | ✓ |
| Compares & orders whole numbers, fractions and decimals | ✓ | ✓ | — | ✓ |
| Adds & subtracts fractions | NA | NA | — | ✓ |
| Adds & subtracts decimals | -_ | — | — | ✓ |
| Applies rounding | -_ | — | — | ✓ |
| Measures area, perimeter & volume | NI | ✓ | ✓ | ✓ |
| Compares and contrasts geometric shapes and figures | ✓ | ✓ | ✓ | ✓ |
| Writes expressions and equations to solve problems | — | — | — | ✓ |

**Reporting Key:**
For overall grade in subject area:
4 = Exceeds the standard (Advanced)
Student takes initiative to exceed the standard; consistently produces excellent work, applying skills/concepts correctly; shows creativity and insight.
3 = Meets the standard (Proficient)
Student produces work that meets the standard, frequently produces very good work of high quality; applies skills/concepts correctly.
2 = Approaches the standard (Basic)
Student shows a basic working knowledge of skills/concepts; produces satisfactory work; usually applies skills/concepts correctly.
1 = Does not meet the standard (Below Basic)
Student does not show basic working knowledge of skills/concepts; seldom produces work of satisfactory quality.
For skills/expectations within subject area:
+ = Excellent          -- = Unsatisfactory
✓ = Satisfactory       NI = Not Introduced

*Revised 2000-2001*

0127



## DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## 4TH GRADE REPORT CARD
(Page two of three)
Student Name: _____

| Advisory | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| **SOCIAL STUDIES** | 1 | L | L | 1 |
| Demonstrates map & globe skills | ✓ | ✓ | ✓ | ✓ |
| Describes the physical geography of the United States | ✓ | ✓ | = | ✓ |
| Names and locates the regions of the U.S., their states & capitals | NA | = | | ✓ |
| Explains the relationship among people, places & environment | ✓ | = | = | ✓ |
| Describes the contributions of diverse groups to American culture | ✓ | = | — | ✓ |

| **SCIENCE** | 2 | 2 | 2 | 2 |
|---|---|---|---|---|
| Plans and conducts experiments to answer questions | NA | NA | ✓ | ✓ |
| Describes conditions necessary to sustain life | ✓ | ✓ | ✓ | ✓ |
| Explains changes in Earth's features caused by natural forces | ✓ | ✓ | ✓ | ✓ |
| Describes factors that affect weather & seasonal change | ✓ | ✓ | ✓ | ✓ |
| Illustrates food chains and recycling of materials in nature | NA | ✓ | ✓ | ✓ |
| Describes effects of common forces (gravity, magnetism) on objects | NA | NA | ✓ | ✓ |

| **MUSIC** | 3 | 3 | 4 | 4 |
|---|---|---|---|---|
| Identifies music of various composers, cultures, styles & forms | = | = | — | = |
| Interprets music through singing, listening, performing & writing | + | + | + | + |
| Recognizes basic music symbols | + | + | + | + |

| **ART** | 3 | 3 | 3 | 3 |
|---|---|---|---|---|
| Applies different media, techniques & processes in artworks | ✓ | ✓ | ✓ | ✓ |
| Describes the use of symbols & images to identify different artists' styles | ✓ | ✓ | ✓ | ✓ |

| **HEALTH & PHYSICAL EDUCATION** | 2 | 2 | 3 | 3 |
|---|---|---|---|---|
| Distinguishes between safe and harmful behaviors in relationships | ✓ | ✓ | ✓ | ✓ |
| Displays rhythmic skills in various dance activities | ✓ | ✓ | ✓ | ✓ |
| Describes & demonstrates strategies for improved fitness | ✓ | ✓ | ✓ | ✓ |

**For the section on WORK HABITS, PERSONAL & SOCIAL SKILLS, the following key is used:**

+ = Excellent
√ = Satisfactory
– = Unsatisfactory

| Advisory | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| **WORK HABITS** | | | | |
| Follows directions | — | = | = | ✓ |
| Completes classwork on time | — | = | = | ✓ |
| Works well with others/cooperates | — | = | = | ✓ |
| Uses time wisely | — | = | = | ✓ |
| Completes and returns homework | — | = | = | ✓ |
| Participates in class discussions | — | ✓ | ✓ | ✓ |
| Makes an effort | — | = | = | ✓ |
| **PERSONAL & SOCIAL SKILLS** | | | | |
| Follows classroom rules | — | = | = | ✓ |
| Follows playground/school rules | — | = | = | ✓ |
| Respects the rights/property of others | — | = | = | ✓ |
| Listens while others speak | — | = | = | — |
| Practices self-control | — | = | = | — |

| **ATTENDANCE** | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Days of Instruction | 48 | 43 | 47 | 45 |
| Days Absent | 12 | 3 | 3 | 2 |
| Days Tardy | 0 | 0 | 0 | 0 |

**SUPPORT SERVICES** Check where applicable.
Additional comments from support staff attached.

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Resource: Reading | — | — | — | — |
| Resource: Mathematics | — | — | — | — |
| Special Education | — | — | — | — |
| Bilingual/ESL | — | — | — | — |

*Revised 2000-2001*

Grade Next Year ___5___

0128

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## 4TH GRADE REPORT CARD  SY 04-05
(Page one of three)

Student Name: J█████ N███████

ID#: 9055237

School: Martin L. King, Es

Teacher: F█████

| INSTRUCTIONAL LEVEL | above level | on level | below level |
|---|---|---|---|
| **Reading** | | | |
| 1st Advisory | — | — | ✓ |
| 2nd Advisory | — | — | ✓ |
| 3rd Advisory | — | — | ✓ |
| 4th Advisory | — | — | ✓ |
| **Mathematics** | | | |
| 1st Advisory | — | — | ✓ |
| 2nd Advisory | — | — | ✓ |
| 3rd Advisory | — | — | ✓ |
| 4th Advisory | — | — | ✓ |

| Advisory | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| **READING** | L | — | — | — |
| Uses word attack skills & vocabulary building strategies | — | — | — | — |
| Learns and uses new vocabulary | -✓ | — | — | — |
| Reads and comprehends 25 books | -✓ | — | — | — |
| Identifies character, setting, plot, theme and climax in stories | ✓ | — | — | — |
| Reads & comprehends everyday materials (e.g. schedules, ads ) | — | — | — | — |
| **WRITING** | L | — | — | — |
| Writes narrative | — | — | — | — |
| Writes report, using at least two sources | NI | — | — | — |
| Writes response to literature | — | — | — | — |
| Uses correct grammar, capitalization & spelling | — | — | — | — |
| Uses writing process | — | — | — | — |
| **LISTENING SKILLS** | L | — | — | — |
| Exhibits appropriate audience behavior | — | — | — | — |
| Comprehends oral presentations | — | — | — | — |
| **SPEAKING SKILLS** | L | — | — | — |
| Summarizes orally what is read or written | — | — | — | — |
| Participates in group discussions | ✓ | — | — | — |
| Presents oral report | — | — | — | — |

| Advisory | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| **MATHEMATICS** | L | L | L | 2 |
| Recalls basic multiplication and division facts | — | — | — | ✓ |
| Computes using whole numbers | ✓ | ✓ | — | ✓ |
| Compares & orders whole numbers, fractions and decimals | ✓ | ✓ | — | ✓ |
| Adds & subtracts fractions | ✓ | NI | — | ✓ |
| Adds & subtracts decimals | — | — | — | ✓ |
| Applies rounding | — | — | — | ✓ |
| Measures area, perimeter & volume | ✓ | ✓ | ✓ | ✓ |
| Compares and contrasts geometric shapes and figures | ✓ | ✓ | ✓ | ✓ |
| Writes expressions and equations to solve problems | — | — | — | ✓ |

**Reporting Key:**
**For overall grade in subject area:**
4 = Exceeds the standard (Advanced)
Student takes initiative to exceed the standard; consistently produces excellent work, applying skills/concepts correctly; shows creativity and insight.
3 = Meets the standard (Proficient)
Student produces work that meets the standard, frequently produces very good work of high quality; applies skills/concepts correctly.
2 = Approaches the standard (Basic)
Student shows a basic working knowledge of skills/concepts; produces satisfactory work; usually applies skills/concepts correctly.
1 = Does not meet the standard (Below Basic)
Student does not show basic working knowledge of skills/concepts; seldom produces work of satisfactory quality.
**For skills/expectations within subject area:**
+ = Excellent          -- = Unsatisfactory
√ = Satisfactory      NI = Not Introduced



## DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## 2ND GRADE REPORT CARD
(Page two of three)
Student Name: _____ N_____

| Advisory | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| **SOCIAL STUDIES** | 2 | 2 | 2 | |
| Defines the characteristics of communities and cities | ✓ | ✓ | ✓ | ✓ |
| Recognizes people of other lands and times: their fables, traditions and characteristics | — | — | — | — |
| Names and locates major global features | — | — | — | — |
| Describes the environment of the neighborhood & community in which they live | — | — | — | — |
| **SCIENCE** | 2 | 2 | 2 | 2 |
| Selects and uses appropriate tools and methods to collect and present data | ✓ | — | — | ✓ |
| Identifies the needs of living things in relation to the environment | — | — | — | ✓ |
| Describes common forms of energy, including sound and light | | | | |
| Describes the major stages in the human life cycle | — | — | — | — |
| Compares weather conditions and patterns over time | — | ✓ | ✓ | — |
| **MUSIC** | 4 | 4 | 4 | 4 |
| Identifies music of various cultures and styles | + | + | + | + |
| Interprets music through singing, listening, performing, creating, reading & writing | + | + | + | + |
| **ART** | 3 | 3 | 3 | 3 |
| Applies different media, techniques & processes in artworks | ✓ | ✓ | ✓ | ✓ |
| Uses symbols & images to convey meaning | ✓ | ✓ | ✓ | ✓ |

## HEALTH & PHYSICAL EDUCATION   NI _ _ _

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Demonstrates healthy ways to communicate feelings for others | — | — | — | — |
| Shows an understanding of signals, rules & groupings in simple games | — | — | — | — |
| Throws, catches & dribbles with various sized balls | — | — | — | — |

**For the section on WORK HABITS, PERSONAL & SOCIAL SKILLS, the following key is used:**

+ = Excellent
√ = Satisfactory
-- = Unsatisfactory

| Advisory | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| **WORK HABITS** | | | | |
| Follows directions | ✓ | ✓ | ✓ | — |
| Completes classwork on time | — | — | — | — |
| Works well with others/cooperates | ✓ | ✓ | ✓ | — |
| Uses time wisely | — | — | — | — |
| Completes and returns homework | — | ✓ | ✓ | ✓ |
| Participates in class discussions | ✓ | ✓ | ✓ | ✓ |
| Makes an effort | — | ✓ | ✓ | ✓ |
| **PERSONAL & SOCIAL SKILLS** | | | | |
| Follows classroom rules | ✓ | — | — | ✓ |
| Follows playground/school rules | ✓ | — | ✓ | ✓ |
| Respects the rights/property of others | ✓ | — | ✓ | ✓ |
| Listens while others speak | — | ✓ | ✓ | ✓ |
| Practices self-control | — | — | — | — |

| **ATTENDANCE** | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Days of Instruction | 44 | 47 | — | — |
| Days Absent | 1 | 3 | — | — |
| Days Tardy | 0 | 0 | — | — |

**SUPPORT SERVICES** Check where applicable.
Additional comments from support staff attached.

| | 1st | 2nd | 3rd |
|---|---|---|---|
| Resource: Reading | — | — | — |
| Resource: Mathematics | — | — | — |
| Special Education | ✓ | ✓ | — |
| Bilingual/ESL | — | — | — |

**Grade Next Year** 3rd

0130

*Revised 2000-2001*

JN-17

**STANFORD**

## CONTENT CLUSTERS

Reading Vocabulary
Synonyms
Context
Multiple Meanings

Reading Comprehension
(Recreational)
(Textual)
(Functional)
Initial Understanding
Interpretation
Critical Analysis
Process Strategies

Mathematics: Problem Solving
Number Concepts
Patterns and Relationships
Geometry and Measurement
Number Facts
Number Facts and Probability
Fractions and Decimal Concepts
Number Relationships
Problem-Solving Strategies

Mathematics: Procedures
Number Facts
Computation/Symbolic Notation
Computation in Context
Rounding

Scores based on normative data copyright © 1996 by Harcourt, Inc. All rights reserved.

STANFORD LEVEL/FORM: Primary 3/T
1995 NORMS: Spring   National

OTHER INFO: JN—17
Process No. 1049-2001-1843102-0545-70312-2



**OTHER INFO:** 2
Copy 01
Process No. 10492011-1672130-0417-51074-1



# STANFORD

**TYPE: MULTIPLE CHOICE**

GRADE
TEST DATE

| TESTS AND TOTALS | No. of Items | Raw Score | Scaled Score | National PR-S | National NCE |
|---|---|---|---|---|---|
| Total Reading | 118 | | | | |
| Word Study Skills | 44 | 15 | 419 | | |
| Vocabulary | 24 | | 545 | | |
| Reading Comprehension | 50 | | 515 | | |
| Total Mathematics | | | | | |
| Problem Solving | | | | | |
| Procedures | | | | | |
| Language | | | | | |

**NATIONAL GRADE PERCENTILE BANDS**

## CONTENT CLUSTERS

| | RS/ NP/ NS | Below Average | Average | Above Average |
|---|---|---|---|---|
| Word Study Skills | 15/ 43/ 43 | | | |
| Structural Analysis | 7/ 12/ 12 | | | |
| Phonetic Analysis-Consonants | 4/ 14/ 15 | | | |
| Phonetic Analysis-Vowels | 4/ 14/ 15 | | | |
| Reading Vocabulary | 14/ 70/ 10 | | | |
| Synonyms | 5/ 11/ 10 | | | |
| Context | 5/ 7/ 7 | | | |
| Multiple Meanings | 4/ 4/ 4 | | | |
| Reading Comprehension | 10/ 50/ 50 | | | |
| Recreational | 5/ 9/ 10 | | | |
| Textual | 5/ 19/ 21 | | | |
| Functional | 3/ 12/ 12 | | | |
| Initial Understanding | 12/ 14/ 14 | | | |
| Interpretation | 6/ 10/ 10 | | | |
| Critical Analysis | 0/ 3/ 3 | | | |
| Process Strategies | 1/ 3/ 3 | | | |
| Mathematics Problem Solving | 10/ 45/ 45 | | | |
| Concepts/Whole No. Comput. | 2/ 6/ 6 | | | |
| Number Sense and Numeration | 5/ 10/ 10 | | | |
| Geometry and Spatial Sense | 3/ 8/ 8 | | | |
| Measurement | 3/ 10/ 10 | | | |
| Statistics and Probability | 2/ 4/ 4 | | | |
| Fraction and Decimal Concepts | 1/ 3/ 3 | | | |
| Patterns & Relationships | 2/ 5/ 5 | | | |
| Problem-Solving Strategies | 1/ 3/ 3 | | | |
| Mathematics: Procedures | 14/ 28/ 28 | | | |
| Number Facts | 6/ 8/ 8 | | | |
| Computation/Symbolic Notation | 4/ 12/ 12 | | | |
| Computation in Context | 4/ 8/ 8 | | | |

**STANFORD LEVEL/FORM:** Primary 2/T
**1995 NORMS:** Spring    National

**OTHER INFO:** 216————    Copy 02
Process No. 1039201-5-1621422-1641-20275-2

Scores based on normative data copyright © 1996 by Harcourt, Inc. All rights reserved.

JN-18

# PROFESSIONAL VITA

**DEREK MARRYSHOW**
**5104 Aldershot Dr.**
**Lanham, MD. 20706**
**(301) 333-2009 (Work)**
**(301) 918-7175 (Home)**

## EDUCATION

Ph.D.    Doctor of Philosophy in Developmental/Child Psychology.
         Howard University, Washington, D.C. 1995

M.Ed.    Master of Education, Major: Educational Psychology.
         Howard University, Washington, D.C. 1986

B.A.     Bachelor of Art in Psychology. Lincoln University,
         Lincoln, Pennsylvania. 1984

## LICENSE
Licensed School Psychologist, District of Columbia Public Schools

## PROFESSIONAL EXPERIENCE

2004-     **Executive Director, Educational Advocates for**
Present   **Children, PLLC.** Provide special education advocacy for
          children receiving or requiring special education
          services. Provide testimony in due process hearings
          as an expert witness in the areas of psychology and
          special education.

2002-     **School Psychologist, District of Columbia Public**
2004      **Schools** Conduct psychoeducatioal assessments,
          individual, family and group counseling, and Chair
          MDT/IEP meetings for elementary, middle, and high
          school students in DCPS.

2000-
2001      **University Supervisor, John Hopkins University**
          Supervise Masters level graduate student majoring in
          special education during their eight-week teaching
          internship. Supervision include conducting formal
          observation of instructional competencies, reviewing
          and grading assignments, conducting group seminars, and
          giving the students a final grade for the internship.

1

vita
Derek Marryshow

1990–    **Senior Family Therapist, Progressive Life Center**
1992     **Inc., Washington, D.C.**
         Provide individual, group and family therapy to
         adolescent male delinquents and their families; maintain
         up-to-date and confidential documentation of client
         contact and case progress; and provide relevant crisis
         intervention and advocacy services and referrals.
         Supervise two family therapists.

1990–    **Research Assistant, American Psychological Association**
1991     Conduct literature reviews, identify experts in the
         field, and responsible for writing a section of a
         comprehensive manual on the etiology of youth violence.

1986–    **Psychologist, PSI Associates, Inc.**
1990     Responsible for conducting psychological evaluations, and
         developing behavior modification programs for mentally
         retarded and dual diagnosed adults, and serving as a
         member of the interdisciplinary team.

3

**vita**
**Derek Marryshow**

**2002/2003**
Conduct Parenting Workshops for fathers at DCPS Head Start
Program.

Conduct Parenting Workshops for fathers at Progressive Life
Center's Umoja Program.

Conduct team building and conflict resolution training for youth
and adult groups.

Develop training manual for teaching parenting skills. Conduct
parenting workshops.

Conduct on-going staff development and teacher training for the
staff at DCPs

Teach NTU psychotherapy to clinical staff at Progressive Life
Center Inc.

**1994, Aug.**
The impact of a school-based prevention and intervention program
on at-risk Junior High School students' academic performance,
attendance, and behavior. Presentation at the Association of
Black Psychologist 26th Annual Convention. Philadelphia, Pa.

**1994, Nov.**
The Progressive Life Turning Points Center at Frederick Douglass
Junior High Alternative School. Testimony at the District of
Columbia City Council Hearings on Youth Services. Washington,
D.C.

**1992, Aug.**
The Impact of Learning Orientations of African American
Children's Attitudes Toward High Achievers. Presentation at the
Association of Black Psychologist 24th Annual Convention. Denver,
Colorado.

**1993, Aug.**
The Role of Cultural Sensitivity in Community Law Enforcement.
Presentation at the National Association of Social Workers
Conference.

**REFERENCE AVAILABLE UPON REQUEST**

5

# Resume

Arvette D. Page
6204 Gothic Lane
Bowie, MD 20720
(202) 491-3451
(301) 464-0676
adpage@verizonmail.com

Objective: To obtain a challenging position in an organization where I can grow as an employee and utilize my skills and work experience.

## JOB EXPERIENCE

| | |
|---|---|
| October 2004 to Present | **Special Education Coordinator, (Rock Creek Academy),** Washington, DC:  Works collaboratively with DCPS, Attorneys, Educational Advocates, teachers and clinical staff by coordinating and facilitating meetings to assess student's performance, both educationally and socially according to their Individual Education Plan (IEP) for grades K-12.  Assist in maintaining accurate and confidential records of all students, as well as use data to articulate the results of performance base assessment to determine educational appropriateness in the classroom setting.  Provides information, support, and communication w/parents and families; provides referral information to community agencies to address students needs.  Develop and maintain open lines of communication with student representation, parents and DCPS-LEA Monitor. Assist teachers and clinicians with the usage of e-IEPPro and maintain equipment and supplies used for IEP meetings. |
| October 2004 to May 2004 | **Educational Consultant, (Educational Diagnostic Institute, Inc.)** Washington, DC:  Coordinated meetings with attorneys and educational advocates to describe services EDI could provide for their clients to help fulfill the orders of HOD's in obtaining independent testing.  Also submitted written bid proposals to charter schools to provide diagnostic services. |
| May 2004 to June 2003 | **Special Education Teacher, (Rock Creek Academy),** Washington, DC: Provided instruction to 6th & 8th grade students in the areas of reading, written language and mathematics, monitor tracking progress for related services and implement behavior modification plan, as well as evaluate educational needs to devise goals & objectives for annual IEP meetings.  Also helped assist in creating school-wide goals and school activities for the summer. |
| June 2003 to August 2001 | **Special Education Coordinator, Edison Friendship Public Charter School (Chamberlain Campus), Washington, DC:**  Implemented federal guidelines bided by IDEA (Individual Disability Education Act), monitor tracking progress for related services provider who rendered speech, OT/PT, and counseling to students.  Conducted educational evaluations on students being identified for special education.  Facilitated educational workshops on responsible inclusion, to ensure staff intensified and tailored curriculum for students with disabilities, as well as inform parents of Due Process Rights, chair eligibility determination |

and IEP meetings. Instructed 5th grade students using the Wilson Reading Series.

| | |
|---|---|
| August 2001 to June 2000 | **Special Education Coordinator, (Montebello Elementary An Edison Partnership School), Baltimore, MD:** Provided educational testing and instruction to 4th & 5th grade students on K-1.0 level. Implemented federal guidelines bided by IDEA (Individual Disability Education Act), monitor tracking progress for related services provider who rendered speech, OT/PT, and Counseling to students. Facilitated educational workshops on responsible inclusion, to ensure staff intensified and tailored curriculum for students with disabilities, as well as inform parents of Due Process Rights, chair eligibility determination; a liaison between Baltimore City Schools, Edison and Kennedy Kreiger. |
| June 2000 to August 1998 | **Special Edison Support (Resource Teacher), Edison Friendship Public Charter School (Chamberlain Campus), Washington, DC, Grade K-3:** Instructed students in the area of reading, written language. Co- taught and planned with regular education teachers. Administered the Woodcock Johnson and Woodcock Reading Inventory; communicate with parents and team members regarding performance and behavior. |
| August 1998 to June July 1997 | **Special Ed. Teacher/Coor., Prince George's County Schools, Prince George's MD, Grade K-5 (Thomas Stone Elementary):** Case Manager of 26 Learning Disabled students in an inclusion setting; responsibilities included; co-planned and taught 6th grade reading and mathematics. Chaired School Instructional Team (SIT) and School Supplementary Team (SST) to assist in the referral process for special education. |

## PRACTICUM

Prince George's County Public Schools    Prince George's County    Aug. 2002-Dec. 2002
Grad. Intern, Grade 3rd & 4th Self Contained Class        Benjamin Foulois Academy
Provided instruction to emotionally disturbed and artistic students. Also completed testing and reporting for initial placement and re-evaluation.

Norfolk & Portsmouth Public Schools        Tidewater Area        Jan. 1997-Feb. 1997
Student Teacher, Grade 6th Inclusion        Lake Taylor Middle School
Assist training teacher in providing instruction to 6th grade inclusion class in all academic areas, maintain quarterly reports, and implemented effective management techniques to ensure the environment is conducive for learning.

## EDUCATION

| | |
|---|---|
| June 1997 | Norfolk State University, Norfolk, VA<br>Bachelor of Science in Psychology<br>Minor in Special Education (LD/ED) |
| May 2005 | George Washington University, Washington, DC<br>Masters in Special Education (Emotional Behavior Disorders/Learning Disabled) |

**REFERENCES FURNISHED UPON REQUEST**

Vitae

- Provide leadership to staff and help them understand the nature and needs of the special education population.
- Help devise concrete intervention strategies
- Provide technical support including assisting schools in compiling data charts on students in the special education program.
- Act as a liaison between DCPS, Parents and Attorneys/Educational Advocates to ensure effective communication transpires.
- Administer and interpret educational evaluation, supervised, trained, and evaluated multidisciplinary team meetings.
- Consulted and advised parents, attorneys, and related service providers as to whether the child has been denied a free and appropriate education.
- Attended and testified at hearings.
- Devised IEP goals and objectives, tailored curriculum and teaching style to ensure the students Individualized Education Plan was being fully implemented and in compliance with the law.

# CURRICULUM VITAE

Sharon L. Millis
11666 Cygnet Drive
Waldorf, Maryland 20601
(301) 870-6474

## AREAS OF EXPERTISE

Special Education Advocacy

Expert Testimony in Special Education Court and School Hearings

Expert testimony on observation/comparison/determination of student placement

Mediation of Special Education issues

Parent support, education and training on Special Education issues

Individualized Education Plan (IEP) Training, Writing and Implementation

School and Student Observation

Public, Private and Residential Special Education Compliance Monitoring for IDEA

Public, Private and Residential Monitoring for State Standards (DC, MD and VA)

Public, Private and Residential Special Education Program Evaluation

Collection, Organization and Analysis of Special Education Program Data to Determine Degree of Program Compliance and/or Student Progress

Educational Record Review

Special Education Curriculum Development

Administrative, Teacher and Related Service Provider Technical Assistance/Instructional Support

Special Education Workshop Development and Presentation

School-Based Classroom Instruction

Seriously Emotionally Disturbed Classroom Instruction

Learning Disabilities Classroom Instruction

Administrative Debriefing

State and Local Special Education Policy and Procedure Development

Inclusion Consultation

Special Education Teacher Mentoring

Special Education Teacher Training

Dissemination, Follow-up and Corrective Action Responses to Data Collected from Special Education Programs

Administrative Training for Compliance Monitoring

Volunteer Training for Compliance Monitoring

Parent Training for Compliance Monitoring

Child Count Monitoring

## EMPLOYMENT HISTORY

| 1998 - Present | Independent Special Education Advocate/Expert for District of Columbia Special Education Attorneys |
| 1997 - 1998 | Acting Assistant Principal, Moten Elementary School/Director, P.A.C.E./Moten Special Education Program for ED students requiring Level IV/V intensity |
| 1986 - 1997 | LEA/SEA Special Education Compliance Monitor and Program Evaluator, Office Of Corporate and Community Relations, DC Public Schools, Washington, DC |
| 1992 - 1993 | Educational Assessor, Therapeutic Counselor and Early Childhood Language Facilitator, Chapter I Summer Enrichment Program, Department of Human Services, District of Columbia Government, Washington, DC |
| 1981 - 1986 | Middle School/High School/Elementary School Teacher of the Seriously Emotionally Disturbed, Gibbs/PACE Program/Buddy Program, DC Public Schools, Washington, DC |
| 1973 - 1981 | School-Based/Learning Center Teacher, Watkins Elementary School, DC Public Schools, Washington, DC |

1972 - 1973    Special Education Mobile Crisis Team Member, Special Education Division,
               DC Public Schools, Washington, DC

1970 - 1972    Mathematics, Science, Social Studies and Remedial Reading Teacher, Northwood
               Elementary School, Baltimore City Schools, Baltimore, Maryland


EDUCATION

1970    B.S. Elementary Education, DePaul University (Cum Laude) Chicago, Illinois

1972    M.Ed Special Education of the Seriously Emotionally Disturbed (Cum Laude) Loyola
        College, Baltimore, Maryland

1997    Completion of NASSP assessment process

1997    Completion of LEAD emerging leaders program

9-29-06; 3:58PM;                                                        ;202+724+8630

JN-19

DCPS - IEP  Page 1 of 4

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, D.C.**
**INDIVIDUALIZED EDUCATIONAL PROGRAM**

Additional Comments: ☐

## I. IDENTIFICATION INFORMATION

### II. CURRENT INFORMATION

Date of IEP Meeting: 9/21/2006

Student Name: Last Norris    First Ja___    MI

Date of Last
IEP Meeting: 1/25/2006

Student ID 9055227    Soc. Sec. No. _____    Age: 10    Grade 06

Date of Most Recent
Eligibility Decision: 12/14/2004

Gender ☒M ☐F    Date of Birth ___/1995    Ethnic Group Black

**Purpose of IEP Conference:**
☐ Initial IEP    ☒ Review of IEP
☒ Requested Eval.    ☐ 3yr ReEval.

Address    5508    Eads St NE    NE
House No.    Street Name    Quadrant    Apartment #
Washington    DC    20019
City    State    Zip Code

Indicate Level of Standardized Assessment:
Level IV

☐ Non-attending

Attending School Aiton Elementary    Home School Emery Elementary

**ADDENDA TO BE ATTACHED AS NEEDED**
Check the appropriate box(es)

☒ Elem. ☐ Mid/JHS ☐ SHS ☐ CWS /

Parent    Ms. Norris

| | | | |
|---|---|---|---|
| ☐ BEHAVIOR | | ☐ TRANSPORTATION | |
| ☐ ESY | | ☐ TRANSITION | |

Address of (if different from student):    ☒ Parent ☐ Guardian ☐ Surrogate

House No.    Street Name    Quad    Apt. No.    City    State    Zip Code
Telephone: Home 2023997734    Work

### III. LANGUAGE

| III. LANGUAGE | Language | Language Used for Evaluation | Language Used in Conference | Communication Requirements | To be completed by Office of Bilingual Education English and Math Proficiency Assessment |
|---|---|---|---|---|---|
| Student | English | English | English | Native Language | Oral |
| Parent | English | English | English | Native Language | Rdg./ Written |
| Home | English | English | English | Native Language | Instrument: |
| | | | | | Date: |

### IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| SERVICES | SETTING GenEd | | | SpecEd | | | FREQUENCY | | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Ses. | Time | Total | Ses. | Time | Total | Hr./ Min | D/W/M | | | # | wks/mos |
| Specialized Instruction | 0 | 0 | 0 | 5 | 2.5 | 12.5 | Hrs | Week | Special Education Teacher/R | 9/21/2006 | 10 | Month |
| Speech-Language | 0 | 0 | 0 | 1 | 1 | 1 | Hrs | Week | Speech and Language Thera | 9/21/2006 | 10 | Month |
| Psychological Services | 0 | 0 | 0 | 1 | 30 | 30 | Mins | Week | School Social Worker | 9/21/2006 | 10 | Month |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | TOTAL HOURS: | 0 | | 14 | | | Total Combined Hours Per Week: | | | | | |

## V. Disability(ies) Learning Disabled

Percent of time in Specialized Instruction and Related Services
☐ 0-20%  ☒ 21-60%  ☐ 61-100%

☐ (Check if setting is general Ed.)    Percent of time NOT in a General Education Setting    43 %

## VI. IEP TEAM (Participants in the development of the IEP)

Print and sign your name below.

Ms. Kea Norris
Parent/Guardian    *Did Not Attend*

Student *Jane Barnes*    *Jane Barnes MACCCSLP*
Speech Pathologist

Mrs. Linda David    *L. David*
Special Ed

Ms. Dianne Peters    *D. Peters, LICSW*
social worker

MS. Angela McMillian
General Ed Teacher

K.Meyers-Dennings
Psychologist

Ms. A. Allen    *Angela C. Allen*
LEA Representative

Katina Flournoy
A.T. Evaluator    *Via Telephone*

Ms. Peggy Mussenden    *P. Mussenden*
Principal or Designee

*I AGREE* with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education.
Parent/Guardian Signature    Date

0143

9-29-06; 3:58PM;                                                                :202+724+4630         #  A- 3

| Student Name | J█████ N█████ | Managing School | Aiton Elementary | DCPS - IEP |
| Student ID Number | 9055227 | DOB ██/1995 | Attending School | Aiton Elementary | Page 2 of 4 |

## VII. Present Educational Performance Levels in Areas Affected by the Disability

**Additional Comments:** ☐

**Academic Areas: (Evaluator)** K.Meyers-Dennings,MS,CAGS

**Math Strengths:**

Able to add and subtract 1-3 digit equations appropriately. Able to solve problems involving measurements, graphs, and using patterns to solve problems.

Impact of disability on educational performance in general education curriculum:

Impact of disability impedes his ability to perform grade level mathematical tasks at grade level

**Reading Strengths:**

J█████ was able to read one syllable words appropriately.

Impact of disability on educational performance in general education curriculum:

His difficulty with reading two syllable, defining unfamiliar words and decoding impacts ability to perform reading tasks at grade level.

**Score(s) When Available**

| Math Cal. | ss= | 73 |
| Math Rea. | ss= | 84 |

See goal page: 3
Date: 2/8/2006

| Rdg. Com | ss= | 60 |
| Rdg. Basic | ss= | 57 |
| Written Ex. | ss= | 63 |

See goal page: 1
Date: 2/8/2006

**Communication (Speech & Language) (Evaluator)** Jane Barnes, MA, CCC-SLP

**Strengths:**

J█████ receptive and expressive language skills, voice, fluency, oral motor proficiency, and pragmatics are within the normal range.

Impact of disability on educational performance in general education curriculum:

J█████ articulation skills are below the average range and may impact academic performance.

**Score(s) When Available**

| Exp.Lang. | 93 |
| Rec. Lang. | 90 |
| Artic | 93 |
| Voice | WNL |
| Fluency | WNL |
| Exp. Voc. | 84 |
| Rec. Voc. | 98 |

See goal page: 2
Date: 3/17/2006

**Motor/Health (Evaluator)**

**Strengths:**

Impact of disability on educational performance in general education curriculum:

**Score(s) /Results When Available**

See goal page:
Date:

**Social Emotional Behavioral Areas: (Evaluator)** Dianne Peters,LICSW

**Strengths:**

Student has very good peer relationships and interacts well with his classmates

Impact of disability on educational performance in general education curriculum:

Student requires excessive individual attention when he is confronted with new situations.

**Score(s) When Available**

n/a

See goal page: 5
Date: 9/21/2006

**Cognitive/Adaptive Behavior: (Evaluator)**

**Strengths:**

Impact of disability on educational performance in general education curriculum:

**Score(s) When Available**

See goal page:
Date:

**Prevocational Skills: (Evaluator)**

**Strengths:**

Impact of disability on educational performance in general education curriculum:

**Score(s) When Available**

See goal page:
Date:

9-29-06; 3:54PM;

| Student Name | J█████    N█████ | | Managing School | Aiton Elementary | | DCPS - IEP |
|---|---|---|---|---|---|---|
| Student ID Number | 9055227 | DOB █████/1995 | Attending School | Aiton Elementary | | Page 3 of 4 |

| VIII. SPECIALIZED SERVICES | Additional Comments: ☐ | Goal Number: 1 |
|---|---|---|

Area addressed by goal: Communication

**ANNUAL GOAL: (including mastery criteria.)**

J█████ will improve his articulation skills as measured by the following short-term objectives.

Provider(s): Speech and Language Therapist

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| J█████ will accurately produce multisyllabic words in isolation with 80% accuracy. | | Monthly |
| J█████ will accurately produce complete sentences containing multisyllabic words with 80% accuracy. | | Monthly |
| J█████ will read words, phrases, and sentences with precise articulation with 80% accuracy. | | Monthly |
| J█████ will produce all sounds in words and phrases during structured activities with 80% accuracy. | | Monthly |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

☐ Portfolio  ☒ Log  ☐ Chart  ☐ Test  ☒ Documented Observation  ☐ Report  ☒ Other  Anecdotal Notes

0145

| Student Name J█████ N██ | | Managing School Aiton Elementary | DCPS - IEP |
|---|---|---|---|
| Student ID Number 9055227 | DOB ████/1995 | Attending School Aiton Elementary | Page 3 of 4 |

| **VIII. SPECIALIZED SERVICES** | Additional Comments: ☐ | Goal Number: 2 |
|---|---|---|

**Area addressed by goal:** Academic Areas: Math

**ANNUAL GOAL:** (including mastery criteria.)

J████ will demonstrate growth in the area of mathematics by mastering 80% of the short-term objectives.

**Provider(s):** Special Education Teacher/Resource Room Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| J████ will write decimals with 80% accuracy. | | Monthly |
| J████ will change fractions to decimals and decimals to fractions with 80% accuracy. | | Monthly |
| J████ will add two and three-place decimal fractions with 80% accuracy. | | Monthly |
| J████ will use a variety of graphs to solve problems with 80% accuracy. | | Monthly |
| J████ will solve word problems involving addition, subtraction, multiplication, and division with 80% accuracy. | | Monthly |
| J████ will read and write large numbers up to a million with 80% accuracy. | | Monthly |

**EVALUATION PROCEDURE(S)**

☐ Portfolio  ☐ Log  ☐ Chart  ☒ Test  ☒ Documented Observation  ☐ Report  ☒ Other work samples

| Student Name    J████    N████ | Managing School  Aiton Elementary | DCPS - IEP |
|---|---|---|
| Student ID Number 9055227    DOB  ███1995 | Attending School  Aiton Elementary | Page 3 of 4 |

| VIII. SPECIALIZED SERVICES | Additional Comments: ☐ | Goal Number: 3 |

Area addressed by goal: __Academic Areas: Reading__

**ANNUAL GOAL: (including mastery criteria.)**

J████ will demonstrate 10 months measurable growth in the area of Reading.
Mastery will be determined by 80% success rate of the short term objectives.

Provider(s): Special Education Teacher/Resource Room Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Given the Doch word list, J████ will identify 2nd grade words with 80% mastery over a consistent period of time. | | Monthly |
| Given homonyms, synonyms, and antonyms, J████ will match, associate and catergorize related words with 80% accuracy over a consistent period of time. | | Monthly |
| Given passage material containing multi-syllabic words at his instructional level, J████ will use various strategies to decode and correctly pronounce the words in 7/8 trials over a consistent period of time. | | Monthly |
| Given passage material at his instructional level, J████ will accurately answer questions orally and in writing that require identifying the main idea, supporting details, sequencing events, comparing characters and drawing conclusions with 80% mastery over a consistent period of time. | | Monthly |
| Given literacy and informational texts at his instructional level, J████ will demonstrate increased fluency as evidenced by his ability to correct track while reading and appropiately respond to punctuation marks with 80% mastery over a consistent period of time. | | Monthly |
| Given the 30 books at his instructional level, J████ will identify the story elements and write a response in the form of a summary or book report with 80% accuracy over a consistent period of time. | | Monthly |

**EVALUATION PROCEDURE(S)**

☒ Portfolio  ☐ Log  ☐ Chart  ☒ Test  ☐ Documented Observation  ☒ Report  ☐ Other

0147

| Student Name | J█████ N████ | Managing School | Aiton Elementary | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number 9055227 | DOB █████/1995 | Attending School | Aiton Elementary | Page 3 of 4 |

| VIII. SPECIALIZED SERVICES | Additional Comments: ☐ | Goal Number: 4 |
|---|---|---|

Area addressed by goal: Written Communication

**ANNUAL GOAL: (including mastery criteria.)**

J█████ will demonstrate 10 months measurable growth in the arae of written expression.

Mastery will be determined by 80% success rate of the stated objectives.

Provider(s): Special Education Teacher/Resource Room Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Given 8-10 weekly spelling words at his instructional level, J████ will spell the words from dictation with 80% mastery over a consistent period of time. | | Monthly |
| Given a list of sentence fragments, J████ will create 10 complete sentences in writing with 80% mastery over a consistent period of time. | | Monthly |
| Given student selected and teacher selected writing prompts, J████ will construct sentences by adding descriptive words and details, 8-10 times over a period of time. | | Monthly |
| Given student choice or teacher selected writing prompts, J████ will use graphic organizers to organize his ideas before writing a simple paragraph. | | Monthly |
| Given a choice or teacher selected topic, J████ will write up information on the topic that includes clear focus, ideas in sensible order sufficient detail with 80% mastery over a consistent period of time | | Monthly |
| Given writing tasks, J████ will edit, revise, and correct errors in: letter formation- shape and spacing. Capitalization, punctuation, spelling and grammar with 80% mastery over a consistent period of time. | | Monthly |

**EVALUATION PROCEDURE(S)**

☒ Portfolio   ☐ Log   ☐ Chart   ☒ Test   ☐ Documented Observation   ☒ Report   ☐ Other _____

| Student Name | | Managing School | Aiton Elementary | DCPS - IEP |
| Student ID Number | DOB | Attending School | Aiton Elementary | Page 3 of 4 |

| **VIII. SPECIALIZED SERVICES** | Additional Comments: ☐ | | Goal Number: 5 |

Area addressed by goal: _Social Emotional_

**ANNUAL GOAL: (including mastery criteria.)**

Student will continue to increase his ability to utilize more appropriate coping skills.

Provider(s): _School Social Worker_

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Student will identify consequences of ~~risk taking~~ social risk taking. negative | | Monthly |
| Student will learn to identify consequences of positive social risk taking. | | Monthly |
| Student will learn to identify and select the best response for a negative situation | | Monthly |
| Student will learn to develop coping behaviors in response to stressful situations. on new situations. | | Monthly |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

☐ Portfolio  ☐ Log  ☐ Chart  ☐ Test  ☒ Documented Observation  ☐ Report  ☐ Other

| Student Name | | | | Managing School | Aiton Elementary | | DCPS - IEP |
|---|---|---|---|---|---|---|---|
| Student ID Number | 9055227 | | DOB ____/1995 | Attending School | Aiton Elementary | | Page 4 of 4 |

**Additional Comments:** ☐

## IX. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION
## SERVICE ALTERNATIVES

Can curricular modification, accommodation and/or supplemental aids and services be used for a LRE setting in <u>general education</u>? ☐ Yes ☒ No

Explanation for removal out of regular education classroom.

Student requires small structured environment to accommodate disabilities

## X. Supplementary Aids and Services

| Classroom Needs (Do not name products or companies.) | SETTING GenEd | SETTING SpEd | SETTING Total | FREQUENCY Hr./ Min | FREQUENCY D/W/M. | PROVIDER (by discipline) | BEGINNING DATE (mm/dd/yyyy) |
|---|---|---|---|---|---|---|---|
| Word list/dictionary | 0 | 12.5 | 12.5 | Hrs | Week | special educator | 9/21/2006 |
| graphic organizers | 0 | 12.5 | 12.5 | Hrs. | week | special educator | 9/21/06 |
| | | | | | | | |
| | | | | | | | |

Check and list modifications and/or accommodations for <u>testing</u>:   ☐ None needed

Timing/Scheduling: Extended time, *breaks during testing*
Setting: *small group*
Presentation: *test/directions read to student, simplified/repeated directions*
Response: *N/A*
Equipment: *N/A*

## XI. STATE AND DISTRICT ASSESSMENTS:

☐ Level I   Tested with non-disabled peers under standard conditions without accommodations.

☐ Level III (Describe non-uniform conditions for level III) Tested under non-standard conditions with permissible accommodations

☐ Level V Portfolio: _____

☐ Level II (Describe accommodations for level II) Tested under standard conditions with special accommodations.

☒ Level IV (Describe the alternative assessment)

DC CAS

## XII. Areas Requiring Specialized Instruction and Related Services:

☒ Reading
☐ Mathematics
☒ Written Expression
☐ Other:
☐ None

☐ Physical/Sensory
☒ Social Emotional
☐ Physical Development

☐ Transition
☐ Vocational
☐ Independent Living
☒ Speech/Language

**Modifications:**
☒ Language Arts/English
☐ Social Sciences
☐ Biological & Physical Sciences
☐ Fine Arts

Apply annual goal(s), objectives and/or modifications to address barriers in each area checked above.

## XIII. PLACEMENT CONSIDERATIONS AND JUSTIFICATION

| DESCRIBE CONSIDERATIONS | ACCEPT/REJECT REASONS | POTENTIAL HARMFUL EFFECTS |
|---|---|---|
| In General Education Classroom Setting | Rejected | Continued school failure |
| Combination General Education and Resource Classro | Rejected | Time away from non-disabled peers in academic sett |
| Out of General Education Classroom | Rejected | Impact on self-esteem |
| | | |
| | | |

Modification(s)/Accommodation(s) to address the harmful effects:

Specific scheduling to accommodate for related service sessions

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES

| MDT |
|-----|

MDT REFERRAL DATE: _____

MEETING DATE: _____

STUDENT: _____

SCHOOL: Aiton Elementary

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| Jane Barnes | _____ | ~~Parent~~ Speech Pathologist |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

THE PARENT ☐ IS PRESENT ☒ IS NOT PRESENT AT THE MEETING

AFTER A REVIEW OF THE ASSESSMENTS, IT IS DETERMINED THAT ___J▮▮▮▮ N▮▮▮▮▮___

☒ IS ELIGIBLE FOR SPECIAL EDUCATION  *continues to be eligible*

☐ IS NOT ELIGIBLE FOR SPECIAL EDUCATION





**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**

Office of Special Education
825 North Capitol Street, N.E., 6th Floor
Washington, D.C. 20002-4232
202-442-4800, fax: 202-442-5518
www.k12.dc.us

## Speech and Language Reevaluation

**Name:** J████ N█████
**Date of Birth:** ███████95
**Date of Evaluation:** 2/10/06, 2/15/06, 2/22/06, language sample obtained 3/15/06
**Chronological Age:** 10-3
**School:** Aiton Elementary
**ID#:** 9055227
**Date of Report:** 3/17/06
**Examiner:** Jane Barnes, MA, CF-SLP

**Reason for Referral:**

A speech and language reevaluation was requested to determine J████ current speech and language functioning level. The results will be used to determine if J████ continues to be eligible to receive speech and language services.

**Background:**

J████ is a 10 year, 3 month old male who was referred for a comprehensive speech and language reevaluation. He is enrolled in Ms. McMillian's fifth grade class at Aiton Elementary School. J████ currently receives two hours of speech and language intervention outside of the classroom setting individually and in a small group to address his oral communication disorder.

J████ last speech evaluation, dated 2/27/04 revealed average receptive and expressive language skills. Testing also revealed apraxia of speech as "very likely present". J████ had difficulty positioning his speech mechanisms and programming appropriate movement to correctly produce phonemes. He also demonstrated groping behaviors when asked to repeat words. J████ frequently deleted final consonants, had inconsistent sound errors, and distorted vowels.

J████ also had an evaluation completed by the Assistive Technology Team at the Hospital for Sick Children on 10/22/03, which recommended an assistive technology device for use as his primary form of communication as his connected speech is severely unintelligible, especially with unfamiliar listeners. J████ continues to report he feels his friends, family, and teachers understand him. Conversations with J████ teacher confirmed this as she states he appears to have more confidence in speaking than before. Also, while J████ was recommended for a device in 2003, he is currently not using it throughout the school day as it was intended. J████ does not use the device in his

classroom, cafeteria, or on the playground, nor does he take it home with him although it is consistently available should he choose to use it. J▒▒▒ told the clinician he uses his device to practice his spelling words. The clinician discussed the intention of such a device with J▒▒▒ and explained that it is not necessarily designed to help with spelling words, but rather overall verbal output when a person does not have the ability to communicate independently.

## Clinical Observation:

J▒▒▒ was observed in his special education classroom completing a worksheet activity with his spelling words. J▒▒▒ sat quietly and appeared to be focused to the task. When prompted to read the spelling word "scratch", J▒▒▒ initially responded "I don't know". After a few moments, J▒▒▒ responded by reading the word, making a few attempts to produce each sound correctly. He benefited from a model of the word, although he was not able to produce it accurately during this observation.

J▒▒▒ speech and language skills were formally observed outside his classroom during testing sessions with the speech-language pathologist. J▒▒▒ attended to most tasks during testing and benefited from breaks. He transitioned well throughout all tests administered. J▒▒▒ was able to respond to questions without gestural cues or prompting. J▒▒▒ was appropriate with his language use throughout all testing.

## Evaluation Tools:

*Goldman-Fristoe Test of Articulation-2 (GFTA-2)*
*Screening Test for Developmental Apraxia of Speech-Second Edition (STDAS-2)*
*Receptive One-Word Picture Vocabulary Test (ROWPVT)*
*Expressive One-Word Picture Vocabulary Test (EOWPVT)*
*Clinical Evaluation of Language Fundamentals-Fourth Edition (CELF-4)*

## Speech (Articulation):

The *Goldman Fristoe Test of Articulation-2 (GFTA-2)* assesses all sounds at the single word level by having the student imitate or name a variety of pictures with the target sounds. The pictures presented have the target sounds in all positions in the word (initial, medial, and final) to adequately assess the student's ability to produce the sounds at the word level. The only standardized portion of this test is at the word level. There were four sound errors noted in J▒▒▒ speech patterns during this portion of testing. J▒▒▒ received a standard score of 93. J▒▒▒ errors were on the following sounds:

f/θ (medial and final positions)
v/ð (medial position)
fw/fr (initial position)

0153

The sound substitutions f/θ (which is the voiceless "th") were noted on the words "bathtub" and "bath" and the substitution v/ð (which is the voiced "th") was noted on the word "feather". These deviations are noted as characteristics of African-American English, an acceptable dialect of Standard American English.

The *Screening Test for Developmental Apraxia of Speech-Second Edition (STDAS-2)* was administered to screen for potential presence of developmental apraxia of speech. This tool was unable to be completed, however, due to the testing criterion that the student's Expressive Language Discrepancy be greater than six months. This means the student's expressive language age equivalent must be more than six months behind the receptive language age equivalent. J█████ Expressive Language Discrepancy was one month, so this protocol was unable to be used.

An informal checklist was also used (taken from *Assessment in Speech-Language Pathology: A Resource Manual-3rd Edition* by Kenneth G. Shipley and Julie G. McAfee) to observe J████ completing specific tasks to identify the probability of limb apraxia, oral apraxia, or verbal apraxia.

J████ was able to complete all volitional limb tasks which included "pretend you are using scissors to cut a piece of paper" and "pretend you are zipping your coat" with no apparent difficulty. He followed the directions and was precise with his actions.

J████ also demonstrated his ability to control his oral structures for non-speech acts including "puff out your cheeks", "chatter your teeth as if you are cold", and "wiggle your tongue from side to side". J████ completed these tasks with relative ease, and again, was precise with his actions.

J████ had notable difficulty with verbal tasks, which included repeating words of increasing complexity (i.e. thick, thicken, thickening). He also had difficulty producing longer phrases (i.e. Madison Square Garden) and phrases with more complex speech tasks within it (i.e. catastrophically). J████ frequently misarticulated sounds through substitution (i.e. fwog for frog), omission (i.e. goup for group), metathesis (i.e. intrucks for instruct), and final consonant deletion. He also demonstrated struggling behaviors when producing the more complex words and phrases such as oral groping and obvious frustration. J████ is aware of his incorrect articulatory productions, as seen through his physical frustration as well as his comments (i.e. I can't, that's hard). J█████ errors were inconsistent and atypical, particularly with multisyllabic words and words containing consonant clusters.

J█████ speech was also observed through a language sample collected during a session with the clinician. J█████ speech errors were similar to those seen on the informal checklist. His errors were inconsistent and he frequently reduced consonant clusters and deleted final consonants. He communicates with relative ease, although when asked to repeat himself, J████ becomes easily frustrated. With a familiar listener and a known context for the conversations, J████ is intelligible with 75% accuracy.

Nessie, James
Speech and Language Reevaluation
Page 4

However with an unfamiliar listener, unknown context, or increased communicative demands, his intelligibility decreases.

## Language (Receptive and Expressive):

The *Clinical Evaluation of Language Fundamentals-Fourth Edition (CELF-4)* is a test designed to assess language skill deficits in the areas of semantics (word meaning), syntax and morphology (word and sentence structure), and auditory memory (recall and retrieval). The *CELF-4* has four subtests which provide a Core Language score. This score is considered to be the most representative measure of the student's language skills. It provides an easy and reliable way to quantify the student's overall language performance. The Core Language standard score has a mean of 100 and a standard deviation of ±15. A score of 100 on this scale represents the performance of the typical student of a given age. The *CELF-4* has additional indices including Receptive Language, Expressive Language, Language Content, Language Memory, and Working Memory. All will be explained in turn below as will each subtest administered. James' scores on the *CELF-4* are as follows:

| Subtest Scaled Scores | Core Language | Receptive Language | Expressive Language | Language Content | Language Memory | Working Memory |
|---|---|---|---|---|---|---|
| Concepts & Following Directions | 9 | 9 | - | 9 | - | - |
| Recalling Sentences | 8 | - | 8 | - | 8 | - |
| Formulated Sentences | 10 | - | 10 | - | 10 | - |
| Word Classes-Receptive | - | 8 | - | - | - | - |
| Word Classes-Expressive | - | - | 8 | - | - | - |
| Word Classes-Total | 8 | - | - | 8 | - | - |
| Word Definitions | - | - | - | 8 | - | - |
| Understanding Spoken Paragraphs | - | - | - | 7 | - | - |
| Number Repetition-Total | - | - | - | - | - | 7 |
| Familiar Sequences | - | - | - | - | - | 6 |
| Sum of Scaled Scores | 35 | 17 | 26 | 23 | 27 | 13 |
| Standard Score | 93 | 90 | 93 | 86 | 94 | 80 |
| Percentile Rank | 32 | 25 | 32 | 18 | 34 | 9 |

## Receptive Language:

The subtests administered to determine James' receptive language skills included Concepts & Following Directions and Word Classes-Receptive.

*Concepts and Following Directions:* This subtest evaluates the student's ability to interpret, recall, and execute oral commands of increasing length and complexity that contain concepts of functional language. The student follows oral directions to identify pictured objects that were mentioned from among several choices. The directions use concepts of inclusion/exclusion (i.e. all...except), location (i.e. top, bottom, between),

N███, J███
Speech and Language Reevaluation
Page 5

sequence (i.e. beginning, third, last), condition (i.e. unless), and temporal (i.e. after, before, while).

The scaled score mean is 10 with a standard deviation of 3. J███ obtained a 9 on this subtest which is within the average range for his understanding of concepts and following directions within the items administered.

*Word Classes:* The word classes subtest evaluates the student's ability to understand relationships between words that are related by semantic class features (i.e. synonyms, antonyms, part-whole, etc.) and to express those relationships. The student chooses the items that best fit and then verbally express how the words are related. For example, the words given are "pillow, door, blanket, lamp" and the student identifies that "pillow" and "blanket" go together best because they both belong on a bed or are something you use when sleeping.

The scaled score mean is 10 with a standard deviation of 3. J███ obtained an 8 on his overall word classes score which is within the average range. That includes both receptive (identifying which words go together best) and expressive (describing how they are associated) language tasks. His receptive language scaled score on this task was 8 which is within the average range.

Another standardized test to determine a student's receptive language skills is the *Receptive One-Word Picture Vocabulary Test (ROWPVT)*. It is a test designed to assess the student's ability to identify a picture that depicts the meaning of a word presented orally by the examiner. It measures the student's listening vocabulary and his understanding of single words. J███ obtained the following scores on the *ROWPVT*:

| *Raw Score* | *Standard Score* | *Percentile Rank* | *Age Equivalent* |
|---|---|---|---|
| 101 | 98 | 45 | 9-10 |

The *ROWPVT* has a mean of 100 and a standard deviation of ±15. This means the average range of performance extends from 85-115. J███ standard score of 98 places him within the average range in the area of receptive vocabulary skills. His percentile rank on this test (45) indicates 45% of his same-aged peers scored lower on this test than J███.

On this particular test, J███ recognized common objects (i.e., spokes, appetizer, and feline), adjectives (i.e., jagged, hazardous), and actions (i.e., solving, revolving, pondering). The results of the *ROWPVT* indicated that J███ has average receptive vocabulary skills.

**Expressive Language:**

The subtests administered to determine J███ expressive language skills included Recalling Sentences, Formulated Sentences, and Word Classes.

N____, J____
Speech and Language Reevaluation
Page 6

*Recalling Sentences:* This subtest is used to evaluate the student's ability to recall and reproduce sentences of varying length and syntactic complexity. The student imitates sentences presented by the examiner. The student is awarded points based on his ability to accurately recall the sentence presented and keep the meaning of the sentence in tact.

The scaled score mean is 10 with a standard deviation of 3. J____ obtained an 8 on this subtest which indicates average ability to repeat sentences verbatim.

*Formulated Sentences:* This subtest evaluates the student's ability to formulate complete, semantically and grammatically correct spoken sentences of increasing length and complexity using target words and phrases. The student also has the contextual constraints of an illustration to guide his sentence and serve as a reference.

The scaled score mean is 10 with a standard deviation of 3. J____ obtained a 10 on this subtest which indicates average ability on this skill.

*Word Classes:* Although this subtest was discussed above (see "Receptive Language"), one portion considers expressive language skills. J____ expressive language scaled score on this task was 8 which is within the average range.

Another standardized test to determine a student's expressive language skills is the *Expressive One-Word Picture Vocabulary Test (EOWPVT)*. It is a test designed to assess the student's ability to name objects, actions, and concepts pictured in illustrations. It is a test of verbal intelligence through exploring the student's acquired one-word picture vocabulary based on what he has learned. J____ obtained the following scores on the *EOWPVT*:

| *Raw Score* | *Standard Score* | *Percentile Rank* | *Age Equivalent* |
|---|---|---|---|
| 80 | 84 | 14 | 7-10 |

J____ labeled common and familiar objects (i.e., lobster, trumpet, telescope). J____ had specific difficulties with general vocabulary development (i.e., fan for windmill, wagon for wheelbarrow, map for United States) and word associations (i.e. What word names all of these? supplies, rather than writing). The results of the *EOWPVT-2000* indicated that J____ has below average expressive vocabulary skills.

**Pragmatics:**

J____ pragmatic skills were assessed through informal observations made during test administration. He presented with adequate social language skills. He engaged in and initiated conversations with the clinician throughout testing. J____ responded appropriately to the clinician through both words and actions. Eye contact was appropriate throughout testing and J____ used and interpreted non-verbal communication skills appropriately. J____ also asked and answered a variety of questions throughout his time spent with the clinician.

6-15-06;10:27AM;                                                    ;202-724-4636
JN-21
Received by
Attor via mail
6/15/07

Jamar Norris      1



# Atlantic Health Services, Inc.
### *Commitment to Excellence*

600 Jefferson Plaza, Suite 305, Rockville, MD 20852  Tel. 301-838-3430;  Fax 301-838-3063

## CLINICAL EVALUATION

## CONFIDENTIAL

| | | | |
|---|---|---|---|
| **Student:** | J████N████ | **ID #:** | 9055227 |
| **Age:** | 10 years, 6 months | **Evaluation Date:** | 5/16/06 |
| **Date of Birth:** | ███95 | **Date of Report:** | 6/7/06 |
| **School:** | Aiton ES | **Examiner:** | Audra Sacher, Psy.D. |
| **Grade:** | 5th | **Consultant:** | Stephen A. Harvith, Ph.D.<br>Licensed Psychologist |

## REFERRAL:

J████ is a 10-year, 6-month old African-American male who is enrolled in the 5th grade at Aiton Elementary School in Washington, DC. He was previously referred and determined eligible to receive Special Education support services for speech and language. J████ has a history of academic and behavioral problems. He reportedly lacks coping skills. He becomes angry and will throw chairs and/or attack students. He is very stubborn, cries easily and is especially sensitive about his speech. J████ has difficulty transitioning in the hallway between classes and often instigates fights. To date, he has never been suspended. MDT members asked that a clinical evaluation be performed. They suspect that J████ might have an emotional or behavioral disorder interfering with his ability to learn in school.

## BACKGROUND INFORMATION:

Background information was provided by his Special Education teacher, Ms. Rice  (interviewed 5/16/06); Special Education Coordinator, Ms. Allan (interviewed 5/16/06; 6/1/06) J████ mother, and Ms. Norris (interviewed 6/7/06).
Additional information was gathered from a Psycho-Educational report (2/12/06), a Speech and Language Evaluation (3/17/06) and an Occupational Therapy Re-evaluation (3/22/06).

Educational History - According to records and interviews with Ms. Allan and Ms. Rice, this is J████ first year at Aiton Elementary School. Ms. Allan reports that J████ should be attending another school located in his neighborhood zoning area. She says that his mother wanted him to attend Aiton ES instead, thinking it was a "better" school for her son.

J████ N██████   2

Ms. Allan and Ms. Rice stated that J███ has had difficulty with the transition to a new school and initially refused attending his Special Education classes. Ms. Rice noted that J███ is embarrassed about the way he speaks. He refuses to use a voice output box provided to him. When frustrated, he will walk out of class and he has become defiant with both his Generalized Education teacher and his Special Education teacher. Behaviors have reportedly become better as the school year has progressed.

Developmental and Medical History  -  Ms. Norris states that she had a normal, full-term pregnancy.  She denies use of alcohol or drugs during pregnancy.  Other than childhood illnesses, J███ has been healthy.

Psychiatric History  -  According to reports, J███ has received neither psychological nor psychiatric services prior to this evaluation.

Current Living Situation/Social History –  J███ lives with his mother, one brother, two sisters and uncle. Ms. Norris states that he sees his father infrequently.

Ms. Norris says that J███ has an "anger" problem.  She states that he will yell, slam doors and push people when he becomes upset.  Further, Ms. Norris claims that she believes J███ anger is mostly due to his frustration over his speech impediments.

**PREVIOUS EVALUATIONS**

A Psycho-Educational Evaluation was conducted by school psychologist, Kirsten Myers Denning. According to her report, (2/12/06). J███ overall cognitive ability, as evaluated by the WISC-IV, was in the Low Average range (Full Scale IQ – 84; 14th percentile). J███ reasoning abilities on verbal tasks are at the bottom of the Low Average range (VCI = 81; 10th percentile); nonverbal reasoning abilities are in the Low Average/Borderline range (PRI = 80; 9th percentile.)

According to the Wechsler Individual Achievement Test – Second Edition, J███ reading ability was in the Extremely Low range (Reading Composite -57); mathematics performance was within the Borderline range (Mathematics Composite - 77); writing performance was in the Extremely Low range (Written Language - 63). There was significant difference in J███ intelligence and his achievement scores. It was determined that J███ did meet requirements of a Learning Disabled student.

A Speech and Language Evaluation was administered by Jane Barnes, MA, CF-SLP on 3/17/06. According to the report, J███ presented with characteristics that are consistent with a diagnosis of speech-language impairment. J███ demonstrated average voice, fluency, oral motor proficiency and receptive and expressive language.  Informal observation measures also revealed that J███ has below average articulation skills within connected speech that may impact his academic performance.  Additional speech and language intervention outside of his classroom was recommended.

According to the Occupational Therapy Re-evaluation by Kim A. Wells, OTR/L (3/22/06), visual perceptual skills were within the average range (standard score 101).  Further, visual motor tasks such as cutting, coloring, copying and writing were performed without difficulty.  Based on review of records, teacher report, testing and observation, J███ did not appear to warrant Occupational Therapy services.

J▓▓▓ N▓▓▓    3

## TESTS ADMINISTERED

Clinical Interviews
Classroom Observation
Children's Apperception Test (C.A.T.)
Incomplete Sentence Blank
Children's Depression Inventory (CDI)
House-Tree-Person
Kinetic Family

## BEHAVIORAL OBSERVATIONS AND CLINICAL INTERVIEW

J▓▓▓ is a 10-year-old African American male who came to the school office to meet me for testing; he was cooperative. J▓▓▓ was clean and neatly dressed in a white shirt and blue slacks; he wore a very large CZ earring in his left ear. He appeared his stated age. J▓▓▓ was fully oriented to time, place, person and situation. He was alert and responsive; eye contact was good. He described his mood as "good," and affect was pleasant; he denied the presence of suicidal and/or homicidal ideation.

J▓▓▓ was compliant and motivated throughout the testing process. This evaluation is a valid assessment of his emotions and behavior.

As testing ensued, J▓▓▓ began to pick/bite his fingernails. He appeared to be experiencing anxiety. When questioned about his concerns, J▓▓▓ explained that he was angry. He said that people "lie on me" and that he was afraid to come to school on the school bus. J▓▓▓ said that there are students who accuse him and two of his peers of "ganging up" on other students. Ms. Allan stated that she was unaware of any fights between J▓▓▓ and other students. Ms. Allan also reported that the girls at school like J▓▓▓ and he is often embarrassed by their attempts to show affection (i.e., verbal cues/teasing).

J▓▓▓ said that the thing he wants to do most of all is "play." He stated that when he grows up he will "be older." He reported that he is good at "sports," but struggles with "spelling."

Social-emotional testing suggests that J▓▓▓ views himself overall positively. For example, on the Sentence Completion Test, J▓▓▓ stated that he thinks most boys are "alright." On the C.D.I., J▓▓▓ endorsed items such as "Bad things are not usually my fault;" "I look OK;" and "I am just as good as other kids". Of significance, J▓▓▓ endorsed one item, "I do not like myself" and explained that he has difficulty with his speech. That is, he cannot "get out the words." This suggests that J▓▓▓ is struggling with his condition of having a speech impediment and needing special support services. He may perceive his need as making him inadequate in some way as a student/person. J▓▓▓ also endorsed an item "I do many things wrong." When questioned about that which he did wrong, J▓▓▓ responded that he becomes angry when he tries to read. He said that it was hard for him to read. This response may suggest that J▓▓▓ is frustrated and upset with his speech-language difficulties, but at a loss as to how to cope with the impediments and feelings of frustration/anxiety they evoke.

0160

J____ N_____  4

Interpersonally, J___ responded on the C.D.I. "I have plenty of friends;" "I do not feel alone;" and "I like being with people." These responses suggest that J___ perceives himself as accepted and cared for by peers.

J___ responded that he is "sure somebody loves me" and indicated that person was "everybody." On Sentence Completion responses, he stated that his family "is happy." H-T-P and Kinetic Family drawings were grounded; J___ placed himself centered within his family. Themes from the C.A.T. stories indicate a consistent theme of the hero (J___) perceiving himself as nurtured and cared for by significant others. For example, all stories indicate that the hero is either being fed when hungry or comforted when afraid. When asked about his father, J___ responded, "My father is sometimes mean." J___ explained that he sometimes asks for things and his father does not give them to him. Specifically, J___ indicated that he wanted a Game-Boy. He further stated that his father did not live at home, but comes to pick him up for visits.

Emotionally, J___ does not meet the criteria for a Mood Disorder. There were no elevated scales on the C.D.I. Of significance and as mentioned above, J___ endorsed two items "I do not like myself" and "I do many things wrong." These items indicated a frustration with regard to his speech-language impediment. J___ may see himself as "different" from his peers and/or as inadequate as a student.

J___ was observed in his classroom setting for about 10 minutes. He did not seem aware that he was being observed. He was in a reading group with 4 students. J___ seemed to be following along with the group and he was doing his work.

Clinical observation indicates that J___ may be experiencing anxiety related to his learning impediments. Specifically, he is frustrated about his speech deficits. Further, J___ has demonstrated anxiety related to his transition to a new school. He may have had some altercations with peers on his bus, or he may fear such altercations. In addition, J___ is at a sensitive age in which interest in him demonstrated by the opposite sex is not appreciated.

J___ has the intellectual abilities to perform well in school. With continued special support services and intervention to help with any feelings of inadequacy related to his learning deficits, J___ should be able to continue to make strides academically and socially.

**IMPRESSIONS/CLINICAL IMPLICATIONS**

J___ is a 10-year, 6-month old African-American male who is enrolled in the 5th grade at Aiton Elementary School in Washington, DC. He was previously referred and determined eligible to receive Special Education support services for speech and language. J___ has a history of academic and behavioral problems. He reportedly lacks coping skills. He becomes angry and will throw chairs and/or attack students. He is very stubborn, cries easily and is especially sensitive about his speech. J___ has difficulty transitioning in the hallway between classes and often instigates fights. To date, he has never been suspended.

Current test results and behavioral observations indicate that J▉▉▉does not meet the criteria for a Mood Disorder. Overall, he views himself positively, but experiences anxiety/frustration related to his learning disabilities. Specifically, J▉▉▉ is embarrassed about his need for speech intervention. That is, he feels inferior in some ways because of his needs. Feelings of inadequacy may lead to frustration over his situation and an inability to know how to accept and cope with his anxiety. Lacking coping skills, J▉▉▉ may become angry, aggressive and/or walk out of his class.

Anxiety and frustration have been potentially exacerbated by J▉▉▉ having to deal with the transfer to a different school located outside of his zoning area. He has some concerns related to riding on a bus and becoming involved in real and/or perceived altercations with other peers on the bus.

J▉▉▉ has the potential to be able to perform satisfactorily at school with continued special support services. With interventions targeted at improving his self-esteem and coping strategies, he should be able to make strides both academically and socially.

## DIAGNOSTIC FORMULATION

| | | |
|---|---|---|
| Axis I | 309.4 | Adjustment Disorder with Mixed Disturbance of Emotions and Conduct, Chronic |
| Axis II | none | |
| Axis III | none | |
| Axis IV | | transition to a new school; difficulty adjusting to special support services; age-related peer concerns (e.g. – teasing from opposite sex) |
| Axis V | | GAF = 60  (moderate impairment in school functioning) |

## RECOMMENDATIONS

1. The IEP Team should consider all up-to-date information including parent's and teachers' input shared in order to make a final determination about disability and/or what services will best meet J▉▉▉needs.

2. It is recommended that J▉▉▉ continue to receive individual counseling at school to help him verbalize feelings of inadequacy related to his speech impediment and need for Special Support Services. Individual counseling should help raise his self-esteem.

J█████ N█████  6

3. Outpatient Family therapy is recommended. This is to help J█████ and his parent(s) learn new strategies in dealing most effectively with J█████ anxiety and frustration related to his Learning Disabilities. Such therapy might also improve J█████ relationship with his father. Resources for therapy can be obtained through the school.

4. If appropriate, it is recommended that J█████ be placed in a school that is in his zoning area. Such a placement may alleviate any anxiety he experiences related to having to commute a longer distance to attend school.

5. It is recommended that J█████ become involved in sports activities. Sports seem to be an interest to him and participation may help bolster his self-esteem and enable him to learn better coping skills.

6. It is recommended that all authority figures (parents; teachers) assure J█████ that he is valuable and that his learning impediments are just one aspect of who is as an individual. In addition, he should be reminded that he can learn and that, with support services, he will improve academically. All academic strides should receive recognition and encouragement.


Audra Sacher, Psy.D.
Licensed Clinical Psychologist
VA License 0810003641

Stephen A. Harvith, Ph.D.
Consulting Psychologist
D.C. License 1590

FEB-15-2006 12:49 AM

JN-22



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**

Office of Special Education
825 North Capitol Street, N.E., 6th Floor
Washington, D.C. 20002-4232
202-442-4800, fax 202-442-5518
www.k12.dc.us

**D.C. Public Schools**
**Department of Special Education**
**Psychoeducational Report**
**Re-evaluation**
**Confidential**

**Name:** J████ N████          **Address:** 538 48th Street, N.E.
**Age:** 10 years 03 months                    Washington D.C.  20019
**Date of Birth:** ████/1995      **Phone:** 202-399-7734
**Date of Evaluation:** 2/08, 2/09, 2/10/2006
**Date of Report:** 2/11, 2/12/2006
**Grade:** 5th
**School:** Aiton ES
**Student ID:** 9055227
**Examiner:** Kirsten Myers Denning
**School Psychologist:** School Psychologist

**Reason for Referral:**

J████ was referred for evaluation by his advocate as part of a Resolution
Meeting.  This evaluation was administered to better ascertain J████ cognitive
and academic abilities.

**Test Administered:**

Wechsler Intelligence Scale for Children- Fourth Edition
Wechsler Individual Achievement Test- Second Edition
Behavior Assessment System for Children-Second Edition
Conners' Rating Scale: Long Version (Parent and Teacher Edition)
Motor Free Visual Perception Test- Third Edition
Record Review
Class Observation

**Record Review**

J████ previously attended King ES prior to attending Aiton ES where he was
evaluated by Diana Stoval June 19, 2003.  J████ was administered the TONI-3
where he achieved a Quotient of 121.  Academically he was administered the

0164

WIAT where he achieved a Spelling score of 85, Numerical Operations score of 95, Mathematical Reasoning score of 106 and Reading Comprehension score of 76. He received special educational services as a Speech and Language Impaired student due to his severe apraxia. J█████ previous city wide test results for second and third grade indicated that he achieved scores in the below basic range on Reading and below basic range on Mathematics. J█████ report card for last school year reveal that he achieved three's (proficient meets the standard) in art and physical education. He achieved ones (below basic) in the areas of reading, writing and speaking skills. It should be noted that J█████ displayed limited speaking abilities and was using an assistive technology device. Teachers' comments indicate that his speech was improving and to continue to encourage him to read. Teacher also commented on his temper getting in his way.

## Classroom Observation

A classroom observation was done on for approximately an hour from 1:10 pm until 2:10pm in his classroom. Ms. McMillian was at the white board teaching the class how to solve equations involving fractions and mixed fractions. J█████ was sitting at his desk with one other student in a cluster of four desks. He began engaging the student in dialogue. J█████ then got up and went to the trash can. J█████ returned to desk where he looked at Ms. McMillian attentively for approximately eight minutes. Ms. McMillian was encouraging the class to respond to her questions J█████ remained silent throughout the entire process. J█████ began to write on a piece of paper. Ms. McMillian passed out a math worksheet where students began to work on. J█████ sat at desk and appeared to be diligently working on assignment. After about five minutes J█████ sat at his desk and leaned on his desk where he remained until the period ended.

## Test Observation and General Behavior

J█████ is a 10 year 03 month old student who attends Aiton ES in the fifth grade. He presented himself as a quiet yet compliant student willing to engage in all activities presented to him. He appeared to be focused and displayed appropriate attention throughout the assessment process. When presented with verbal items J█████ responded in complete sentences. When presented with math equations he displayed appropriate strategies and seemed to enjoy displaying his mathematical abilities. As the assessment process continued J█████ became increasingly more inquisitive and verbally engaging this examiner in causal conversation. Rapport was established and considered adequate for a valid assessment. This assessment took place during two sessions due to time constraints of this examiner.

When presented with reading items J█████ displayed a certain discomfort in displaying his reading abilities. However Jamar was willing to attempt and read

3

items presented to him.  J████ often sat quietly however with gentle prompting he continued and seemed proud of what he had accomplished.

## Summary of WISC IV

| WISC IV Composite | Score | Qualitative Description |
|---|---|---|
| Verbal Comprehension Index (VCI) | 81 | Low Average |
| Perceptual Reasoning Index (PRI) | 88 | Low Average |
| Working Memory Index (WMI) | 102 | Average |
| Processing Speed Index (PSI) | 80 | Low Average |
| Full Scale IQ (FSIQ) | 84 | Low Average |

### Verbal Comprehension Subtest Scores

| Subtests | Scaled Score | Percentile Rank |
|---|---|---|
| Similarities | 8 | 25 |
| Vocabulary | 5 | 5 |
| Comprehension | 7 | 16 |

### Perceptual Reasoning Subtest Scores

| Subtests | Scaled Score | Percentile Rank |
|---|---|---|
| Block Design | 7 | 16 |
| Picture Concepts | 10 | 50 |
| Matrix Reasoning | 7 | 16 |

### Working Memory Subtest Scores

| Subtests | Scaled Score | Percentile Rank |
|---|---|---|
| Digit Span | 12 | 75 |
| Letter-Number Seq. | 9 | 37 |

### Processing Speed Subtest Scores

| Subtests | Scaled Score | Percentile Rank |
|---|---|---|
| Coding | 4 | 2 |
| Symbol Search | 9 | 37 |

## Summary of WIAT II

4

## WIAT II Composite

|                        | Standard Score |
|------------------------|:--------------:|
| Reading Composite      | 54             |
| Mathematics Composite  | 77             |

| Subtests | Standard Score | Percentile | Age Equiv. | Grade Equiv. |
|----------|:--------------:|:----------:|:----------:|:------------:|
| Word Reading          | 57 | 0.2 | 6:8 | 1:3     |
| Reading Comprehension | 60 | 0.4 | 6:0 | 1:1     |
| Pseudoword Decoding   | 67 | 1   | 4:0 | prek:0  |
| Numerical Operations  | 73 | 4   | 7:8 | 2:5     |
| Math Reasoning        | 84 | 14  | 8:4 | 3:1     |
| Spelling              | 63 | 1   | 6:4 | 1:3     |

## Motor-Free Visual Perception Test- Third Edition

| Standard Score      | 101      |
|---------------------|----------|
| Confidence Interval | (91-110) |
| Percentile Rank     | 53       |
| Age Equivalent      | 8-6      |

## Conners' Parent Rating Scale-Revised (L)

| Subscales | T-Scores |
|-----------|:--------:|
| Oppositional                              | 63 |
| Cog. Problems/Inattention                 | 62 |
| Hyperactivity                             | 62 |
| Anxious/Shy                               | 79 |
| Perfectionism                             | 65 |
| Social Problems                           | 69 |
| Psychosomatic                             | 65 |
| Conners' ADHD Index                       | 64 |
| Conners' Global Index: Emotional Lability | 79 |
| Conners' Global Index: Total              | 74 |
| DSM IV Inattention                        | 64 |
| DSM IV Hyperactivity/Impulsivity          | 70 |
| DSM IV Total                              | 68 |

5

**Conners' Teacher Rating Scales-Revised (L)**

| Subscales | T-Scores |
|---|---|
| Oppositional | 62 |
| Cog. Problems/Inattention | 65 |
| Hyperactivity | 49 |
| Anxious/Shy | 67 |
| Perfectionism | 61 |
| Social Problems | 48 |
| Conners' ADHD Index | 53 |
| Conners' Global Index: Emotional Lability | 52 |
| Conners' Global Index: Total | 54 |
| DSM IV Inattention | 53 |
| DSM IV Hyperactivity/Impulsivity | 44 |
| DSM IV Total | 49 |

**Behavior Assessment System for Children-Second Edition**

| | Parent Rating Scales | Teacher Rating Scales |
|---|---|---|
| Composite Scores | T-Score | T-Score |
| Externalizing Problems | 69 | 58 |
| Internalizing Problems | 67 | 51 |
| Adaptive Skills | 26 | 45 |
| School Problems | | 65 |
| Behavioral Symptoms Index | 75 | 58 |

| Scale Scores | T-Scores | T-Scores |
|---|---|---|
| Hyperactivity | 67 | 50 |
| Aggression | 71 | 70 |
| Conduct Problems | 62 | 52 |
| Anxiety | 59 | 52 |
| Depression | 70 | 58 |
| Somatization | 61 | 43 |
| Atypical | 75 | 56 |
| Withdrawal | 65 | 47 |
| Attention Problems | 69 | 57 |
| Learning Problems | | 70 |

6

| | | |
|---|---|---|
| Adaptability | 23 | 39 |
| Social Skills | 31 | 54 |
| Leadership | 42 | 47 |
| Activities of Daily Living | 26 | |
| Functional Communication | 26 | 46 |
| Study Skills | | 42 |

| Content Scales | T-Score | T-Score |
|---|---|---|
| Anger Control | 83 | 60 |
| Bullying | 77 | 53 |
| Developmental Social | 75 | 49 |
| Emotional Self-Control | 66 | 64 |
| Executive Functioning | 67 | 63 |
| Negative Emotionality | 76 | 72 |
| Resiliency | 25 | 40 |

**Interpretation of WISC IV**

J█████ was administered ten subtests of the Wechsler Intelligence Scale for Children – Fourth Edition (WISC-IV) from which his composite scores are derived. The Full Scale IQ (FSIQ) is derived from a combination of ten subtest scores and is considered the most representative estimate of global intellectual functioning. Below is a brief description of each subtest.

Vocabulary- Assess one's ability to define words and verbal comprehension
Similarities- Assesses student's verbal concept formation
Comprehension- Assess one's use of practical information in the environment
Block Design- Visual motor coordination
Picture Concepts- Assesses one's nonverbal concept formation
Coding-Deals with processing speed
Letter/Number Sequencing- Assesses one's mental manipulation
Digit Span- Deals with one's short term auditory memory
Matrix Reasoning- Assesses one's ability to integrate and synthesize information appropriately.

J█████ general cognitive ability is within the low average range of intellectual functioning, as measured by the FSIQ (FSIQ = 84). His ability to think with words is comparable to his ability to reason without the use of words. Both J█████ verbal and nonverbal reasoning abilities are in the low average range. He performed slightly better on nonverbal than on verbal reasoning tasks, but there is no significant meaningful difference between J█████ ability to reason with and without the use of words.

0169

J███ verbal reasoning abilities as measured by the Verbal Comprehension Index are in the low average range (VCI = 81). The Verbal Comprehension Index is designed to measure verbal reasoning and concept formation. J███ displayed a relative strength with his abstract verbal reasoning abilities while a relative weakness was noted with defining and using words presented to him.

J███ nonverbal reasoning abilities as measured by the Perceptual Reasoning Index are in the low average range (PRI = 88). The Perceptual Reasoning Index is designed to measure fluid reasoning in the perceptual domain with tasks that assess nonverbal concept formation, visual perception and organization, simultaneous processing, visual-motor coordination, learning, and the ability to separate figure and ground in visual stimuli. J███ displayed a relative strength with his nonverbal reasoning abilities while a relative weakness was noted with his visual perceptual and visual reasoning abilities.

J███ ability to sustain attention, concentrate, and exert mental control is in the average range (Working Memory Index = 102).

J███ performed much better on the Digit Span subtest (Scaled Score = 12) than on the Letter–Number Sequencing subtest (Scaled Score = 9). A direct assessment of J███ short-term auditory memory, performance on the Letter–Number Sequencing subtest requires attention, concentration, and mental control and can be influenced by the ability to correctly sequence information. Mental control is the ability to attend to and hold information in short-term memory while performing some operation or manipulation with it and ten to correctly produce the transformed information. J███ difficulty in recalling long spans of digits backward is evidence of weak mental control. This weakness may impede the processing of complex information for him and slow new learning. Solving mathematical problems without pencil and paper also requires mental control.

J███ ability in processing simple or routine visual material without making errors is in the low average range (Processing Speed Index = 80). J███ performed much better on Symbol Search (Scaled Score = 9), which is more demanding of attention to detail and mental control, than on Coding (Scaled Score = 4), which is more demanding of fine-motor skills, short-term memory, and learning.

**Interpretation of WIAT II**

**Reading**

J███ achieved an overall Reading Composite in the extremely low range (54). When presented with a series of words and required to read them J███ achieved a score in the extremely low range (57). He was able to read one syllable words appropriately. Difficulties were noted with reading two syllable words. When presented with passages and required to read them he achieved a

score in the extremely low range (60) on Reading Comprehension. J████ displayed difficulties with reading orally however he was able to respond to questions regarding details, sequencing and consequences. Difficulties were noted with defining unfamiliar words with the assistance of the context, implied effects and reading unfamiliar words. When presented with nonsense words and required to read them J████ achieved a score in the extremely low range (67). Pseduoword Decoding assesses one's phonetic abilities.

## Mathematics

In overall mathematics skills J████ performed in the borderline range, as indicated by his Mathematics Composite standard score (77). J████ achieved a score in the borderline range (73) on Numerical Operations. J████ was able to add and subtract one to three digit equations appropriately. Difficulties were noted with solving other multi-integer addition and subtraction and equations involving decimals. When presented with math concepts and required to solve them he achieved a score in the low average range (84). J████ was able to solve problems involving measurements, money values and word problems. Difficulties were noted with non standard measurements, graphs and using patterns to solve problems.

## Written Language

When presented with spelling words and required to spell them he achieved a score in the extremely low range (63). Ricky was able to spell some one syllable words appropriately. Difficulties were noted with spelling other one and two syllable words, homonyms and words containing suffixes.

## Motor-Free Visual Perception Test-Third Edition

J████ achieved a score in the average (101) range on his visual perceptual abilities. This test assesses one's visual perceptual skills in several areas. Spatial relationships which involves the positions of objects in relation to oneself and to other objects, visual discrimination which involves the ability to discriminate features of different objects, figure ground which involves the ability to identify an object from the background, visual closure which involves the ability to identify the whole from fragments and visual memory which involves visual short term memory skills.

## Social Emotional

The BASC 2 was administered to several respondents including J████, current regular education teacher Ms. McMillian and mother Ms. Norris. J████ responses on the BASC 2 produced T-Scores in the at risk range for school problems (T-Score=62). J████ enjoys school about as much as his peers. He considers his teachers to be overly demanding, unfair and uncaring where he

achieved a score in the at-risk range (T-Score=62). When presented with social stress J███ achieved a score in the average range for children in his peer group. He reports being able to establish and maintain close relationships with others and feels appropriate levels of adequacy. J███ reports having a clinically significant score (T-Score=73) with maintaining levels of attention which may interfere with his academic functioning and performance. He also reports having an at-risk score (T-Score=62) on Locus of Control having little control of events in his environment and life. He often sees himself as being blamed for things he did not do. J███ considers his relationship with his parents to be strained he may feel incidental to family life and decision making where he achieved a score in the at-risk range (T-Score=31). He reports scores in the average range for interpersonal relationships and self esteem as well as self reliance reporting average confidence in his ability to make decisions, problem solve and being dependable.

Ms. McMillian produced scores in the average range (T-Score=50) on hyperactivity. J███ also received a clinically significant range (T-Score=70) on aggression. He is often argumentative, defiant and may threaten others. J███ often engages in rule breaking in the school environment no more than his peers which produced an average score (T-Score=52) on conduct problems. J███ displays appropriate anxiety and depressive levels appropriate for children his age. J███ achieved an at-risk score (T-Score=65) for school problems. He has difficulties with comprehending and completing a variety of schoolwork in all academic areas. Ms. McMillian reported that J███ produced a clinically significant score (T-Score=70) on learning problems. J███ often has significant difficulties with comprehending and completing schoolwork in all academic areas. J███ achieved a score in the average range on social skills. He often is able to make suggestions for improvements in a tactful way or complimenting others in a socially acceptable manner. J███ displays adequate organizational and study skills. Ms. McMillian reported at-risk ranges with J███ being able to control his anger. He is often easily irritated and has difficulty maintaining self control when faced with adversity. He often is threatening and intrusive towards other students attempting to bully them. J███ reportedly becomes easily upset, frustrated and angered in response to changes in his environment and he often had difficulty with maintaining and controlling his mood or behavior. Ms. McMillian also reported at-risk behaviors with being able to overcome stress or adversity as well as a tendency to react negatively when faced with changes in his everyday activities or routines (T-Score of 64 and 72 respectively).

Ms. Norris's reported clinically significant range (T-Score=71) for aggression. J███ displays aggressive and defiant behaviors often defiant and argumentative. He also achieved an at-risk score (T-Score=62) with conduct problems. J███ engages in rule breaking behaviors. J███ achieved a score in the at-risk range for hyperactivity (T-Score=67) she has noted a high number of disruptive and uncontrolled behaviors however these behaviors are not considered severe. Ms. Norris indicated a clinically significant range (T-

10

Score=70) on depression. Ms. Norris has noticed that he's withdrawn and sad at home. Ms. Norris has also noticed J████ engage in behaviors that are considered odd or strange where he achieved a score in the clinically significant range (T-Score=75) on atypicality. He also achieved at-risk scores for his inability to make friends and unwillingness to join group activities. Ms. Norris has noticed that J████ has difficulty with adapting to changing situations and it takes him much longer to recover from difficult situations. Jacob appears to take longer to adapt to changes in routines, interacting in a socially acceptable manner and making decisions appropriately. At home mother has noted difficulties with performing simple daily task in a safe and efficient manner. Ms. Norris also reported clinically significant scores with controlling his anger, bullying others, difficulty with communicating with others and overcoming stress and adversity.

The CTRS-R: L results indicated mildly atypical levels for: oppositional tendencies, cognitive problems. The teacher responses produced a T-Score of 62 on the Oppositional subscale J████ may often have difficulty with following rules and authority. He achieved a T-Score of 65 on Cognitive Problems/Inattention subscale which exhibits his difficulties with completing tasks and organizational skills. With Social Problems he achieved a T-Score of 48. J████ is likely to have friends and feel socially attached. He achieved a T-Score of 54 on Emotional Lability which indicate average emotional response such as being angry in his environment. J████ also achieved a T-Score of 52 for restless and impulsive behaviors. While J████ did not score in the significant ranges for hyperactivity and impulsivity (DSM IV Hyperactivity/Impulsive T-Score=44, Conner's ADHD Index T-Score=53 and DSM IV Total T-Score=49).

The CPRS-R: L results indicated marked atypical levels for: anxious/shy, restless/impulsive and emotional lability. Ms. Norris responses produced a T-Score of 79 on the Anxious/shy subscale J████ may be emotional and sensitive to criticism and anxious in unfamiliar situations. He also achieved a T-Score of 79 on Emotional Lability which indicate unusually high emotional responses. J████ achieved scores in the moderately atypical range for restless/impulsive which indicate that he may often be restless and impulsive in his environment. Jacob also may have social problems in the community as well. J████ may perceive that he has few friends and feels socially isolated from peers.

**Ability-Achievement Discrepancy Analysis Predicted Method**

When comparing J████ scores achieved on the WISC IV there where no significant difference within the index scores all of his index scores fell within the low average range. J████ displayed a relative strength with his short term memory abilities (102); while a relative weakness was noted with his processing speeding index where he achieved a score in the low average range (80).

0173

11

While J█████achieved scores in the borderline and extremely low range on the WIAT-II he displayed a relative strength with his ability to solve equations involving math concepts. A relative weakness was noted with reading words presented to him in isolation. On the MFVPT-3 J█████ achieved a score in the average range for his perceptual abilities. He is not in need of any visual perceptual skills. Socially scores indicated that J█████ has learning problems which may make him frustrated along with his apraxia. He may feel as if his teachers and his parents don't understand him and blame him for things. J██████ may also have difficult with making transitions and being able to communicate his thoughts or ideas effectively.

## Summary

J█████ was administered the WISC IV where he earned a Full Scale IQ in the low average range (84). Verbal Comprehension Index in the low average range (81), Perceptual Reasoning Index in the low average range (88), Working Memory Index in the average range (102) and Processing Speed Index in the low average range (80). Academically he was administered the WIAT II where he earned a Reading Composite in the extremely low range (54) and Mathematics Composite in the borderline range (77). On the MFVPT-3 J█████ achieved scores in the average range. He is not in need of an occupational therapy evaluation. However an assistive technology evaluation is recommended which is administered by a Speech and Language Pathologist as well as an Occupational Therapist. Emotionally J█████ would benefit from counseling to address his inability to deal with his frustration. While J█████ currently receives services as a Speech and Language Impaired student his disability should be changed to Learning Disabled. However this evaluation should be used to assist MDT to make appropriate determine of eligibility.

## Recommendations

1. Phonetic skills should be taught.
2. Assistance with reading level appropriate books.
3. After reading a selection he should be able to identify pertinent information.
4. After having a selection read J█████ should be able to respond to 'w' questions.
5. J█████ should learn new vocabulary words to increase his word usage.
6. Assistance with writing in simple sentences gradually increasing to simple paragraphs.
7. Assistance with addition and subtraction of multi integer equations with regrouping.
8. Assistance with math concepts such as graphs, fractions and multi step word problems.

0174

12

Kirsten Myers Denning, MS, CAGS
School Psychologist

Children First

09/13/2006  12:52  5757436                    NOYES                              PA'
09/13/06  11:59 FAX 202  576 8398        Warehouse Center                    000 JN-23?
                                                                              06
                                                                              up

# The HSC Pediatric Center
1731 Bunker Hill Road, N.E., Washington, DC 20017
Tel: (202) 832-4400

### Assistive Technology
### Team Evaluation

| | | | |
|---|---|---|---|
| Patient Name: | N▮▮▮ J▮▮▮ | MR#: | 203997734 |
| Date of Birth: | ▮▮▮/1995 | Patient's Age: | 10 |
| Assessment Date: | 05/23/06 | | |

EVALUATORS:        Katina Flournoy, M.Ed.
                   Angie Kiger, CTRS, ATP
                   Becky Moyer, M.A., CCC-SLP

## I.    BACKGROUND/ REASON FOR REFFERAL

J▮▮▮ is a 10-year-old male who is currently enrolled in the 5th grade at Aiton Elementary
School in Washington, DC. J▮▮▮ history is significant for apraxia, learning, and
behavioral difficulties. Per J▮▮▮ most recent IEP, he is entitled to receive speech
therapy (2 hours per week) and counseling (30 minutes per week) through his school. He
was referred to the HSC Pediatric Center's Assistive Technology Team by the District of
Columbia Public School System for an Assistive Technology evaluation. J▮▮▮
participated in the evaluation and was accompanied to the evaluation by his mother, Ms.
Kea Norris.  Ms. Norris expressed that she is looking for ways to assist J▮▮▮ ability to
have success in school, enhance his speech skills, and to improve his educational skills.

Per report from Ms. Norris and records provided to HSC by Aiton Elementary School, his
current IEP expired in December 2005. An IEP meeting was held to update his IEP,
however, the team and Ms. Norris were unable to agree to the revisions, thus the old IEP
has remained active. J▮▮▮ records reflected that he received an Assistive Technology
Evaluation on 10/22/03 recommending a speech output device. The report from that
evaluation was not available, therefore, no specific information about the
recommendations was available for this team to review. According to Ms. Norris' report,
her son did not receive the recommended equipment.

## II.    CURRENT STATUS/ASSESSMENT RESULTS

### 1. PHYSICAL AND SENSORY ASSESSMENT
**A. Sensory Status**
Per report and informal observation, J▮▮▮ vision and hearing are within
functional limits. No concerns were noted during the evaluation.

**B. Upper Extremity Status**
J▮▮▮ used his hands functionally to engage in all therapeutic tasks requested of
him. He was able to write with a pen and utilize a standard keyboard to type.

**C. Fine Motor Skills/Written Expression**

**Original Copy**

0176

## The HSC Pediatric Center
### Assistive Technology Team Evaluation

PATIENT NAME:  N███, J████
MR#:                203997734
Page 2 of 5

J████ demonstrated his skills with handwriting activities. He used a tripod grasp
to hold his pencil. Overall, J████ presented with fair letter formation and fair
handwriting efficiency and legibility.

**2.  READING COMPREHENSION**
Formal reading assessments were not conducted during the evaluation. Based on
report from J████ and his mother, the IEP, and informal observation, J████
demonstrates significant reading difficulties. During the evaluation, J████ required
moderate assistance to read a short paragraph and answer questions related to the
paragraph. He read aloud to facilitate comprehension.

**3.  EXPRESSIVE LANGUAGE SKILLS**
   *a)  Written Expression:* J████ demonstrated difficulty with written expression
   skills. He required moderate to maximum assistance (verbal cues cues from
   clinician) for written formulation of thoughts. He demonstrated poor spelling
   skills.

   *b)  Verbal Expression:* J████ was able to communicate functionally. He asked
   questions appropriately and answered questions directed toward him. His speech
   was intelligible at the conversational level.

## III.    TECHNOLOGY-BASED INTERVENTIONS

During the assessment, a variety of computer hardware and software programs were
utilized to determine how technology could help J████ meet his academic potential.

**1) COMPUTER HARDWARE (Computer Access for Written Expression)**
   *a)  Standard Mouse:* When trailing a standard mouse, J████ demonstrated
   familiarity and independence. He was able to double-click to open files and
   move the cursor to all quadrants of the computer screen. Due to his skill level
   and efficiency with the mouse, no adaptations were required.
   *b)  Standard Keyboard:* J████ appeared familiar with a standard keyboard and
   used a hunt/peck method to type. He was able to find all the characters on the
   keyboard. He used his right middle finger and left index finger to type. J████
   has had limited typing experience and has never had typing lessons. He is not
   proficient in typing, however, based on his performance during the evaluation,
   he demonstrates excellent potential for mastering typing given proper
   instruction. Given a computer and word processing software, J████ would
   increase length and accuracy of written expression.

**3) COMPUTER SOFTWARE**

Original Copy

9-13-06; 3:01PM;                                                    ;202+724+4630      #  8/  10

09/13/2006  12:52     5767436                    NOYES                    PAGE  03
09/13/06  11:59 FAX 202  676 8398          Warehouse Center                ⊠003/005

# The HSC Pediatric Center
### Assistive Technology Team Evaluation

**PATIENT NAME:** N██████ J██████
**MR#:**          203997734
**Page 3 of 5**

During the evaluation, J█████ demonstrated good knowledge of basic computer operations (e.g., putting a CD in the CD-ROM drive), was oriented to basic software usage (e.g., opening and closing programs), and performed very well on a variety of academically based programs. He demonstrated good sustained attention to the computer programs.

a) *Word Prediction Software:* J█████ was given the opportunity to trial Co:Writer Solo (Don Johnston, Inc) that is a word prediction software program. Word prediction software aids in word processing/written expression by providing a list of potential words as the user is typing. The list appears as the user begins to type a word. When the target word appears on the list, the user touches the number on the keyboard that corresponds to the number in the list, or simply uses the mouse to click on the word of his choice. This programs decreases the number of keystrokes necessary and aids in spelling. The word prediction software proved to be beneficial for J█████ he utilized the list to aid in spelling: the voice output alerted J█████ to errors, which allowed J█████ to independently correct his spelling mistakes.

b) *Graphic Organizer Software* – J█████ trialed Kidspiration (Inspiration, Inc.), a graphic organizer software program. The software aids in organizing ideas and information. It helps students to brainstorm, diagram, organize, outline, and write using proven visual learning techniques. J█████ was able to quickly and easily create an outline of a short story using a visual web. He appeared motivated and easily understood how the software was used.

## IV.     IMPRESSIONS AND RECOMMENDATIONS

J█████ is a delightful 10-year-old who demonstrates good potential for successful use of technology to facilitate his academic growth. When provided technology J██████, performance in written expression tasks increased dramatically. Both J█████ and his mother noticed the changes and were eager to learn about the technology.

**1. General suggestions:**
- Access to a standard computer and recommended software for writing assignments.
- Small class size (10-12 students)
- An evaluation by a reading specialist, and services if recommended
- After school tutoring focusing on language comprehension and expression.

**2. Software Recommendations:**
J█████ demonstrated excellent potential for benefiting from computer software to enhance his writing and reading comprehension skills.   There are a variety of software programs available on the market that could assist J█████. The recommendations below are based

**Original Copy**

09/13/2006  12:52   5767436                    NOYES                          PAGE  05
09/13/06  12:01 FAX 202  576 6398       Warehouse Center

# The HSC Pediatric Center
## Assistive Technology Team Evaluation

PATIENT NAME:   N████, J████
MR#:            203997734
Page 4 of 5

on a feature match and his performance during the evaluation. Please note that we believe all of the features of the programs are essential to improving J████ writing and reading comprehension skills; however, we do not endorse any particular brand.

*a) Literacy Software* – J████ has difficulty decoding and comprehending written information. When information is presented auditorally, J████ is successful in following along and comprehending the information. Based on his needs, it is recommended that J████ trial a literacy software program for one quarter to determine if a software program could enhance his reading and comprehension skills.

Given J████ strengths and needs, it is recommended that he trial a program such as WYNN Wizard by Freedom Scientific. WYNN Wizard allows the user have passages read aloud while the words are highlighted on the computer screen. In addition, the user is able to make electronic notes while reading and the built-in dictionary defines unknown words. This program also features a word processing program that contains spell check, thesaurus, outline, and word prediction.

*b) Word Prediction Software* - Word prediction software aids in word processing/written expression by providing a list of potential words as the user is typing. Software such as CoWriter SOLO from Don Johnston Inc. should be accessible to J████ when he is completing written assignments.

*c) Graphic Organizer Software* – Software such as Kidspriation by Inspiration Software, Inc aids in organizing ideas and information. It helps students to brainstorm, diagram, organize, outline, and write using proven visual learning techniques.

It should be noted that J████ requires access to a computer with the above-specialized software in his classroom. If he changes classes, each classroom should be equipped with a computer and the software.

J████ should be seen for an *annual* Assistive Technology evaluation to reassess his skills and make recommendations for the latest and best equipment to match his needs as his skills grow. This team feels that if J████ is provided with adequate educational resources, the recommended technology will serve as a bridge to independent reading and writing.

## V. FOLLOW-UP PLAN

# The HSC Pediatric Center
## Assistive Technology Team Evaluation

PATIENT NAME:   N███, J███
MR#:            203997734
Page 5 of 5

We thoroughly enjoyed working with J███ and his mother and are available to address any questions or concerns. Should you have any further questions, please direct them to Ms. Katina Flournoy (HSC's Educational Specialist) at (202) 635-6110 (x4491).


Katina Flournoy, M.Ed.                         6/27/2006
Educational Specialist                         Date


Becky Moyer, M.A./CCC-SLP                       6/27/06


Electronically Signed by:
ANGIE KIGER, CTRS, ATP 06/27/2006 10:38
cc:

JN·24

FILE

# Law Offices,
## Christopher N. Anwah, PLLC
Attorneys and Counselors at Law

Christopher N. Anwah, Esq.
    (DC, MD, NJ)
Fatmata Barrie, Esq.
    (DC, FL)
Georgina A. Oladokun, Esq.
    (MD)
Tamika Jones, Esq.
    (DC)

**Carpenter's Building**
1003 K Street, N.W.
 Suite 500
Washington, D.C. 20001
Phone: (202) 626-0040
Fax: (202) 626-0048
Email: **chrisanwahfirm@chrisanwahfirm.com**

April 30, 2006

**By Fax: (202) 724-4630**

Ms. Angela Allen
Special Education Coordinator
Aiton Elementary School
533-48th Place, N.E.
Washington, D.C. 20019

         RE:  J███ N████
         DOB:  ██/██/95

Dear Ms. Allen:

I am writing to request copies of J████ occupational therapy and clinical psychological evaluations, per HOD issued on March 16, 2006. In addition, the HOD ordered DCPS to perform a Functional Behavioral Assessment (FBA) and to complete a Behavior Intervention Plan (BIP) for J████ within fifteen (15) days of the issuance of the HOD. In addition, the HOD ordered DCPS to complete an assistive technology evaluation within fifteen (15) school days to determine if the student was still in need of the Vantage Devise. And further, the HOD ordered DCPS to convene an MDT/IEP meeting to review all evaluations no later than fifteen (15) school days after receipt of the last evaluation. I am in receipt of the student's speech/language reevaluation dated 2/10/06, 2/15/06, 2/22/06, language sample obtained on 3/15/06 to determine J████ current speech/language functioning level. However, I have not received the occupational therapy, clinical, FBA, BIP, and Assistive Technology evaluations, per the HOD.

Therefore, I am requesting that DCPS provide me with those evaluations no later than **Wednesday, May 3, 2006 by close of business**. If I have not received those evaluations by the stated timeline above, the parent will exercise her option in the HOD to obtain independent evaluations. DCPS should not make any further referrals to have the evaluations completed once the timeline above has expired.

0181

Thank you for your prompt attention and cooperation regarding these matters.

Sincerely,

Annie R. Pressley, J.D.
Education Advocate for J███ N█████

cc:    Client's file

# Law Offices,
## Christopher N. Anwah, PLLC
**Attorneys and Counselors at Law**

Christopher N. Anwah, Esq.
   (DC, MD, NJ)
Fatmata Barrie, Esq.
   (DC, FL)
Georgina A. Oladokun, Esq.
   (MD)
Tamika Jones, Esq.
   (DC)

**Carpenter's Building**
1003 K Street, N.W.
 Suite 565
Washington, D.C.  20001
Phone: (202) 626-0040
Fax: (202) 626-0048
Email: chrisanwahfirm@chrisanwahfirm.com

## FACSIMILE  COVER  LETTER

DATE:
    April 30, 2006

TO:
    Ms. Angela Allen - Special Education Coordinator

COMPANY
    Aiton Elementary School

FAX NUMBER:
    (202) 724-4630

FROM:
    Annie R. Pressley, J.D. - Education Advocate

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET__3__

MESSAGE  REQUEST EVALS FOR J██████ N██████ PER HOD

If there is any problem with this transmission, please call as soon as possible at (202) 626-0040

### *** CONFIDENTIALLY NOTE ***

The pages accompany this facsimile transmission contain information from the CHRISTOPHER ANWAH, ESQ. law offices which is confidential or privileged, or both.  The information is intended to be for the use of the individual or entity named on this cover letter.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.  If you have received this facsimile in error, please notify us by telephone immediately at (202) 626-0040 so that we can arrange for the retrieval of the original documents at no cost to you.

0183

**HP Officejet 6210**
Personal Printer/Fax/Copier/Scanner

**Log for**
Dr. Annie Pressley
2026260048
Apr 30 2006 5:06PM

### Last Transaction

| Date | Time | Type | Identification | Duration | Pages | Result |
|------|------|------|----------------|----------|-------|--------|
| Apr 30 | 5:04PM | Fax Sent | 7244630 | 1:14 | 3 | OK |

JN-25

 FILE

# Law Offices,
## Christopher N. Anwah, PLLC
Attorneys and Counselors at Law

Christopher N. Anwah, Esq.
  (DC, MD, NJ)
Fatmata Barrie, Esq.
  (DC, FL)
Georgina A. Oladokun, Esq.
  (MD)
Tamika Jones, Esq.
  (DC)

**Carpenter's Building**
1003 K Street, N.W.
 Suite 500
Washington, D.C. 20001
Phone: (202) 626-0040
Fax: (202) 626-0048
Email: **chrisanwahfirm@chrisanwahfirm.com**

May 7, 2006

**By Fax: (202) 724-4630**

Ms. Angela Allen
Special Education Coordinator
Aiton Elementary School
533-48th Place, N.E.
Washington, D.C. 20019

        RE:   J████N████
        DOB:  ████/95

Dear Ms. Allen:

I am in receipt of your response facsimile dated May 4, 2006 in response to my letter dated April 30, 2006 requesting copies of J████ occupational therapy, clinical psychological, functional behavioral assessment (FBA), behavior intervention plan (BIP), and the assistive technology evaluations, per the March 16, 2006 HOD. However, you have provided only the occupational therapy, FBA, and BIP evaluations. I need to receive the outstanding evaluations no later than **Wednesday, May 10, 2006 by close of business because time is of the essence**. If I do not receive the evaluations by that date, I will assume that they have not been completed and I will make a referral for independent evaluations, per the HOD. DCPS should not make any further referrals to have those evaluations completed after close of business on May 10, 2006 because the HOD timelines has been violated. If you have any questions, please contact me at either (202) 626-0040 or (202) 270-9156.

Thank you for your prompt attention and cooperation regarding this matter.

Sincerely,

Annie R. Pressley, J.D.
Education Advocate for J████N████

cc:    Clients's file

0185

# Law Offices,
# Christopher N. Anwah, PLLC
## Attorneys and Counselors at Law

Christopher N. Anwah, Esq.
    (DC, MD, NJ)
Fatmata Barrie, Esq.
    (DC, FL)
Georgina A. Oladokun, Esq.
    (MD)
Tamika Jones, Esq.
    (DC)

**Carpenter's Building**
1003 K Street, N.W.
Suite 565
Washington, D.C. 20001
Phone: (202) 626-0040
Fax: (202) 626-0048
**Email: chrisanwahfirm@chrisanwahfirm.com**

## FACSIMILE COVER LETTER

DATE:
    May 7, 2006

TO:
    Ms. Angela Allen - Special Education Coordinator

COMPANY
    Aiton ES

FAX NUMBER:
    (202) 724-4630

FROM:
    Annie R. Pressley, J.D. - Education Advocate

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET  2

MESSAGE REQUEST OUTSTANDING EVALS, PER HOD, FOR J███████N██████

If there is any problem with this transmission, please call as soon as possible at (202) 626-0040

### *** CONFIDENTIALLY NOTE ***

The pages accompany this facsimile transmission contain information from the CHRISTOPHER ANWAH, ESQ. law offices which is confidential or privileged, or both. The information is intended to be for the use of the individual or entity named on this cover letter. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this facsimile in error, please notify us by telephone immediately at (202) 626-0040 so that we can arrange for the retrieval of the original documents at no cost to you.

JM-26

# Law Office,
## Christopher N. Anwah, LLC
**Attorneys and Counselors at Law**

Christopher N. Anwah, Esq.
   (DC, MD, NJ)
Fatmata Barrie, Esq.
   (DC, FL)
Georgina A. Oladokun, Esq.
   (MD)
Tamika Jones, Esq.
   (DC)

**Carpenter's Building**
1003 K Street, N.W.
Suite 565
Washington, D.C. 20001
Phone: (202) 626-0040
Fax: (202) 626-0048
Email: chrisanwahfirm@chrisanwahfirm.com

August 12, 2006

**By Fax: (202) 724-4630**

Ms. Angela J. Allen
Special Education Coordinator
Aiton Elementary School
533-48th Place, N.E.
Washington, D.C. 20019

        RE:   J███ N███
        DOB:  ██/95

Dear Ms. Allen:

I am writing to inform you that I have received J███ evaluations completed by D.C. Public School ("DCPS"); however, the HOD ordered DCPS to complete an FBA, BIP, and an Assistive Technology evaluations. Therefore, I am requesting that DCPS provide me with copies of those evaluations prior to scheduling an MDT/IEP meeting for J███. I am requesting that DCPS provide those evaluations no later than **Thursday, September 14, 2006 by close of business** because the deadline for DCPS to complete the evaluations has expired. If you have any questions you can reach me at either (202) 626-0040 or (202) 270-9156.

Thank you for your prompt attention and cooperation regarding this matter.

Sincerely,

Annie R. Pressley, J.D.
Education Advocate for J███ N███

cc:    Client's file

# Law Offices,
# Christopher N. Anwah, PLLC
**Attorneys and Counselors at Law**

Christopher N. Anwah, Esq.
   (DC, MD, NJ)
Fatmata Barrie, Esq.
   (DC, FL)
Georgina A. Oladokun, Esq.
   (MD)
Tamika Jones, Esq.
   (DC)

**Carpenter's Building**
1003 K Street, N.W.
 Suite 565
Washington, D.C.  20001
Phone: (202) 626-0040
Fax: (202) 626-0048
**Email: chrisanwahfirm@chrisanwahfirm.com**

## FACSIMILE  COVER  LETTER

DATE:
      September 12, 2006

TO:
      Ms. Angela Allen - Special Education Coordinator

COMPANY
      Aiton Elementary School

FAX NUMBER:
      (202) 724-4630

FROM:
      Annie R. Pressley, J.D. - Education Advocate

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET   2

MESSAGE REQUEST EVALUATIONS FOR J████ N██████ - dob: ███/95

If there is any problem with this transmission, please call as soon as possible at (202) 626-0040

### *** CONFIDENTIALLY NOTE ***

The pages accompany this facsimile transmission contain information from the CHRISTOPHER ANWAH, ESQ. law offices which is confidential or privileged, or both. The information is intended to be for the use of the individual or entity named on this cover letter. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this facsimile in error, please notify us by telephone immediately at (202) 626-0040 so that we can arrange for the retrieval of the original documents at no cost to you.

**HP Officejet 6210**
Personal  Printer/Fax/Copier/Scanner

**Log for**
Dr.  Annie  Pressley
2028898708
Sep  12  2006  5:57PM

---

**Last Transaction**

| Date | Time | Type | Identification | Duration | Pages | Result |
|------|------|------|----------------|----------|-------|--------|
| Sep  12 | 5:56PM | Fax  Sent | 7244630 | 0:57 | 2 | OK |

0189



# Law Office,
# Christopher N. Anwah, LLC
### Attorneys and Counselors at Law

Christopher N. Anwah, Esq.
   (DC, MD, NJ)
Fatmata Barrie, Esq.
   (DC, FL)
Georgina A. Oladokun, Esq.
   (MD)
Tamika Jones, Esq.
   (DC)

**Carpenter's Building**
1003 K Street, N.W.
Suite 565
Washington, D.C. 20001
Phone: (202) 626-0040
Fax: (202) 626-0048
Email: chrisanwahfirm@chrisanwahfirm.com

September 22, 2006

**By Fax: (202) 724-4630**

Ms. Angela J. Allen
Special Education Coordinator
Aiton Elementary School
533-48th Place, N.E.
Washington, D.C. 20019

      RE:  J███ N████
      DOB:  ███/95

Dear Ms. Allen:

I am writing to request confirmation of one of the dates that I left with the social worker at Aiton Elementary ("Aiton") to schedule J████ MDT/IEP meeting to discuss his evaluations, per the HOD. I proposed **October 3, 2006 @ 1:00 p.m. and October 5, 2006 @ 10:00 a.m.** However, I did not hear from by close of business on September 21, 2006. Therefore, I am requesting that you respond no later than **Wednesday, September 27, 2006 by close of business** to confirm one of my proposed dates to hold the MDT/IEP meeting to review J████ evaluations and to develop his 2006/07 IEP with parent's and Advocate's participation. If you have any questions, you may contact me at either (202) 626-0040 or (202) 270-9156.

Thank you for your prompt attention and cooperation regarding this matter.

Sincerely,

Annie R. Pressley, J.D.
Education Advocate for J████ N████

cc:    Client's file

0190

# Law Offices,
# Christopher N. Anwah, PLLC

<u>Attorneys and Counselors at Law</u>

Christopher N. Anwah, Esq.
   (DC, MD, NJ)
Fatmata Barrie, Esq.
   (DC, FL)
Georgina A. Oladokun, Esq.
   (MD)
Tamika Jones, Esq.
   (DC)

**Carpenter's Building**
1003 K Street, N.W.
 Suite 565
Washington, D.C. 20001
Phone: (202) 626-0040
Fax: (202) 626-0048
Email: <u>chrisanwahfirm@chrisanwahfirm.com</u>

## FACSIMILE  COVER  LETTER

DATE:
     September 22, 2006

TO:
     Ms. Allen - Special Education Coordinator

COMPANY
     Aiton Elementary

FAX NUMBER:
     (202) 724-4630

FROM:
     Annie R. Pressley, J.D. - Education Advocate

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET_ 2

MESSAGE REQUEST CONFIRMATION DATE FOR J████ N█████ MDT/IEP MTG

If there is any problem with this transmission, please call as soon as possible at (202) 626-0040

### *** CONFIDENTIALLY NOTE ***

The pages accompany this facsimile transmission contain information from the CHRISTOPHER ANWAH, ESQ. law offices which is confidential or privileged, or both. The information is intended to be for the use of the individual or entity named on this cover letter. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this facsimile in error, please notify us by telephone immediately at (202) 626-0040 so that we can arrange for the retrieval of the original documents at no cost to you.

**HP Officejet 6210**
Personal  Printer/Fax/Copier/Scanner

**Log for**
Dr. Annie Pressley
2028898708
Sep  22  2006  3:01AM

**Last Transaction**

| Date | Time | Type | Identification | Duration | Pages | Result |
|------|------|------|----------------|----------|-------|--------|
| Sep  22 | 3:00AM | Fax  Sent | 7244630 | 1:16 | 2 | OK |

0192



# Law Office,
## Christopher N. Anwah, LLC
**Attorneys and Counselors at Law**

Christopher N. Anwah, Esq.
  (DC, MD, NJ)
Fatmata Barrie, Esq.
  (DC, FL)
Georgina A. Oladokun, Esq.
  (MD)
Tamika Jones, Esq.
  (DC)

**Carpenter's Building**
1003 K Street, N.W.
Suite 565
Washington, D.C. 20001
Phone: (202) 626-0040
Fax: (202) 626-0048
Email: **chrisanwahfirm@chrisanwahfirm.com**

October 2, 2006

**By Fax: (202) 724-8620**

Ms. Angela J. Allen
Special Education Coordinator
Aiton Elementary School
533-48h Place, N.E.
Washington, D.C. 20019

RE:    J██████ N█████
DOB:    ████/95

Dear Ms. Allen:

I am writing to memorialize our conversation on the above date, which you stated that the MDT went forward with J██████ MDT/IEP meeting and resolution meeting without the parent and Advocate. Although we were in the middle of negotiations to confirm a mutual date and time to schedule the MDT/IEP meeting, I was not aware that you were planning to hold the resolution meeting until September 18, 2006, when you attached the resolution meeting notice to your letter of invitation. I left several messages for you on September 19th & 20th, prior to the scheduled MDT meeting, and again on the morning of September 21, 2006, informing you that September 21, 2006 was not a good date for the parent and Advocate to attend the MDT meeting. Further, I spoke with the social worker, and she informed me that she would convey the message to you that the parent and Advocate were not available to attend the MDT or resolution meeting on September 21, 2006 @ 1:00 p.m.

Moreover, after I did not hear from you on the afternoon of September 21, 2006, I wrote you on September 22, 2006, requesting that you consider either October 3, 2006 @ 1:00 p.m. or October 5, 2006 @ 10:00 a.m. because the parent and Advocate would be available on those dates. However, you failed to respond. Therefore, the MDT and resolution meetings held on September 21, 2006 were not held in good faith, and you failed to respond to schedule a mutual date and time for all parties concerned. DCPS does not have the right to schedule meetings without first attempting to

schedule a mutual date and time at the convenience of the parent. In addition, when you add additional meetings to notices without the consent of the parent or her Advocate, you have to allow the Advocate an opportunity to prepare for the meeting, and not wait until the last minute to spring a surprise meeting on the parent or Advocate. In the future, I request that you allow the parent and Advocate an ample opportunity and time to respond to your request to schedule any meetings, especially during the negotiation process. If you have any questions, you may contact me at either (202) 626-0040 or (202) 270-9156.

Thank you for your prompt attention and cooperation regarding this matter.

Sincerely,

Annie R. Pressley, J.D.
Education Advocate for J███ N█████

cc:     DCPS Mediation & Compliance Office
        Client's file

# Law Offices,
## Christopher N. Anwah, PLLC
**Attorneys and Counselors at Law**

Christopher N. Anwah, Esq.
   (DC, MD, NJ)
Fatmata Barrie, Esq.
   (DC, FL)
Georgina A. Oladokun, Esq.
   (MD)
Tamika Jones, Esq.
   (DC)

**Carpenter's Building**
1003 K Street, N.W.
 Suite 565
Washington, D.C. 20001
Phone: (202) 626-0040
Fax: (202) 626-0048
**Email: chrisanwahfirm@chrisanwahfirm.com**

## FACSIMILE COVER LETTER

DATE:
    October 2, 2006

TO:
    Ms. Angela J. Allen - Special Education Coordinator

COMPANY
    Aiton ES

FAX NUMBER:
    (202) 724-4620

FROM:
    Annie R. Pressley, J.D. - Education Advocate

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET   3

MESSAGE RE: J███N███ MDT & RESOLUTION MEETING

If there is any problem with this transmission, please call as soon as possible at (202) 626-0040

### *** CONFIDENTIALLY NOTE ***

The pages accompany this facsimile transmission contain information from the CHRISTOPHER ANWAH, ESQ. law offices which is confidential or privileged, or both. The information is intended to be for the use of the individual or entity named on this cover letter. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this facsimile in error, please notify us by telephone immediately at (202) 626-0040 so that we can arrange for the retrieval of the original documents at no cost to you.

**HP Officejet 6210**
Personal Printer/Fax/Copier/Scanner

**Log for**
Dr. Annie Pressley
2028898708
Oct 02 2006 12:09PM

**Last Transaction**

| Date | Time | Type | Identification | Duration | Pages | Result |
|------|------|------|----------------|----------|-------|--------|
| Oct 2 | 12:07PM | Fax Sent | 7244630 | 1:18 | 3 | OK |

# Law Offices,
# Christopher N. Anwah, PLLC

**Attorneys and Counselors at Law**

Christopher N. Anwah, Esq.
   (DC, MD, NJ)
Fatmata Barrie, Esq.
   (DC, FL)
Georgina A. Oladokun, Esq.
   (MD)
Tamika Jones, Esq.
   (DC)

**Carpenter's Building**
1003 K Street, N.W.
 Suite 565
Washington, D.C.  20001
Phone: (202) 626-0040
Fax: (202) 626-0048
Email: **chrisanwahfirm@chrisanwahfirm.com**

## FACSIMILE  COVER  LETTER

**DATE:**
    October 2, 2006

**TO:**
    DCPS Office of Mediation & Compliance

**COMPANY**
    DC Public Schools

**FAX NUMBER:**
    (202) 442-5517

**FROM:**
    Annie R. Pressley, J.D. - Education Advocate

**TOTAL NUMBER OF PAGES INCLUDING COVER SHEET  3**

**MESSAGE RE: J██████ N██████ MDT & RESOLUTION MEETING**

If there is any problem with this transmission, please call as soon as possible at (202) 626-0040

### *** CONFIDENTIALLY NOTE ***

The pages accompany this facsimile transmission contain information from the CHRISTOPHER ANWAH, ESQ. law offices which is confidential or privileged, or both. The information is intended to be for the use of the individual or entity named on this cover letter. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this facsimile in error, please notify us by telephone immediately at (202) 626-0040 so that we can arrange for the retrieval of the original documents at no cost to you.

**HP Officejet 6210**
Personal Printer/Fax/Copier/Scanner

**Log for**
Dr. Annie Pressley
2028898708
Oct 02 2006 12:11PM

## Last Transaction

| Date | Time | Type | Identification | Duration | Pages | Result |
|------|------|------|----------------|----------|-------|--------|
| Oct 2 | 12:10PM | Fax Sent | 4425517 | 1:15 | 3 | OK |

0198



# Law Office,
## Christopher N. Anwah, LLC
**Attorneys and Counselors at Law**

Christopher N. Anwah, Esq.
   (DC, MD, NJ)
Fatmata Barrie, Esq.
   (DC, FL)
Georgina A. Oladokun, Esq.
   (MD)
Tamika Jones, Esq.
   (DC)

**Carpenter's Building**
1003 K Street, N.W.
Suite 565
Washington, D.C. 20001
Phone: (202) 626-0040
Fax: (202) 626-0048
Email: chrisanwahfirm@chrisanwahfirm.com

October 18, 2006

**By Fax: (202) 724-8620** _4680_

Ms. Angela J. Allen
Special Education Coordinator
Aiton Elementary School
533-48h Place, N.E.
Washington, D.C. 20019

     RE:   J██ N███
     DOB: ████/95

Dear Ms. Allen:

I am writing to request that DCPS reschedule J████ MDT/IEP meeting, per Ms. Norris' request. I have left several messages for a return call, but I have not heard from you. Therefore, I am proposing **Wednesday, October 25, 2006 @ 1:00 p.m. or Monday, October 30, 2006 @ 10:30 a.m.** to reschedule J████ MDT/IEP that was erroneously held on September 21, 2006. I am requesting that you respond no later than **Friday, October 20, 2006 by close of business**. If you have any questions, you may contact me at either (202) 626-0040 or (202) 270-9156.

Thank you for your prompt attention and cooperation regarding this matter.

Sincerely,

Annie R. Pressley, J.D.
Education Advocate for J██ N███

cc:    Client's file

0199

# Law Offices,
## Christopher N. Anwah, PLLC
### Attorneys and Counselors at Law

Christopher N. Anwah, Esq.
    (DC, MD, NJ)
Fatmata Barrie, Esq.
    (DC, FL)
Georgina A. Oladokun, Esq.
    (MD)
Tamika Jones, Esq.
    (DC)

Carpenter's Building
1003 K Street, N.W.
Suite 565
Washington, D.C. 20001
Phone: (202) 626-0040
Fax: (202) 626-0048
Email: chrisanwahfirm@chrisanwahfirm.com

## FACSIMILE COVER LETTER

DATE:
    October 18, 2006

TO:
    Ms. Allen - Special Education Coordinator

COMPANY
    Aiton ES

FAX NUMBER: 4630
    (202) 724-8620

FROM:
    Annie R. Pressley, J.D. - Education Advocate

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET ___2___

MESSAGE REQUEST TO RESCHEDULE MDT MTG FOR J▒▒▒ N▒▒▒▒

If there is any problem with this transmission, please call as soon as possible at (202) 626-0040

### *** CONFIDENTIALLY NOTE ***

The pages accompany this facsimile transmission contain information from the CHRISTOPHER ANWAH, ESQ. law offices which is confidential or privileged, or both. The information is intended to be for the use of the individual or entity named on this cover letter. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this facsimile in error, please notify us by telephone immediately at (202) 626-0040 so that we can arrange for the retrieval of the original documents at no cost to you.

**HP Officejet 6210**
Personal  Printer/Fax/Copier/Scanner

**Log for**
Dr. Annie Pressley
2028898708
Oct  18  2006  2:01PM

**Last Transaction**

| Date | Time | Type | Identification | Duration | Pages | Result |
|------|------|------|----------------|----------|-------|--------|
| Oct 18 | 2:00PM | Fax  Sent | 7244630 | 0:57 | 2 | OK |

ꝺM-20

# District of Columbia Public Schools
## Office of Management Services
### Tonya M. Butler-Truesdale, Esquire, Due Process Hearing Officer
825 North Capitol Street, N.E.; Room 8076
Washington, D.C. 20002
(202) 518-6867
Facsimile: (202) 442-5556

### Confidential

| | | |
|---|---|---|
| J█████ N███████, STUDENT | ) | |
| | ) | |
| Date of Birth: ██████████, 1995 | ) | |
| | ) | |
| Petitioner, | ) | Hearing Date: February 16, 2006 |
| | ) | |
| v. | ) | |
| | ) | |
| THE DISTRICT OF COLUMBIA | ) | |
| PUBLIC SCHOOLS | ) | |
| | ) | Held at: 825 North Capitol Street, N.E. |
| Respondent. | ) | 8th Floor |
| | ) | Washington, D.C. 20002 |
| | ) | |

## HEARING OFFICER'S DECISION

| | |
|---|---|
| **Parents:** | Ms. Kea Norris<br>538 48th Place, NE<br>Washington, D.C. 20019 |
| **Counsel for the Parent/Student:** | Fatmata Barrie, Esquire<br>1010 Vermont Avenue, N.W.<br>Suite 600<br>Washington, D.C. 20005<br>(202) 347-7026; Fax: (202) 347-7108 |
| **Counsel for DCPS:** | Tiffany Puckett, Esquire<br>Office of the General Counsel, DCPS<br>825 North Capitol Street, N.E.; 9th Floor<br>Washington, D.C. 20002 |

0202

*In the Matter of J.N.*

## Jurisdiction

The Due Process Hearing was convened and this Order is written pursuant to Public Law 108-446, the *Individuals with Disabilities Education Improvement Act of 1997 (I.D.E.I.A.)*, 20 U.S.C.; 5 D.C.M.R. Section 3000.; Section 143 of the D.C. Appropriations Act, effective October 21, 1998; and the Rules of the Board of Education of the District of Columbia.

## Introduction

On December 16, 2005 Petitioner submitted a hearing request alleging that DCPS failed to:

1. Evaluate Petitioner in all areas of suspected disability;
2. Invite Petitioner's parent to a manifestation meeting to determine if Petitioner's behavior is a manifestation of his disability;
3. Provide all related services on the existing IEP;
4. afford the Petitioner's parent with an opportunity to participate in a placement meeting; and,
5. Provide Petitioner with compensatory education for past and present denial of FAPE for the past two to three years.

A hearing was convened on December 16, 2006 at 11:00 am at DCPS Headquarters, 825 North Capitol Street, N.E., 8th Floor, Washington, DC 20002. Petitioner submitted disclosures labeled JN1-JC17 and DCPS submitted disclosures labeled DCPS01-DCPS15. The record was held open until March 1, 2006 for Petitioner to submit two report cards from Aiton Elementary School and the clinical evaluation report. The first copy of the two report cards faxed by Petitioner was note readable. Petitioner hand delivered the second copy on March 3, 2005.

## Findings of Fact

Appropriate revision of an IEP is most likely achieved after all necessary evaluations have been completed and reviewed by a competent MDT team. It is apparent from the testimony provided that a breakdown in communication occurred between the parent and the school. It is less relevant for the purposes of this hearing for the hearing officer to identify a cause for the communication breakdown. However, the testimony of the Special Education Coordinator that the school is willing to convene an effective IEP meeting upon the completion of all necessary evaluations is credible. To facilitate this goal, this Order will provide for relief inclusive of independent evaluations within the identified timelines.

0203

*In the Matter of J.N.*

**Conclusions of Law**

The failure to comprehensively and timely evaluate Petitioner is a denial of FAPE.

## ORDER

Upon consideration of Petitioner's request for a due process hearing, the parties' Five Day Disclosure Notices, and representations of the parties' counsel at the hearing, this 4th day of March 2006, it is hereby

**ORDERED,** that DCPS shall fund the following independent evaluations within the Superintendent's cost guidelines if the DCPS performed evaluations have not been completed and forwarded to Petitioner within 10 calendar days of the issuance of this order:

1. a speech and language evaluation
2. an occupational therapy evaluation; and
3. a clinical psychological;

**IT IS FURTHER ORDERED,** that DCPS shall perform a Functional Behavioral Assessment and complete a Behavior Intervention Plan for Petitioner within 15 days of the issuance of this Order.

**IT IS FURTHER ORDERED,** that an assistive technology evaluation shall be completed within fifteen school days to determine if Petitioner is still in need of the Vantage Devise. If it is determined that the technology is still of assistance to Petitioner, the Petitioner, his parent and his teachers shall be instructed on proper usage.

**IT IS FURTHER ORDERED,** that DCPS shall convene an MDT/IEP meeting to review all evaluations no later than 15 school days after the receipt of the last evaluation. The MDT shall review all current evaluations, update Petitioner's IEP, discuss placement alternatives, and discuss and determine Petitioner's need for compensatory education services. DCPS will coordinate scheduling the MDT meeting, and any meeting in which Petitioner's placement is discussed or determined, with Petitioner's counsel, Fatmata Barrie, (202) 347-7026.

**IT IS FURTHER ORDERED,** that in the event the MDT determines that Petitioner's placement shall be changed, DCPS shall afford Petitioner's parent an opportunity to participate in any meeting in which Petitioner's placement is discussed or determined. The DCPS placement representative shall advise Petitioner's parent of the advantages and disadvantages for Petitioner with respect to each school that is discussed, including any schools proposed by the parent.

3

0204

*In the Matter of J.N.*

**IT IS FURTHER ORDERED,** if Placement is to a DCPS public school, DCPS shall have five (5) calendar days to issue the prior notice of placement. If placement is to a non-public or private school, DCPS shall have thirty (30) calendar days and if placement is to a residential facility DCPS shall have sixty (60) calendar days to issue the prior notice of placement.

**IT IS FURTHER ORDERED,** that DCPS shall provide Petitioner with all existing encounter tracking forms for all counseling services received pursuant to Petitioner's current IEP. Petitioner shall be awarded compensatory education in the form of counseling services for any missed services.

**IT IS FURTHER ORDERED,** that DCPS will be granted a day for day extension for any delay caused by counsel for the parent/guardian, the parent/guardian, the student, or the educational advocate.

**IT IS FURTHER ORDERED,** that this Order is effective immediately.

_____
Tonya M. Butler-Truesdale, Esquire
Hearing Officer

Date:   March 4, 2006

Issued:  3|6|06

Copies to:

Fatmata Barrie, Esquire
1010 Vermont Avenue, N.W.; Suite 600
Washington, D.C. 20005
(202) 347-7026; Fax: (202) 347-7108

Tiffany Puckett, Esquire
Office of the General Counsel, DCPS
825 North Capitol Street, N.E.; 9th Floor
Washington, D.C. 20002

4

JW-31

533-48th Place N.E.
Washington, D.C. 20019
Phone: (202) 724-4627
Fax: (202) 724-4630

**Aiton Elementary
School**

# Fax

| To: Ms. Annie Pressley | From: Wash DC Public Schools ( Ms. Angela Allen) |
|---|---|
| Fax: (202) 347-7108 | Date: 5/3/06 |
| Phone: (202) 347-7026 | Pages: 6 |
| Re: J_____ N_____ | CC: |

☑ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

•Comments: Any questions please don't hesitate to contact Ms. Angela Allen

    ⚫ O.T. Eval – 3/22/06

     ⚫ BIP – 4/26/06

     ⚫ FBA – 4-26-/06

     ⚫ Clinical / A.T. Evaluations are pending
       but have been ordered

JN-32



DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## 5TH GRADE REPORT CARD
(Page one of three)

Student Name: ███████ ███████

ID#: 9055287

School: ███████

Teacher: ███████

| INSTRUCTIONAL LEVEL | above level | on level | below level |
|---|---|---|---|
| **Reading** | | | |
| 1st Advisory | | | |
| 2nd Advisory | | | ✓ |
| 3rd Advisory | | | |
| 4th Advisory | | | |
| **Mathematics** | | | |
| 1st Advisory | | ✓ | |
| 2nd Advisory | | | |
| 3rd Advisory | | | |
| 4th Advisory | | | |

| Advisory | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| **READING** | | | | |
| Uses word attack skills & vocabulary strategies | | | | |
| Learns and uses new vocabulary | | | | |
| Reads and comprehends 25 books | | | | |
| Recognizes literary devices (e.g. simile, exaggeration) | | | | |
| Compares/contrasts literary works | | | | |
| Locates and uses information | | | | |

| **WRITING** | | | | |
|---|---|---|---|---|
| Writes set of instructions | | | | |
| Writes detailed narrative | | | | |
| Writes research report | | | | |
| Writes response to literature | | | | |
| Uses correct grammar, capitalization & spelling | | | | |
| Uses writing process | | | | |

| **LISTENING SKILLS** | 2 | 2 | | |
|---|---|---|---|---|
| Exhibits appropriate audience behavior | | ✓ | | |
| Comprehends oral presentations | | ✓ | | |

| **SPEAKING SKILLS** | 2 | 2 | | |
|---|---|---|---|---|
| Gives oral directions | | ✓ | | |
| Participates in group discussions | | ✓ | | |
| Makes oral presentations | | | | |

| Advisory | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| **MATHEMATICS** | 2 | | | |
| Computes using whole numbers | ✓ | | | |
| Applies place value concepts | ✓ | | | |
| Describes & compares quantities | ✓ | | | |
| Computes using fractions | ✓ | | | |
| Computes using decimals | | | | |
| Identifies geometric figures | ✓ | | | |
| Estimates/measures objects | | | | |
| Collects, organizes & displays data on charts, graphs and tables | ✓ | | | |
| Models & solves problems | ✓ | | | |

### Reporting Key
**For overall grade in subject area**
4 = Exceeds the standard (Advanced)
Student takes initiative to exceed the standard; consistently produces excellent work, applying skills/concepts correctly, shows creativity and insight.
3 = Meets the standard (Proficient)
Student produces work that meets the standard; frequently produces very good work of high quality, applies skills/concepts correctly.
2 = Approaches the standard (Basic)
Student shows a basic working knowledge of skills/concepts; produces satisfactory work; usually applies skills/concepts correctly.
1 = Does not meet the standard (Below Basic)
Student does not show basic working knowledge of skills/concepts; seldom produces work of satisfactory quality.
**For skills/expectations within a subject area**
+ = Excellent          U = Unsatisfactory
✓ = Satisfactory       NI = Not introduced

*Revised 2000-2001*



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**5TH GRADE REPORT CARD** SY02
(Page two of three)
Student Name

| Advisory | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|

**SOCIAL STUDIES**

Demonstrates map & globe skills

Demonstrates understanding of chronological order

Uses multiple methods of research to learn about American history

Recognizes significant persons, documents & events from early American history

Describes the contributions of diverse groups to American history

**SCIENCE**
Uses scientific methods to ask & answer questions about the natural world

Categorizes living things according to characteristics and behaviors

Conducts experiments to examine properties of different substances

Designs objects for specific uses and purposes

Explains the location & movement of objects in the solar system

**MUSIC**
Identifies music of various composers, cultures, styles & forms

Interprets music through singing, listening, performing & writing

Recognizes basic music symbols

**ART**
Applies different media, techniques & processes in artworks

Describes the use of symbols & images to identify different artists' styles

**HEALTH & PHYSICAL EDUCATION**

Explains behaviors that promote health and prevent disease

Demonstrates proficiency in basic physical education skills

Compares basic offensive & defensive strategies in games

For the section on WORK HABITS, PERSONAL & SOCIAL SKILLS the following key is used:
E — Excellent
S — Satisfactory
U — Unsatisfactory

| Advisory | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|

**WORK HABITS**
Follows directions

Completes classwork on time

Works well with others/cooperates

Uses time wisely

Completes and returns homework

Participates in class discussions

Makes an effort

**PERSONAL & SOCIAL SKILLS**
Follows classroom rules

Follows playground/school rules

Respects the rights/property of others

Listens while others speak

Practices self-control

**ATTENDANCE**

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Days of Instruction | | | | |
| Days Absent | | | | |
| Days Tardy | | | | |

**SUPPORT SERVICES** Check where applicable.
Additional comments from support staff attached.

Resource: Reading
Resource: Mathematics
Special Education
Bilingual/ESL

**Grade Next Year**

Revised 2000-2001
0208

Feb-16-2006  10:17pm   From-KINKO #1610 SE          202-543-9393      T-837   P.004/005   F-641

# District of Columbia Public Schools Report Card

SY _____ (Page three of three)

## TEACHER COMMENTS

Student Name: _____   Grade: _____

**First Advisory** _____
_____
_____
_____

Teacher Signature _____   Date _____

**Second Advisory** _____ makes wonderful attempts at
completing assignments. Sometimes he gets
frustrated or simply does not want to work.
Please continue to talk to him about controlling
his emotions when he is mad. His lack of
control at times often results in inappropriate
behavior in the commons, hallways and cafeteria.

Teacher Signature _____   Date _____

**Third Advisory** _____
_____
_____

Teacher Signature _____   Date _____

**Fourth Advisory** _____
_____
_____

Teacher Signature _____   Date _____

JN-33

# DISTRICT OF COLUMBIA PUBLIC SCHOOL SYSTEM
## IEP REPORT CARD

STUDENT'S NAME _____    PUPIL # _____    GRADE _____    SCHOOL __Aiton__    Meeting Date _____    page # _____

### GOAL
Reducing incidents of inappropriate classroom behavior

| Date | Code | Attendance | Notes | CURRICULUM CONNECTION | SERVICE PROVIDER |
|---|---|---|---|---|---|
| | | / | | | Appleton, class |
| | | | | Counselling | |
| 02/07/04 | 0B | / | | The student's progress [ ] is [ ] is not sufficient to enable the student to achieve the goals within a year. | |
| | | / | | The student's progress [ ] is [ ] is not sufficient to enable the student to achieve the goals within a year. Student continues to exhibit an oppositional attitude. | |
| | | / | | The student's progress [ ] is [ ] is not sufficient to enable the student to achieve the goals within a year. | |
| | | / | | The student's progress [ ] is [ ] is not sufficient to enable the student to achieve the goals within a year. | |

### GOAL

| Date | Code | Attendance | Notes | CURRICULUM CONNECTION | SERVICE PROVIDER |
|---|---|---|---|---|---|
| | | / | | The student's progress [ ] is [ ] is not sufficient to enable the student to achieve the goals within a year. | |
| | | / | | The student's progress [ ] is [ ] is not sufficient to enable the student to achieve the goals within a year. | |
| | | / | | The student's progress [ ] is [ ] is not sufficient to enable the student to achieve the goals within a year. | |
| | | / | | The student's progress [ ] is [ ] is not sufficient to enable the student to achieve the goals within a year. | |

### PROGRESS CODE

A - Achieved
(The student has successfully completed the goal)

MP - Making Progress
(The student is making expected degree of progress)

EB - Emerging Breakthrough
(The skill necessary for the goal is beginning to appear.)

NP- No Progress
(The student is not making expected progress.)

N/A- Not Applicable At This Time
(The student has not begun to work on this goal)

Division of Special Education

IEP Report Card

0210

# LAW OFFICES OF
# CHRISTOPHER N. ANWAH, PLLC

Attorneys and Counselors at Law

Christopher N. Anwah, Esq.
   (DC, MD, NJ)
Fatmata Barrie, Esq.
   (DC, FL)
Georgina A. Oladokun, Esq.
   (MD)
Tamika N. Jones, Esq.
   (DC)

Carpenter's Building
1003 K Street, N.W.
Suite 565
Washington, D.C.  20001
Phone:  (202) 626-0040
Fax:  (202) 626-0048
Email: chrisanwahfirm@chrisanwahfirm.com

## FACSIMILE COVER LETTER

**DATE:** 1/01/06

**TO:** Tiffany Puckett, Esq.

**COMPANY:** OGC

**FAX NUMBER:** 202-442-5098

**FROM:** Fatmata Barrie, Esq.

**RE:** J███ N████ 5-day

**TOTAL NUMBER OF PAGES INCLUDING COVER SHEET** _8⊄_

**MESSAGE:  Per our discussion, only JN-19 to JN-33**

**TO:** Tiffany Puckett, Esq.

**COMPANY:** OGC

**FAX NUMBER:** 202-442-5098

**FROM:** Fatmata Barrie, Esq.

**RE:** J█████ N█████ 5-day

**TOTAL NUMBER OF PAGES INCLUDING COVER SHEET**  8̶9̶

**MESSAGE: Per our discussion, only JN-19 to JN-33**

| | |
|---|---|
| DATE,TIME | 11/01 11:08 |
| FAX NO./NAME | 4425098 |
| DURATION | 00:25:37 |
| PAGE(S) | 83 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

| | | |
|---|---|---|
| TIME | : | 11/01/2006 11:34 |
| NAME | : | CHRISTOPHER ANWAH PL |
| FAX | : | 2026260048 |
| TEL | : | 2026260048 |
| SER.# | : | BROFSJ290003 |

TRANSMISSION VERIFICATION REPORT



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**

*Office of the Superintendent*
**Office of the General Counsel**
*825 North Capitol Street, N.E., 9th Floor*
202-442-5000   Fax # 202-442-5098
*www.k12.dc.us*

October 31, 2006

Fatamata Barrie, Esq.
1003 K Street, NW Suite 500
Washington, D.C. 20001

**Fax Number:  202/626-0048**

**DISCLOSURE STATEMENT AND MOTION TO COMPEL**

**Subject: Due Process Hearing for J██████ N██████**
**DOB:   ████-95**

Dear Ms. Barrie:

At the upcoming due process hearing in the above-referenced matter, scheduled for Tuesday, November 7, 2006, and pursuant to 34 C.F.R. 300.509(a)(3), in addition to any documents and witnesses disclosed by the parent, DCPS may rely upon any of the following witnesses/documents[1]:

<div align="center"><b>Witnesses</b></div>

    Elva Gloster, or her designee(s), Supervisor, Office of Special Education, DCPS
Peggy Mussenden, or her designee(s), Principal, Aiton Elementary School, DCPS
Angela Allen, or her designee(s), Special Education Coordinator, Aiton Elementary School, DCPS
Ms. Rice, or her desingnee(s), Special Education Teacher, Aiton ES, DCPS
Angela McMillian, or designee(s), General Education Teacher, Aiton ES, DCPS
Student's Current Special Education Teacher, Aiton Elementary School, DCPS
Student's Current General Education Teacher, Aiton Elementary School, DCPS
Krystal King, or her designee(s), School Psychologist, Aiton Elementary School, DCPS
Ms. Dennings, or her designee(s), School Psychologist, Aiton Elementary School, DCPS
Gabrielle Grunan, or her designee(s), School Psychologist, Aiton Elementary School, DCPS
Nicole Pitre, or her designee(s), Speech Pathologist, Aiton Elementary School, DCPS
Jane Barnes, or her designee(s), Speech Pathologist, Aiton Elementary School, DCPS

---

[1] Witnesses may testify by telephone.

<div align="center"><i><b>Children First</b></i></div>

DCPS Office of the General Counsel
Page 2

Dianne Peters, or designee(s), Social Worker, DCPS
Linda David, or designee, Special Education Teacher, Aiton ES, DCPS
Angela McMillian, or designee, General Education Teacher, Aiton ES, DCPS
Kara Minok, or her designee(s), Occupational Therapist, Aiton Elementary
School, DCPS
Diane Peters, or her designee(s), School Social Worker, Aiton Elementary
School, DCPS
Student's Prior Teachers, or designee(s),  Green ES, DCPS
Special Education Coordinator, or designee(s), King ES, DCPS
Students Prior Teachers, or designee(s), King ES, DCPS
Katina Flournoy, or designee(s), Assistive Technology Specialist, DCPS

**DCPS intends to call the parent as a witness.  DCPS requests that mother attend the hearing. Pursuant to 34 C.F.R. 300.509(a)(2) and 5 DCMR 3031.1(b), DCPS hereby compels the attendance of the above witness.

|  | **Documents*** |
|---|---|
| DCPS –01 | Resolution Meeting Notes (12-21-05) |
| DCPS –02 | Letter of Invitation (12-12-05) |
| DCPS –03 | Fax to Ms. Pressley (12-20-05) |
| DCPS –04 | Letter of Invitation (12-28-05) |
| DCPS –05 | Letter to Ms. Rice from Annie Pressley (12-29-05) |
| DCPS –06 | Letter from Angela Allen (12-30-06) |
| DCPS –07 | IEP and Meeting Notes (1-25-06) |
| DCPS –08 | Resolution Meeting Notes (1-25-06) |
| DCPS –09 | Consent to Evaluation (1-25-06) |
| DCPS –10 | Service Tickets (2005-2006) |
| DCPS –11 | IEP and Meeting Notes (12-13-04) |
| DCPS –12 | Prior to Action Notice (12-13-04) |
| DCPS –13 | Psychoeducational Evaluation (6-23-03) |
| DCPS –14 | Speech and Language Evaluation (3-5-04) |
| DCPS –15 | Letter to Mr. Anwah from Angela Allen (1-5-06) |
| DCPS –16 | Resolution Meeting Notes \ |
| DCPS –17 | Fax Confirmations |
| DCPS –18 | Resolution Meeting Confirmation (9-21-06) |
| DCPS –19 | Letters of Invitation |
| DCPS –20 | Letter to Ms. Pressley (8-30-06) |
| DCPS –21 | Letter to Mr. Anwah (9-12-06) |
| DCPS –22 | Educational School Information Request |
| DCPS –23 | Functional Behavioral Assessment and BIP |
| DCPS –24 | Assistive Technology Team Evaluation |
| DCPS –25 | IEP and Meeting Notes (9-24-06) |
| DCPS –26 | Prior Notice (9-21-06) |

DCPS reserves the right to examine any witnesses called or identified as a potential witness by the representative of the student as though the witness was called by DCPS.

---

*Children First*

DCPS Office of the General Counsel
Page 3


DCPS reserves the right to rely upon and /or use any documents/witnesses presented and/or disclosed by the parent that DCPS deems relevant in this case. Also, DCPS reserves the right to call rebuttal witnesses in its case.

*DCPS reserves the right to rely upon documents that were provided in prior disclosure by DCPS and the parent. DCPS 01-15 provided in 2-9-06 disclosure.

If you wish to discuss any aspect of this case further, or have questions, please contact me at (202) 442-5000.

Sincerely,

Tiffany Puckett
Attorney Advisor


cc: Student Hearing Office

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

*_ PUBLIC    ___DPCS CHARTER    ___LEA CHARTER    ___NONPUBLIC    ___PRIVATE/RELIGIOUS

## RESOLUTION MEETING NOTES

Meeting Confirmation Date: __12/20/05__      Meeting Held: __12/21/05__

Student: J___ N___        DOB___95 School: Aiton Elementary

| PARTICIPANTS: (Print Name) | PARTICIPANTS (Sign Name) | POSITION |
|---|---|---|
| Ms. Kea Norris | Did Not Attend | Mother |
| Mrs. Kirsten Meyers-Dennings | | Psychologist |
| Mrs. Austine Rice | Austine Rice | Special Educator |
| Ms. A. Allen | A. Allen | SEC |
| Ms. Angela McMillian | | General Educator |
| Ms. Diane Peters | via teleconference | Social Worker |
| Mrs. Jane Barnes | Jane Barnes MACSLP | Speech Pathologist |
| | | |
| | | |
| | | |

____ Resolved            ✓ Unresolved

Resolution Meeting

Concerns as per HOD Filing

* Need for additional evaluations(independent)
* MDT Meeting to review evaluations
* Placement
* Appropriate services on IEP
* Appropriate IEP and FBA
* Compensatory Education complaint
* Attorney Fees

The MDT Team members were ready to
propose solutions with the parents agreement
of the concerns that are mentioned in the
hearing request. It was expressed to Ms. Kea
Norris that at her request this meeting could

RESOLUTION MEETING NOTES          Page _____          July 11, 2005



0216

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

✓PUBLIC    __DPCS CHARTER    __LEA CHARTER    __NONPUBLIC    __PRIVATE/RELIGIOUS

## RESOLUTION MEETING NOTES Cont'd.

Meeting Confirmation Date: 12/20/05

Meeting Held: 12/21/05

Student: _____

School: Aiton Elementary

be rescheduled. It was asked if the parent did not plan to attend because of short notice due to late attorney filing she contact Ms. A. Allen to reschedule after Christmas. The staff which are appropriate to the collaborative decision making would be on Christmas break during the remaining scheduling time. The appropriate staff would not return until 1/4/06 at which time a meeting could be rescheduled to address the parents concerns. Ms. Norris did not send/nor did the attorney or advocate send a letter in reference to the rescheduling request. This meeting could not go forward.

RESOLUTION MEETING NOTES         Page_____

July 11, 2005

0217

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**SPECIAL EDUCATION**

MULTIDISCIPLINARY TEAM
**(MDT)**
**Meeting Notice**                                    Date: 12/12/2005

**Letter of Invitation**              Re: ~~Iᴇᴀᴀᴀᴀ~~    Nᴀᴀᴀᴀᴀ,

Dear Ms. Kea Norris

A multidisciplinary team (MDT) meeting is scheduled to discuss the status of your child's educational needs. Your participation is essential, and we look forward to your valuable input. The purpose and details of the meeting are printed below. You and the school may have additional individuals attend the meeting who have knowledge or special expertise regarding your child. Other invited participants are listed under MDT members.

Place/Location:

| |
|---|
| Aiton Elementary School<br>533-48th Place N.E.<br>Washington, D.C. 20019 |

Please check ONE date for confirmation, SIGN and return this form to the school by : 12/19/2005

☐ Date: 12/21/2005    Time: 10:00 am ; or
☐ Date: 12/21/2005    Time: 3:00 pm ; or
☐ Date: 01/11/2006    Time: 10:00 am
(Meeting date and time has already been confirmed with the parent. ☐ )
Confirmation will be sent with this Invitation.

If a suggested meeting time is inconvenient, please call the counselor and/or special education coordinator for a mutual time to address the concerns. Participation by teleconference may be requested if other arrangements prove to be unsuccessful.

**\*The purpose of this meeting is to:**

☒ \*\*develop/review IEP (including consideration of extended school year (ESY) services    ☐ \*\*discuss CompEd
☒ \*\*review evaluation or reevaluation information    ☒ discuss placement    ☐ \*consider transition services needs
☐ develop the student evaluation plan (SEP)    ☐ determine manifestation    ☐ discuss quarterly review
☒ discuss documented levels of service    ☐ discuss eligibility    ☐ behavior plan review
☐ discuss consent for evaluations    ☐ discuss transfer    ☐ discuss request for evaluation(s)
☐ discuss termination of service(s)    ☒ discuss Personal Health Information (PHI)

☐ \*\*review records to support the completion of services as follows:

☐ Graduated    ☐ Certification of IEP    ☐ Aged Out    ☐ Deceased    ☐ Moved out of Jurisdiction
☐ Completion of IEP Requirements    ☐ Dropped Out    ☐ Other:

**\*\*Placement will be discussed.**

MDT Members:    ☒ Principal or Designee    ☒ General Education Teacher    ☐ Psychologist
☒ Parent    ☒ Special Education Teacher    ☐ Other:
☒ LEA Representative    ☐ Speech and Language    _____
☐ Student    ☐ Social Worker    _____

Parents may bring individuals to participate in the MDT meeting. These participants should have knowledge or special expertise regarding the child. The following individuals invited by parent: _____    _____

Any questions you may have concerning your child's program will be discussed at the above meeting. A copy of the Procedural Safeguards for parents is enclosed for your information. If the school can be of assistance to you, please contact
Ms. A. Allen                    at (202) 724-4627              (school telephone number).
If the purpose of the meeting includes consideration of a transition plan, your child is invited to attend and a representative of the following agency(ies) may be invited, if appropriate
•  _____    •  _____

| See attachments, when appropriate, for - EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED | | | |
|---|---|---|---|
| 2nd Notice Date: | Notice Type: | Details | Respond By |
| 3rd Notice Date: | Notice Type: | Details | Respond By |

**\*After the third attempt to contact the parent, the meeting will be held without further notice.**

**Please sign below and return this page to the school.**

Parent/Guardian/Surrogate Signature  _____    Date _____

I acknowledge receipt of the Procedural Safeguards for parents (due process procedures).    ☐ Yes    ☐ No

## Transmission Report

Date/Time
Local ID
Local Name
Company Logo

12-16-05; 2:17PM
202+724+4630

This document was confirmed.
(reduced sample and details below)
Document Size  Letter-S

800-880 Plaza N.E.
Washington, D.C. 20818
Phone: (200) 724-4927
Fax: (200) 724-4826

Aiton Elementary
School

# Fax

To: Ms. Annie Pressley
Attorney Aniveh

From: Wash DC Public Schools ( Ms. Angela Allen)

Fax: 202-636-0048

Date: 12-16-05

Phone: 202-666-0046

Pages: 2

Re:

CC:

☑ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☑ Please Recycle

• Comments: Any questions please don't hesitate to contact Ms. Angela Allen

☀ LoI Annual Review

☀ Please send LoI Confirmed date so we
may schedule a MDT meeting to address
all concerns mom may have.

Thanks.

| No. | Doc | Remote Station | Start Time | Duration | Pages | Mode | Comments | Results |
|-----|-----|----------------|------------|----------|-------|------|----------|---------|
| 1 | 201 | 92026260048 | 12-16-05; 2:15PM | 1'01" | 2/ 2 | EC | | CP 14.4 |

Total Pages Scanned  :  2   Total Pages Confirmed :  2

Notes :

EC: Error Correct       RE: Resend           PD: Polled by Remote     MB: Receive to Mailbox
BC: Broadcast Send      MP: Multi-Poll        PG: Polling a Remote     PI: Power Interruption
CP: Completed           RM: Receive to Memory DR: Document Removed     TM: Terminated by user
HS: Host Scan           HP: Host Print        FO: Forced Output        WT: Waiting Transfer
HF: Host Fax            HR: Host Receive      FM: Forward Mailbox Doc.  WS: Waiting Send

0219

533-48th Place N.E.
Washington, D.C. 20019
Phone: (202) 724-4627
Fax: (202) 724-4630

**Aiton Elementary School**

# Fax

**To:** Ms. Pressley - Advocate    **From:** Wash DC Public Schools ( Ms. Angela Allen)

**Fax:** (202) 626-0048    **Date:** 12/20/05

**Phone:** (202) 626-0040    **Pages:** 2

**Re:** ▮▮▮▮▮ ▮▮▮▮    **CC:**

☒ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

•**Comments:**  Any questions please don't hesitate to contact Ms. Angela Allen

Ms. Pressley,
   Due to the late filing of this complaint we are pushed to schedule the Resolution Meeting on short notice. School will be closed for teachers as of 12/23/05. The teachers do not return until 1/4/06. If necessary upon your clients request in writing we can meet on 1/6/06 when the appropriate MDT Team members have returned from the holiday.

Thanks
A. Allen

DPS-03 0220

## Transmission Report

Date/Time
Local ID
Local Name
Company Logo

12-20-05; 4:14PM
202+724+4630

# This document was confirmed.
## (reduced sample and details below)
## Document Size  Letter-S

Alton Elementary
School

# Fax

To: Ms. Pressley-Bonato    From: Wash DC Public Schools ( Ms. Angela Allen)

Fax: (202) 664-0048    Date: 12/20/05

Phone: (202) 626-0040    Pages: 2

Re: _____    CC:

☒ Urgent  ☐ For Review  ☐ Please Comment  ☐ Phone Reply  ☐ Please Recycle

*Comments: Any questions please don't hesitate to contact Ms. Angela Allen

Ms. Pressley,
Due to the late filing of this complaint
we are pushed to schedule the Resolution
meeting on short notice. School will be
closed for teachers as of 12/23/05. The
teachers do not return until 1/4/06.
If necessary upon your clients request
in writing we can meet on 1/6/06
when the appropriate MDT Team members
have returned from the holiday.

Thanks
A. Allen

| No. | Doc | Remote Station | Start Time | Duration | Pages | Mode | Comments | Results |
|-----|-----|----------------|------------|----------|-------|------|----------|---------|
| 1 | 269 | 9202626004a | 12-20-05; 4:12PM | 52" | 2/ 2 | EC | | CP 14.4 |

Notes :
EC: Error Correct
BC: Broadcast Send
CP: Completed
HS: Host Scan
HF: Host Fax

RE: Resend
MP: Multi-Poll
RM: Receive to Memory
HP: Host Print
HR: Host Receive

PD: Polled by Remote
PG: Polling a Remote
DR: Document Removed
FO: Forced Output
FM: Forward Mailbox Doc.

MB: Receive to Mailbox
PI: Power Interruption
TM: Terminated by user
WT: Waiting Transfer
WS: Waiting Send

0221

*2nd Attempt*

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**SPECIAL EDUCATION**

MULTIDISCIPLINARY TEAM
**(MDT)**
**Meeting Notice**                                     Date:  12/28/2005

**Letter of Invitation**         Re :  J███    N███

Dear  Ms. Kea Norris

A multidisciplinary team (MDT) meeting is scheduled to discuss the status of your child's educational needs. Your participation is essential, and we look forward to your valuable input. The purpose and details of the meeting are printed below. You and the school may have additional individuals attend the meeting who have knowledge or special expertise regarding your child. Other invited participants are listed under MDT members.

Place/Location:

| | |
|---|---|
| Aiton Elementary School<br>533-48th Place N.E.<br>Washington, D.C. 20019 | **Please check ONE date for confirmation, SIGN and return this form to the school by :**  01/03/2006<br><br>☐ Date:  01/04/2006   Time:  11:00 am  ; or<br>☐ Date:  01/09/2006   Time:  11:00 am  ; or<br>☐ Date:  01/18/2006   Time:  11:00 am<br>(Meeting date and time has already been confirmed with the parent. ☐<br>Confirmation will be sent with this Invitation. |

If a suggested meeting time is inconvenient, please call the counselor and/or special education coordinator for a mutual time to address the concerns. Participation by teleconference may be requested if other arrangements prove to be unsuccessful.

**\*The purpose of this meeting is to:**

☒ **develop/review IEP (including consideration of extended school year (ESY) services      ☐ **discuss CompEd
☒ **review evaluation or reevaluation information        ☒ discuss placement         ☐ *consider transition services needs
☐ develop the student evaluation plan (SEP)          ☐ determine manifestation       ☐ discuss quarterly review
☒ discuss documented levels of service            ☐ discuss eligibility          ☐ behavior plan review
☐ discuss consent for evaluations              ☐ discuss transfer          ☐ discuss request for evaluation(s)
☐ discuss termination of service(s)             ☒ discuss Personal Health Information (PHI)

☐ **review records to support the completion of services as follows:

  ☐ Graduated    ☐ Certification of IEP    ☐ Aged Out    ☐ Deceased    ☐ Moved out of Jurisdiction
  ☐ Completion of IEP Requirements      ☐ Dropped Out    ☐ Other:

**\*\*Placement will be discussed.**

MDT Members:   ☒ Principal or Designee    ☒ General Education Teacher    ☐ Psychologist
        ☒ Parent           ☒ Special Education Teacher    ☐ Other:
        ☒ LEA Representative     ☐ Speech and Language        _____
        ☐ Student          ☐ Social Worker         _____

Parents may bring individuals to participate in the MDT meeting.  These participants should have knowledge or special expertise regarding the child.
The following individuals invited by parent:_____

Any questions you may have concerning your child's program will be discussed at the above meeting. A copy of the Procedural Safeguards for parents is enclosed for your information. If the school can be of assistance to you, please contact
    Ms. A. Allen             at  (202) 724-4627        (school telephone number).
If the purpose of the meeting includes consideration of a transition plan, your child is invited to attend and a representative of the following agency(ies) may be invited, if appropriate
    *_____    *_____

**See attachments, when appropriate, for - EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED**

2nd Notice Date:       Notice Type:        Details        Respond By

3rd Notice Date:       Notice Type:        Details        Respond By

**\*After the third attempt to contact the parent, the meeting will be held without further notice.**

**Please sign below and return this page to the school.**

Parent/Guardian/Surrogate Signature  _____    Date  _____

I acknowledge receipt of the Procedural Safeguards for parents (due process procedures).   ☐ Yes   ☐ No

0222
NCPS-04

533-48th Place N.E.
Washington, D.C. 20019
Phone: (202) 724-4627
Fax (202) 724-4630

**Aiton Elementary School**

# Fax

| | | | |
|---|---|---|---|
| **To:** Attorney Anwah | | **From:** Wash DC Public Schools ( Ms. Angela Allen) | |
| **Fax:** 202)626-0048 | | **Date:** 12/30/05 | |
| **Phone:** (202) 626 0040 | | **Pages:** 2 | |
| **Re:** J_____ N_____ | | **CC:** | |

☒ **Urgent**    ☐ **For Review**    ☐ **Please Comment**    ☐ **Please Reply**    ☐ **Please Recycle**

•**Comments:** Any questions please don't hesitate to contact Ms. Angela Allen

LOI

Second attempt to schedule IEP Meeting

# Law Offices,
# Christopher N. Anwah, PLLC
**Attorneys and Counselors at Law**

Christopher N. Anwah, Esq.
(DC, MD, NJ)
Patmata Barrie, Esq.
(DC, FL)
Panya Monford, Esq.
(MD)
Tamika Jones, Esq.
(DC)

Carpenter's Building
1003 K Street, N.W.
Suite 565
Washington, D.C. 20001
Phone: (202) 626-0040
Fax: (202) 626-0048
Email: chrisanwahfirm@chrisanwahfirm.com

December 29, 2005

**By Fax: (202) 724-4630**

Ms. Austine W. Rice
Special Education Coordinator
Aiton Elementary School
533-48th Place, N.E.
Washington, D.C. 20019

RE:    J███ N███
DOB: ██/██/95

Dear Ms. Rice:

Our office has been informed by Ms. Norris that a representative from Aiton Elementary School visited her home at 6:00 p.m. on Friday, December 23, 2005 and requested that she attend a meeting at Aiton without her Attorney/Education Advocate. Ms. Norris was not knowledgeable as to what type of meeting she was attending and informed Aiton's representative that she would not attend without her Attorney/Education Advocate. Ms. Norris was then told that if "she wants to act like a fool and listen to her Attorney, her son will not receive the specialized instructions and related services that he is entitled," although her son has already been found eligible to receive these services as mandated by the IDEA. We find Aiton's behavior to be unacceptable and we request that Aiton cease and desist from such further intimidation to pressure Ms. Norris to act without the advise and guidance of her Attorney/Education Advocate. Therefore, we are requesting that all future meetings, hearings, and MDT/IEP meetings be scheduled through us prior to contacting our client.

If you have any questions, you may contact the undersigned staff personnel at either (202) 626-0040 or (202) 270-9156 to discuss this matter further, if necessary, but we do believe that this letter is self-explanatory.

Thank you for your prompt attention and cooperation regarding this matter.

0224



Sincerely,

Annie R. Pressley, J.D.
Education Advocate for J███ N████

Attachment: (1)
      Release

cc:    1.     Assistant Superintendent, DCPS's Special Education Division
       2.     Client's file

# Law Offices,
# Christopher N. Anwah, PLLC

__Attorneys and Counselors at Law__

Christopher N. Anwah, Esq.
   (DC, MD, NJ)
Fatmata Barrie, Esq.
   (DC, FL)
Georgina A. Oladokun, Esq.
   (MD)
Tamika Jones, Esq.
   (DC)

Carpenter's Building
1003 K Street, N.W.
 Suite 565
Washington, D.C. 20001
Phone: (202) 626-0040
Fax: (202) 626-0048
Email: chrisanwahfirm@chrisanwahfirm.com

## FACSIMILE COVER LETTER

DATE:
    December 29, 2005

TO:
    Ms. Austine W. Rice - Special Education Coordinator

COMPANY
    Aiton Elementary School

FAX NUMBER:
    (202) 724-4630

FROM:
    Annie R. Pressley, J.D. - Education Advocate

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET   3

MESSAGE RE: HOME VISIT ON 12/23/05 @ 6:00 P.M. FOR J██████ N██████

If there is any problem with this transmission, please call as soon as possible at (202) 626-0040

### *** CONFIDENTIALLY NOTE ***

The pages accompany this facsimile transmission contain information from the CHRISTOPHER ANWAH, ESQ. law offices which is confidential or privileged, or both. The information is intended to be for the use of the individual or entity named on this cover letter. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this facsimile in error, please notify us by telephone immediately at (202) 626-0040 so that we can arrange for the retrieval of the original documents at no cost to you.

**Aiton Elementary School**
**Special Education Department**
**533 48ᵗʰ Place, N. E. Washington, D.C.**
**20019**

December 30, 2005

RE: J█████ N█████

Dear Sir:

This letter is written in response to the untrue damaging fax that was sent to Mrs. Austine Rice, former Special Education Coordinator to Aiton Elementary School on 12/29/2005 at 6:46 p.m.

As the current Special Education Coordinator at Aiton Elementary School it is my duty to arrange/schedule appointments for meetings with the parents of my special education students.

On 12/19/2005 a representative from Attorney Anwah's office called to see if a courier could come to pick up J█████ confidential folder. The representative was told yes and to come after the two o'clock hours. The courier arrived at 1:40p.m. I was in the middle of photo copying the file and asked him if he would like to be seated. The courier said no, "you'll just have to call and have another courier come out or they are going to have to pay me to come back twice." Ms. Edwards, secretary and I explained that a confirmation of readiness was for after 2:00 p.m. not 1:45 p.m. and that the file was near to completion. He said he could not wait 20 minutes and left. Atty. Anwah's office called and the situation was explained to them and they sent the courier back. He returned at 2:25p.m., took the package and left.

I received by fax on 12/19/2005 later that afternoon a hearing request filed on behalf of J█████ N█████. There was also attached a notice that the Resolution Meeting must occur prior to 12/31/2005. This left three days to schedule the meeting prior to the Winter break. After consulting with Paula Perleman about the lack of sufficient time before the vacation break for teachers was to begin, I was instructed to schedule the meeting and at the parents request the meeting could be rescheduled for after the holidays when the teaching staff were required to return.

On 12/20/2005 at 5:15 I walked across the street from the school to Ms. Kea Norris' home to drop the Scheduled Resolution Letter in the door because J█████ left it at school. There was no answer when I knocked on the gate or door. Ms. Norris however, drove up as I was walking back down her steps and asked me what I had left and the explanation of the required Resolution Meeting prior to the official Hearing began. There was never the calling one out of anyone's character on behalf of myself or Ms. Norris. I'm sure that if there was any disrespect on any level her escort would not have left her side. On the contrary it was explained to Ms. Norris that a Resolution Meeting was her opportunity to express her concerns to the local LEA and the appropriate MDT Team to allow those concerns to be addressed and therefore resolved. In fact Ms. Norris stated to me that her hearing request was not directed to Aiton but towards Kelly Miller where one of her other children attends so she didn't know why we had received a hearing request. I explained to Ms. Norris that usually when there are existing cases in a family and one is reopened then almost always the attorney elects to reopen and submit new claims on all cases within that family. It was explained to Ms. Norris that since the request was filed I had to as required schedule a meeting to address her concerns and if she felt she would not be able to make it she could in writing reschedule the meeting until after the holiday.

I am however dismayed that a law firm would do almost anything including using slander to destroy a system that is trying so diligently to address the needs of children.

Sincerely,

*Angela J Allen*

0227
NCPS-06

● Page 2                                                December 30, 2005

Angela Allen
Special Education Coordinator, Aiton


Cc; Elva Gloster-Division 1 Supervisor
    Ms. P. Mussenden, Principal

    Ms. Sadia White, Assist. Superintendent DCPS
    Attorney Christopher N. Anwah, PLLC

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, D.C.**
**INDIVIDUALIZED EDUCATIONAL PROGRAM**

DCPS - IEP  Page 1 of 4
Additional Comments: ☐

## I. IDENTIFICATION INFORMATION

Student Name: Last N[redacted]    First J[redacted]    MI

Student ID 9055227    Soc. Sec. No. [redacted]    Age: 10    Grade 05

Gender ☒ M ☐ F    Date of Birth [redacted]/1995    Ethnic Group Black

Address 5508    Eads St NE    NE
House No.    Street Name    Quadrant    Apartment #

Washington    DC    20019
City    State    Zip Code

☐ Non-attending

Attending School Aiton Elementary    Home School Emery Elementary

☒ Elem. ☐ Mid/JHS ☐ SHS ☐ CWS /

Parent    Ms. Kea Norris

Address of (if different from student):    ☒ Parent ☐ Guardian ☐ Surrogate

House No.    Street Name    Quad    Apt. No.    City    State    Zip Code
Telephone: Home 2023997734    Work

## II. CURRENT INFORMATION

Date of IEP Meeting: 01/25/2006

Date of Last IEP Meeting: 12/14/2004

Date of Most Recent Eligibility Decision: 12/14/2004

Purpose of IEP Conference:
☐ Initial IEP    ☒ Review of IEP
☐ Requested Eval.    ☐ 3yr ReEval.

Indicate Level of Standardized Assessment:
Level IV

ADDENDA TO BE ATTACHED AS NEEDED
Check the appropriate box(es)

☐ BEHAVIOR    ☐ TRANSPORTATION
☐ ESY    ☐ TRANSITION

### III. LANGUAGE

| | Language | Language Used for Evaluation | Language Used In Conference | Communication Requirements | To be completed by Office of Bilingual Education English and Math Proficiency Assessment |
|---|---|---|---|---|---|
| Student | English | English | English | Native Language | Oral |
| Parent | English | English | English | Native Language | Rdg./ Written |
| Home | English | English | English | Native Language | Instrument: Date: |

### IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| SERVICES | GenEd Ses. | GenEd Time | GenEd Total | SpecEd Ses. | SpecEd Time | SpecEd Total | Hr./ Min | D/W/M | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # | DURATION wks/mos |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Specialized Instruction | 0 | 0 | 0 | 5 | 2.5 | 12.5 | Hrs | Week | Special Education Teacher/R | 01/26/2006 | 10 | Month |
| Speech-Language | 0 | 0 | 0 | 1 | 1 | 1 | Hrs | Week | Speech and Language Thera | 01/26/2006 | 10 | Month |
| Psychological Services | 0 | 0 | 0 | 1 | 30 | 30 | Mins | Week | School Social Worker | 01/26/2006 | 10 | Month |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| TOTAL HOURS: | | 0 | | | 14 | | Total Combined Hours Per Week: | | | | | |

### V. Disability(ies) Learning Disabled

Percent of time in Specialized Instruction and Related Services
☐ 0-20% ☒ 21-60% ☐ 61-100%

☐ (Check if setting is general Ed.)    Percent of time NOT in a General Education Setting    43 %

### VI. IEP TEAM (Participants in the development of the IEP)

Print and sign your name below.

Ms. Kea Norris
Parent

Ms. Austine Rice
Special Ed

Ms. A. McMillian
General Ed Teacher

Ms. A. Allen
LEA Representative

Ms. Barbette Thorne
Principal or Designee

Student

Mrs. Jane Barnes
Speech Pathologist

Ms. Diane Peters
Social Worker

Mrs. Kirsten Meyers-Dennings
Psychologist

Ms. Pressley
Advocate

*I AGREE* with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of the services in the IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education.
Parent/Guardian Signature                    Date

NPS-07

| Student Name  [REDACTED] | Managing School  Aiton Elementary | DCPS - IEP |
| Student ID Number 9055227    DOB [REDACTED]/1995 | Attending School  Aiton Elementary | Page 2 of 4 |

## VII. Present Educational Performance Levels in Areas Affected by the Disability

Additional Comments: ☐

**Academic Areas: (Evaluator)** Mrs. Austine Rice

**Score(s) When Available**

Math Strengths:

Math Cal. _____

Math Rea. _____

Impact of disability on educational performance in general education curriculum:

See goal page: _____

Date: _____

WRAT

Rdg. Com _____

Reading Strengths:

Rdg. Basic 67

[REDACTED] is able to decode words on the 1st grade Dolch Word List

Written Ex. 82

Impact of disability on educational performance in general education curriculum:

See goal page: 1

[REDACTED] disability impacts his ability to perform grade level reading tasks in the general education curriculum.

Date: 01/09/2006

---

**Communication (Speech & Language) (Evaluator)** Examiner Charron Mitchell, Reviewer Jane Barnes

**Score(s) When Available**

Strengths:

Exp.Lang. 0

Rec- Lang. 0

Artic 0

[REDACTED] is able to

Voice 0

Fluency 0

Impact of disability on educational performance in general education curriculum:

Exp. Voc. 0

Rec. Voc. 0

See goal page: 0

His disability impacts

Date: 01/25/2006

---

**Motor/Health (Evaluator)**

**Score(s) /Results When Available**

Strengths:

_____

_____

Impact of disability on educational performance in general education curriculum:

_____

See goal page: _____

Date: _____

---

**Social Emotional Behavioral Areas: (Evaluator)** Ms. Diane Peters

**Score(s) When Available**

Strengths:

0

[REDACTED] is able to

_____

Impact of disability on educational performance in general education curriculum:

See goal page: 0

His disability impacts

Date: 01/25/2006

---

**Cognitive/Adaptive Behavior: (Evaluator)**

**Score(s) When Available**

Strengths:

_____

_____

Impact of disability on educational performance in general education curriculum:

_____

See goal page: _____

Date: _____

---

**Prevocational Skills: (Evaluator)**

**Score(s) When Available**

Strengths:

_____

_____

Impact of disability on educational performance in general education curriculum:

See goal page: _____

Date: _____

| Student Name | J██████ N████ | Managing School | Aiton Elementary | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number 9055227 | DOB ██/1995 | Attending School | Aiton Elementary | Page 3 of 4 |

| **VIII. SPECIALIZED SERVICES** | Additional Comments: ☐ | Goal Number: ☐ 1 |
|---|---|---|

**Area addressed by goal:** Academic Areas: Reading

**ANNUAL GOAL:** (including mastery criteria.)

J████ will demonstrate growth in the area of reading skill development by mastering 80% of the short-term objectives.

**Provider(s):** Special Education Teacher/Resource Room Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Given the Dolch word list, J████ will identify 2nd grade words with 80% mastery over a consistent period of time. | | Monthly |
| Given homonyms, synonyms, and antonyms, J████ will match, associate and categorize related words with 80% accuracy over a consistent period of time. | | Monthly |
| Given passage material containing multi-syllabic words at his instructional level, J████ will use various strategies (i.e., phonics skills, structural analysis, context clues) to decode and correctly pronounce the words in 7/8 trials over a consistent period of time. | | Monthly |
| Given passage material at his instructional level, J████ will accurately answer questions orally and in writing that require identifying the main idea, supporting details, sequencing events; comparing characters and drawing conclusions with 80% mastery over a consistent period of time. | | Monthly |
| Given literary and informational texts at his instructional level, J████ will demonstrate increased fluency as evidenced by his ability to correctly track while reading and appropriately respond to punctuation marks with 80% mastery over a consistent period of time. | | Monthly |
| Given the 30 Books campaign at his instructional level, J████ will identify the story elements and write a response in the form of a summary or book report with 80% accuracy over a consistent period of time. | | Monthly |

**EVALUATION PROCEDURE(S)**

☒ Portfolio  ☐ Log  ☐ Chart  ☒ Test  ☒ Documented Observation  ☒ Report  ☐ Other _____

| Student Name | J███ N███ | Managing School | Aiton Elementary | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | 9055227 | DOB ███1995 | Attending School Aiton Elementary | Page 3 of 4 |

| VIII. SPECIALIZED SERVICES | Additional Comments: ☐ | Goal Number: 2 |
|---|---|---|

**Area addressed by goal:** Written Express

**ANNUAL GOAL:** (including mastery criteria.)

J███ will demonstrate growth in the area of written expression skill development by mastering 80% of the short-term objectives.

**Provider(s):** Special Education Teacher/Resource Room Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Given 8-10 weekly spelling words at his instructional level, J███ will spell the words from dictation with 80% mastery over a consistent period of time. | | Monthly |
| Given a list of sentence fragments, J███ will create 10 complete sentences in writing with 80% mastery over a consistent period of time. | | Monthly |
| Given student selected and teacher selected writing prompts, J███ will construct sentences by adding descriptive words and details, 8 out of 10 times over a consistent period of time. | | Monthly |
| Given student choice or teacher selected writing prompts, J███ will use graphic organizers to organize his ideas before writing a simple paragraph. | | Monthly |
| Given a student choice or teacher selected topic, J███ will write up information on the topic that includes a clear focus, ideas in sensible order and sufficient detail with 80% mastery over a consistent period of time. | | Monthly |
| Given writing tasks, J███ will edit, revise, and correct errors in: (1) letter formation, shape, and spacing; and (2) capitalization, punctuation, spelling, and grammar with 80% mastery over a consistent period of time. | | Monthly |

**EVALUATION PROCEDURE(S)**

☒ Portfolio  ☐ Log  ☐ Chart  ☒ Test  ☐ Documented Observation  ☒ Report  ☐ Other

| Student Name | [redacted] N[redacted] | Managing School | Aiton Elementary | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number 9055227 | DOB [redacted]1995 | Attending School | Aiton Elementary | Page 4 of 4 |

**Additional Comments:** ☐

## IX. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION
## SERVICE ALTERNATIVES

Can curricular modification, accommodation and/or supplemental aids and services be used for a LRE setting in general education? ☐ Yes ☒ No

Explanation for removal out of regular education classroom.

Student requires small structured environment to accommodate disabilities

## X. Supplementary Aids and Services

| Classroom Needs (Do not name products or companies.) | SETTING | | | FREQUENCY | | PROVIDER (by discipline) | BEGINNING DATE (mm/dd/yyyy) |
|---|---|---|---|---|---|---|---|
| | GenEd | SpEd | Total | Hr./Min | D/W/M. | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Check and list modifications and/or accommodations for testing: ☐ None needed

Timing/Scheduling: Extended time, Multiple test sessions or test sessions spread over several days

Setting: Reduced, minimalized distractions

Presentation: Read directions/test to student, Simplified directions

Response:

Equipment:

## XI. STATE AND DISTRICT ASSESSMENTS:

☐ Level I  Tested with non-disabled peers under standard conditions without accommodations.

☐ Level III (Describe non-uniform conditions for level III) Tested under non-standard conditions with permissible accommodations

☐ Level V Portfolio:

☐ Level II (Describe accommodations for level II) Tested under standard conditions with special accommodations.

☒ Level IV (Describe the alternative assessment)

DC CAS

## XII. Areas Requiring Specialized Instruction and Related Services:

☒ Reading
☒ Mathematics
☐ Written Expression
☐ Other:
☐ None

☐ Physical/Sensory
☐ Social Emotional
☐ Physical Development

☐ Transition
☐ Vocational
☐ Independent Living
☐ Speech/Language

**Modifications:**

☒ Language Arts/English
☐ Social Sciences
☐ Biological & Physical Sciences
☐ Fine Arts

Apply annual goal(s), objectives and/or modifications to address barriers in each area checked above.

## XIII. PLACEMENT CONSIDERATIONS AND JUSTIFICATION

| DESCRIBE CONSIDERATIONS | ACCEPT/REJECT REASONS | POTENTIAL HARMFUL EFFECTS |
|---|---|---|
| In General Education Classroom Setting | Rejected | Continued school failure |
| Combination General Education and Resource Classro | Accepted | Time away from non-disabled peers in academic sett |
| Out of General Education Classroom | Rejected | Impact on self-esteem |
| | | |
| | | |

Modification(s)/Accommodation(s) to address the harmful effects:

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
SPECIAL EDUCATION

MULTIDISCIPLINARY TEAM (MDT)

**Prior to Action Notice**

Check Purpose:

- [ ] Initial Evaluation
- [ ] Initial Placement
- [x] Reevaluation
  - [ ] Change in Category Exit
  - [ ] Related Service Add
  - [ ] Related Service
  - [ ] Change in Placement
  - [x] Annual
  - [ ] Other  IEP

Date  01/25/2006

Student  J████  N████        DOB  ██/1995

School  Aiton Elementary

Current Disability Category  SLI

Setting  Combination general education and resource classroom

Dear  Ms. Kea Norris

State and federal laws regarding students with disabilities require school systems to notify and inform parents of certain changes being made to their children's education program.
Therefore, you are being notified of the following proposed changes:

- [ ] Proposes to initiate or change the Identification, evaluation, educational placement or provision of FAPE to your child.
- [ ] Refuses to initiate or change the Identification, evaluation, educational placement or provision of FAPE to your child.
- [x] Other  Annual Review

**A multidisciplinary team (MDT), of which you were an invited member, has made the following decisions about your child: (check all that apply)**

- [ ] Your child is not eligible for special education service(s).
- [x] Your child is eligible or continues to be eligible to receive special education services as a student with  SLI
- [ ] Your child will begin receiving _____ as a related service(s).
- [ ] Your child will no longer receive _____ as a related service(s).
- [ ] Your child's category of disability is being changed from _____ to _____
- [ ] Your child's alternative placement on continuum (next setting) is being changed, from _____ to _____
- [ ] Your child is no longer eligible and will be exited from the special education program.
- [ ] Other: _____

Location of Services  Aiton Elementary

**Description and Explanation of agency action proposed or refused.**

Accepted-Jamar will be placed in a Combination Special Education/Resource where he can access the General Education Curriculum

**Description of Other Options Considered and reasons for rejection of each option**

Rejected- General Education Education Classroom-Continued School Failkure

Rejected-Out of the General Education Classroom- not appropriate LRE

Other relevant factors to the decision-  Assistive technology Vantage Voice output Machine

MDT Members:
- [x] Principal or Designee
- [x] Parent
- [ ] Student
- [x] Social Worker
- [x] General Education Teacher
- [x] Special Education Teacher
- [x] Speech and Language
- [x] *LEA & Interpreter  (*may be one)
- [x] Psychologist
- [ ] Other: _____

Parents may bring individuals to participate in the MDT meeting. These participants should have knowledge or special expertise regarding the child. The following individuals invited by parent:

Any questions you may have concerning your child's program may be directed to the principal.
You are protected under the Procedural Safeguards for parents, which are enclosed for your information.
If I can be of assistance to you, or have questions regarding the Procedural Safeguards,
please contact  Ms. A. Allen          at _____ (school telephone number).

**See attachments for - EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED**

## DOCUMENTED LEVEL OF SERVICE
### Complete and attach to MDT/IEP meeting notes

| | | | |
|---|---|---|---|
| School  Aiton Elementary | Principal  P.Mussenden | | Special Education Coordinator  Ms. A. Allen |
| Date 01/25/2006    Case Manager  Desmond Williams | | Assistant Director  Elva Gloster | |
| Student  J██████  N█████ | DOB ████/1995  Age 10  Grade  05  ID# 9055227 | | SSN# ████████ |
| Parent  Ms. Kea Norris | Telephone (H) 2023997734 | (W) | |

Address: 5508    Eads St NE                          NE           Washington                          DC      20019
Street #    Street                                            Quad  Apt. No.    City                                   State    Zip Code

REFERRAL SOURCE: (Check) ☐ 120 Day  ☐ Reeval.  ☒ HOD  ☐ SA  ☐ MA  ☐ Annual

☐ Nonpublic  ☐ Residential  ☐ Citywide  ☐ Courts  ☒ Local School  ☐ Other:

Previous least restrictive environment (LRE Setting):    Combination general education and resource classroom

---

## JUSTIFICATION FOR SETTING CONSIDERATION
### (Submit TAT/MDT Documentation)
### SUPPORTIVE DATA/DOCUMENTATION

**Add**

| 2. ACCOMMODATIONS/ MODIFICATIONS | 3. DATA REQUIREMENTS | | |
|---|---|---|---|
| Level 1V Standardized Assessment, Read directions/test to student, Multiple test sessions or test sessions spread over several days, Extended time | Current IEP | Yes ☒ | No ☐ |
| | Signatures of required participants (MDT notes) | Yes ☒ | |
| | Intervention Behavior Plan | Yes ☐ | |
| | Copies of current class work and homework assignments: | Yes ☒ | |
| | Medical Reports: | Yes ☐ | No ☐ |
| | Clinical Reports: | Yes ☐ | No ☐ |
| | Psychiatric Reports | Yes ☐ | No ☐ |
| | Medications: | Yes ☐ | No ☒ |
| | Attendance Record | Yes ☒ | |
| | Copies of most recent evaluation(s) | Yes ☒ | |

| 4. Results of all interventions: (TAT, MDT, etc. and attach meeting notes.) | 5. Resources needed for program implementation |
|---|---|
| Last Annual Review-12/13/2004 | Vantage Assistive Technology |

**Add**

---

### 6. CURRENT SETTING CONSIDERATIONS

| ROW | SETTING in neighborhood school (Determined through the IEP team) | SERVICE PROVIDER (Based on documented need) | LEVEL OF SERVICE (Based on documented need) |
|---|---|---|---|
| 1 | ☐ in general education classroom setting | ☐ general educators with consultation from special education staff | ☐ between 0% and 20% of service time |
| 2 | ☒ combination general education and resource classroom | ☒ combination of general educators, special educators and related service providers | ☒ between 21 % and 60% of service time |
| 3 | ☐ *out of general education classroom | ☐ special educators and related service providers | ☐ between 61 % and 100% of service time |

*In providing or arranging for the provision of nonacademic and extracurricular service and activities, including meals, recess period, and the services and activities, each public agency shall ensure that each child with a disability participates with non-disabled children in those services and activities (300.306) to the maximum extent appropriate to the needs of that child. (300.553) Nonacademic settings)

Check the level of need as indicated:
**DIRECTIONS:**

| If two or three boxes are checked in the Row 1, check LOW. If two or three boxes are checked in the Row 2, check MODERATE. If two or three boxes are checked in the Row 3, check HIGH. | If one box is checked in each row, check either MODERATE or HIGH, depending on the need of the student. |
|---|---|

### 7. LEVEL OF NEED

| ☐ LOW | ☒ MODERATE | ☐ HIGH |
|---|---|---|

District of Columbia Public
Schools Division of Special
Education Washington, D.C.

NEW ADDENDUM MEETING PAGE
Attach to the IEP and check the box on page one.

Student Name J_____ N_____    DOB ___/95    DATE 1/25/06

Student ID Number 9055227    School Aiton Elementary

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | DISCIPLINE |
|---|---|---|
| Ms. Kea Norris | _____ | Parent |
| Ms. Diane Peters | _____ LICSW | Social Worker |
| Mrs. K. Meyers Jennings | _____ | Psychologist |
| Ms. A. Miller | Alaina Miller | Special Educator |
| Ms. A. McMillian | _____ | General Educator |
| Ms. A. Allen | Angela Allen | SEC |
| Ms. Pressley | Jennie R. Pressley | Advocate |
| Ms. B. Thorne | Barbette O. Thorne | Designee |
| Mrs. Jane Barnes | Jane Barnes MC SLP | speech pathologist |

INSTRUCTIONS: Use this addendum, in an IEP/MDT meeting, when changing levels of services on an IEP section or part.
Discipline service providers must participate in the meeting. Attach addendum to the IEP and check the appropriate box on page one.

Purpose of this meeting is to:

Continue with current IEP until evaluations @ Resolution
meeting are completed and reviewed and a current
revised IEP can be created

SERVICES TO BE ADDED TO THE IEP

| SERVICES | SETTING | | | FREQUENCY | | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION | | DATE ADDED mm/dd/yyyy |
|---|---|---|---|---|---|---|---|---|---|---|
| | GenEd | SpEd | Total | Hr/Min | D/W/M. | | | # | wks/mos | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| TOTAL | | | | Hours Per Week | | | | | | |

CURRENT IEP : Percent of time in Special Services
0-20%    21-60%    61-100%

THIS ADDENDUM : Percent of time in Special Services
0-20%    21-60%    61-100%

Describe:

PARENT SIGNATURE FOR ADDITION(S) APPROVAL: _____    DATE: _____

DISTRICT OF COLUMBIA PUBLIC SCHOOLS    07-02-2001    DIVISION OF SPECIAL EDUCATION    APPENDIX-A

0236

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
DIVISION OF SPECIAL EDUCATION
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)
STUDENT EVALUATION PLAN
(SEP)

| | MDT |
| --- | --- |
| | SEP |

MDT REFERRAL DATE: _____     MEETING DATE: 1/25/06

STUDENT: J_____ _____ DOB: __/__/95 AGE: ___ GRADE: 4 SCHOOL: AITON

STUDENT IDENTIFICATION NUMBER: 9055227   TEACHER / HOMEROOM: _____

ADDRESS: 5508 Eads Street    N.E. Washington D.C. 20019
Street #   Street Name,   Quadrant   Apartment #   City,   State,   Zip Code

PARENT(S)/GUARDIAN: Ms. Kea Norris    TELEPHONE (H): 2)399-7734 (W): _____

**Summarize Area(s) of Concern:**

Addressing concerns of resolution
meeting

**Team Recommendations:**

Team recommends a speech evaluation,
psychological, FBA, psychoeducational
and O.T. if warranted, as well
as assistive technology

### EVALUATION(S) IN AREA(S) OF LEARNING CONCERN(S)

| ASSESSMENT | ASSESSOR | TEST INSTRUMENT | TIMELINE ASSIGNED | DUE DATE |
| --- | --- | --- | --- | --- |
| ☑ Psychological | K. DENNING | WISC IV | | |
| ☑ Speech/Language | J. BARNES | GFTA-2, EOWPVT, ROWPVT, CELF4 | | |
| ☑ Social History | D. PETERS | FBA | | |
| ☐ Audiological | | | | |
| ☐ Vision Screening | | | | |
| ☐ Medical | | | | |
| ☑ Educational | K. DENNING | WIAT II | | |
| ☐ Hearing Screening | | | | |
| ☑ Other | Other: K. DENNING TBD | Other: BASC 2, MFVP ASSISTIVE TECHNOLOGY | | |

| TEAM MEMBERS: NAME | POSITION | TEAM MEMBERS: NAME | POSITION |
| --- | --- | --- | --- |
| A. D__ | SCH. PSY. | | |
| Jane Barnes MA CFS/LP | speech pathologist | | |
| Kea Norris | Parent | | |
| Jeannie R. Greeley | Edu. Advocate | | |

The MDT meeting to discuss the evaluation results is scheduled on _____ at _____ in room _____

Place completed form in MDT folder.

0237

2-9-06, 2:24PM;

### DISTRICT OF COLUMBIA PUBLIC SCHOOLS
### WASHINGTON, D.C.

\_\_PUBLIC   ✓ DPCS CHARTER   \_\_LEA CHARTER   \_\_NONPUBLIC   \_\_PRIVATE/RELIGIOUS

## RESOLUTION MEETING NOTES

Meeting Confirmation Date: 1/9/2006                    Meeting Held: 1/25/2006

Student: J___ N_____          DOB_____   School: Aiton Elementary

| PARTICIPANTS: (Print Name) | PARTICIPANTS (Sign Name) | POSITION |
|---|---|---|
| Ms. Kea Norris | Kea Norris | Mother |
| Ms. A. McMillian | | General Educator |
| Mrs. K. Meyers-Dennings | | Psychologist |
| Mrs. A. ~~Rice~~ Miller | Alaina Miller | Special Educator |
| Ms. A. Allen | A. Allen | SEC |
| Ms. Pressley | | Advocate |
| Ms. D. Peters | D Peters, LICSW | Social Worker |
| Mrs. J. Barnes | J Barnes MA CFSLP | Speech Pathologist |
| Mrs. Barbette D. Thorne | Barbette D. Thorne | |
| | | |
| | | |

\_\_\_\_ **Resolved**                    \_\_\_\_ **Unresolved**

Concerns discussed
Need for repeat evals. OT, Speech/Language
Needs Assessment for his assistive Technology
— DCPS does not have an previous O.T. evaluation report
therefore DCPS has not agreed to do an O.T. because
it is not warranted. DCPS does agree to
a Psychoeducational Reevaluation, Speech and
Assistive Technology Re-evaluation and
a Clinical Evaluation. The MDT Team will
reconvene to review all ordered evaluations.
After reconvening to review findings of

0238

DCPS-8

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

_ PUBLIC      ✓ DPCS CHARTER      _ LEA CHARTER      _ NONPUBLIC      _ PRIVATE/RELIGIOUS

**RESOLUTION MEETING NOTES Cont'd.**

Meeting Confirmation Date: 1/9/06          Meeting Held: 1-25-06

Student: J____ N____          School: Aiton Elementary

evaluations then placement will be discussed.
The advocate believes Aiton cannot meet
J____ needs. The advocate believes that
this disability is incorrect.
   ①DCPS will review and revise IEP as
necessary to address appropriatness of
IEP. All necessary changes will be made.
Comp Ed. discussed and the hours will
be discussed at. The advocate was reminded
that a courier picked up the entire
confidential folder with the tracking
forms included. Aiton will send the
balance of their encounter tracking forms
to Ms. Pressley on by 2/8/06.
   Attorneys fees are not managed by
the local school therefore we defer Ms.
Pressley to General Counsel and or other
authoritative branch that can attend to
that issue.

0239

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

___PUBLIC    ___DPCS CHARTER    ___LEA CHARTER    ___NONPUBLIC    ___PRIVATE/RELIGIOUS

**RESOLUTION MEETING NOTES Cont'd.**

Meeting Confirmation Date: 1/9/06          Meeting Held: 1/25/06

Student: J_____ N_____          School: Aiton Elem.

After the psychoeducational
evaluation has been administered
an O.T. eval. will be
administered if warranted.
    This meeting was in conjunction with
the DCPS and IDEIA 04 unfortunately ;
[standard policy]
although the evaluations were offered
advocate stated placement, attorneys
fees and a request for an initial O.T.
could not be addressed today because
they want the hearing to proceed.
The parent is requesting that the
IEP remain outdated until the Reevaluations
are completed and a review of those
evaluations are done.

0240

5508 EADS ST. NE. 2/399-7734
Tempary

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, D.C.**

| MDT |

**CONSENT FOR EVALUATION - INITIAL OR REEVALUATION**
**(*CHECK ONE ONLY - INITIAL OR REEVALUATION)**

---

**I.     INITIAL EVALUATION CONSENT  ☐**

As a result of the review of the screening information at the MDT meeting on _____
it was determined in a MDT meeting that your child, _____
is in need of a full and individual evaluation to assist us in developing the most appropriate educational
program. You have been provided a copy of the "Procedural Safeguards - Parental Rights" booklet. We
would like to remind you at this time that:

* granting consent for this evaluation is a voluntary action on your part;
* this consent may be revoked at any time although the school district is required to take all
  necessary action to provide an appropriate program and may be required to initiate due
  process procedures to obtain consent; and
* by granting consent in writing, you are agreeing to the evaluation(s) in Section 111.

---

**II.     REEVALUATION  ☒**

The MDT received the following request for a reevaluation for ▆▆▆▆▆▆▆▆▆▆▆
by /for a:   ☐  parent request        ☐  teacher request        ☐  3 year reevaluation
The MDT will collect supportive documentation in the area of the disability to determine the need for
continued special education and related services. The school is required to only evaluate in those areas of
documented need or consensus of the MDT (parent is a member of team). Parents have the right to
request assessments to determine if the child continues to be a child with a disability. DCPS may
reevaluate your child, without your consent, if the school district can demonstrate that it has taken
reasonable steps to get parental consent and the parent has not responded.

* granting consent for this evaluation is a voluntary action on your part;
* this consent may be revoked at any time although the school district is required to take all
  necessary action to provide a Free Appropriate Public Education program and may be
  required to initiate due process procedures to obtain consent; and
* by granting consent in writing, you are agreeing to the evaluation(s) on the student
  evaluation plan (SEP)

---

**III.     I give permission for District of Columbia Public Schools to proceed with the evaluation(s) based on the
Student Evaluation Plan (attached ) for my child, _____

Within a reasonable period of time days after completion of the evaluation, we will hold another MDT meeting (to which
you will be invited) to determine if your child is eligible for special education and related services. The written reports of all
procedures administered will be provided to you at that meeting, along with explanations and interpretations. We will use
this information to determine an appropriate program for your child. If records are to be obtained/released as part of
this evaluation, the "Consent for Release of Records" form is completed and attached.
If you have questions or concerns at any time during the evaluation process, feel free to contact me
at _____(telephone number).

☐ INITIAL EVALUATION                    ☑ REEVALUATION            /

Parent Response Section:

☑ I agree to the proposed evaluation(s)              ☐ I do NOT agree to the proposed evaluation(s)

_____                              1-25-06
Parent/Guardian Signature                                    Date

DCPS     DIVISION OF SPECIAL EDUCATION     07-02-2001     MDT - CONSENT FOR EVALUATION     APPENDIX - A

0241
NIX-19

**SERVICE TICKET**

Encore Student ID :    20757304

| | | |
|---|---|---|
| Student : [redacted] | Student ID : 9055227 | DOB : [redacted]1995 |
| Social Security Number : [redacted] | School Code : 202 | School Name : Aiton Elementary |
| Primary Disability : | District Code : DCPS | District Name : Washington DC Public Schools |

| | | |
|---|---|---|
| Actual Provider : PETERS, DIANE | Provider ID : 98122678 | |
| Provider Type Code : 18 | District Code : DCPS | |
| Servicing School Code : 202 | | |

IEP Date Developed :    12/14/2004        IEP Service Code :    Psychological Services

## Document All Services As Instructed

| Service Date (mm/dd/yyyy) | Presenting Problem | Daily Freq | Duration | Procedure Code/Modifier | Cat/Type of Service | # Of Student | Response To Treatment | Progress Notes |
|---|---|---|---|---|---|---|---|---|
| 01/04/2006 | Disturbance of Conduct | 1 | 30 | Psycho-Social Counseling-SW- Group | School Closed - Scheduled Holiday or Administrative School Closure | 3 | | See notes below |

Additional Progress Notes :    Christmas Holiday Break.

| Service Date (mm/dd/yyyy) | Presenting Problem | Daily Freq | Duration | Procedure Code/Modifier | Cat/Type of Service | # Of Student | Response To Treatment | Progress Notes |
|---|---|---|---|---|---|---|---|---|
| 01/11/2006 | Disturbance of Conduct | 1 | 30 | Psycho-Social Counseling-SW- Group | Worked With - Student | 3 | Continue | See notes below |

Additional Progress Notes :    student is learning the meaning of being cooperative and that being more cooperative will make your life much easier and more fun.

| Service Date (mm/dd/yyyy) | Presenting Problem | Daily Freq | Duration | Procedure Code/Modifier | Cat/Type of Service | # Of Student | Response To Treatment | Progress Notes |
|---|---|---|---|---|---|---|---|---|
| 01/18/2006 | Disturbance of Conduct | 1 | 30 | Psycho-Social Counseling-SW- Group | Worked With - Student | 3 | Continue | See notes below |

Additional Progress Notes :    student is learning that when he has a cooperative attitude, people/ staff and peers are willing to help out.

| Service Date (mm/dd/yyyy) | Presenting Problem | Daily Freq | Duration | Procedure Code/Modifier | Cat/Type of Service | # Of Student | Response To Treatment | Progress Notes |
|---|---|---|---|---|---|---|---|---|
| 01/25/2006 | Disturbance of Conduct | 1 | 30 | Psycho-Social Counseling-SW- Group | Worked With - Student | 3 | Continue | See notes below |

Additional Progress Notes :    student is learning that cooperation should be displayed at home, at school, and with friends/peers, and that it is important to being helpful.

Provider Signature _[signature]_ LICSW    Credentials _____    Date Signed 01/25/06

Supervisor Signature _____    Credentials _____    Date Signed _____

0242

DCPS-10

# SERVICE TICKET

|  |  |  |
|---|---|---|
| | Encore Student ID : | 20757304 |

| | | | | | |
|---|---|---|---|---|---|
| Student : | Norris, Jamar | Student ID : | 9055227 | DOB : | ██/1995 |
| Social Security Number : | ████████ | School Code : | 202 | School Name : | Aiton Elementary |
| Primary Disability : | | District Code : | DCPS | District Name : | Washington DC Public Schools |

| | | | | |
|---|---|---|---|---|
| Actual Provider : | PETERS, DIANE | | Provider ID : | 98122678 |
| Provider Type Code : | 18 | | District Code : | DCPS |
| Servicing School Code : | 202 | | | |

IEP Date Developed : 12/14/2004     IEP Service Code: Psychological Services

## Document All Services As Instructed

| Service Date (mm/dd/yyyy) | Presenting Problem | Daily Freq | Duration | Procedure Code/Modifier | Cat/Type of Service | # Of Student | Response To Treatment | Progress Notes |
|---|---|---|---|---|---|---|---|---|
| 12/07/2005 | Disturbance of Conduct | 1 | 30 | Psycho-Social Counseling- SW- Group | Worked With - Student | 3 | Continue | See notes below |

Additional Progress Notes : student is developing the understanding that learning to cope with difficult feelings is an important part of growing up.

| Service Date (mm/dd/yyyy) | Presenting Problem | Daily Freq | Duration | Procedure Code/Modifier | Cat/Type of Service | # Of Student | Response To Treatment | Progress Notes |
|---|---|---|---|---|---|---|---|---|
| 12/14/2005 | Disturbance of Conduct | 1 | 30 | Psycho-Social Counseling- SW- Group | Worked With - Student | 3 | Continue | See notes below |

Additional Progress Notes : student is learning that expressing your feelings in a positive manner will help to get along better with peers and the staff/teacher.

| Service Date (mm/dd/yyyy) | Presenting Problem | Daily Freq | Duration | Procedure Code/Modifier | Cat/Type of Service | # Of Student | Response To Treatment | Progress Notes |
|---|---|---|---|---|---|---|---|---|
| 12/21/2005 | Disturbance of Conduct | 1 | 30 | Psycho-Social Counseling- SW- Group | Worked With - Student | 3 | Continue | See notes below |

Additional Progress Notes : student is learning that being respectful to others and their feelings is an important of getting along with people.

| Service Date (mm/dd/yyyy) | Presenting Problem | Daily Freq | Duration | Procedure Code/Modifier | Cat/Type of Service | # Of Student | Response To Treatment | Progress Notes |
|---|---|---|---|---|---|---|---|---|
| 12/28/2005 | Disturbance of Conduct | 1 | 30 | Psycho-Social Counseling- SW- Group | School Closed - Scheduled Holiday or Administrative School Closure | 3 | | See notes below |

Additional Progress Notes : Christmans Holiday Break.

Provider Signature _D. Peters, LICSW_ Credentials    Date Signed _12/28/05_

Supervisor Signature _____ Credentials    Date Signed _____

0243

SERVICE TICKET

| | | | |
|---|---|---|---|
| | Encore Student ID : | 20757304 | |

| | | | | | |
|---|---|---|---|---|---|
| Student : | N████ J█████ | Student ID : | 9055227 | DOB : | ████/1995 |
| Social Security Number : | ██████████ | School Code : | 202 | School Name : | Aiton Elementary |
| Primary Disability : | | District Code : | DCPS | District Name : | Washington DC Public Schools |

| | | | |
|---|---|---|---|
| Actual Provider : | PETERS, DIANE | Provider ID : | 98122678 |
| Provider Type Code : | 18 | District Code : | DCPS |
| Servicing School Code : | 202 | | |

IEP Date Developed : 12/14/2004        IEP Service Code:   Psychological Services

## Document All Services As Instructed

| Service Date (mm/dd/yyyy) | Presenting Problem | Daily Freq | Duration | Procedure Code/Modifier | Cat/Type of Service | # Of Student | Response To Treatment | Progress Notes |
|---|---|---|---|---|---|---|---|---|
| 11/02/2005 | Disturbance of Conduct | 1 | 30 | Psycho-Social Counseling- SW- Group | Worked With - Student | 2 | Continue | See notes below |

Additional Progress Notes :   student comes to couselling willingly and sessions will begin to help student to develop more confidence with his speaking.

| Service Date (mm/dd/yyyy) | Presenting Problem | Daily Freq | Duration | Procedure Code/Modifier | Cat/Type of Service | # Of Student | Response To Treatment | Progress Notes |
|---|---|---|---|---|---|---|---|---|
| 11/09/2005 | Disturbance of Conduct | 1 | 30 | Psycho-Social Counseling- SW- Group | Worked With - Student | 3 | Continue | See notes below |

Additional Progress Notes :   student will continue to develop more aeoprpiate coping skills when confronted with situations he does not want to participate in. participate in counselling is much improved.

| Service Date (mm/dd/yyyy) | Presenting Problem | Daily Freq | Duration | Procedure Code/Modifier | Cat/Type of Service | # Of Student | Response To Treatment | Progress Notes |
|---|---|---|---|---|---|---|---|---|
| 11/16/2005 | Disturbance of Conduct | 1 | 30 | Psycho-Social Counseling- SW- Group | Worked With - Student | 3 | Continue | See notes below |

Additional Progress Notes :   student contiues to demonstrate improvement in counselling sessions. Student will continue to develop appropriate and acceptable behaviors toward situations that he does not want to participate in.

| Service Date (mm/dd/yyyy) | Presenting Problem | Daily Freq | Duration | Procedure Code/Modifier | Cat/Type of Service | # Of Student | Response To Treatment | Progress Notes |
|---|---|---|---|---|---|---|---|---|
| 11/23/2005 | Disturbance of Conduct | 1 | 30 | Psycho-Social Counseling- SW- Group | Worked With - Student | 3 | Continue | See notes below |

Additional Progress Notes :   student will continue to increase his ability to more positively express himself as opposed to displaying acting out behaviors. participation in couselling contiues to be good.

| Service Date (mm/dd/yyyy) | Presenting Problem | Daily Freq | Duration | Procedure Code/Modifier | Cat/Type of Service | # Of Student | Response To Treatment | Progress Notes |
|---|---|---|---|---|---|---|---|---|
| 11/30/2005 | Disturbance of Conduct | 1 | 30 | Psycho-Social Counseling- SW- Group | Worked With - Student | 3 | Continue | See notes below |

Additional Progress Notes :   student will increase his understanding of dealing with difficult feelings and learning that there are many positive and creative ways to deal with difficult feelings.

Provider Signature  _D.Peters, LICSW_  Credentials      Date Signed  _11/30/05_

Supervisor Signature  _____  Credentials      Date Signed  _____

0244

**SERVICE TICKET**

| | | | | |
|---|---|---|---|---|
| | Encore Student ID : | 20757304 | | |

| | | | | | |
|---|---|---|---|---|---|
| Student : | N███ J████ | Student ID : | 9055227 | DOB : | ███1995 |
| Social Security Number : | ████████ | School Code : | 202 | School Name : | Aiton Elementary |
| Primary Disability : | | District Code : | DCPS | District Name : | Washington DC Public Schools |

| | | | | |
|---|---|---|---|---|
| Actual Provider : | PETERS, DIANE | Provider ID : | 98122678 | |
| Provider Type Code : | 18 | District Code : | DCPS | |
| Servicing School Code : | 202 | | | |

IEP Date Developed :   12/14/2004        IEP Service Code:   Psychological Services

### Document All Services As Instructed

| Service Date (mm/dd/yyyy) | Presenting Problem | Daily Freq | Duration | Procedure Code/Modifier | Cat/Type of Service | # Of Student | Response To Treatment | Progress Notes |
|---|---|---|---|---|---|---|---|---|
| 10/05/2005 | Disturbance of Conduct | 1 | 30 | Psycho-Social Counseling-SW- Group | Worked With - Student | 0 | Continue | See notes below |

Additional Progress Notes :    student participation in counselling was not good; student did not want to come and would not participate.

| Service Date (mm/dd/yyyy) | Presenting Problem | Daily Freq | Duration | Procedure Code/Modifier | Cat/Type of Service | # Of Student | Response To Treatment | Progress Notes |
|---|---|---|---|---|---|---|---|---|
| 10/12/2005 | Disturbance of Conduct | 1 | 30 | Psycho-Social Counseling-SW- Group | Worked With - Student | 2 | Continue | See notes below |

Additional Progress Notes :    student continues to exhibit oppositional behavior toward attending counseling sessions. showed some small improvement with participation.

| Service Date (mm/dd/yyyy) | Presenting Problem | Daily Freq | Duration | Procedure Code/Modifier | Cat/Type of Service | # Of Student | Response To Treatment | Progress Notes |
|---|---|---|---|---|---|---|---|---|
| 10/19/2005 | Disturbance of Conduct | 1 | 30 | Psycho-Social Counseling-SW- Group | Worked With - Student | 2 | Continue | See notes below |

Additional Progress Notes :    student exhibited more of a willingness to come as well as participate in group counselling. Due to his speech impairment he needs alot of encouragement to speak.

| Service Date (mm/dd/yyyy) | Presenting Problem | Daily Freq | Duration | Procedure Code/Modifier | Cat/Type of Service | # Of Student | Response To Treatment | Progress Notes |
|---|---|---|---|---|---|---|---|---|
| 10/26/2005 | Disturbance of Conduct | 1 | 30 | Psycho-Social Counseling-SW- Group | Worked With - Student | 2 | Continue | See notes below |

Additional Progress Notes :    student continues to demonstrate more willingness to participate in group sessions. He is no longer oppositional to attending and verbally expresses himself more.

Provider Signature   _D.Petis, LICSW_ Credentials        Date Signed   _10/84/05_

Supervisor Signature   _____ Credentials        Date Signed   _____

0245

**SERVICE TICKET**

| | | | | |
|---|---|---|---|---|
| Encore Student ID : | 20757304 | | | |

| | | | | | |
|---|---|---|---|---|---|
| Student : | Norris, Ja___ | Student ID : | 9055227 | DOB : | ____1995 |
| Social Security Number : | ____ | School Code : | 202 | School Name : | Aiton Elementary |
| Primary Disability : | | District Code : | DCPS | District Name : | Washington DC Public Schools |

| | | | |
|---|---|---|---|
| Actual Provider : | PETERS, DIANE | Provider ID : | 98122678 |
| Provider Type Code : | 18 | District Code : | DCPS |
| Servicing School Code : | 202 | | |

IEP Date Developed :  12/14/2004          IEP Service Code:  Psychological Services

### Document All Services As Instructed

| Service Date (mm/dd/yyyy) | Presenting Problem | Daily Freq | Duration | Procedure Code/Modifier | Cat/Type of Service | # Of Student | Response To Treatment | Progress Notes |
|---|---|---|---|---|---|---|---|---|
| 09/21/2005 | Disturbance of Conduct | 1 | 30 | Psycho-Social Counseling-SW- Group | Student Unavailable - School Activity | 0 | | See notes below |

Additional Progress Notes :     student participating in a science program outside of the building.

| Service Date (mm/dd/yyyy) | Presenting Problem | Daily Freq | Duration | Procedure Code/Modifier | Cat/Type of Service | # Of Student | Response To Treatment | Progress Notes |
|---|---|---|---|---|---|---|---|---|
| 09/28/2005 | Disturbance of Conduct | 1 | 30 | Psycho-Social Counseling-SW- Group | Student Unavailable - Absent for Scheduled Session | 0 | | See notes below |

Additional Progress Notes :     student is participating in a science program outside of the building.  Will begin counselling next week.

Provider Signature _____ LICSW_____  Credentials _____  Date Signed  09/28/05

Supervisor Signature _____  Credentials _____  Date Signed _____

0246

DRAFT

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, D.C.**
**INDIVIDUALIZED EDUCATIONAL PROGRAM**

DCPS - IEP  Page 1 of 4

Additional Comments: ☐

## I. IDENTIFICATION INFORMATION

Student Name: Last N████    First J████ A.    MI

Student ID 9055227    Soc. Sec. No. ████████    Age: 9    Grade 04

Gender ☒ M  ☐ F    Date of Birth ████1995    Ethnic Group B

Address 349 Parkland Place    SE    1
House No.    Street Name    Quadrant    Apartment #

☐ Non-attending    Washington    DC    20032
City    State    Zip Code

Attending School King Elementary    Home School Emery Elementary

☒ Elem. ☐ Mid/JHS ☐ SHS ☐ CWS /

Parent Ms. Kea Norris

Address of (if different from student):    ☒ Parent  ☐ Guardian  ☐ Surrogate

House No.    Street Name    Quad    Apt. No.    City    State    Zip Code
Telephone: Home (202) 563-1649    Work (240) 425-7288

### II. CURRENT INFORMATION

Date of IEP Meeting: 12/13/2004
Date of Last IEP Meeting: 11/17/2003
Date of Most Recent Eligibility Decision: 04/30/2001

Purpose of IEP Conference:
☐ Initial IEP    ☒ Review of IEP
☐ Requested Eval.  ☐ 3yr ReEval.

Indicate Level of Standardized Assessment:
Level III

ADDENDA TO BE ATTACHED AS NEEDED
Check the appropriate box(es)

| BEHAVIOR | TRANSPORTATION |
| ESY | TRANSITION |

## III. LANGUAGE

| | Language | Language Used for Evaluation | Language Used in Conference | Communication Requirements |
|---|---|---|---|---|
| Student | English | English | English | Native Language |
| Parent | English | English | English | Native Language |
| Home | English | English | English | Native Language |

To be completed by Office of Bilingual Education
English and Math Proficiency Assessment
Oral _____
Rdg./Written _____
Instrument: _____
Date: _____

## IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| SERVICES | SETTING GenEd | SpEd | Total | FREQUENCY Hr./Min | D/W/M. | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # | wks./mos. |
|---|---|---|---|---|---|---|---|---|---|
| Specialized Instruction | 0.00 | 10.00 | 10.00 | Hrs | Week | Special Education Teacher | 12/13/2004 | 10 | Months |
| Speech-Language | 0.00 | 2.00 | 2.00 | Hrs | Week | S and L Therapist | 12/13/2004 | 10 | Months |
| Psychological Services | 0.00 | 0.50 | 0.50 | Hrs | Week | School Social Worker | 12/13/2004 | 10 | Months |
| | | | 0.00 | | | | | | |
| | | | 0.00 | | | | | | |
| | | | 0.00 | | | | | | |
| | | | 0.00 | | | | | | |
| | | | 0.00 | | | | | | |
| TOTAL | 0.00 | 12.50 | 12.50 | Hours Per Week | | | | | |

## V. Disability(ies) Speech and Language Impaired

Percent of time in Specialized Instruction and Related Services
☐ 0-20%  ☒ 21-60%  ☐ 61-100%

☐ (Check if setting is general Ed.)    Percent of time NOT in a General Education Setting    39%

## VI. IEP TEAM (Participants in the development of the IEP)

Print and sign your name below.

Ms. Kea Norris
Parent

Ms. Cheryl Credle
Special Ed Teacher

Mr. Faison
General Ed Teacher

Ms. N. Cureton
LEA Representative

Dr. V. Baylor
Principal or Designee

Student

Ms. M. Chamberlain
Speech Pathologist

Ms. K. Johnson
School Social Worker

Diana Stovall
School Psychologist

*I AGREE* with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in this IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education.
Parent/Guardian Signature    Date 12/13/04

DCPS- 0247

DRAFT                                                                12/13/2004

| Student Name | ████ A.  N████ | Managing School | King Elementary | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number 9055227 | DOB ██/1995 | Attending School | King Elementary | Page 2 of 4 |

## VII. Present Educational Performance Levels in Areas Affected by the Disability

Additional Comments: ☐

**Academic Areas: (Evaluator)**

Score(s) When Available

Math Strengths: _____

Math Cal. _____ _____

Math Rea. _____ _____

Impact of disability on educational performance in general education curriculum:

See goal page: _____

Date: _____

Reading Strengths: _____

Rdg. Com _____ _____

Rdg. Basic _____ _____

Written Ex. _____ _____

Impact of disability on educational performance in general education curriculum:

See goal page: _____

Date: _____

**Communication (Speech & Language) (Evaluator)** _Maureen Chamberlain_ NSCC SD

Score(s) When Available

Strengths:

_____ presents with normal hmts voice, pragmatics, and receptive language skills

Exp. Lang. CWNL

Rec-Lang. CWNL

Artic DEV (in general)

Voice WNL

Impact of disability on educational performance in general education curriculum:

J_____ decreased articulation impacts negatively on his ability to achieve academic success.

Fluency --fair

Exp. Voc. WNL

Rec. Voc. WNL

See goal page:

Date: 4

**Motor/Health (Evaluator)** _____

Score(s) /Results When Available

Strengths:

_____ _____

_____ _____

Impact of disability on educational performance in general education curriculum:

See goal page: _____

Date: _____

**Social Emotional Behavioral Areas: (Evaluator)** _Kristina Johnson, MSW, LGSW_

Score(s) When Available

Strengths:

J_____ presents as a student who wants to please adults.

N/A

Impact of disability on educational performance in general education curriculum:

J_____ presents with behavioral issues which impact his academic performance.

See goal page: _____

Date: _____

**Cognitive/Adaptive Behavior: (Evaluator)** _____

Score(s) When Available

Strengths:

_____ _____

_____ _____

Impact of disability on educational performance in general education curriculum:

See goal page: _____

Date: _____

**Prevocational Skills: (Evaluator)** _____

Score(s) When Available

Strengths:

_____ _____

_____ _____

Impact of disability on educational performance in general education curriculum:

See goal page: _____

Date: _____

DRAFT

| Student Name J___ A.  N___ | Managing School  King Elementary | DCPS - IEP |
|---|---|---|
| Student ID Number 9055227        DOB ___ /1995 | Attending School  King Elementary | Page 3 of 4 |

| VIII. SPECIALIZED SERVICES | Additional Comments: ☐ | Goal Number: ☒ |

**Area addressed by goal:**  Academic Areas: Reading

**ANNUAL GOAL: (Including mastery criteria.)**

Student will demonstrate 6 months measurable growth in reading skills.  Al short-term goals will be mastered with at least 80% accuracy.

**Provider(s):** Special Education Teacher/Resource Room Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (Include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Student will pronounce 2nd grade Dolch List with 80% accuracy. | | Monthly |
| Student will pronounce 3rd grade Dolch List with 80% accuracy. | | Monthly |
| Student will recognize words related to warning safety, signs with 80% accuracy. | | Monthly |
| Student will use context clues tod efine words on instructional level with 80% accuracy. | | Monthly |
| Student will use descriptive words on instructional level with 80% accuracy. | | Monthly |
| Student will define objects, events with 80% accuracy. | | Monthly |

**EVALUATION PROCEDURE(S)**

☐ Portfolio  ☒ Log  ☒ Chart  ☐ Test  ☐ Documented Observation  ☐ Report  ☒ Other  nformal Assessment

0249

DRAFT

| Student Name **J___ A.    N___** | Managing School **King Elementary** | DCPS - IEP |
|---|---|---|
| Student ID Number **9055227**       DOB **___/1995** | Attending School **King Elementary** | Page 3 of 4 |

| **VIII. SPECIALIZED SERVICES** | Additional Comments: ☐ | Goal Number: **2** |

Area addressed by goal: **Academic Areas: Reading**

**ANNUAL GOAL: (including mastery criteria.)**

Student will demonstrate 6 months measurable growth in reading comprehension skills.  All short term goals will be mastered with at least 80% accuracy.

Provider(s): Special Education Teacher/Resource Room Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (Include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Student will recall the main idea from a reading selection on instructional level with 80% accuracy. | | Monthly |
| Student will recall details from a reading selection on instructional level with 80% accuracy. | | Monthly |
| Student will sequence events in a reading selection on instructional level with 80% accuracy. | | Monthly |
| Student will describe characters of a story, setting and plot on instructional level with 80% accuracy. | | Monthly |
| Student will identify topic sentence in a paragraph with 80% accuracy. | | Monthly |
| | | |

**EVALUATION PROCEDURE(S)**

☐ Portfolio  ☒ Log  ☒ Chart  ☐ Test  ☐ Documented Observation  ☐ Report  ☒ Other  Informal Assessments

DRAFT

| Student Name **Jxxx A.    Nxxx** | Managing School **King Elementary** | DCPS - IEP |
|---|---|---|
| Student ID Number 9055227    DOB **xxx**/1995 | Attending School **King Elementary** | Page 3 of 4 |

| **VIII. SPECIALIZED SERVICES** | Additional Comments: ☐ | Goal Number: **3** |
|---|---|---|

Area addressed by goal: Written Language

**ANNUAL GOAL:** (Including mastery criteria.)

Student will demonstrate 6 months measurable growth in written language skills.  All short-term goals will be mastered with at least 80% accuracy

Provider(s): Special Education Teacher/Resource Room Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Student will spell words from weekly word list on instructional level with 80% accuracy. | | Monthly |
| Student will spell initial consonant cluster sounds with 80% accuracy. | | Monthly |
| Student will apply vowel rules using the phonetic approach with 80% accuracy. | | Monthly |
| Student will write in cursive letters with 80% accuracy. | | Monthly |
| Student will write complex to more complex sentences using appropriate capitalization and punctuations with 80% accuracy. | | Monthly |
| Student will write book reports with 80% accuracy. | | Monthly |

| **EVALUATION PROCEDURE(S)** |
|---|
| ☐ Portfolio  ☒ Log  ☒ Chart  ☐ Test  ☐ Documented Observation  ☐ Report  ☒ Other  Informal Assessments |

| Student Name J_____ | ◯_____ | | Managing School Martin L King Jr. | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number 9055 227 | DOB __95 | | Attending School Martin L King Jr. | Page 3 of 4 |

| VIII. SPECIALIZED SERVICES | Additional Comments? | | Goal Number: |
|---|---|---|---|

Area addressed by goal: **Communication**

**ANNUAL GOAL:** (including mastery criteria.)

J_____ will improve the intelligibility of his connected speech to 80% accuracy through achievement of the short term objectives listed below.

Provider(s): Speech - Language Pathologist

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| J_____ will perform oral motor exercises for control and strengthening of the articulators with 90% accuracy. | | Monthly |
| J_____ will decrease use of phonological process, including final consonant deletion, syllable reduction, and cluster reduction with 80% accuracy | | monthly |
| J_____ will produce in isolation, and at the word, phrase, and sentence level target phonemes at the 80% accuracy level. | | Monthly |
| J_____ will produce sentences with controlled rate of speech at 80% accuracy level. | | monthly |
| J_____ will differentiate to error vs correct target sound productions with 90% accuracy | | monthly |
| | | |

**EVALUATION PROCEDURE(S)**

Portfolio ✓Log ✓Chart Test ✓Documented Observation Report Other _____

| Student Name | J___ N___ | Managing School | King ES | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | 9055227 | DOB __/__/95 | Attending School | King ES | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**    Additional Comments: ☐    Goal Number: ☐

Area addressed by goal: _Social / Emotional_

**ANNUAL GOAL:** (Including mastery criteria.)

J___ will improve and develop coping Skills with 80% mastery.

Provider(s): _Social Worker / Psychologist_

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| J___ will ask for help when confronted with challenging situations with 80% Mastery. | | Monthly |
| J___ will distinguish between acceptable and unacceptable expression of feelings with 80% mastery. | | Monthly |
| J___ will identify + utilize Anger management strategies within the Classroom setting with 80% mastery. | | Monthly |
| J___ will take responsibility for his actions + understand probable consequences of his actions with 80% Mastery. | | Monthly |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

☐ Portfolio  ☒ Log  ☐ Chart  ☐ Test  ☒ Documented Observation  ☐ Report  ☐ Other _____

0253

12/13/2004

| Student Name  ___ A.  N___ | Managing School  King Elementary | DCPS - IEP |
|---|---|---|
| Student ID Number 9055227        DOB ___/1995 | Attending School  King Elementary | Page 4 of 4 |

Additional Comments: ☐

**IX. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION**
**SERVICE ALTERNATIVES**

**DRAFT**

Can curricular modification, accommodation and/or supplemental aids and services be used for a LRE setting in general education?  ☐ Yes  ☒ No

Explanation for removal out of regular education classroom.

Student requires small structured environment to accommodate disabilities

**X. Supplementary Aids and Services**

| Classroom Needs (Do not name products or companies.) | SETTING GenEd | SpEd | Total | FREQUENCY Hr./ Min | D/W/M. | PROVIDER (by discipline) | BEGINNING DATE (mm/dd/yyyy) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Check and list modifications and/or accommodations for testing:  ☐ None needed

Timing/Scheduling: Extended time
Setting:  Reduced, minimalized distractions
Presentation:  Read directions/test to student, Repeated review/drill
Response:
Equipment:

**XI. STATE AND DISTRICT ASSESSMENTS:**

☐ Level I  Tested with non-disabled peers under standard conditions without accommodations.

☒ Level III  (Describe non-uniform conditions for level III) Tested under non-standard conditions with permissible accommodations

☐ Level V  Portfolio.

☐ Level II  (Describe accommodations for level II) Tested under standard conditions with special accommodations.

☐ Level IV  (Describe the alternative assessment)

**XII. Areas Requiring Specialized Instruction and Related Services:**       Modifications:

☒ Reading        ☐ Physical/Sensory      ☐ Transition          ☒ Language Arts/English
☐ Mathematics       ☐ Social Emotional      ☐ Vocational          ☐ Social Sciences
☐ Written Expression    ☐ Physical Development   ☐ Independent Living      ☐ Biological & Physical Sciences
☐ Other         ☐             ☐ Speech/Language       ☐ Fine Arts
☐ None      Apply annual goal(s), objectives and/or modifications to address barriers in each area checked above.

**XIII. PLACEMENT CONSIDERATIONS AND JUSTIFICATION**

| DESCRIBE CONSIDERATIONS | ACCEPT/REJECT REASONS | POTENTIAL HARMFUL EFFECTS |
|---|---|---|
| In General Education Classroom Setting | Rejected | Continued school failure |
| Out of General Education Classroom | Rejected | Continued school failure |
| Combination General Education and Resource Classro | Accepted | Time away from non-disabled peers in academic sett |

Modification(s)/Accommodation(s) to address the harmful effects:

DRAFT

## DOCUMENTED LEVEL OF SERVICE
Complete and attach to MDT/IEP meeting notes

| | | | | |
|---|---|---|---|---|
| School  King Elementary | | Principal  Dr. Valoria Baylor | Special Education Coordinator  Ms. Cheryl Credle | |
| | | | Assistant Director  Frankie Small | |
| Date  12/13/2004  Case Manager  Ms. Cheryl Credle | | | | |
| Student  J___ A.  N___ | DOB  ___1995  Age  9  Grade  04  ID#  9055227 | | SSN# ___ | |
| Parent  Ms. Kea Norris | Telephone (H) (202) 563-1649 | | (W) (240) 425-7288 | |
| Address: 349  Parkland Place | SE  1  Washington | | DC  20032 | |
| Street #  Street | Quad  Apt. No.  City | | State  Zip Code | |

REFERRAL SOURCE: (Check) ☐ 120 Day  ☐ Reeval.  ☐ HOD  ☐ SA  ☐ MA  ☒ Annual

☐ Nonpublic  ☐ Residential  ☐ Citywide  ☐ Courts  ☒ Local School  ☐ Other:

Previous least restrictive environment (LRE Setting):  Combination general education and resource classroom

---

## JUSTIFICATION FOR SETTING CONSIDERATION
### (Submit TAT/MDT Documentation)
SUPPORTIVE DATA/DOCUMENTATION

| 2. ACCOMMODATIONS/ MODIFICATIONS | 3. DATA REQUIREMENTS | | | | |
|---|---|---|---|---|---|
| Extended time, Reduced, minimalized distractions, Repeated review/drill | Current IEP | Yes ☒ | No ☐ | | |
| | Signatures of required participants (MDT  notes) | Yes ☒ | | | |
| | Intervention Behavior Plan | Yes ☐ | | | |
| | Copies of current class work and homework assignments: | Yes ☒ | | | |
| | Medical Reports: | Yes ☐ | No ☐ | | |
| | Clinical Reports: | Yes ☐ | No ☐ | | |
| | Psychiatric Reports | Yes ☐ | No ☐ | | |
| | Medications: | Yes ☐ | No ☒ | | |
| | Attendance Record | Yes ☒ | | | |
| | Copies of most recent evaluation(s) | Yes ☒ | | | |

| 4. Results of all interventions: (TAT, MDT, etc. and attach meeting notes.) | 5. Resources needed for program implementation |
|---|---|
| Annual IEP  12/13/2004 | None |

---

### 6. CURRENT SETTING CONSIDERATIONS

| ROW | SETTING in neighborhood school (Determined through the IEP team.) | SERVICE PROVIDER (Based on documented need) | LEVEL OF SERVICE (Based on documented need) |
|---|---|---|---|
| 1 | ☐ in general education classroom setting | ☐ general educators with consultation from special education staff | ☐ between 0% and 20% of service time |
| 2 | ☒ combination general education and resource classroom | ☒ combination of general educators, special educators and related service providers | ☒ between 21 % and 60% of service time |
| 3 | ☐ *out of general education classroom | ☐ special educators and related service providers | ☐ between 61 % and 100% of service time |

*In providing or arranging for the provision of nonacademic and extracurricular service and activities, including meals, recess period, and the services and activities, each public agency shall ensure that each child with a disability participates with non-disabled children in those services and activities (300.306) to the maximum extent appropriate to the needs of that child. (300.553) Nonacademic settings.

Check the level of need as indicated:
### DIRECTIONS:

| If two or three boxes are checked in the Row 1, check LOW. If two or three boxes are checked in the Row 2, check MODERATE. If two or three boxes are checked in the Row 3, check HIGH. | If one box is checked in each row, check either MODERATE or HIGH, depending on the need of the student. |
|---|---|

| 7. LEVEL OF NEED | | |
|---|---|---|
| ☐ LOW | ☒ MODERATE | ☐ HIGH |

07-02-2001                                    Attention: Technical Support Supervisor, Compliance Team

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

DRAFT

INDIVIDUALIZED EDUCATION PROGRAM
(IEP)
MEETING NOTES

STUDENT J___ A.    N_____        SCHOOL King Elementary        DATE: 12/13/2004

| PARTICIPANTS: | PARTICIPANTS: (Sign Name) | DISCIPLINE |
|---|---|---|
| Ms. Kea Norris | | Parent |
| Ms. Cheryl Credle | | Special Ed Teacher |
| Mr. Faison | | General Ed Teacher |
| Ms. N. Cureton | | LEA Representative |
| Dr. V. Baylor | | Principal or Designee |
| | | Student |
| Ms. M. Chamberlain | | Speech Pathologist |
| Ms. K. Johnson | | School Social Worker |
| Diana Stovall | Diana Stovall | School Psychologist |

Purpose of meeting was stated Annual IEP review. Parent Right's Manual presented and receipt recieved. All introductions were made. Parents questions and concerns were addressed. Parent provided school with written request to conduct meeting without advocat due to difficult time scheduling meeting. Parent stated she is concerned as to whether he is receiving psychological counseling services. Ms. Johnson School Social Worker informed mother that he is receiving services. Parent also stated that J___ is not progressing academically. He is on the same level as last year.
Mr. Faison, J___ 4th grade gen. ed. teacher stated that he is performing at approx. 54% on reading theme tests which are below basic. In math its a little better. Teacher and parent stated that student does not complete or do homework. He also stated that he no longer receives behavior checklist. Teacher and mother agreed to communicate through a homework folder on daily basis.
Specialized Instructions were added to IEP academically in the areas of reading and written language. Student will receive 10 hrs/wk. Speech language services were increased to 2hrs. / wk from 1.5/hrs/wk. Goal were reviewed with parent and accepted.

0256

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE: _____    **MULTIDISCIPLINARY TEAM (MDT)**    Page: ____ of ___
**CONTINUATION MEETING NOTES**
MEETING TYPE: _____

STUDENT: J▮▮▮ N▮▮▮    SCHOOL: Martin L King Jr    DATE: 12/03/200?
Elementary

J▮▮▮ is a friendly youngster who is working
with good effort on speech therapy activities.
J▮▮▮ has shown progress toward achieving
his goals and short term objectives, but
has not reached the criterion established for
him. J▮▮▮ has reached criterion for oral
motor movement and control objective. He
needs to ~~in~~ continue with speech therapy
and it is recommended that J▮▮▮
speech therapy services be increased from
the current 1.5 hours per week to 2 hours
~~18 minutes~~ per week.

0257

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE: _____        **MULTIDISCIPLINARY TEAM (MDT)**        Page: ____ of ___
                                     **CONTINUATION MEETING NOTES**
                                     MEETING TYPE: _____

STUDENT: ___J____ N____        SCHOOL: _King ES_____        DATE: _12/13/04_

J____ did experience some difficulty this year in terms of coming to Counseling. However, that problem has been resolved. the teacher, J____ and I agreed that he will come to see me at 10:40 independently, unless it becomes a problem. He has been working on anger management skills in which he can Utilize in the Classroom Setting. J____ enjoys coming to Counseling, He participates and interacts with his peers during the sessions, We will Continue working on his coping skills, Self-esteem, + Anger management skills, _____

K. Johnson

0258

DRAFT

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**SPECIAL EDUCATION**

MULTIDISCIPLINARY TEAM (MDT)

**Prior to Action Notice**

Check Purpose:
- [ ] Initial Evaluation
- [ ] Initial Placement
- [X] Reevaluation
  - [ ] Change in Category Extt
  - [ ] Related Service Add
  - [ ] Related Service
  - [ ] Change in Placement
  - [X] Annual
  - [ ] Other

Date _____ 12/13/2004 _____

Student __ J____ A. ____ N____ ____ DOB ____/1995

School ___ King Elementary ___

Current Disability Category ___ SLI ___

Setting ___ Combination general education and resource classro ___

Dear ___ Ms. Kea Norris ___

State and federal laws regarding students with disabilities require school systems to notify and inform parents of certain changes being made to their children's education program.
Therefore, you are being notified of the following proposed changes:
- [X] Proposes to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
- [ ] Refuses to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
- [ ] Other ____

**A multidisciplinary team (MDT), of which you were an invited member, has made the following decisions about your child: (check all that apply)**

- [ ] Your child is not eligible for special education service(s).
- [X] Your child is eligible or continues to be eligible to receive special education services as a student with _SLI_
- [X] Your child will begin receiving __Speech-Language, Psychological Services__ as a related service(s).
- [ ] Your child will no longer receive _____ as a related service(s).
- [ ] Your child's category of disability is being changed from _____ to _____
- [ ] Your child's alternative placement on continuum (next setting) is being changed,
      from _____ to _____
- [ ] Your child is no longer eligible and will be exited from the special education program.
- [ ] Other: _____

Location of Services __ King Elementary __

**Description and Explanation of agency action proposed or refused.**

MDT considered in general educ. classroom and out of gen. ed. classroom both LRE were rejected. Accepted combination gen. ed./ related services as LRE

**Description of Other Options Considered and reasons for rejection of each option**

Specific scheduling for related services required to accomodate student's disability

Other relevant factors to the decision- __None__

MDT Members:
- [X] Principal or Designee
- [X] Parent
- [ ] Student
- [X] Social Worker
- [X] General Education Teacher
- [X] Special Education Teacher
- [X] Speech and Language
- [X] *LEA & Interpreter (*may be one)
- [ ] Psychologist
- [ ] Other: _____

Parents may bring individuals to participate in the MDT meeting. These participants should have knowledge or special expertise regarding the child. The following individuals invited by parent: _____

Any questions you may have concerning your child's program may be directed to the principal.
You are protected under the Procedural Safeguards for parents, which are enclosed for your information.
If I can be of assistance to you, or have questions regarding the Procedural Safeguards,
please contact Ms. Cheryl Credle _____ at _(202) 645-3440_ (school telephone number).

See attachments for - EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED

MDT Prior to Action Notice
07-02-2001

0259

DCPS-12

DISTRICT OF COLUMBIA PUBLIC SCHOOLS                    12/13/2004
SPECIAL EDUCATION
MULTIDISCIPLINARY TEAM
(MDT)

Student _J████ A.____   N██████_____   DOB ███1995 Age _9_ Grade _04_ ID _9055227_

☐ **Kinetic Family Drawing** - a projective drawing technique measuring one's perception of her family and her role within the family.
   Date of Report _____

☐ **Rorschach Psychodiagnostic Test** - a projective measure in which one's responses to inkblots reveal personality structure, ego strengths and reality
   testing in ages 3 and older. Date of Report _____

☐ **Goodenough-Harris Drawing Test** - a projective drawing procedure measuring intellectual perceptual-motor maturity and personality through the
   use of drawings of self and a member of the opposite sex in ages 3 to 15.11 years. Date of Report _____

☐ **Conner's Parent and Teacher Rating Scales** - a paper-and-pencil instrument measuring problem behaviors of children and adolescents as reported
   by the child's teacher, parents, or alternate care-giver. Date of Report _____

☐ **The Vineland Adaptive Behavior Scales** - assesses adaptive and social competency skills. Date of Report _____

☐ **Test of Language Development Primary - Revised (TOLD-P)** - measures primary language proficiency and specific strengths and weaknesses in
   language skills. Date of Report _____

☐ **Kaufman Assessment Battery for Children** - assesses the ability to solve problems using simultaneous and sequential metal processes in four global
   areas : Sequential Processing, Simultaneous Processing, Mental Processing, and Achievement. Date of Report _____

☐ **Preschool Language Scale** - measures auditory comprehension and verbal ability skills. Date of Report _____

☐ **Oral Peripheral Speech Examination** - a procedure to determine whether the examinee can appropriately use the lips, tongue, mouth, etc.
   Date of Report _____

☐ **Clinical Evaluation of Language Fundamentals - III** - assesses the child's language functioning including processing and production.
   Date of Report _____

☐ **Expressive One Word Picture Vocabulary Test** - assesses the child's single word expressive vocabulary. Date of Report _____

☐ **Receptive One Word Picture Vocabulary Test** assesses the child's single word receptive vocabulary. Date of Report _____

☐ **Goldman-Fristoe Test of Articulation** - assesses the production of consonants in simple and complex contexts. Date of Report _____

☐ **Peabody Picture Vocabulary Test-Revised** - individually administered, multiple choice test measuring nonverbal, receptive vocabulary.
   Date of Report _____

☐ **Fisher-Logemann Test of Articulation Competence** - assesses articulation proficiency with single sounds, consonant blends, and vowel production.
   Date of Report _____

☒ **Classroom Observation** - assesses present functioning of the student within the classroom environment.

## Free or Low Cost Legal Services

Neighborhood Legal Services
701 4th Street, N.E.
Washington, D.C. 20001
202-682-2700 (NW)
202-682-2732 (NE)
Fax 202-682-0588

Neighborhood Legal Services
1213 Good Hope Road, S.E.
Washington, D.C. 20020
202-678-2000
Fax 202-889-3374

University Legal Services
300 I Street, N.E.
Washington, D.C. 20002
202-547-0198
Fax 202-547-2662

The Children's Law Center Inc.
1050 Connecticut Avenue, N.W.
Suite 1200 Washington Square
Washington, D.C. 20036-5317
202-467-4900
Fax 202-467-4949

National Coalition for Students with Disabilities
10560 Main Street, Suite 417
Fairfax, VA 22030
703-267-6588
(fax) 703-267-6992

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**SPECIAL EDUCATION**
**MULTIDISCIPLINARY TEAM**
**(MDT)**

12/13/2004

Student _____ A. _____ Nesmith _____ DOB ___199_ Age _9_ Grade _04_ ID ___9055227___

You have the right to challenge the recommendations by requesting Mediation or a Due Process Hearing before an impartial hearing officer. To initiate a mediation or hearing, you will need to complete a REQUEST FOR MEDIATION or DUE PROCESS HEARING form and mail it to the address listed below:

**Student Hearing Office**
D.C. Public Schools
825 North Capitol Street, N.E. 8th floor
202-442-5432

You have the right to be represented at the hearing by legal counsel.
A copy of Parent's Procedural Safeguards handbook is provided.
A list of free or low cost legal service, for which you may qualify depending on your income, is included.
If you would like an additional copy, please contact the principal.

**EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED**

☐ **Wechsler Intelligence Scale for Children-III (WISC III)** - commonly employed individually administered test designed to measure the intelligence of individuals aged 6 1/2 to 16 1/2 years. Date of Report _____

☐ **Wechsler Preschool and Primary Scale of Intelligence-Revised (WPPSI-R)** - measures specific mental abilities and processes in ages 4 1/2 to 6 1/2 years. Date of Report _____

☐ **Wechsler Adult Intelligence Scale-III (WIAS III)** - an individually administered test designed to measure the intelligence of individuals ages 16 and over. Date of Report _____

☐ **Bayley Scales of Infant Development-II** - an individually administered instrument that measures motor, mental and social development in infants and children from 1 month to 42 months of age. Date of Report _____

☐ **Wechsler Individual Achievement Test (WIAT)** - a commonly used individually administered instrument designed to assess the educational achievement of children and adolescents in areas of basic reading, mathematics reasoning, spelling, reading comprehension, numerical operations, listening comprehension, oral expression, and written expression. Date of Report _____

☐ **Peabody Individual Achievement Test-Revised (PIAT-R)** - an individually administered test measuring achievement in areas of general information, reading recognition, reading comprehension, spelling, written expression, and mathematics. Date of Report _____

☐ **Kaufman Test of Educational Achievement (KTEA)** - an individually administered instrument measuring achievement skills in reading, decoding, mathematics applications, spelling, reading comprehension, and mathematics computation. Date of Report _____

☐ **Woodcock-Johnson Psycho-Educational Battery** - a diagnostic and evaluation instrument composed of twenty-seven tests divided into three major parts: tests of cognitive ability, tests of achievement, and tests of interests. Date of Report _____

☐ **Bender Visual Motor Gestalt Test** - measures perceptual motor skills to determine visual-motor gestalt functioning and neurological soft-signs in ages 4 to 12 years using the Koppitz Scoring System. Date of Report _____

☐ **Developmental Test of Visual Motor Integration (VMI)** - assesses visual perception and motor coordination in ages 3 years and up using a more structured booklet format. Date of Report _____

☐ **Children's Apperception Test** - a projective story-telling technique for personality evaluation in ages 5 to 10 years. Date of Report _____

☐ **Thematic Apperception Test** - a projective story-telling technique for personality evaluation in older children and adolescents. Date of Report _____

☐ **House-Tree-Person** - a projective drawing technique providing insight into personality structure, physical concerns, and social-emotional adjustment in children and adolescents. Date of Report _____

# Psychoeducational Evaluation
## District of Columbia Public Schools
### Special Education
### Confidential Report

NAME: J████ N████                    REPORT DATE: 06/23/03
AGE: 7 years 7 months                EXAMINER: Diana Stovall
DATE OF BIRTH: ████/95               TITLE: School Psychologist
GENDER: Male                         LIC/CERT: DCPS
GRADE: Second
TEST SITE: King
SCHOOL: Martin Luther King Elementary School

**Test Administered:** WIAT (06/19/03)   TONI - 3 (11/02)   Record Review
                       VMI (06/19/03)    Parent Interview

### SCORES SUMMARY

| WIAT COMPOSITE | SCORE |
|---|---|
| Reading | 77 |
| Mathematics | 102 |

| TONI-3 | |
|---|---|
| TONI-3 Quotient | 121 |

### Reason for Referral

J████ was referred for a psychoeducational evaluation to determine his level of functioning. He is currently in the second grade at Martin Luther King Elementary School. J████ is receiving speech and language services. He has been diagnosed with apraxia. A communication assistive device was recommended for classroom and home use.

### Observation

J████ presented as a handsome young student who was appropriately dressed and groomed for school and who appeared to be of average height and weight for his age. Rapport was easily established. Although, he remained somewhat cooperative and mannerly throughout the testing procedure, frustration was always a problem for him. He avoided talking, at one point, he wrote his answers for the Mathematics Reasoning subtest instead of verbally responding. The speech pathologist was ask to sit in during the reading subtest to help interpert his

responses. J░░░ appeared extremely frustrated when he had to respond orally. The reading subtest might not be a true representation of his ability. He was not fully cooperative during the reading subtest and he appeared agitated that he had to talk.

## Parent Interview

J░░░ is the third child of Kea Norris. He has a 9 year old brother and two sisters 11 and 4 years old. According to Ms. Norris, her pregnancy was full term with no complication. J░░░ medical history was remarkable for gastric problems. He has never been hospitalized and the only trauma was the death of his grandmother. Developmental milestones were on target. He walked at 11 months and talked at 1 year old. Ms. Norris noted that J░░░ did not receive services for speech until he was in kindergarten.
Ms. Norris wants her son tested to determine his level of functioning. She stated that it is difficult for her because she can't communicate with him.

## Cognitive Results

J░░░ was given the Test of Nonverbal Intelligence - 3rd Edition (TONI-3) to assess his cognitive potential. The TONI-3 is a language free measure of abstract/figural problem solving. It can be used with subjects from 6 years old, through 89 years old. The TONI-3 measures a specific component of intelligent behavior by testing an individual's ability to solve problems without overtly using language. The directions, content, and responses of the test are all language free, which makes the TONI-3 an ideal test for those who have lingustic difficulties. J░░░ earned a TONI-3 Quotient of 121 placing him in the superior range of cognitive functioning and an age equivalent of 10 years, 3 months.

## Perceptual

J░░░ was given the Developmental Test of Visual-Motor Integration to assess her perceptual skills. She achieved a maturity level of 7 years, 0 months. His skills were age appropriate.

## Academic Results

On 06/19/03, J░░░ completed the Wechsler Individual Achievement Test (WIAT) which assesses his current level of functioning in specific academic areas.

## Reading

J░░░ achieved a grade equivalent of K.6 on the Basic Reading subtest. He could recognize beginning and ending sounds and he could point to the correct word that represented a picture clue. When J░░░ had to respond verbally, he refused to participate. His true reading potential is unclear.

0263

**Mathematics**

In overall mathematics skills J███ performed in the average range, as indicated by his Mathematics Composite standard score (102). His achievement in this area is better than that of approximately 55% of students his age. J████ performance on tasks that required him to add, subtract, multiply and divide (Numerical Operations standard score = 95) is comparable to his performance on tasks that required him to understand number and consumer math concepts, geometric measurement, basic graph usage, and single-step and multistep word problems (Mathematics Reasoning standard score = 106).

On the calculation subtest, J███ could add a column of three digits, and subtract single digits. He was unable to regroup. The reasoning subtest was his overall strength. He could solve one step addition and subtraction problems, tell time on the hour and the quarter hour, and solve problems requiring the knowledge of money.

**Writing**

On tasks that required him to correctly spell verbally presented words J████ performed in the low average range. He achieved a Spelling standard score of 85. His skills in this area exceed those of only approximately 16% of students his age.

**Strengths and Weaknesses**

J███ achieved his best performance on Mathematics Reasoning (standard score = 106), and lowest score on Reading Comprehension (standard score = 76). His performance across these areas differs significantly, suggesting that these are the areas of most pronounced strength and weakness, respectively, in J█████ subtest profile. He performed in the average range on Mathematics Reasoning and below average range on Reading Comprehension, compared to other children his age.

**Summary**

J███ is a 7-year-old child who completed the WIAT, VMI and TONI-3. J████ overall achievement was in the low average range as measured by the WIAT Screener score. His cognitive skills on the TONI-3 fell within the superior range. J███ has been diagnosed with apraxia. He presents with severe articulation difficulties that is impacting on his academic progress. A communication assistive device has been recommended by the speech and language pathologist.

The following recommendations have been made to enhance J█████ academic progress.

**Recommendations**

1. Retesting is recommended after J█████ has mastered the assistive communication device to determine his true level of functioning.

2. Psychological counseling to assist J█████ in developing coping skills to deal with his disability.

3. Involvement in some type of extracurricula activity that will foster self-esteem and discipline.

This report is valid only if signed by a qualified professional:

*Diana Stovall*

Diana Stovall
School Psychologist
DCPS

J‑‑‑ N‑‑‑    )    06/23/03    )    5

SUMMARY OF WIAT SUBTEST, COMPOSITE, AND TOTAL SCORES

|  | RAW | STD | 90% CONF INTERVAL | PR | NCE | S9 | AGE EQU | GRADE EQU |
|---|---|---|---|---|---|---|---|---|
| **SUBTESTS*** | | | | | | | | |
| Basic Reading | 8 | 84 | 78- 90 | 14 | 28 | 3 | 6:3 | K:6 |
| Math Reasoning | 20 | 106 | 98-114 | 66 | 58 | 6 | 8:0 | 2:5 |
| Spelling | 11 | 85 | 78- 92 | 16 | 29 | 3 | 6:9 | 1:4 |
| Reading Comprehen. | 0 | 76 | 69- 83 | 5 | 16 | 2 | 6:6 | 1:0 |
| Numerical Operations | 11 | 95 | 85-105 | 37 | 43 | 4 | 7:3 | 1:9 |
| **COMPOSITES*** | | | | | | | | |
| Reading | 8 | 77 | 73- 81 | 6 | 18 | 2 | 6:6 | 1:1 |
| Mathematics | 31 | 102 | 95-109 | 55 | 53 | 5 | 7:6 | 2:5 |
| Screener | 39 | 88 | 84- 92 | 21 | 33 | 3 | 6:9 | 1:5 |

* WIAT age-based normative information was used in the calculation of subtest and composite scores.

TONI -3
TONI-3 IQ Quotient  121

VMI
7 years, 0 months

HSC  lab Dept              202 ' 6108          p.3

N████, J████              - 1 -

## THE HOSPITAL FOR SICK CHILDREN
1731 Bunker Hill Road, N.E. Washington, D.C. 20017
(202) 832-4400

### ASSISTIVE TECHNOLOGY TEAM
### EVALUATION AND RECOMMENDATIONS

**NAME OF CLIENT:**    J████ N██████
**DATE OF BIRTH:**    ████95
**DATE OF EVALUATION:**    10/22/03
**EVALUATORS:**    Jennifer Bilyew, MS, CCC-SLP, ATP
    Elaine Schwartz, MS, OTR/L, ATP

## I. BACKGROUND/ REASON FOR REFFERAL

J████ is an almost 8-year-old male with Verbal Apraxia. He was referred for an Assistive Technology evaluation by the District of Columbia Public School System. According to his records, there was a court order (dated 5/9/03) to perform an AT assessment for an "output device" to help with his speech and communication. His speech therapist, Jennifer Williams, was interviewed prior to the assessment. She noted that J████ receives weekly speech therapy to address his apraxia. She has provided him with a communication notebook to assist with communication in his classroom. Overall, J████ speaks quite frequently with appropriate intonation but is highly unintelligible.

He is attending M.L. King Elementary School in a regular classroom. His resource teacher, Cheryl Credle, was contacted before the assessment for more information. She noted that J████ was very unintelligible and that his behavior had become a problem because of his inability to communicate his thoughts and feelings (e.g., he was frustrated and would act out in school). This team attempted to contact his family but no calls were returned. The specific area that was requested to be addressed centered on communication and finding a communication device/voice-output device that would allow his to communicate successfully.

## II. ASSESSMENT RESULTS/CURRENT STATUS

### 1. SENSORY STATUS

J████ presented with functional visual skills. He did not appear to have any visual perceptual deficits. J████ also presented with functional hearing throughout the assessment. He followed all verbal commands appropriately.

### 2. UPPER EXTREMITY ASSESSMENT

J████ presented with normal upper and lower extremity tone. He presented with full active and passive range of motion. J████ is right-hand dominant. He demonstrated an age appropriate tripod grasp and adequate wrist extension during writing. Classroom observation revealed that J████ was able to stay well within the lines in a coloring project. Overall, J████ demonstrated no observable fine motor skill delays making him a perfect candidate to access an AAC device through direct access (using his hands to touch icons directly).

HSC    lab Dept                    202 (   ; 6108            p.4

N███ J█████                          - 2 -

## 3. COMMUNICATION

J██████ communication status was documented via review of records, interview, and informal observations. According to his records, J████ underwent a formal speech-language evaluation with at the University of Maryland Speech and Hearing clinic on February 16, 2002. This assessment revealed that J████ had Verbal Apraxia. According to the testing, his receptive language skills were within normal limits. He presented with highly unintelligible speech and an expressive language impairment. It was documented in this assessment that J████ would benefit from augmentative communication strategies and a voice output system. Specifically, the DynaMyte was recommended. He returned to the University of Maryland in June and July 2002 to attend a speech summer camp.

During classroom observation, J████ was noted to follow multiple step and complex directions. He was noted to interact and speak with his peers with appropriate intonation. He was extremely unintelligible and multiple communication breakdowns were observed. He did not seem to have active strategies for communication repair (e.g., use gestures, written cues, communication book). When his peers did not understand them, he usually smiled and nodded as they walked away. His speech therapist had made him a communication book to use when he has communication difficulties but it was not used during this observation. She had noted that he does not regularly use this book.

## III. TECHNOLOGY-BASED INTERVENTIONS

During the assessment, J████ was introduced to voice output with the Springboard by Prentke Romich Company (PRC).

### 1) Augmentative and Alternative Communication (AAC)

To pinpoint all of the features that would benefit Jamar in terms of AAC, he was evaluated using the SpringBoard by PRC. In terms of communication abilities, the SpringBoard has Unity communication software from the PRC. J████ demonstrated excellence immediately in answering questions using a variety of communication boards. He was able to demonstrate understanding of colored picture symbols with 32 choices on one page. He was able to link together multiple picture symbols to formulate unique sentences (e.g., he created a sentences saying the following "I like to eat burritos, tacos, and pizza."). He was able to move between boards on the dynamic screen. He needed minimal cues to navigate and comment. He readily recognized a large portion of picture symbols without training. He understood the literal meaning of a picture symbol (e.g., apple) and also what that symbol may represent (e.g., apple represents the idea "eat").

- *Feature/Skills Match:* J████ would require a device that has the following features: direct select input method, Unity language system, colored picture symbols. and a dynamic screen. It must be portable and durable. The device that best matches his skills is the Vantage by PRC.

## IV.    OVERALL IMPRESSIONS

J████ was assessed by the HSC AT team in his classroom and in a quiet room at his school. Our goal was to determine if J████ demonstrated readiness for the use of AT devices and intervention to help his meet his overall learning potential. During the session it was determined that J████ could benefit from use of an AAC device for his communication needs.

0268

HSC     hab Dept                    202 ' i 6108              P.5

N███ J███                          - 3 -

The Springboard device, which was trialed during the assessment, was determined to be limited in its language capability. Thus, the Vantage by PRC was chosen as the best AAC device to meet J████ specific needs because of its unique language software called Unity. This program gives access to core vocabulary with the fewest keystrokes. Unity users are able to access language with high speeds without relying on extensive memory. Because the user is using fewer keystrokes, it also decreases physical fatigue (e.g., it allows the user to press fewer buttons to put together longer phrases). The Unity program begins with a few hundred words (for first-time communicators) and can expand to over 4,000 words. It enables the user to learn and use independent communication techniques. It does not rely heavily on knowing site words so that J███ can communicate in full sentences now (not when he has learned all of his site words). A DynaMyte had been recommended in the past and this was taken into consideration during this assessment. When it came down to comparing both devices the DynaMyte did no have a comparable language system. J███ would have to rely on preprogrammed phrases and his site word vocabulary to build independent sentences. It was determined that the Vantage would be the best-suited device for him today as well as in the future. See attached information on accessories and prices.

## V. RECOMMENDATIONS/PLAN:

- *The Vantage* from PRC should be purchased for J███ to use as his primary from of communication. See attached information regarding prices, accessories, and ordering.
- *Training* on the Vantage is recommended (for at least 3 months) for J███ his family and school. The school training should be done with his primary teacher and speech-language pathologist. One staff person should be chosen to take the lead in responsibility for the device (programming, problem solving, teaching). Training can be provided by HSC's AT team, as well as Chip Clark from Assistive Technology Works, and other area resources may be requested to ensure that the device is learned by all interested parties and used effectively throughout J███ day.

## VI. GOALS for TRAINING:

1. J███ will demonstrate the ability to use the One Touch Unity software to create sentences independently in 80% of trials.
2. J███ will demonstrate the ability to navigate through activity pages, alphabet boards, and the Unity pages with minimum cues in 4/4 trials.
3. J███ will demonstrate the ability to accurately describe, request, and comment using the Vantage with 80% accuracy.
4. J███ will demonstrate the ability to ask appropriate questions with 80% accuracy.
5. J███ will recognize picture symbols without cues in 90% of trials.
6. Caregivers will demonstrate the basic operations of the device (on/off, charging, changing pages, toolbox etc.) without support in all trials.
7. Caregivers will demonstrate how to program new pages onto the Vantage.
8. Caregivers will demonstrate the ability to navigate through activity pages, alphabet boards, and the Unity pages with minimum cues in all trials.
9. Caregivers will demonstrate the ability to create sentences independently.

N━━━, J━━━                              - 4 -

Should you have any questions or concerns regarding this report, please contact either one of us at the Hospital for Sick Children (202) 832-4400 (x1248).

Jennifer Bi✓ew, MS, CCC-SLP, ATP                    Date
Speech and Language Pathologist
Assistive Technology Practitioner

Elaine Schwartz, MS, OTR/L, ATP                     11/4/03
Occupational Therapist                              Date
Assistive Technology Practitioner

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**DIVISION OF SPECIAL EDUCATION**
**SPEECH AND LANGUAGE SERVICES**

## SPEECH AND LANGUAGE EVALUATION REPORT

| | | | |
|---|---|---|---|
| **Student:** | J█████ N██████ | **School:** | Martin Luther King ES |
| **DOB:** | ███/95 | **Examiner:** | Charron M. Mitchell, MA CCC-SLP |
| **DOE:** | 02/27/04 | **Student ID:** | 9055227 |
| **CA:** | 8 years, 3months | **Date of Report:** | 03/05/04 |

**Reason for Referral/Background Information:**

J████ was referred for this speech and language re-evaluation to determine if there continues to be evidence of an oral communication disorder that impacts his educational performance. J████ is an 8 year, 3 month old male student currently enrolled in the third grade at Martin Luther King ES. J████ parents and teachers have expressed continued concerns regarding J█████ speech intelligibility in connected speech. An October 2003 Assistive Technology Team Evaluation from the Hospital for Sick Children recommended an assistive technology device for use as his primary form of communication as his connected speech is severely unintelligible, particularly with unfamiliar listeners. J████ reported to this examiner that he feels that his friends, family and teacher understands what he says. Recent concerns have centered around J█████ behavior, as he has been described as non-compliant, disruptive, and disrespectful to both teachers and peers. J████ reported to this examiner that he does not like school, and feels that school is "boring".

**Behavioral Observations:**

J████ presented as a .  He did not separate from his classroom willingly, and accompanied the examiner to the testing room only when threatened that his parents would be called if he didn't comply. He did not willingly participate in either structured or unstructured tasks. He did not appear to listen attentively as demonstrated by his body language (e.g. facing the wall); however it was clear that he heard the information presented as evidenced by his appropriate answers to test questions.  His physical activity level throughout the testing session was generally appropriate. J█████ response rate was also generally appropriate, yet purposefully labored.  Overall observation noted careful consideration of choices.  J████ then gave his opinion on the best possible answer for each item.  Frustration was evidenced during the testing session, and did not appear to be caused by challenging or difficult questions, but because J████ did not want to complete them.

## EVALUATION AND ANALYSIS

Formal and informal measures were used to assess J█████ speech and language skills.  Articulation errors obscured many of J█████ responses.  Therefore, test scores may not reflect his maximum abilities, particularly with regards to expressive language.

**TESTS ADMINISTERED:**

Expressive One Word Picture Vocabulary Test
Receptive One Word Picture Vocabulary Test
Clinical Evaluation of Language Fundamentals - Fourth Edition
Screening Test for Developmental Apraxia of Speech - Second Edition
Informal Observations of Fluency, Hearing, Voice, and Pragmatics

| Evaluation Instruments | Standard Score | Percentile |
|---|---|---|
| **Clinical Evaluation of Language Fundamentals - Fourth Edition** | | |
| Subtests:  Concepts and Following Directions* | 10 | |
| Word Structure* | 6 | |
| Recalling Sentences* | 11 | |
| Formulated Sentences* | 7 | |
| *Subtest Scores are reported as scaled scores-range of average performance=7-13, mean of 10 | | |
| **CORE LANGUAGE STANDARD SCORE** | 91 | 27 |
| **Expressive One-Word Picture Vocabulary Test** | 83 | 13 |
| **Receptive One-Word Picture Vocabulary Test** | 86 | 18 |

NCPS-14

| Screening Test for Developmental Apraxia of Speech - 2nd Edition | Very likely present | Very likely present |
|---|---|---|

## LANGUAGE:

The *Clinical Evaluation of Language Fundamentals, Fourth Edition* (CELF-4) is designed to identify receptive and expressive language skill deficits in the areas of semantics (word meanings), syntax and morphology (word and sentence structure), and auditory memory (recall and retrieval). J████ was administered four core subtests of the CELF-4 from which his Core Language score was derived. The Core Language score is considered to be the most representative measure of J██████ language skills and provides an easy and reliable way to quantify his overall language performance. The Core Language score has a mean of 100 and a standard deviation of 15. A score of 100 on this scale represents the performance of the typical student of a given age. The range of average performance extends from 85 - 115. J████ received a Core Language score of 91 (percentile rank = 27). This places J████ in the average range of functioning.

Overall receptive and expressive language subtest performance also fell within the average range, with one exception - Word Structure. J██████strengths include his ability to understand and execute complex oral directions containing language concepts related to time, space, and order. He also has strong auditory memory for verbal information, as he was able to retrieve and recall sentences gradually increasing in length and language complexity. J██████ weaknesses include his syntax and morphological (word and sentence structure/grammar) skills. This difficulty coupled with his decreased speech intelligibility negatively impacts his expressive language skills when formulating sentences for oral and written language tasks. Subtest descriptions are provided below. Subtest scores are reported as scaled scored. Average range of performance is 7 - 13, with a mean of 10.

Concepts and Following Directions
The Concepts & Following Directions subtest is used to evaluate the student's ability to interpret, recall, and execute oral commands of increasing length and complexity that contain concepts of functional language. The student identifies objects in response to oral directions. This subtest has a mean of 10 and a standard deviation of 3. J████ received a scaled score of 10 on the Concepts & Following Directions subtest indicating an average ability level with this skill.

Word Structure
The Word Structure subtest is used to evaluate the student's knowledge of grammatical rules in a sentence–completion task. The student completes an orally presented sentence that pertains to an illustration. This subtest has a mean of 10 and a standard deviation of 3. J████ received a scaled score of 6 on the Word Structure subtest indicating a borderline ability level with this skill. He has difficulty with subject-verb agreement and use of appropriate subjective pronouns in sentences (e.g. "Her do" for "She does" and "Her is" for "She is"). Reduced articulation skills also effected performance. For example, J████ deletes the final consonants of words; therefore, he was unable to demonstrate -ing endings or plural/possessive markers.

Recalling Sentences
The Recalling Sentences subtest is used to evaluate the student's ability to recall and reproduce sentences of varying length and syntactic complexity. The student imitates sentences presented by the examiner. The mean for the subtest is 10 and the standard deviation is 3. J████ received a scaled score of 11 on the Recalling Sentences subtest indicating an average ability level with this skill.

Formulated Sentences
The Formulated Sentences subtest is used to evaluate the ability to formulate compound and complex sentences when given grammatical (semantic and syntactic) constraints. The student is asked to formulate a sentence, using target words or phrases, while using an illustration as a reference. This subtest has a mean of 10 and the standard deviation is 3. J████ received a scaled score of 7 on the Formulated Sentences subtest, indicating low average ability with this skill. J████ was able to adequately formulate simple sentences when provided with nouns, adjectives, and verbs. However, it was difficult for him to generate complete, logical, grammatically correct sentences when provided with adverbs (e.g. finally, quickly) and conjunctions (e.g. unless, although). Reduced grammar skills and speech intelligibility also impacted performance.

VOCABULARY
The *Expressive One-Word Picture Vocabulary Test* (EOWPVT) an the *Receptive One-Word Picture Vocabulary Test* (ROWPVT) are picture based assessments that were administered to assess J█████ knowledge and use of vocabulary. J████received a standard score of 83, percentile rank 13 on the EOWVT; and a standard score of 86, percentile rank of 18 on the ROWPVT. J████ performed higher on the receptive measure; however, there was no significant difference between the scores achieved on both measures. Overall results suggest average hearing vocabulary and borderline speaking vocabulary.

J██████ N█████ - 9055227
Speech and Language Evaluation
Page 3

## PRAGMATICS

J██████ pragmatic skills were assessed through informal observations of classroom group situations as well as observations made during test administration J██████ presented with adequate social language skills. When willing, he was quite able to engage in and initiate conversations with peers and adults. He was also able to maintain appropriate conversations for many exchanges. Eye contact was appropriate. He was able to appropriately ask and answer a variety of questions. Use and interpretation of non-verbal communication skills was also appropriate.

## FLUENCY/VOICE/HEARING:

Informal observations of fluency revealed speech fluency within normal limits. Informal observations of vocal parameters revealed quality, intensity, pitch, and inflection to be within the average range for age and gender. Informal observations of hearing ability revealed functional hearing within normal limits at conversational speech levels.

## ARTICULATION/SPEECH MECHANISM:

Cursory examination of J██████ speech mechanism revealed adequate oral structures and functions to support speech production. The Screening Test for Developmental Apraxia of Speech - Second Edition was administered to screen for the potential presence of developmental apraxia of speech. Results revealed that this disorder is very likely present. J██████ presented with atypical speech patterns, and unintelligible speech. He appeared to have significant difficulty (1) positioning the speech mechanism (lips, tongue, teeth, jaw, etc.) and (2) significant difficulty programming appropriate movement of these mechanisms voluntarily, in order to produce phonemes appropriately. Groping behaviors were observed when asked to repeat various words. Errors were variable and inconsistent, particularly in multisyllabic words. J██████ appears to have a sound preference for /k/ and /h/, particularly when intended words contain fricatives, affricates, blends, and multiple syllables. Vowel distortions were also observed. Bilabials /p/, /b/, /m/, and /w/ were correctly produced across all positions of words. Velars /k/ and /t/ were correctly produced in the initial position of words. Final consonants were deleted in words. Liquids, Affricates, Fricatives, and Glides were incorrectly produced.

## SUMMARY/RECOMMENDATIONS:

Based on formal and informal assessment results, J██████ continues to show evidence of a significant articulation disorder. Overall speech characteristics are consistent with those found in children with developmental apraxia of speech. Age appropriate language skills were found, specifically receptive language and vocabulary knowledge. Pragmatic language, voice, fluency, and hearing skills were also observed to be within normal limits. Expressive language weaknesses were found and were characterized by (1) reduced grammar skills (word/sentence structure in sentences) and (2) reduced ability to formulate complex/compound sentences. Expressive vocabulary skills weaknesses were also found. Articulation impairments negatively impacted expressive language performance. For example, J██████ deletes the final consonants of words; therefore, he was unable to demonstrate -ing endings or plural/possessive markers in sentences. J██████ reduced intelligibility during conversational speech may have an impact on his interactions with peers in social situations. Additionally, he may grow to be reluctant to respond orally in the classroom. J██████ may benefit from continued speech therapy to address his communication difficulties, specifically, he should be taught strategies enabling him to compensate for unintelligibility. Therapy should also focus on He may also benefit from an augmentative communication device to supplement oral speech. It should be noted that J██████ success in therapy depends highly on his level of motivation and willingness to participate in therapy activities, as this type of behavior has not always been shown. This data should be considered with all other available information when determining eligibility and appropriate educational programming for J██████.

Respectfully submitted,

Charron M. Mitchell, MA CCC-SLP
Speech and Language Pathologist

**Aiton Elementary School**
**Special Education Department**
**533-48ᵗʰ Place N.E.**
**Washington, D.C. 20019**

January 5, 2006

RE: J██████ N█████

Attorney Christopher Anwah:

Aiton Elementary has received Ms. Pressley's proposed MDT Meeting date of 1/10, 2006. Please find attached the proposed meeting dates when the appropriate MDT staff members assigned to Aiton Elementary can convene, 1/18, 2006 at 2:00 p.m. and 1/25, 2005 at 9:00 a.m. or 1/25, 2006 at 2:00p.m. At which time we will honor your client, Ms. Kea Norris' request to reconvene a second Resolution Meeting to discuss the concerns Ms. Kea Norris stated in her hearing complaint. Please also find attached a copy of the Resolution Meeting results from the meeting that was scheduled on 12/21/2005. We will also at that time hold J█████ N█████ Annual IEP Meeting.

If you need any further information you can feel free to contact me directly Ms. Angela Allen on 202-724-4627.

Sincerely,

Angela Allen
Special Education Coordinator

0274

## Transmission Report

Date/Time                                          1- 5-06; 4:58PM
Local ID                                            202+724+4630
Local Name
Company Logo

# This document was confirmed.
## (reduced sample and details below)
## Document Size    Letter-S

810-4th Pl Ave N.E.
Washington, D.C. 20018
Phone: (202) 724-4627
Fax: (202) 724-4630

**Aiton Elementary School**

# Fax

To: Attorney Christopher Anwah     From: Wash DC Public Schools ( Ms. Angela Allen)
Fax: (202) 626-1048               Date: 1/5/06
Phone: (202) 626-8040            Pages: 12
Re: Jermmy Dennise               CC:

☒ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

• Comments: Any questions please don't hesitate to contact Ms. Angela Allen

• Letter responding to request to reconvene
  Resolution Meeting

• LOI - MDT Annual Meeting

• 12/21/05 - Resolution Meeting Results

Total Pages Scanned : 12   Total Pages Confirmed : 12

| No. | Doc | Remote Station | Start Time | Duration | Pages | Mode | Comments | Results |
|-----|-----|----------------|------------|----------|-------|------|----------|---------|
| 1 | 488 | 92026260048 | 1- 5-06; 4:54PM | 3'55" | 12/ 12 | EC | | CP 14.4 |

Notes :
EC: Error Correct          RE: Resend              PD: Polled by Remote    MB: Receive to Mailbox
BC: Broadcast Send         MP: Multi-Poll          PG: Polling a Remote    PI: Power Interruption
CP: Completed              RM: Receive to Memory   DR: Document Removed    TM: Terminated by user
HS: Host Scan              HP: Host Print          FO: Forced Output       WT: Waiting Transfer
HF: Host Fax               HR: Host Receive        FM: Forward Mailbox Doc. WS: Waiting Send

0275

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

✓ PUBLIC      ___ DPCS CHARTER      ___ LEA CHARTER      ___ NONPUBLIC      ___ PRIVATE/RELIGIOUS

## RESOLUTION MEETING NOTES

Meeting Confirmation Date: _no response_       Meeting Held: _9/21/06_

Student: _J_____ N_____       DOB ___/05 School: _Aiton Elementary_

| PARTICIPANTS: (Print Name) | PARTICIPANTS (Sign Name) | POSITION |
|---|---|---|
| Ms. Kea Norris | Did Not Attend | Parent |
| Ms. Dianne Peters | _Peters, LICSW_ | Social Worker |
| Mrs. K. Meyers Dennings | _K Dennings_ | Psychologist |
| Mrs. Jane Barnes | _Jane Barnes MACCC-S/P_ | Speech Pathologist |
| Mrs. Linda David | _Linda David_ | Special Educator |
| Ms. A. Allen | _Angela J. Allen_ | SEC |
| Ms. Angela McMillian | _Angela McMillian_ | General Educator |
| Ms. Peggy Mussenden | _P. Mussenden_ | Principal |
| Annie Pressley | Did Not Attend | Advocate |

___ Resolved        ✓ Unresolved

Meeting Purpose: To review the filed hearing complaint
and make proposals for resolution to the concerns
of the parent Kea Norris.

DCPS sent a Resolution Notice to the attorney
on 9/18/06 for a meeting to be held at 1:00pm. The
1:00 appointment was selected due to Aiton notifying
the attorney of the third scheduled MDT Meeting to
review the current evaluations. There were no
responses prior to 9/21/06. There was a call
received at 12:05 p.m. from Ms. Pressley who
stated she and her client would not be in
attendance of the meeting and a need to reschedule

RESOLUTION MEETING NOTES        Page _____        July 11, 2005

DCPS - 10276

10-31-06; 1:16PM;

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

√ PUBLIC     ___ DPCS CHARTER     ___ LEA CHARTER     ___ NONPUBLIC     ___ PRIVATE/RELIGIOUS

### RESOLUTION MEETING NOTES Cont'd.

Meeting Confirmation Date: _No Response_     Meeting Held: _9/21/06_

Student: _J█████ N█████_     School: _Aston Elementary_

The HoD discussed several evaluations that were to be completed. Aston held the scheduled MDT meeting and all evaluations were reviewed.

The MDT Team however was unable to present the reviews to the parent because although counsel for the parent was diligently contacted Aston received no response prior to the review. Compensatory Education and Placement issues could not be resolved without input from the parent, although the ⸱ Team still states that Aston Elementary is an appropriate and suitable placement for this student J█████ N█████

RESOLUTION MEETING NOTES          Page 2          July 11, 2005

0277

## DCPS IDEA Complaint-Resolution Process
### Telephone Contact Log

Student: _____    DOB: _____ '95

| Date(s) | Person Contacted & Telephone No. | Outcome(s) of Contact |
|---------|----------------------------------|------------------------|
| 9/18/06 | Attorney Anwah | 3rd Lot of MDT mtg. Faxed & Resolution Mtg Form |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

DCPS

June 16, 2005

## Transmission Report

Date/Time
Local ID
Local Name
Company Logo

9-12-06; 5:02PM
202+724+4830

This document was confirmed.
    (reduced sample and details below)
    Document Size    Letter-S

633-40th Place N.E.
Washington, D.C. 20019
Phone: (202) 724-4827
Fax: (202) 724-4830

Aiton Elementary
School

# Fax

To: Attorney Anwah    From: Wash DC Public Schools ( Ms. Angela Aiton)

Fax: (202) 636-0048    Date: 9/12/06

Phone: (202) 636-0040    Pages: 9

Re:    CC:

☒ Urgent  ☐ For Review  ☐ Please Comment  ☒ Please Reply  ☒ Please Recycle

• Comments:  Any questions please don't hesitate to contact Ms. Angela Aiton

x Letter to attorney 8/30/06
        "            8/12/06

" LOI – 8/30/06
    "    9/12/06

IEP Addendum – 1/25/06

" Release of school records to tsc
    for A.T. Evaluation

2006 OCT -2 PM 12: 51

OFFICE OF THE
GENERAL COUNSEL

Total Pages Scanned    9    Total Pages Confirmed : 9

| No. | Doc | Remote Station | Start Time | Duration | Pages | Mode | Comments | Results |
|-----|-----|----------------|------------|----------|-------|------|----------|---------|
| 1 | 13 | 920 5080043 | 9-12-06; 4:58PM | 3'45" | 9/ 9 | EC | | P 14.4 |

Notes :
EC: Error Correct    RE: Resend    PB: Polled by Remote    MB: Receive to Mailbox
BC: Broadcast Send    MP: Multi-Poll    RS: Polling a Remote    PI: Power Interruption
CP: Completed    RM: Receive to Memory    DR: Document Removed    TU: Terminated by User
HS: Host Scan    HP: Host Print    FO: Forced Output    WT: Waiting Transfer
HF: Host Fax    HR: Host Receive    FM: Forward Mailbox    WS: Waiting Send

0279

## Transmission Report

Date/Time
Local ID
Local Name
Company Logo

7-18-06: 4:29PM
202+724+4630

This document was confirmed.
    (reduced sample and details below)
    Document Size  Letter-S

833-48th Place N.E.
Washington, D.C. 20019
Phone: (202) 724-4677
Fax (202) 724-4630

Aiton Elementary
School

# Fax

To: Atty Christopher Anweh    From: Wash DC Public Schools ( Ms. Angela Allen)

From: (202) 626-0048    Date: 7/18/06

Phone: (202) 626-0240    Pages: 2

Re: Jamar Jennings    CC:

☒ Urgent  ☐ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

*Comments: Any questions please don't hesitate to contact Ms. Angela Allen

* LOI for proposed dates  7/1/06 - 10:00 am
                          7/1/06 - 1:00 pm
                          7/3/06 - 10:00 am

Total Pages Scanned : 2  Total Pages Confirmed : 2

| No. | Doc | Remote Station | Start Time | Duration | Pages | Mode | Comments | Results |
|-----|-----|----------------|------------|----------|-------|------|----------|---------|
| 1 | 724 | 92026260048 | 7-18-06; 4:28PM | 1'01" | 2/ 2 | EC | | CP 14.4 |

Notes :
C: Error Correct            RE: Resend                PD: Polled by Remote       MB: Receive to Mailbox
C: Broadcast Send           MP: Multi-Poll            PG: Polling a Remote       PI: Power Interruption
P: Completed                RM: Receive to Memory     DR: Document Removed       TM: Terminated by user
S: Host Scan                HP: Host Print            FO: Forced Output          WT: Waiting Transfer
F: Host Fax                 HR: Host Receive          FM: Forward Mailbox Doc.   WS: Waiting Send

0280

## Transmission Report

Date/Time
Local ID
Local Name
Company Logo

5- 4-06; 9:29AM
202+724+4630

This document was confirmed.
(reduced sample and details below)
Document Size   Letter-S

693 4th Place N.E.
Washington, D.C. 20059
Phone (202) 724-4627
Fax (202) 724-4630

**Aiton Elementary
School**

# Fax

| | | | |
|---|---|---|---|
| To: Ms. Annie Preseley | | From: Wash DC Public Schools ( Ms. Angela Allen) | |
| Fax: (202)626-0048 | | Date: 5/4/06 | |
| Phone: (202)626-0046 | | Pages: | |
| Re: ▇▇▇▇▇▇ | | CC: | |

☒ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

• Comments: Any questions please don't hesitate to contact Ms. Angela Allen

The documents you requested were sent to the
phone fax number listed on your memo. We received
a call this morning from a Ms. Erica stating
you guys have moved. She provided the new
phone & fax number to your office. Please find
attached a copy of:

* O.T.

* BIP

* FBA

* Confirmed fax to 347-7108 ☒

* Clinical & A.T. Evaluations were ordered
but are still pending.

Total Pages Scanned  :  8  Total Pages Confirmed :  8

| No. | Doc | Remote Station | Start Time | Duration Pages | Mode | Results |
|---|---|---|---|---|---|---|
| 1 | 48 | 9303638046 | 5- 4-06; 9:26AM | 1'33" | 8 | EC | CP 14.4 |

Notes :
EC: Error Correct            R : Resend                    PB: Polled By Remote         RM: Receive to Memory
BC: Broadcast Send           MP: Multi-Poll                PR: Polling > Remote         DR: Document Remove
CP: Completed                RM: Receive to Memory         DA: Document Remove          TM: Termination by other
4S: ▇ ▇ ▇▇                   HP: Host Print                ▇ ▇▇▇▇ Output                WT: Waiting Transfer
4F: Host Fax                 HR: Host Receive              FM: Forward Mailbox          WT: Waiting Send

0281

## Transmission Report

Date/Time
Local ID
Local Name
Company Logo

5- 4-06; 9:29AM
202+724+4630

This document was confirmed.
(reduced sample and details below)
Document Size Letter-S

683 48th Plaza N.E.
Washington, D.C. 20019
Phone (202) 724-4637
Fax (202) 724-4630

Aiton Elementary
School

# Fax

| | |
|---|---|
| To: Ms. Annie Preseley | From: Wash DC Public Schools ( Ms. Angela Allen) |
| Fax: (202) 626-0048 | Date: 5/4/06 |
| Phone: (202) 626-0046 | Pages: |
| Re: Jasmine Norris | CC: |

☑ Urgent · ☐ For Review · ☐ Please Comment · ☐ Please Reply · ☐ Please Recycle

• Comments: Any questions please don't hesitate to contact Ms. Angela Allen

The documents you requested were sent to the phone fax number listed on your memo. We received a cell this morning from a Mrs. Erica stating you guys have moved. She provided the new phone & fax number to your office. Please find attached a copy of;

* O.T.
* B.I.P
* F.B.A
* Confirmed fax to 347-7108 #
* Clinical & A.T. Evaluations were ordered but are still pending.

Total Pages Scanned : 6   Total Pages Confirmed : 6

| No. | Doc | Remote Station | Start Time | Duration | Pages | Mode | Comments | Results |
|-----|-----|----------------|------------|----------|-------|------|----------|---------|
| 1 | 48 | 92028260048 | 5- 4-06; 9:26AM | 2'33" | 6/ 6 | EC | | CP 14.4 |

otes :
C: Error Correct       RE: Resend            PD: Polled by Remote    MB: Receive to Mailbox
C: Broadcast Send      MP: Multi-Poll        PG: Polling & Remote    PI: Power Interruption
P: Completed           RM: Receive to Memory DR: Document Removed    TM: Terminated by user
S: Host Scan           HP: Host Print        FO: Forced Output       WT: Waiting Transfer
F: Host Fax            HR: Host Receive       FM: Forward Mailbox Doc. WS: Waiting Send

## Transmission Report

Date/Time
Local ID
Local Name
Company Logo

8-31-06; 9:47AM
202+724+4830

This document was confirmed.
(reduced sample and details below)
Document Size    Letter-S



653-4th Plaza N.E.
Washington, D.C. 20019
Phone (202) 724-4827
Fax (202) 724-4950

**Alton Elementary
School**

# Fax

To: Ms. Annie Pressley        From: Wash DC Public Schools ( Ms. Angela Allen)
Fax: (202) 806 Code - 0498        Date: 8/31/06
Phone:        Pages: 3
Re: _____ Nadine        CC:

☒ Urgent    ☒ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

•Comments: Any questions please don't hesitate to contact Ms. Angela Allen

\# Letter from Alton Elementary
\* LOI — 9/7/06 — 10:00 a.m.
9/14/06 — 10:00 a.m
9/21/06 — 2:00 p.m.

Total Pages Scanned :   3   Total Pages Confirmed :   3

| No. | Doc | Remote Station | Start Time | Duration | Pages | Mode | Remarks | Results |
|-----|-----|----------------|------------|----------|-------|------|---------|---------|
| 1 | 406 | 9201628004 | 8-31-06; 9:45AM | 1'21" | 3/ 3 | EC | | CP 11 4 |

Notes :
EC: Error Correct
BC: Broadcast Send
CP: Completed
HS: Host Scan
HF: Host Fax

RS: Resend
MP: Multi-Poll
RM: Receive to Memory
HP: Host Print
HR: Host Receive

PR: Polled by Remote
PL: Poll to a Remote
DR: Document Removed
FO: Forced Output
FM: Forward Mailbox

RB: Receive to Mailbox
TI: Cover Interruption
DT: Terminated by user
WT: Waiting Transfer
WS: Waiting Send

0283

## Transmission Report

Date/Time                          10-23-06; 2:57PM
Local ID                           202+724+4630
Local Name
Company Logo

This document was confirmed.
  (reduced sample and details below)
  Document Size  Letter-S



Aiton Elementary School

## Fax

To: Christopher Anwah    From: Wash DC Public Schools ( Ms. Angela Allen)
Fax: (202) 626-0248      Date: 10/23/06
Phone: (202) 626-0248    Pages: 3
Re:                      CC:

☐ Urgent  ☒ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

*Comments: Any questions please don't hesitate to contact Ms. Angela Allen

[handwritten notes]

---

Total Pages Scanned   :  3   Total Pages Confirmed :  3

| No. | Doc | Remote Station | Start Time | Duration | Pages | Mode | Comments | Results |
|-----|-----|----------------|------------|----------|-------|------|----------|---------|
| 1 | 59 | 9202626C048 | 10-23-06; 2:55PM | 1'30" | 3/  3 | EC | | CP 14.4 |

Notes :
C: Error Correct         RE: Resend              PD: Polled by Remote      MB: Receive to Mailbox
C: Broadcast Send        MP: Multi-Poll          PG: Polling a Remote      PI: Power Interruption
P: Completed             RM: Receive to Memory   DR: Document Removed      TM: Terminated by user
S: Host Scan             HP: Host Print          FO: Forced Output         WT: Waiting Transfer
F: Host Fax              HR: Host Receive        FM: Forward Mailbox Doc.  WS: Waiting Send

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
OFFICE OF ACADEMIC SERVICES

RESOLUTION MEETING CONFIRMATION
(RMC)
PUBLIC SCHOOLS

_Arion Elementary_
School

Dear Parent/Guardian:

Pursuant to the Individuals With Disabilities Education Improvement Act of 2004 § 615 (f)(1)(B), this is a confirmation of your meeting to discuss your pending due process complaint and the facts that support it. The goal of the resolution meeting is to discuss the complaint and provide an opportunity for DCPS to resolve it. The IDEA 2004 requires that prior to an impartial due process hearing a resolution meeting must be held within 15 (fifteen) days of your filing your complaint.

Your participation is essential in an attempt to resolve your concerns and the school hopes that you will make every effort to attend this meeting that is required prior to a due process hearing. Please be advised that failure to attend this meeting may result in a waiver of your right to due process hearing.

The date, time and place of the meeting are printed below.

_9/21/06_
Date

_1:00 p.m._
Time

_Arion Elementary School_
Location

_533 - 48th Place N.E. Washington DC 20019_

_Mrs. A. Allen_
Sent By

RMC Letter of Confirmation to the Parent
6-14-05

_This meeting is scheduled right before your scheduled MDT - Meeting_

DCPS 0285

*1ᵉ Attempt*

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**SPECIAL EDUCATION**

**MULTIDISCIPLINARY TEAM**
**(MDT)**
**Meeting Notice**

Date *8/30/06*

MDT Referral Date: _____

**Letter of Invitation**

Re: ~~███~~ ~~███~~

Dear *Ms. Kea Norris*

A multidisciplinary team (MDT) meeting is scheduled to discuss the status of your child's educational needs. Your participation is essential, and we look forward to your valuable input. The purpose and details of the meeting are printed below. You and the school may have additional individuals attend the meeting who have knowledge or special expertise regarding your child. Other invited participants are listed under MDT members.

Place/Location:

Aiton Elementary School
533- 48th Place N.E.
Washington, D.C.  20019

| Please check one date for confirmation: | | |
|---|---|---|
| ☐ Date: *9/7/06* | Time: *10:00* ; or | |
| ☐ Date: *9/14/06* | Time: *10:00* ; or | |
| ☐ Date: *9/21/06* | Time: *2:00 pm.* | |

If a suggested meeting time is inconvenient, please call the counselor and/or special education coordinator for a mutual time to address the concerns. Participation by teleconference may be requested if other arrangements prove to be unsuccessful.

**\*The purpose of this meeting is to:**

☒ \*\*develop/review IEP (including consideration of extended school year (ESY) services     ☒ \*\*discuss CompEd

☒ \*\*review evaluation or reevaluation information     ☒ discuss placement     ☐ \*consider transition services needs

☐ develop the student evaluation plan (SEP)     ☐ determine manifestation     ☐ discuss quarterly review

☒ discuss documented levels of service     ☐ discuss eligibility     ☐ behavior plan review

☐ \*\*review records to support the completion of services as follows:

☐ Graduated     ☐ Completed Services     ☐ Aged Out     ☐ Transferred Out of District     ☐ Dropped Out

☐ Other:

**\*\*Placement will be discussed.**

MDT Members:
☐ Principal or Designee     ☒ General Education Teacher     ☒ Psychologist
☒ Parent     ☒ Special Education Teacher     ☐ Other: *A.T. Evaluator or Equivalent*
☒ LEA Representative     ☒ Speech and Language
☐ Student     ☒ Social Worker

Any questions you may have concerning your child's program will be discussed at the above meeting. A copy of the Procedural Safeguards for parents is enclosed for your information. If the school can be of assistance to you, please contact

___Angela J. Allen___ at _(202) 724-8620_     (school telephone number).

If the purpose of the meeting includes consideration of a transition plan, your child is invited to attend and a representative of the following agency(ies) may be invited, if appropriate

_____     _____     _____

**See attachments, when appropriate, for - EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED**

**\*After the third attempt to contact the parent, the meeting will be held without further notice.**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Please sign below and return this page to the school.

Parent/Guardian/Surrogate Signature _____     Date _____

I acknowledge receipt of the Procedural Safeguards for parents (due process procedures).     ☐ Yes     ☐ No

*DCPS 0289*

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
SPECIAL EDUCATION

MULTIDISCIPLINARY TEAM
(MDT)
Meeting Notice

Date: 7/18/06

MDT Referral Date: _____

Letter of Invitation

Re: [redacted]

Dear _Law Offices_
_Anwah, PLLC_

A multidisciplinary team (MDT) meeting is scheduled to discuss the status of your child's educational needs. Your participation is essential, and we look forward to your valuable input. The purpose and details of the meeting are printed below. You and the school may have additional individuals attend the meeting who have knowledge or special expertise regarding your child. Other invited participants are listed under MDT members.

Place/Location:

Aiton Elementary School
533- 48th Place N.E.
Washington, D.C.  20019

Please check one date for confirmation:

| | Date | Time |
|---|---|---|
| ☐ | 7/1/06 | 10:00 a.m. or |
| ☐ | 7/1/06 | 1:00 p.m. or |
| ☐ | 7/2/06 | 10:00 a.m. |

If a suggested meeting time is inconvenient, please call the counselor and/or special education coordinator for a mutual time to address the concerns. Participation by teleconference may be requested if other arrangements prove to be unsuccessful.

**\*The purpose of this meeting is to:**

- ☑ \*develop/review IEP (including consideration of extended school year (ESY) services
- ☑ \*review evaluation or reevaluation information
- ☐ develop the student evaluation plan (SEP)
- ☑ discuss documented levels of service
- ☐ \*\*review records to support the completion of services as follows:

- ☑ discuss placement
- ☐ determine manifestation
- ☐ discuss eligibility

- ☐ \*\*discuss CompEd
- ☐ \*consider transition services needs
- ☐ discuss quarterly review
- ☐ behavior plan review

- ☐ Graduated  ☐ Completed Services  ☐ Aged Out  ☐ Transferred Out of District  ☐ Dropped Out
- ☐ Other: _____

\*\*Placement will be discussed.

MDT Members:
- ☑ Principal or Designee
- ☑ Parent
- ☐ LEA Representative
- ☐ Student

- ☑ General Education Teacher
- ☑ Special Education Teacher
- ☑ Speech and Language
- ☐ Social Worker

- ☑ Psychologist
- ☑ Other: _A.T. Evaluator_

Any questions you may have concerning your child's program will be discussed at the above meeting. A copy of the Procedural Safeguards for parents is enclosed for your information. If the school can be of assistance to you, please contact
_Angela J. Allen_ at _(202) 724-8620_ (school telephone number).

If the purpose of the meeting includes consideration of a transition plan, your child is invited to attend and a representative of the following agency(ies) may be invited, if appropriate

_____  •  _____

See attachments, when appropriate, for - EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED

\*After the third attempt to contact the parent, the meeting will be held without further notice.

Please sign below and return this page to the school.

Parent/Guardian/Surrogate Signature _____   Date _____

I acknowledge receipt of the Procedural Safeguards for parents (due process procedures).  ☐ Yes  ☐ No

0287

*2nd Attempt w/letter following Via fax*

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**SPECIAL EDUCATION**

**MULTIDISCIPLINARY TEAM**
**(MDT)**
Meeting Notice

Date __9/12/06__

MDT Referral Date: _____

**Letter of Invitation**

Re : _____

Dear __Ms. K. Norris__

A multidisciplinary team (MDT) meeting is scheduled to discuss the status of your child's educational needs. Your participation is essential, and we look forward to your valuable input. The purpose and details of the meeting are printed below. You and the school may have additional individuals attend the meeting who have knowledge or special expertise regarding your child. Other invited participants are listed under MDT members.

Place/Location:

Aiton Elementary School
533- 48th Place N.E.
Washington, D.C. 20019

**Please check one date for confirmation:**

☐ Date: __9/14/06__ Time: __10:00__ ; or
☐ Date: __9/21/06__ Time: __2:00__ ; or
☐ Date: _____ Time: _____

If a suggested meeting time is inconvenient, please call the counselor and/or special education coordinator for a mutual time to address the concerns. Participation by teleconference may be requested if other arrangements prove to be unsuccessful.

**\*The purpose of this meeting is to:**

☒ \*\*develop/review IEP (including consideration of extended school year (ESY) services)    ☒ \*\*discuss CompEd

☒ \*\*review evaluation or reevaluation information    ☒ discuss placement    ☐ \*consider transition services needs

☐ develop the student evaluation plan (SEP)    ☐ determine manifestation    ☐ discuss quarterly review

☒ discuss documented levels of service    ☐ discuss eligibility    ☐ behavior plan review

☐ \*\*review records to support the completion of services as follows:

☐ Graduated    ☐ Completed Services    ☐ Aged Out    ☐ Transferred Out of District    ☐ Dropped Out
☐ Other:

\*\*Placement will be discussed.

MDT Members:    ☒ Principal or Designee    ☒ General Education Teacher    ☒ Psychologist

☒ Parent    ☒ Special Education Teacher    ☐ Other: __A.T. Evaluator or__

☒ LEA Representative    ☒ Speech and Language    __Equivalent__

☐ Student    ☒ Social Worker

Any questions you may have concerning your child's program will be discussed at the above meeting. A copy of the Procedural Safeguards for parents is enclosed for your information. If the school can be of assistance to you, please contact

__Angela J. Allen__ at __(202) 724-8620__ (school telephone number).

If the purpose of the meeting includes consideration of a transition plan, your child is invited to attend and a representative of the following agency(ies) may be invited, if appropriate

• _____    • _____

**See attachments, when appropriate, for - EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED**

\*After the third attempt to contact the parent, the meeting will be held without further notice.

Please sign below and return this page to the school.

Parent/Guardian/Surrogate Signature _____ Date _____

I acknowledge receipt of the Procedural Safeguards for parents (due process procedures). ☐ Yes ☐ No

District of Columbia Public Schools    07-02-2001    Division of Special Education    MDT Letter of Invitation to the Parent - Page 1 of 3

0288

*The "MDT" ___ ____ *"failure to attend"

3rd Attempt

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**SPECIAL EDUCATION**

**MULTIDISCIPLINARY TEAM**
**(MDT)**
**Meeting Notice**

Date 9/18/06

**Letter of Invitation**

Re: J_____ N_____

MDT Referral Date: _____

Dear Ms. Kea Norris

A multidisciplinary team (MDT) meeting is scheduled to discuss the status of your child's educational needs. Your participation is essential, and we look forward to your valuable input. The purpose and details of the meeting are printed below. You and the school may have additional individuals attend the meeting who have knowledge or special expertise regarding your child. Other invited participants are listed under MDT members.

Place/Location:

Aiton Elementary School
533- 48th Place N.E.
Washington, D.C.  20019

| Please check one date for confirmation: | | |
|---|---|---|
| ☐ Date: 9/7/06 | Time: 10:00 ; or | no response |
| ☐ Date: 9/14/06 | Time: 10:00 ; or | no response |
| ☐ Date: 9/21/06 | Time: 2:00 | |

If a suggested meeting time is inconvenient, please call the counselor and/or special education coordinator for a mutual time to address the concerns. Participation by teleconference may be requested if other arrangements prove to be unsuccessful.

**\*The purpose of this meeting is to:**

☒ \*\*develop/review IEP (including consideration of extended school year (ESY) services    ☒ \*\*discuss CompEd

☒ \*\*review evaluation or reevaluation information    ☒ discuss placement    ☐ \*consider transition services needs

☐ develop the student evaluation plan (SEP)    ☐ determine manifestation    ☐ discuss quarterly review

☒ discuss documented levels of service    ☐ discuss eligibility    ☐ behavior plan review

☐ \*\*review records to support the completion of services as follows:

☐ Graduated    ☐ Completed Services    ☐ Aged Out    ☐ Transferred Out of District    ☐ Dropped Out

☐ Other: _____

**\*\*Placement will be discussed.**

MDT Members:
☒ Principal or Designee    ☒ General Education Teacher    ☒ Psychologist
☒ Parent    ☒ Special Education Teacher    ☐ Other: _____
☒ LEA Representative    ☒ Speech and Language    _____
☐ Student    ☐ Social Worker    _____

Any questions you may have concerning your child's program will be discussed at the above meeting. A copy of the Procedural Safeguards for parents is enclosed for your information. If the school can be of assistance to you, please contact

Angela J. Allen    at (202) 724-8620    (school telephone number).

If the purpose of the meeting includes consideration of a transition plan, your child is invited to attend and a representative of the following agency(ies) may be invited, if appropriate _____

See attachments, when appropriate, for – EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED

\*After the third attempt to contact the parent, the meeting will be held without further notice.
........................................................................................................................................
Please sign below and return this page to the school.

Parent/Guardian/Surrogate Signature _____    Date _____

I acknowledge receipt of the Procedural Safeguards for parents (due process procedures).    ☐ Yes    ☐ No

District of Columbia Public Schools    07-02-2001    Division of Special Education    MDT Letter of Invitation to the Parent · **Page 1 of 3**

0289

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
SPECIAL EDUCATION

MULTIDISCIPLINARY TEAM
(MDT)
**Meeting Notice**

Date 10/23/06

MDT Referral Date: _____

Re : ~~████████~~

**Letter of Invitation**

Dear  Mrs . Kea Norris

A multidisciplinary team (MDT) meeting is scheduled to discuss the status of your child's educational needs. Your participation is essential, and we look forward to your valuable input. The purpose and details of the meeting are printed below. You and the school may have additional individuals attend the meeting who have knowledge or special expertise regarding your child. Other invited participants are listed under MDT members.

Place/Location:

Aiton Elementary School
533- 48th Place N.E.
Washington, D.C. 20019

| Please check one date for confirmation: | | | |
|---|---|---|---|
| ☐ Date: 11/8/06 | Time: 2:30 | or |
| ☐ Date: 11/15/06 | Time: 2:30 | or |
| ☐ Date: 11/22/06 | Time: 2:30 | |

If a suggested meeting time is inconvenient, please call the counselor and/or special education coordinator for a mutual time to address the concerns. Participation by teleconference may be requested if other arrangements prove to be unsuccessful.

**\*The purpose of this meeting is to:**

- ☒ \*\*develop/review IEP (including consideration of extended school year (ESY) services
- ☐ \*\*review evaluation or reevaluation information
- ☐ develop the student evaluation plan (SEP)
- ☐ discuss documented levels of service
- ☐ \*\*discuss CompEd
- ☐ discuss placement
- ☐ determine manifestation
- ☐ discuss eligibility
- ☐ \*consider transition services needs
- ☐ discuss quarterly review
- ☐ behavior plan review
- ☐ \*\*review records to support the completion of services as follows:
  - ☐ Graduated   ☐ Completed Services   ☐ Aged Out   ☐ Transferred Out of District   ☐ Dropped Out
  - ☐ Other: _____

\*\*Placement will be discussed.

| MDT Members: | ☐ Principal or Designee | ☒ General Education Teacher | ☐ Psychologist | |
|---|---|---|---|---|
| | ☒ Parent | ☒ Special Education Teacher | ☒ Other: | Advocate |
| | ☒ LEA Representative | ☐ Speech and Language | | |
| | ☐ Student | ☐ Social Worker | | |

Any questions you may have concerning your child's program will be discussed at the above meeting. A copy of the Procedural Safeguards for parents is enclosed for your information. If the school can be of assistance to you, please contact

    Angela J. Allen _____ at (202) 724-8620 _____ (school telephone number).

If the purpose of the meeting includes consideration of a transition plan, your child is invited to attend and a representative of the following agency(ies) may be invited, if appropriate

    • _____    • _____

**See attachments, when appropriate, for - EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED**

------------------------------------------------------------------------------------------------

\*After the third attempt to contact the parent, the meeting will be held without further notice.
--------------------------------------------------------------------------------------------------
Please sign below and return this page to the school.

Parent/Guardian/Surrogate Signature _____   Date _____

I acknowledge receipt of the Procedural Safeguards for parents (due process procedures).   ☐ Yes   ☐ No

0290

# Aiton Elementary School
## 533 - 48ᵗʰ Place N.E
## Washington, D.C. 20019

August 30, 2006

RE: J█████ N████

Dear Ms. Pressley:

This letter is written in reference to the requested re-evaluations for J█████ N████. As requested DCPS has completed the required re-evaluations in the HOD dated 3/16/2006. Your office obtained an independent Assisted Technology Evaluation on.5/25/2006 Aiton has yet to receive a copy of that evaluation for review although a request was made on 5/25/2006, when Ms. Katina Flourney M ED of HSC called to request his last IEP She stated she needed it in order to assist her in her evaluation of J████. Aiton again requested a copy of the same evaluation from you on 8/16/2006 prior to a meeting scheduled at Aiton through Mr. Desmond Williams. The parent stated it had been completed and did have a copy of the A.T. Evaluation. You proceeded to tell the parent to send a copy of the evaluation to your office and you would forward a copy to DCPS. Aiton has still hasn't received a copy of that evaluation. It would please Aiton Elementary School if you would forward a copy of the evaluation so the A.T Evaluation and the remaining re-evaluations can be reviewed for the parent. I am proposing three dates for the parent and yourself to meet with the MDT Team to review the present re-evaluations: 9/7/06 at 10:00am, 9/14/06 at 10:00 am or 9/21/06 at 2:00 pm. If Aiton Elementary School is not availed a copy of the A.T. evaluation in a sufficient amount of time prior to the proposed meetings for review we will reconvene at the next most convenient date to review for the parent the A.T Evaluation and make revisions to the IEP as necessary. Aiton Elementary School is prepared and has been ready to satisfy all of the requirements listed in the HOD request.

Your immediate attention would be greatly appreciated. You may contact me via fax at 202-724-4630.

Sincerely,

Angela Allen
Special Education Coordinator

# Aiton Elementary School
# 533-48th Place N.E.
# Washington, D.C. 20019

September 12, 2006

RE: J████ N████ 9055227

Dear Attorney Anwah:

Please find attached a copy of a letter sent to your office directed to Ms. Annie Pressley, your appointed advocate for J████ N████. As stated in that letter Aiton has yet to receive the administered A.T Evaluation ordered by your office through HSC on 5/23/2006 where the parent signed a consent for release of school records form, a copy of those forms are attached. The other evaluations ordered by the hearing officer have been completed by DCPS as stated in the 8/30/06 letter and are awaiting review. Aiton has diligently attempted to get participation from Anwah and Associates on behalf of your client J████ N████ and to this date has been unsuccessful. The second date offered of 9/14/06 is upon us and Aiton has still not received a reply from your office in regard to the MDT Meeting. We would appreciate a response so that we can have the appropriate personnel present to conduct the review of each evaluation.

Let it be noted that at this juncture your office is attempting to prevent DCPS from providing FAPE to J████ N████. Attached please find a copy of the request from Ms. Pressley and the parent at the Resolution Meeting requesting the IEP of 2004 be used until the reevaluations are reviewed and the IEP revised.

Although the hearing officer's order granted that the IEP from 12/13/2004 continue to be used until the reevaluations could be reviewed valuable time is elapsing. The revised IEP dated 1/25/06 was presented at the Resolution Meeting on 1/25/2005 but Ms. Pressley advised the parent to refuse to review the IEP which could have been put in place until the current MDT Meeting could convene. His special educator at that time, Mrs. Rice completed the WRAT (Wide Range Achievement Test) academic assessment which was scored and the IEP was revised in accordance to J████ current cognitive ability.

There were three proposed MDT dates offered and Aiton was not even given a return response either by fax, phone or mail. It will be necessary for DCPS to convene to put a new plan in place for J████. We would love to have the parent participate and hope that your office will help facilitate that event. Your request per the hearing officer's order was that Aiton use your office as a liaison to conduct all meetings, we are attempting to do so but continue to be unsuccessful in our endeavors.

Aiton looks forward to hearing from your office in reference to the remaining proposed dates. If you have any questions feel free to contact me at 202-724-4627 or by fax on 202-724-4630.



● Page 2                                                September 12, 2006

Sincerely,

*Angela Allen*

Angela Allen, Special Education Coordinator Aiton

Cc: Ms. Peggy Mussenden, Aiton Elementary School Principal
    Tiffany Puckett, Attorney DCPS
    Elva Gloster, Division 1 Supervisor

    Paula Perelman, Mediation/Compliance

    Director, State Enforcement Agency

# The Hospital For Sick Children
1731 Bunker Hill Road, NE
Washington, D.C. 20017
202-832-4491 • 1-800-226-4444

# Educational School Information Request / Release Form

1. Parent's / Guardian's Name: _Kea Norris_     Home #: _2/399-7734_
Current Address: _5508 Eads St. NE._
Employment Name: _Self Employed_     Wk #: _2/595-5203_
Employment Address: _____     _3/747-4046_

2. Parent's / Guardian's Name: _____     Home #: _____
Current Address: _____
Employment Name: _____     Wk #: _____
Employment Address: _____

Student's Name: _J_____ N_____     Date of Birth: _____ /95_
Current Address: _5508 Eads St. NE_
Current School: _Aiton Elm School_     County: _United States_
School Principal: _Ms. Musenda_     School #: _(202) 724-4627_
School Address: _533 48th Pl. NE._

☐ **Request for School Information**          ☐ **Permission to Release School Information**

### Materials Requested:
☑ Educational Records
☐ Psychological Records
☑ IEP (Individualized Educational Program)
☐ Other _____

### Materials Releasing:
☐ Therapy Reports (OT / PT / ST)
☐ Medical Discharge Summary
☐ Education Report
☐ Psychological Evaluation
☐ Assistive Technology Evaluation
☐ Other _____

The above information will be used to provide continuity of care for the patient and to improve coordination and communication between the child's home school and Hospital for Sick Children while the child is a patient at HSC. Immediately following discharge, HSC records will be sent to the child's home school and any other schools the parent chooses, to inform them of the child's rehabilitation program at the hospital.

_Kea Norris_
Signature of Parent / Legal Guardian

_5/23/06_
Date

DCPS 0294

HSC 1EAST<UNIT

PAGE 02

.05/25/2006    01:59    202635165'



## THE HOSPITAL FOR SICK CHILDREN
1731 BUNKER HILL ROAD, N.E.
WASHINGTON, D.C. 20017
202-832-4400

### AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION

I hereby authorize ___Katina Flournoy___
to disclose the following information, verbally or in writing, from the medical records of:

Patient Name: ███████  N██████         Date of Birth: ███/█/95

covering the period(s) of healthcare:

From (date) __5/23/06__          To (date) __6/30/06__

Information to be disclosed:

☐ Complete medical records                    ☒ Progress Notes *of therapies*
☒ Discharge Summary                            ☐ Laboratory Tests
☐ History & Physical Examination               ☐ X-Ray Reports
☐ Consultation Reports
☐ Other (please specify) _____

I understand that this will include information relating to (check if applicable):

☐ Acquired Immunodeficiency Syndrome (AIDS) or infection with HIV
(Human Immunodeficiency Virus)
☐ Psychiatric care
☐ Treatment for alcohol and/or drug abuse.

This information is to be disclosed to: _____
(Name & address of receiving person, agency or health care facility)

for the purpose of _____

I understand this authorization may be revoked in writing at any time, except to the extent that action has been taken based on this authorization. Unless otherwise revoked, this authorization will expire on the following date, event, or condition: _____

Signed: _____
(Patient)

_____          __5/23/06__
or (Legal Guardian)   (Relationship to Patient)          (Date)

Original Placed on Medical Record and Copy Given to Patient/Legal Guardian

Form #830-001 (9/00)

0295

District of Columbia Public
Schools Washington, D.C.

**Division of Special Education**

## FUNCTIONAL BEHAVIORAL ASSESSMENT

Student V— N—  DOB —/95  DATE 4/26/06

School Arton Elementary  Grade 5  Special Ed Coordinator A. Allen

**Describe and Verify the Seriousness of the Problem.**

Student has difficulty adjusting to activities he does not want to do; Academic & Recreational.

Frequency Daily  Intensity Mod-Severe  Duration 45 - entire day

**Identify specific characteristics of the behavior that is interfering with learning.**

Student displays oppositional and defiant behaviors when he does not want to do class work.

**Collect information on:** Time when the behavior does/does not occur; Location of the behavior; Conditions when the behavior does/does not occur; Individuals present (when most/least likely to occur); Events or conditions that typically occur before the behavior; Events or conditions that typically occur after the behavior; Common setting events; Other behaviors that are associated with the problem behavior.

**What environmental conditions may affect the behavior?**

Highly stimulated settings - Academic activities he does not like

**What does the student view as positive reinforcement?**

Extra time on the computer
Extra time on a activity of choice

**What interventions were previously attempted, and what were the results?**

One to one Attention - minimal change
counselling sessions - minimal change

**Collect information on possible functions of the problem behavior.**

[X] Direct Assessment
   [ ] Scatterplots  [ ] ABC Charts  [X] Rating Rubric  [ ] Amount versus quality of behavior
[X] Indirect Assessment
   [X] Interviews  [ ] Questionnaires  [ ] Surveys

**Analyze information using triangulation and /or problem pathway analysis.**

When given directives by authority figures to complete a task he will ignore them.

**Generate a hypothesis statement regarding probable function of problem behavior.**
**Test the hypothesis statement regarding the function of the problem behavior.**

Student is non-compliant when he has to participate in a activity he does not like

District of Columbia Public Schools    07-02-2001    Division of Special Education    FBA

DCPS-0298

District of Columbia Public Schools
Washington, D.C.

| I.E.P. Attachment A |
| Intervention Behavior Plan |

INTERVENTION BEHAVIOR PLAN                    Date Developed: _____

Student Name _____ N_____    ID# 9055227    DOB ___/95 Grade 5

Address 538 48th Place N.E _____ Washington DC 20019
          Street #  Street Name,  Quadrant  Apartment #  City,  State,  Zip Code

Telephone (H) (202)399-7734  (W) N/A    Counselor Dianne Peters

Attending School Arton    Teacher Austine Rice    Room ____ Section ____

**TARGETED BEHAVIOR(S):**                              Additional Comments: ☐

Better participation in classroom instruction
improved interpersonal relationship with staff & peers
oppositional behaviors and defiant attitude

**POSITIVE INTERVENTION STRATEGIES:** Student Objective -

participate in counselling sessions to improve attitude
developing his ability to accept constructive criticism
Learn to associate consequences for positive behaviors.

**Implementation description -**

Student will participate in counselling on a
weekly basis.
Teacher will develop a reward system; extra
time on computer.

**POSITIVE INTERVENTION STRATEGIES:** Teacher Strategies

provide student with positive verbal praise
when he demonstrates improvement.
provide student with positive reinforcement
for positive/appropriate behaviors.

**MONITORING SYSTEM:** Responsible Teacher - _____
**Describe System -**

Teacher will maintain Behavior chart
Social Worker will maintain progress report

**Data collection timeline -**

Bi-weekly meeting to discuss student to
improve or lack of effort.

**FOLLOW-UP MEETING:** Date - _____

DISTRICT OF COLUMBIA PUBLIC SCHOOLS   07-02-2001   DIVISION OF SPECIAL EDUCATION   IEP ATTACHMENT A   INTERVENTION BEHAVIOR PLAN

0297

09/13/2006    12:52    5767436                    NOYES                              PAGE    02

09/13/06   11:59 FAX 202  576 6398        Warehouse Center                        002/005

# The HSC Pediatric Center
1731 Bunker Hill Road, N.E., Washington, DC 20017
Tel: (202) 832-4400

### Assistive Technology
### Team Evaluation

| | | | |
|---|---|---|---|
| Patient Name: | N████, J█████ | MR#: | 203997734 |
| Date of Birth: | ███/1995 | Patient's Age: | 10 |
| Assessment Date: | 05/23/06 | | |

EVALUATORS:        Katina Flournoy, M.Ed.
                   Angie Kiger, CTRS, ATP
                   Becky Moyer, M.A., CCC-SLP

## I.    BACKGROUND/ REASON FOR REFFERAL

J████ is a 10-year-old male who is currently enrolled in the 5th grade at Aiton Elementary School in Washington, DC. J█████ history is significant for apraxia, learning, and behavioral difficulties. Per J█████ most recent IEP, he is entitled to receive speech therapy (2 hours per week) and counseling (30 minutes per week) through his school. He was referred to the HSC Pediatric Center's Assistive Technology Team by the District of Columbia Public School System for an Assistive Technology evaluation. J████ participated in the evaluation and was accompanied to the evaluation by his mother, Ms. Kea Norris. Ms. Norris expressed that she is looking for ways to assist J█████ ability to have success in school, enhance his speech skills, and to improve his educational skills.

Per report from Ms. Norris and records provided to HSC by Aiton Elementary School, his current IEP expired in December 2005. An IEP meeting was held to update his IEP, however, the team and Ms. Norris were unable to agree to the revisions, thus the old IEP has remained active. J████ records reflected that he received an Assistive Technology Evaluation on 10/22/03 recommending a speech output device. The report from that evaluation was not available, therefore, no specific information about the recommendations was available for this team to review. According Ms. Norris' report, her son did not receive the recommended equipment.

## II.    CURRENT STATUS/ASSESSMENT RESULTS

### 1. PHYSICAL AND SENSORY ASSESSMENT
#### A. Sensory Status
Per report and informal observation, J█████ vision and hearing are within functional limits. No concerns were noted during the evaluation.

#### B. Upper Extremity Status
J████ used his hands functionally to engage in all therapeutic tasks requested of him. He was able to write with a pen and utilize a standard keyboard to type.

#### C. Fine Motor Skills/Written Expression

Original Copy

0298
DPS 24

## The HSC Pediatric Center
### Assistive Technology Team Evaluation

**PATIENT NAME:** N███, J███
**MR#:**               203997734
**Page 2 of 5**

J███ demonstrated his skills with handwriting activities. He used a tripod grasp to hold his pencil. Overall, J███ presented with fair letter formation and fair handwriting efficiency and legibility.

## 2. READING COMPREHENSION

Formal reading assessments were not conducted during the evaluation. Based on report from J███ and his mother, the IEP, and informal observation, J███ demonstrates significant reading difficulties. During the evaluation, J███ required moderate assistance to read a short paragraph and answer questions related to the paragraph. He read aloud to facilitate comprehension.

## 3. EXPRESSIVE LANGUAGE SKILLS

a) *Written Expression:* J███ demonstrated difficulty with written expression skills. He required moderate to maximum assistance (verbal cues cues from clinician) for written formulation of thoughts. He demonstrated poor spelling skills.

b) *Verbal Expression:* J███ was able to communicate functionally. He asked questions appropriately and answered questions directed toward him. His speech was intelligible at the conversational level.

## III.    TECHNOLOGY-BASED INTERVENTIONS

During the assessment, a variety of computer hardware and software programs were utilized to determine how technology could help J███ meet his academic potential.

## 1) COMPUTER HARDWARE (Computer Access for Written Expression)

a) *Standard Mouse:* When trailing a standard mouse, J███ demonstrated familiarity and independence. He was able to double-click to open files and move the cursor to all quadrants of the computer screen. Due to his skill level and efficiency with the mouse, no adaptations were required.

b) *Standard Keyboard:* J███ appeared familiar with a standard keyboard and used a hunt/peck method to type. He was able to find all the characters on the keyboard. He used his right middle finger and left index finger to type. J███ has had limited typing experience and has never had typing lessons. He is not proficient in typing, however, based on his performance during the evaluation, he demonstrates excellent potential for mastering typing given proper instruction. Given a computer and word processing software, J███ would increase length and accuracy of written expression.

## 3) COMPUTER SOFTWARE

## The HSC Pediatric Center
### Assistive Technology Team Evaluation

**PATIENT NAME:** N___ J___
**MR#:**             203997734
**Page 3 of 5**

During the evaluation, J___ demonstrated good knowledge of basic computer operations (e.g., putting a CD in the CD-ROM drive), was oriented to basic software usage (e.g., opening and closing programs), and performed very well on a variety of academically based programs. He demonstrated good sustained attention to the computer programs.

a) *Word Prediction Software:* J___ was given the opportunity to trial Co:Writer Solo (Don Johnston, Inc) that is a word prediction software program. Word prediction software aids in word processing/written expression by providing a list of potential words as the user is typing. The list appears as the user begins to type a word. When the target word appears on the list, the user touches the number on the keyboard that corresponds to the number in the list, or simply uses the mouse to click on the word of his choice. This programs decreases the number of keystrokes necessary and aids in spelling. The word prediction software proved to be beneficial for J___, he utilized the list to aid in spelling: the voice output alerted J___ to errors, which allowed J___ to independently correct his spelling mistakes.

b) *Graphic Organizer Software –* J___ trialed Kidspiration (Inspiration, Inc.), a graphic organizer software program. The software aids in organizing ideas and information. It helps students to brainstorm, diagram, organize, outline, and write using proven visual learning techniques. J___ was able to quickly and easily create an outline of a short story using a visual web. He appeared motivated and easily understood how the software was used.

## IV.   IMPRESSIONS AND RECOMMENDATIONS

J___ is a delightful 10-year-old who demonstrates good potential for successful use of technology to facilitate his academic growth. When provided technology J___ performance in written expression tasks increased dramatically. Both J___ and his mother noticed the changes and were eager to learn about the technology.

**1. General suggestions:**
* Access to a standard computer and recommended software for writing assignments.
* Small class size (10-12 students)
* An evaluation by a reading specialist, and services if recommended
* After school tutoring focusing on language comprehension and expression.

**2. Software Recommendations:**
J___ demonstrated excellent potential for benefiting from computer software to enhance his writing and reading comprehension skills.   There are a variety of software programs available on the market that could assist J___. The recommendations below are based

09/13/2006  12:52   5767436                    NOYES                      PAGE  05
09/13/06  12:01 FAX 202  576 6398         Warehouse Center

## The HSC Pediatric Center
### Assistive Technology Team Evaluation

**PATIENT NAME:**   N_____, J_____
**MR#:**                    203997734
**Page 4 of 5**

on a feature match and his performance during the evaluation. Please note that we believe all of the features of the programs are essential to improving J_____ writing and reading comprehension skills; however, we do not endorse any particular brand.

*a) Literacy Software* – J_____ has difficulty decoding and comprehending written information. When information is presented auditorally, J_____ is successful in following along and comprehending the information. Based on his needs, it is recommended that J_____ trial a literacy software program for one quarter to determine if a software program could enhance his reading and comprehension skills.

Given J_____ strengths and needs, it is recommended that he trial a program such as WYNN Wizard by Freedom Scientific. WYNN Wizard allows the user have passages read aloud while the words are highlighted on the computer screen. In addition, the user is able to make electronic notes while reading and the built-in dictionary defines unknown words. This program also features a word processing program that contains spell check, thesaurus, outline, and word prediction.

*b) Word Prediction Software* – Word prediction software aids in word processing/written expression by providing a list of potential words as the user is typing. Software such as CoWriter SOLO from Don Johnston Inc. should be accessible to J_____ when he is completing written assignments.

*c) Graphic Organizer Software* – Software such as Kidspriation by Inspiration Software, Inc aids in organizing ideas and information. It helps students to brainstorm, diagram, organize, outline, and write using proven visual learning techniques.

It should be noted that J_____ requires access to a computer with the above-specialized software in his classroom. If he changes classes, each classroom should be equipped with a computer and the software.

J_____ should be seen for an *annual* Assistive Technology evaluation to reassess his skills and make recommendations for the latest and best equipment to match his needs as his skills grow. This team feels that if J_____ is provided with adequate educational resources, the recommended technology will serve as a bridge to independent reading and writing.

### V. FOLLOW-UP PLAN

0301

**Original Copy**

## The HSC Pediatric Center
### Assistive Technology Team Evaluation

**PATIENT NAME:**     N████, J████
**MR#:**              203997734
**Page 5 of 5**

We thoroughly enjoyed working with J████ and his mother and are available to address
any questions or concerns. Should you have any further questions, please direct them to
Ms. Katina Flournoy (HSC's Educational Specialist) at (202) 635-6110 (x4491).


Katina Flournoy, M.Ed.                         6/27/2006
Educational Specialist                         Date


Becky Moyer, M.A, CCC-SLP                       6/27/06


Electronically Signed by:
ANGIE KIGER, CTRS, ATP 06/27/2006 10:38
cc:

## DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## WASHINGTON, D.C.
## INDIVIDUALIZED EDUCATIONAL PROGRAM

DCPS - IEP Page 1 of 4

**Additional Comments:**

### I. IDENTIFICATION INFORMATION

**Student Name: Last** N____    **First** J____    MI

**Student ID** 9055227    **Soc. Sec. No.** ____    **Age:** 10    **Grade** 06

**Gender** [X] M [ ] F    **Date of Birth** ____/1995    **Ethnic Group** Black

**Address** 5508 Eads St NE    NE

House No. / Street Name / Quadrant / Apartment #

Washington    DC    20019
City / State / Zip Code

[ ] Non-attending

**Attending School** Aiton Elementary    **Home School** Emery Elementary

[X] Elem. [ ] Mid/JHS [ ] SHS [ ] CWS /

**Parent** Ms. Norris

**Address of (if different from student):** [X] Parent [ ] Guardian [ ] Surrogate

House No. / Street Name / Quad / Apt. No. / City / State / Zip Code
**Telephone: Home** 2023997734    **Work**

### II. CURRENT INFORMATION

**Date of IEP Meeting:** 9/21/2006

**Date of Last IEP Meeting:** 1/25/2006

**Date of Most Recent Eligibility Decision:** 12/14/2004

**Purpose of IEP Conference:**
[ ] Initial IEP    [X] Review of IEP
[X] Requested Eval.    [ ] 3yr ReEval.

**Indicate Level of Standardized Assessment:** Level IV

**ADDENDA TO BE ATTACHED AS NEEDED**
**Check the appropriate box(es)**

[ ] BEHAVIOR    [ ] TRANSPORTATION
[ ] ESY    [ ] TRANSITION

### III. LANGUAGE

| | Language | Language Used for Evaluation | Language Used In Conference | Communication Requirements | To be completed by Office of Bilingual Education English and Math Proficiency Assessment |
|---|---|---|---|---|---|
| Student | English | English | English | Native Language | Oral |
| Parent | English | English | English | Native Language | Rdg./ Written |
| Home | English | English | English | Native Language | Instrument: |
| | | | | | Date: |

### IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| SERVICES | GenEd Ses. | Time | Total | SpecEd Ses. | Time | Total | Hr./ Min | D/W/M | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # | wks/mos |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Specialized Instruction | 0 | 0 | 0 | 5 | 2.5 | 12.5 | Hrs | Week | Special Education Teacher/R | 9/21/2006 | 10 | Month |
| Speech-Language | 0 | 0 | 0 | 1 | 1 | 1 | Hrs | Week | Speech and Language Thera | 9/21/2006 | 10 | Month |
| Psychological Services | 0 | 0 | 0 | 1 | 30 | 30 | Mins | Week | School Social Worker | 9/21/2006 | 10 | Month |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| **TOTAL HOURS:** | | 0 | | | | 14 | | | **Total Combined Hours Per Week:** | | | |

### V. Disability(ies) Learning Disabled

Percent of time in Specialized Instruction and Related Services
[ ] 0-20%    [X] 21-60%    [ ] 61-100%

[ ] (Check if setting is general Ed.)    Percent of time NOT in a General Education Setting    43 %

### VI. IEP TEAM (Participants in the development of the IEP)

**Print and sign your name below.**

Ms. Kea Norris
*Parent/Guardian*    Did Not Attend

Mrs. Linda David
*Special Ed*

MS. Angela McMillian
*General Ed Teacher*

Ms. A. Allen
*LEA Representative*    Angela C. Allen

Ms. Peggy Mussenden
*Principal or Designee*    P. Mussenden

____ Jane Barnes ____
Ms. Dianne Peters    *social worker*

K.Meyers-Dennings
*Psychologist*

Katina Flournoy
*A.T. Evaluator*

Jane Barnes MACCCSLP

____ Lites, LCSW

Via Telephone

*I AGREE* with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education.

Parent/Guardian Signature    Date

| Student Name   J_____ N_____ | Managing School  Aiton Elementary | DCPS - IEP Page 2 of 4 |
|---|---|---|
| Student ID Number 9055227   DOB ___/1995 | Attending School  Aiton Elementary | |

## VII. Present Educational Performance Levels in Areas Affected by the Disability

**Additional Comments:** ☐

**Academic Areas: (Evaluator)** K.Meyers-Dennings,MS,CAGS

**Score(s) When Available**

**Math Strengths:**

Able to add and subtract 1-3 digit equations appropriately. Able to solve problems involving measurements, graphs, and using patterns to solve problems.

*Impact of disability on educational performance in general education curriculum:*

Impact of disability impedes his ability to perform grade level mathematical tasks at grade level

| | | |
|---|---|---|
| Math Cal. | ss= | 73 |
| Math Rea. | ss= | 84 |
| See goal page: 3 | | |
| Date: 2/8/2006 | | |

**Reading Strengths:**

J_____ was able to read one syllable words appropriately.

*Impact of disability on educational performance in general education curriculum:*

His difficulty with reading two syllable, defining unfamiliar words and decoding impacts ability to perform reading tasks at grade level.

| | | |
|---|---|---|
| Rdg. Com | ss= | 60 |
| Rdg. Basic | ss= | 57 |
| Written Ex. | ss= | 63 |
| See goal page: 1 | | |
| Date: 2/8/2006 | | |

**Communication (Speech & Language) (Evaluator)** Jane Barnes, MA, CCC-SLP

**Score(s) When Available**

**Strengths:**

J_____ receptive and expressive language skills, voice, fluency, oral motor proficiency, and pragmatics are within the normal range.

*Impact of disability on educational performance in general education curriculum:*

J_____ articulation skills are below the average range and may impact academic performance.

| | |
|---|---|
| Exp.Lang. | 93 |
| Rec- Lang. | 90 |
| Artic | 93 |
| Voice | WNL |
| Fluency | WNL |
| Exp. Voc. | 84 |
| Rec. Voc. | 98 |
| See goal page: | 2 |
| Date: 3/17/2006 | |

**Motor/Health (Evaluator)**

**Score(s) /Results When Available**

**Strengths:**

*Impact of disability on educational performance in general education curriculum:*

See goal page:
Date:

**Social Emotional Behavioral Areas: (Evaluator)** Dianne Peters,LICSW

**Score(s) When Available**

n/a

**Strengths:**

Student has very good peer relationships and interacts well with his classmates

*Impact of disability on educational performance in general education curriculum:*

Student requires excessive individual attention when he is confronted with new situations.

See goal page: 5
Date: 9/21/2006

**Cognitive/Adaptive Behavior: (Evaluator)**

**Score(s) When Available**

**Strengths:**

*Impact of disability on educational performance in general education curriculum:*

See goal page:
Date:

**Prevocational Skills: (Evaluator)**

**Score(s) When Available**

**Strengths:**

*Impact of disability on educational performance in general education curriculum:*

See goal page:
Date:

| Student Name | James | Nessin | Managing School | Aiton Elementary | | DCPS - IEP |
|---|---|---|---|---|---|---|
| Student ID Number | 9055227 | DOB ████/1995 | Attending School | Aiton Elementary | | Page 3 of 4 |

| **VIII. SPECIALIZED SERVICES** | Additional Comments: ☐ | Goal Number: 1 |
|---|---|---|

Area addressed by goal: Communication

**ANNUAL GOAL:** (including mastery criteria.)

James will improve his articulation skills as measured by the following short-term objectives.

Provider(s): Speech and Language Therapist

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| James will accurately produce multisyllabic words in isolation with 80% accuracy. | | Monthly |
| James will accurately produce complete sentences containing multisyllabic words with 80% accuracy. | | Monthly |
| James will read words, phrases, and sentences with precise articulation with 80% accuracy. | | Monthly |
| James will produce all sounds in words and phrases during structured activities with 80% accuracy. | | Monthly |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

☐ Portfolio  ☒ Log  ☐ Chart  ☐ Test  ☒ Documented Observation  ☐ Report  ☒ Other  Anecdotal Notes

| Student Name | J▪▪▪ | N▪▪▪ | Managing School | Aiton Elementary | DCPS - IEP |
|---|---|---|---|---|---|
| Student ID Number | 9055227 | DOB ▪▪▪/1995 | Attending School | Aiton Elementary | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**    Additional Comments: ☐    Goal Number: 2

Area addressed by goal: Academic Areas: Math

**ANNUAL GOAL:** (including mastery criteria.)

J▪▪▪ will demonstrate growth in the area of mathematics by mastering 80% of the short-term objectives.

**Provider(s):** Special Education Teacher/Resource Room Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| J▪▪▪ will write decimals with 80% accuracy. | | Monthly |
| J▪▪▪ will change fractions to decimals and decimals to fractions with 80% accuracy. | | Monthly |
| J▪▪▪ will add two and three-place decimal fractions with 80% accuracy. | | Monthly |
| J▪▪▪ will use a variety of graphs to solve problems with 80% accuracy. | | Monthly |
| J▪▪▪ will solve word problems involving addition, subtraction, multiplication, and division with 80% accuracy. | | Monthly |
| J▪▪▪ will read and write large numbers up to a million with 80% accuracy. | | Monthly |

**EVALUATION PROCEDURE(S)**

☐ Portfolio   ☐ Log   ☐ Chart   ☒ Test   ☒ Documented Observation   ☐ Report   ☒ Other   work samples

| Student Name | J███ N████ | Managing School | Aiton Elementary | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | 9055227 | DOB ████/1995 | Attending School Aiton Elementary | Page 3 of 4 |

| **VIII. SPECIALIZED SERVICES** | Additional Comments: ☐ | Goal Number: 3 |
|---|---|---|

Area addressed by goal: Academic Areas: Reading

**ANNUAL GOAL: (including mastery criteria.)**

J███ will demonstrate 10 months measurable growth in the area of Reading.
Mastery will be determined by 80% success rate of the short term objectives.

Provider(s): Special Education Teacher/Resource Room Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Given the Doch word list, J███ will identify 2nd grade words with 80% mastery over a consistent period of time. | | Monthly |
| Given homonyms, synonyms, and antonyms, J███ will match, associate and catergorize related words with 80% accuracy over a consistent period of time. | | Monthly |
| Given passage material containing multi-syllabric words at his instructional level, J███ will use various strategies to decode and correctly pronounce the words in 7/8 trials over a consistent period of time. | | Monthly |
| Given passage material at his instructional level, J███ will accurately answer questions orally and in writing that require identifying the main idea, supporting details, sequencing events, comparing characters and drawing conclusions with 80% mastery over a consistent period of time. | | Monthly |
| Given literacy and informational texts at his instructional level, J███ will demonstrate increased fluency as evidenced by his ability to correct track while reading and appropiately respond to punctuation marks with 80% mastery over a consistent period of time. | | Monthly |
| Given the 30 books at his instructional level, J███ will identify the story elements and write a response in the form of a summary or book report with 80% accuracy over a consistent period of time. | | Monthly |

**EVALUATION PROCEDURE(S)**

☒ Portfolio  ☐ Log  ☐ Chart  ☒ Test  ☐ Documented Observation  ☒ Report  ☐ Other _____

| Student Name   J▓▓▓   N▓▓▓ | Managing School   Aiton Elementary | DCPS - IEP |
|---|---|---|
| Student ID Number 9055227   DOB ▓▓/1995 | Attending School   Aiton Elementary | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**   Additional Comments: ☐          Goal Number: 4

Area addressed by goal: Written Communication

**ANNUAL GOAL: (including mastery criteria.)**

J▓▓▓ will demonstrate 10 months measurable growth in the arae of written expression.

Mastery will be determined by 80% success rate of the stated objectives.

Provider(s): Special Education Teacher/Resource Room Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Given 8-10 weekly spelling words at his instructional level, J▓▓▓ will spell the words from dictation with 80% mastery over a consistent period of time. | | Monthly |
| Given a list of sentence fragments, J▓▓▓ will create 10 complete sentences in writing with 80% mastery over a consistent period of time. | | Monthly |
| Given student selected and teacher selected writing prompts, J▓▓▓ will construct sentences by adding descriptive words and details, 8-10 times over a period of time. | | Monthly |
| Given student choice or teacher selected writing prompts, J▓▓▓ will use graphic organizers to organize his ideas before writing a simple paragraph. | | Monthly |
| Given a choice or teacher selected topic, J▓▓▓ will write up information on the topic that includes clear focus, ideas in sensible order sufficient detail with 80% mastery over a consistent period of time | | Monthly |
| Given writing tasks, J▓▓▓ will edit, revise, and correct errors in: letter formation- shape and spacing. Capitalization, punctuation, spelling and grammar with 80% mastery over a consistent period of time. | | Monthly |

**EVALUATION PROCEDURE(S)**

☒ Portfolio   ☐ Log   ☐ Chart   ☒ Test   ☐ Documented Observation   ☒ Report   ☐ Other _____

| Student Name | | Managing School | _Aiton Elementary_ | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | DOB | Attending School | _Aiton Elementary_ | Page 3 of 4 |

| **VIII. SPECIALIZED SERVICES** | Additional Comments: ☐ | | Goal Number: 5 |
|---|---|---|---|

Area addressed by goal: _Social Emotional_

**ANNUAL GOAL: (including mastery criteria.)**

_Student will continue to increase his Ability to utilize more Appropriate coping skills._

Provider(s): _School Social Worker_

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Student will identify consequences of ~~risk taking~~ negative social risk taking. | | Monthly |
| Student will learn to identify consequences of positive social risk taking. | | Monthly |
| Student will learn to identify and select the best response for a negative situation | | Monthly |
| Student will learn to develop coping behaviors in response to stressful situations. on new situations. | | Monthly |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

☐ Portfolio ☐ Log ☐ Chart ☐ Test ☒ Documented Observation ☐ Report ☐ Other

0309

| Student Name | J̶̶̶̶̶ N̶̶̶̶ | Managing School | Aiton Elementary | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number 9055227 | | DOB ▒/1995 | Attending School Aiton Elementary | Page 4 of 4 |

**Additional Comments:** ☐

## IX. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION SERVICE ALTERNATIVES

Can curricular modification, accommodation and/or supplemental aids and services be used for a LRE setting in general education?   ☐ Yes  ☒ No

Explanation for removal out of regular education classroom.

Student requires small structured environment to accommodate disabilities

## X. Supplementary Aids and Services

| Classroom Needs (Do not name products or companies.) | GenEd | SETTING SpEd | Total | FREQUENCY Hr./ Min | D/W/M. | PROVIDER (by discipline) | BEGINNING DATE (mm/dd/yyyy) |
|---|---|---|---|---|---|---|---|
| Word list/dictionary | 0 | 12.5 | 12.5 | Hrs | Week | special educator | 9/21/2006 |
| graphic organizers | 0 | 12.5 | 12.5 | Hrs. | week | special educator | 9/21/06 |
| | | | | | | | |
| | | | | | | | |

Check and list modifications and/or accommodations for testing:   ☐ None needed

- Timing/Scheduling: Extended time, breaks during testing
- Setting: small group
- Presentation: test/directions read to student, simplified/repeated directions
- Response: N/A
- Equipment: N/A

## XI. STATE AND DISTRICT ASSESSMENTS:

☐ Level I  Tested with non-disabled peers under standard conditions without accommodations.

☐ Level III (Describe non-uniform conditions for level III) Tested under non-standard conditions with permissible accommodations

☐ Level V  Portfolio:

☐ Level II  (Describe accommodations for level II) Tested under standard conditions with special accommodations.

☒ Level IV  (Describe the alternative assessment)

DC CAS

## XII. Areas Requiring Specialized Instruction and Related Services:

☒ Reading          ☐ Physical/Sensory       ☐ Transition          **Modifications:**
☐ Mathematics      ☒ Social Emotional        ☐ Vocational          ☒ Language Arts/English
☒ Written Expression ☐ Physical Development   ☐ Independent Living   ☐ Social Sciences
☐ Other:           ☒ Speech/Language                               ☐ Biological & Physical Sciences
☐ None      Apply annual goal(s), objectives and/or modifications to address barriers in each area checked above.   ☐ Fine Arts

## XIII. PLACEMENT CONSIDERATIONS AND JUSTIFICATION

| DESCRIBE CONSIDERATIONS | ACCEPT/REJECT REASONS | POTENTIAL HARMFUL EFFECTS |
|---|---|---|
| In General Education Classroom Setting | Rejected | Continued school failure |
| Combination General Education and Resource Classro | Rejected | Time away from non-disabled peers in academic sett |
| Out of General Education Classroom | Rejected | Impact on self-esteem |
| | | |

Modification(s)/Accommodation(s) to address the harmful effects:

Specific scheduling to accommodate for related service sessions

District of Columbia Public Schools
Division of Special Education
Washington, D.C.

IEP Continuation
Page

## IEP CONTINUATION PAGE

Student Name J_____    N_____    DOB ___/1995    DATE 9/21/2006

Student ID Number 9055227    Managing School    Aiton Elementary

Attending School    Aiton Elementary

INSTRUCTIONS: Use this addendum when additional space is needed on an IEP section or part. Enter the
*section/part, page number or addendum to identify each item being continued. Attach this addendum to the form.

Page 1 of 4 or Addendum _____

J_____ is a 10 year old male student attending Aiton Elementary where he is in the 6th grade. He was reevaluated on 9/21/06 and the results of the evaluation determined that J_____ qualifies as a Learning Disabled Student. J_____ has made great progress and no longer is eligible as a student with a Speech/Language Impairment although he will still require support and intervention services from a speech pathologist.

J_____ will receive the following Special Education & Related Services; Specialized Instruction (12.5) hours, Speech/Language Intervention 1.0 hours weekly, and Psychological Counseling .5 hours per week.

J_____ will take all standardized Assessments as a level IV student with the following accommodations; extended time, read directions/test to student, simplified directions; extra breaks during test.

Curricular modifications cannot be provided completely in the general education classroom therefore J_____ will receive pull-out instruction in the Resource Classroom where he will have the additional support of a paraprofessional.

The following supplementary aides/services are needed in J_____ classroom; graphic organizers

District of Columbia Public Schools
Division of Special Education
Washington, D.C.

## IEP CONTINUATION PAGE

Student Name ▓▓▓▓    N▓▓▓    DOB ▓▓▓▓ 1995    DATE 9/21/2006

Student ID Number 9055227    Managing School    Aiton Elementary

Attending School    Aiton Elementary

INSTRUCTIONS: Use this addendum when additional space is needed on an IEP section or part. Enter the
*section/part, page number or addendum to identify each item being continued. Attach this addendum to the form.

Page 2 of 4    or Addendum _____

and word lists / dictionaries

The areas requiring specialized instruction, related services are, reading, written expression, Speech/Language and social emotional.

J▓▓▓▓ will continue to attend Aiton Elementary School (his neighborhood school) which continues to be an appropriate placement to meet his specific needs. Specific scheduling will be noted to accommodate for his related services needed.

District of Columbia Public Schools    07-02-2001    Division of Special Education    IEP Continuation Page

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

## Multidisciplinary Team
## (MDT)
## MEETING NOTES

Parental Consent -Requested Reevaluation **Meeting Notes**

STUDENT: J████    N████    SCHOOL: Aiton Elementary    DATE: 9/21/2006

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| Ms. Kea Norris | Did Not Attend | Parent/Guardian |
| Mrs. Linda David | L David | Special Ed |
| MS. Angela McMillian | | General Ed Teacher |
| Ms. A. Allen | Angela J. Allen | LEA Representative |
| Ms. Peggy Mussenden | P. Mussenden | Principal or Designee |
| Ms. Flournoy | Via Telephone | ~~Student~~ A.T. Evaluator |
| Ms. Dianne Peters | | social worker |
| K.Meyers-Dennings | | Psychologist |
| JANE BARNES | | speech language pathologist |

Meeting Type: Parental Requested Reevaluation

Meeting Purpose: To review the reevaluation reports to determine whether a change should be made in J████
educational plan or disability classification.

Procedural Safeguard Manual to be distributed to the parent. The Safeguard manual could not be distributed at the MDT
Reevaluation Meeting due to the parent not attending. The manual however will be sent to the attorney's office along with the
requested revised IEP and MDT notes from the MDT Meeting. The advocate Ms. Annie Pressley called at 12:05 pm and left a
message with the social worker stating she and the parent would not be attending. She gave the social worker additional dates to
reconvene to review the current evaluations. In order to comply with the HOD request the MDT Team elected to go forward with the
meeting and the updating of the IEP and it's revision per the formal testing results. Aiton has proposed three separate dates in which
we did not receive a return response from the attorneys office in reference to either proposed date.

All members were introduced and the meeting convened.

Special Educator:
Students Strengths

J████ is able to read and comprehend stories on the second grade level. He is able to add and subtract with regrouping, write
numbers in expanded notation, and multiply 2-digit by 1-digit numbers. J████ has a difficult time writing a paragraph or
sometimes a complex sentence.

Special Educator:
Student Weaknesses

J████ has a difficult time writing a paragraph or sometimes a complex sentence. He has a difficult time adjusting when he is given
something he does not know how to do. He pouts and folds his arms until he decides to work. I will continue to use his functional
behavior plan to encourage appropriate behaviorial responses.

The Parent ☐ is present ☑ is **not** present at the meeting.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE: _____          MULTIDISCIPLINARY TEAM (MDT)          Page: 2 of 6
                                      CONTINUATION MEETING NOTES
                                      MEETING TYPE: Reevaluation Meeting

STUDENT: ~~J____ N____~~     SCHOOL: Arton Elementary   DATE: 9/21/06

Social Worker Summary

Student has demonstrated behavioral improvements however he does continue to exhibit problems with new situations and circumstances that are not going his way. He continues to be in need of developing his coping skills. He will continue in counselling to strengthen his coping skills.

A.T. Evaluator

5-23-2006 Evaluation - No need for physical required moderate assistance to read paragraphs. Verbal cues to spelling and written expression. Speech-verbal intelligible and is understood when speaking. He has improved enough where he would not need the Vantage Voice Output device in class. He demonstrates excellent potential to be an excellent typist. Graphic Organizers software used. He needs a classroom computer available for his access. He needs software for reading, written language and training for software given to him.

MDT Team

There is a class ~~J____~~ takes in the CAI Lab where ~~J____~~ has computer literacy. ~~J____~~ also has access to 2-4 computers available to him in his Gen. Ed. & Resource Special Education Classroom. There are several software applications

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE: _____     MULTIDISCIPLINARY TEAM (MDT)      Page: 3 of 5
                                     CONTINUATION MEETING NOTES
                                     MEETING TYPE: Reevaluation Mtg.

STUDENT: ████ N████     SCHOOL: Aiton Elementary DATE: 9/21/06

afforded to J████ for his use. Aiton will make sure
J████ is available to participate continuously in both classes
using the available software. In the CAI Lab J████
also has access to using a laptop computer.

General Education
<u>Strengths</u>
Math: place value, addition of 1 and 2 digit numbers,
Spelling. spelling. cursive writting
<u>Weaknesses</u>
    Oral reading, word recognition

Comments: J████ behavior is very good in class.
    He really enjoys his new teacher Mrs. David.
    He always has positive comments about her class.
    His self-esteem has increased. He is proud
    of what he's learning. J████ is very active
    in my class and participates in all activities

<u>Social Worker</u>
    The FBA is working and J████ is doing
    well.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS    7-02-01    DIVISION OF SPECIAL EDUCATION    REFERRAL MDT MEETING NOTES    APPENDIX A

0315

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, DC**

MDT REFERRAL DATE: _____

**MULTIDISCIPLINARY TEAM (MDT)**
**CONTINUATION MEETING NOTES**
MEETING TYPE: _Reevaluation_

Page: _4_ of _5_ Pgs

STUDENT: J___ N___    SCHOOL: _Aiton Elementary_ DATE: _9/21/06_

The MDT has taken the A.T. evaluator Mrs. Flournoy review of her evaluation into consideration and we feel that J___ has made sufficient progress with chis oral Communication that a voice output system such as the Vantage Tool is no loger recommended. J___ will continue to receive Speech and language services but a communication device is not longer an appropriate tool for him. The MDT Team feels Aiton is still a suitable placement for J___ because he is progressing very well.

Aiton will forwards the revised IEP and the MDT notes to the Attorneys office to give to the parent. Should the parent be willing to meet Aiton will review all of the documents from the 9/21/06 MDT Meeting as well as the Resolution meeting which was unsuccessf unsuccessful do to a lack of participation by the parent/parents counsel. Should the parent want to reach the MDT Team members to set up a meeting with counsel she is welcome to at (202) 724-4627
724-8620

0316

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

Page: 5 of 6

MDT REFERRAL DATE: ________

MULTIDISCIPLINARY TEAM (MDT)
CONTINUATION MEETING NOTES
MEETING TYPE: ________

STUDENT: [redacted] SCHOOL: Aiton Elementary DATE: 9/21/06

Speech Pathologist - DCPS Summary

Comprehensive speech & language evaluation was completed on 3/15/06. [redacted] has receptive & expressive language skills within the average range. His voice, fluency, hearing, oral motor proficiency and pragmatics are also within the average range. [redacted] articulation skills are below the average range. At the single word level [illegible] can produce most sounds at the single word level (substitutions included f/θ, v/ð, fw/fr). At the conversational level, however, [redacted] had instances of substitution, omission, metathesis, and final consonant deletion as the speech tasks were more complex. It is recommended [redacted] continue to receive speech and language pull-out services for 60min/week to address his articulation skills.

Janet Barnes MA CCC-SLP
speech language pathologist

Psychologist Summary

[redacted] was administered ~~the~~ WISC IV where he achieved a VCI = 81, PRI = 88, WMI = 102, PSI = 80, FSIQ = 84. Academically he was administered ~~the~~ WIAT II where he achieved a Reading Composite = 54 and Mathematics Composite = 77. Emotionally he should receive counseling services addressing frustration. He should receive services as a Learning Disabled Student..

0317

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, DC**

MDT REFERRAL DATE: _____    MULTIDISCIPLINARY TEAM (MDT)    Page: _6_ of _6_
CONTINUATION MEETING NOTES
MEETING TYPE: _Reevaluation Review_

STUDENT: J_____ N_____    SCHOOL: _Aiton Elementary_    DATE: _9/21/06_

Dr. Sacher administered additional psychological assessments on J_____ N_____ where he rated himself overall positive on the CDI. On the kinetic drawings and CAT he displayed normal family relationships. J_____ did however displayed some anxieties and frustration with his speech deficits which were revealed during testing. However he does not meet the criteria of a student with an Emotional Disability. He should receive continued counseling to address frustrations and coping skills.

0318

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**SPECIAL EDUCATION**

MULTIDISCIPLINARY TEAM (MDT)

**Prior to Action Notice**

Check Purpose:

- [ ] Initial Evaluation
- [ ] Initial Placement
- [X] Reevaluation
  - [ ] Change in Category Exit
  - [ ] Related Service Add
  - [ ] Related Service
  - [ ] Change in Placement
  - [ ] Annual
  - [X] Other  HOD

Date  9/21/2006

Student  J██████    N█████          DOB ███/1995

School  Aiton Elementary

Current Disability Category    LD

Setting    Combination general education and resource classroom

Dear  Ms. Morris

State and federal laws regarding students with disabilities require school systems to notify and inform parents of certain changes being made to their children's education program.
Therefore, you are being notified of the following proposed changes:

- [ ] Proposes to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
- [ ] Refuses to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
- [X] Other  Per HOD

**A multidisciplinary team (MDT), of which you were an invited member, has made the following decisions about your child: (check all that apply)**

- [ ] Your child is not eligible for special education service(s).
- [X] Your child is eligible or continues to be eligible to receive special education services as a student with  LD
- [ ] Your child will begin receiving _____ N/A _____ as a related service(s).
- [ ] Your child will no longer receive _____ N/A _____ as a related service(s).
- [X] Your child's category of disability is being changed from  SLI  to  LD
- [ ] Your child's alternative placement on continuum (next setting) is being changed,
  from _____ N/A _____ to _____ N/A _____
- [ ] Your child is no longer eligible and will be exited from the special education program.
- [ ] Other: _____

Location of Services    Aiton Elementary

**Description and Explanation of agency action proposed or refused.**

After a close review of the reevaluation data the MDT Team has determined that J██████ will be placed in a Combination General Education/Resource Classroom at Aiton Elementary Where his specific needs can be met

**Description of Other Options Considered and reasons for rejection of each option**

General Education Classroom - continued school failure
Out of the General Education Classroom- impact on self-esteem

Other relevant factors to the decision-    reevaluation data

MDT Members:
- [X] Principal or Designee
- [X] Parent
- [ ] Student
- [X] Social Worker
- [X] General Education Teacher
- [X] Special Education Teacher
- [X] Speech and Language
- [X] *LEA & Interpreter  (*may be one)
- [X] Psychologist
- [X] Other:  advocate/atty.

Parents may bring individuals to participate in the MDT meeting. These participants should have knowledge or special expertise regarding the child. The following individuals invited by parent: _____

Any questions you may have concerning your child's program may be directed to the principal.
You are protected under the **Procedural Safeguards** for parents, which are enclosed for your information.
If I can be of assistance to you, or have questions regarding the Procedural Safeguards,
please contact Ms. A. Allen _____ at (202)724-4627 _____ (school telephone number).

**See attachments for - EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED**

MDT Prior to Action Notice
07-02-2001

1

## DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## SPECIAL EDUCATION
## MULTIDISCIPLINARY TEAM
## (MDT)

Student J█████    N█████    DOB █/199█ Age 10   Grade 06  ID 9055227

You have the right to challenge the recommendations by requesting Mediation or a Due Process Hearing before an impartial hearing officer. To initiate a mediation or hearing, you will need to complete a REQUEST FOR MEDIATION or DUE PROCESS HEARING form and mail it to the address listed below:

Student Hearing Office
D.C. Public Schools
825 North Capitol Street, N.E. 8th floor
202-442-5432

You have the right to be represented at the hearing by legal counsel.
A copy of Parent's Procedural Safeguards handbook is provided.
A list of free or low cost legal service, for which you may qualify depending on your income, is included.
If you would like an additional copy, please contact the principal.

### EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED

Test/Description: Childrens Appreciation Test - a projective story-telling technique for personality evaluation in ages 5 to 10 years.

Date of Report: 5/16/2006

Test/Description: House-Tree-Person - a projective drawing technique providing insight into personality structure, physical concerns, and social-emotional adjustments in children and adolescence.

Date of Report: 5/16/2006

Test/Description: Kinetic Family Drawing - a projective drawing technique measuring ones perception of her family and her role within the family.

Date of Report: 5/16/2006

Test/Description: Wechsler Intelligence Scale for Children - (WISC III) - commonly employed individually administered test designed to measure the intelligence of individuals aged 6 1/2 to 16 1/2 years.

Date of Report: 2/8/2006

Test/Description: Wechsler Individual Achievement Test - (WAIT) - a commonly used individually administered instrument designed to assess the educational achievement of children and adolescence in area of basic reading, mathematics reasoning, spelling, reading comprehensi

Date of Report: 2/8/2006

Test/Description: Conners Parent and Teacher Rating Scales - a paper-and-pencil instrument measuring problem behaviors of children and adolescents as reported by the childs teacher, parents, or alternate care-giver.

Date of Report: 2/8/2006

Test/Description: Developmental Test of Visual Motor Integration (VMI) - assesses visual perception and motor coordination in ages 3 years and up using a more structured booklet format.

Date of Report: 3/22/2006

Test/Description: Goldman-Fristoe Test of Articulation - assesses the production of consonants in simple and complex contexts.

Date of Report: 2/10/2006

Test/Description: Receptive One Word Picture Vocabulary Test - assesses the childs single word receptive vocabulary.

Date of Report: 2/10/2006

Test/Description:

Date of Report:

### Free or Low Cost Legal Services

Neighborhood Legal Services
701 4th Street, N.E.
Washington, D.C. 20001
202-682-2700 (NW)
202-682-2732 (NE)
Fax 202-682-0588

Neighborhood Legal Services
1213 Good Hope Road, S.E.
Washington, D.C. 20020
202-678-2000
Fax 202-889-3374

University Legal Services
300 I Street, N.E.
Washington, D.C. 20002
202-547-0198
Fax 202-547-2662

The Children's Law Center Inc.
1050 Connecticut Avenue, N.W.
Suite 1200 Washington Square
Washington, D.C. 20036-5317
202-467-4900
Fax 202-467-4949

National Coalition for Students
with Disabilities
10560 Main Street, Suite 417
Fairfax, VA 22030
703-267-6588
(fax) 703-267-6992

MDT Prior to Action Notice
03-30-2004

**State Education Agency for the District of Columbia**
**State Enforcement and Investigation Division (SEID)**
**Special Education Programs**



# Due Process Complaint Disposition

- This form should be used by the parties to notify the Student Hearing Office about important information concerning the outcome of the resolution meeting.
- Please return to the Student Hearing Office of the District of Columbia Public Schools, 825 North Capitol Street, NE, 8th Floor, Washington, DC 20002, Fax number 202/442-5556.

## A.  STUDENT AND CASE INFORMATION:

Student Name: __J_____  __N_____  Birth Date: __/__/95
First          MI          Last

SHO Case Number: _____ (if applicable)

## B.  PARENT / GUARDIAN:

Name: _Ms. Kea_____  __Norris_____
First                    Last

Complete Address: _5508 Eads Street_
_N.E. Washington, D.C._
_20019_

Phone: _(202) 595-5203 cell_  _N/A_  _N/A_
Home        Work or alternative phone no.   Fax No. if applicable

## C.  LOCAL EDUCATION AGENCY REPRESENTATIVE:

_Angel A. Allen___  _SEC_
Full Name                Title

Address _Aiton Elementary School_
_533 - 48th Place N.E._
_Washington, D.C._
_20019_

Phone: _(202) 724-4627_  _(202) 724-4630_
Office              Fax

SEID DRN Rev'd. 6/14/05

1

DCPS-2321

# STATE EDUCATION AGENCY
## DISTRICT OF COLUMBIA PUBLIC SCHOOLS

| | | |
|---|---|---|
| In the Matter of: | ) | BEFORE A SPECIAL EDUCATION |
| | ) | |
| N██████, J.            Petitioner | ) | HEARING OFFICER |
| | ) | |
| Vs. | ) | |
| | ) | |
| **DCPS** | ) | |
| **Aiton ES** | | |
| | | |
| | ) | DISTRICT OF COLUMBIA |
| | | |
| Respondent | ) | PUBLIC SCHOOLS |

## **SCHEDULING MEMORANDUM**

1. A due process complaint notice and request for due process hearing has been received by the Student Hearing Office in the State Enforcement & Investigation Division. Pursuant to 20 U.S.C. § 1415(f)(1)(B), prior to the opportunity for an impartial due process hearing, the Local Educational Agency shall convene a resolution meeting with the parent(s) and the relevant member or members of the IEP Team who have specific knowledge of the facts identified in the complaint <u>within 15 calendar days of receiving notice of the parents' complaint</u>. The meeting shall include a representative of the Local Educational Agency who has decision-making authority. The Local Education Agency is responsible for scheduling the resolution meeting in consultation with the parent. **The Student Hearing Office does not schedule or participate in resolution meetings**.

2. The complaint notice was filed on **September 8, 2006**

3. The deadline for the resolution meeting is **September 23, 2006** unless the parent and Local Educational Agency agree in writing to waive such meeting, or agree to refer the case to a mediator for mediation.

### RESPONSE TO THE COMPLAINT

A. ***Prior Written Notice Not Issued by the Local Educational Agency***. If the Local Educational Agency has not sent a prior written notice to the parent regarding the subject matter contained in the parent's due process complaint notice, the Local Educational Agency shall, <u>within 10 days of receiving the complaint</u>, send to the parent a response that shall include:

   1. An explanation why the Local Educational Agency proposed or refused to take action raised in the complaint;
   2. A description of other options that the IEP Team considered and the reasons why those options were rejected;

3.    A description of each evaluation procedure, assessment, record, or report the agency used as the basis for the proposed or refused action, and

4.    A description of the factors that is relevant to the agency's proposal or refusal.

B.    Prior written notice, if not already provided to the parent, must be sent by the Local Educational Agency to the complaining party no later than **September 18, 2006**.

C.    *Deficiency Notice*.  A complaint notice shall be deemed sufficient unless the party receiving the notice notifies the Student Hearing Office and the complaining party in writing, <u>within 15 days of receiving the notice of the complaint</u>, that the complaint does not satisfy the notice requirements specified in 20 U.S.C. 1415(b)(7)(A).

D.    The deadline for filing a deficiency notice is **September 23, 2006**.

## DUE PROCESS HEARING

Pursuant to 20 U.S.C. § 1415(f)(1)(B)(ii) if the Local Educational Agency has not resolved the complaint to the satisfaction of the parents within 30 days of the receipt of the complaint, the due process hearing may occur, and all applicable time lines for scheduling a due process hearing will commence.  A final hearing officer's decision must be issued within 45 days from the expiration of the 30-day resolution period.

## QUESTIONS AND INFORMATION

The staff with the Student Hearing Office does not provide legal advice.  The parties should consult with legal counsel or other representative to answer any legal questions about your rights, duties, and responsibilities under the law.  The school or the Local Education Agency responsible for scheduling the meeting will provide information about the time, date, and location of the resolution meeting.

Complaint Intake Unit
825 North Capitol Street, NE- 8th Fl.
Washington, DC 20002
(202) 724-6556

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
State Enforcement & Investigation Division
For Special Education Programs

# Fax

# Time Sensitive Materials Attached

**Prompt Attention: Attorney:Fatmata Barrie, Esq.**
**Parent: Kea Norris**

Telephone Number: **(202) 626-0040**          Pages: **3**
Fax Number: **(202) 626-0048**                Date: **September 8, 2006**

**Please find attached a copy of a Scheduling Memorandum regarding:**

Student: J█████ N█████
School: **Aiton ES**

The Complaint Intake Unit is responsible for providing parties with information notice that a Due Process Complaint has been filed with the Student Hearing Office. If you have questions about the attached Notice, please contact the Complaint Intake Unit at (202) 724-6556. Otherwise, if you have questions about the content of the compliant you should contact your legal counsel for further advice.

**Thank You**
**Marica Brown**

The document(s) accompanying this telecopy transmission contains confidential information that Is legally privileged. The information is intended only for use of the individual or entity named Above, if you are not the intended recipient you are hereby notified that any disclosure, copying, Distribution or the taking of any action in reliance of the contents of this copied information is Strictly prohibited. If you receive this telecopy in error, please immediately notify us by telephone For return of the original document to us.

0324

```
┌─────────────────────────────────────────┐
│ TRANSMISSION VERIFICATION REPORT         │
└─────────────────────────────────────────┘
```

```
TIME  : 09/11/2006 02:44
NAME  : SEID OMPC
FAX   : 2025353215
TEL   : 2024425493
SER.# : BROG5J311077
```

```
DATE,TIME          09/11  02:42
FAX NO./NAME       96260048
DURATION           00:02:39
PAGE(S)            09
RESULT             OK
MODE               STANDARD
                   ECM
```

Complaint Intake Unit
825 North Capitol Street, NE- 8th Fl.
Washington, DC 20002
(202) 724-6556

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
State Enforcement & Investigation Division
For Special Education Programs

# Fax

# Time Sensitive Materials Attached

**Prompt Attention: Attorney:Fatmata Barrie, Esq.**
**Parent: Kea Norris**

Telephone Number: **(202) 626-0040**        Pages: **3**
Fax Number: **(202) 626-0048**              Date: **September 8, 2006**

---

**Please find attached a copy of a Scheduling Memorandum regarding:**

Student: **J█████ N█████**
School:  **Aiton ES**

The Complaint Intake Unit is responsible for providing parties with information notice that a Due Process Complaint has been filed with the Student Hearing Office. If you have questions about the attached Notice, please contact the Complaint Intake Unit at (202) 724-6556. Otherwise, if you have questions about the content of the compliant you should contact your legal counsel for further advice.

0325

Complaint Intake Unit
825 North Capitol Street, NE- 8th Fl.
Washington, DC 20002
(202) 724-6556

DISTRICT OF COLUMBIA PUCLIC SCHOOLS
State Enforcement & Investigation Division
For Special Education Programs

# Fax

# Time Sensitive Materials Attached

Prompt Attention: Principal/Administrator
                    Special Education Coordinator

Telephone Number: **(202) 724-4627**          Pages: **9**
    Fax Number: **(202) 724-4630**           Date: September 8, 2006

Please find attached a copy of a Scheduling Memorandum and a copy of the Due
Process Complaint Notice regarding:

Student: **J██████ N██████**

School:  **Aiton ES**

The Complaint Intake Unit is responsible for providing parties with information
notice that a Due Process Complaint has been filed with the Student Hearing
Office. If you have questions about the attached Notice, please contact the
Complaint Intake Unit at (202) 724-6556. Otherwise, if you have questions about
the content of the compliant you should contact your legal counsel for further
advice.

Thank You
Marica Brown
Staff Assistant

The document(s) accompanying this telecopy transmission contains confidential information that Is legally
privileged. The information is intended only for use of the individual or entity named Above, if you are not the
intended recipient you are hereby notified that any disclosure, copying, Distribution or the taking of any action in
reliance of the contents of this copied information is Strictly prohibited. If you receive this telecopy in error, please
immediately notify us by telephone For return of the original document to us.

```
┌─────────────────────────────────────────┐
│  TRANSMISSION VERIFICATION REPORT        │
└─────────────────────────────────────────┘

                              TIME  : 09/11/2006 02:48
                              NAME  : SEID OMPC
                              FAX   : 2025353215
                              TEL   : 2024425493
                              SER.# : BROG5J311077
```

```
┌──────────────────────────────────────────────────────────────┐
│  DATE,TIME              09/11  02:45                           │
│  FAX NO./NAME           97244630                               │
│  DURATION               00:03:18                               │
│  PAGE(S)                09                                     │
│  RESULT                 OK                                     │
│  MODE                   STANDARD                               │
│                         ECM                                    │
└──────────────────────────────────────────────────────────────┘
```

**Complaint Intake Unit**
**825 North Capitol Street, NE- 8th Fl.**
**Washington, DC 20002**
**(202) 724-6556**

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
State Enforcement & Investigation Division
For Special Education Programs

# Fax

## Time Sensitive Materials Attached

**Prompt Attention: Principal/Administrator**
                    **Special Education Coordinator**

Telephone Number: **(202) 724-4627**            Pages: **9**
        Fax Number: **(202) 724-4630**          Date: September 8, 2006

---

**Please find attached a copy of a Scheduling Memorandum and a copy of the Due Process Complaint Notice regarding:**

Student: **J█████ N█████**

School: **Aiton ES**

0327

**The Complaint Intake Unit is responsible for providing parties with information notice that a Due Process Complaint has been filed with the Student Hearing Office. If you have questions about the attached Notice, please contact the**

**State Education Agency for the District of Columbia**
**State Enforcement and Investigation Division (SEID)**
**Special Education Programs**



# _Due Process Complaint Notice_

- The form is used to give notice of a due process complaint to the District of Columbia Public Schools, District of Columbia Public Charter Schools (DCPS or LEA) and/or parents with respect to any matter relating to the identification, evaluation, or educational placement of a child with a disability, or the provision of a free appropriate public education to that child. **A party may not have a due process hearing until the party, or the attorney representing the party, files a notice that meets the requirements of the Individuals with Disabilities Education Improvement Act (IDEIA).**

- The due process complaint must describe an alleged violation that occurred not more than two (2) years before the date that the parent or school system knew or should have known about the alleged action that is the basis of the complaint.

- Notice must be provided to the Student Hearing Office of the DC Public Schools, 825 North Capitol Street, NE, 8th Floor, Washington, DC 20002; fax number 202/442-5556.

- Unless the other party agrees, the party requesting the due process hearing shall not be allowed to raise issues at the due process hearing that are not raised in this Due Process Complaint Notice. Therefore, please be thorough in providing the information requested.

- Prior to the opportunity for an impartial due process hearing, the Local Educational Agency (LEA) shall convene a meeting (called a "Resolution Session") with the parent(s) unless the parent(s) and the Local Educational Agency agree in writing to waive this meeting. You will be contacted by a representative of the Local Educational Agency to schedule the meeting. The Student Hearing Office does NOT schedule resolution meetings.

- Mediation is also available to all parties as an alternative to a resolution meeting or a Due Process Hearing.

## A.   **INFORMATION ABOUT THE STUDENT:**

Student Name   ▮▮▮▮ N▮▮▮▮▮                           Birth Date: ▮▮▮/95

Address:   5508 EADS STREET, N.E., WASHINGTON, D.C. 20019

Home School:   UNKNOWN

Present School of Attendance:   AITON ELEMENTARY SCHOOL

    Is this a charter school?   NO              (If yes, you must also provide a copy of this notice to the charter school principal or director)

Parent/Guardian of the Student:   MS. KEA NORRIS

Address (if different from the student's above): _____

1

Phone/Contact Number:  (202) 399-7734          Fax Number (if applicable): _____

## B.  Individual Making the Complaint/Request for Due Process Hearing:

Name: ___MS. KEA NORRIS_____

Complete Address:   5508 EADS STREET, N.E., WASHINGTON, D.C. 20019 _____

Phone: (h)  (202) 399-7734        (w) _____    (Fax) _____    (cell) _____

Relationship to the Student:

☒  Parent                    ☐  Legal Guardian            ☐  Parent Surrogate

☐  Self/Student        ☐  Local Education Agency (LEA)  ☐  Parent Advocate

## C.  Legal Representative/Attorney (if applicable):

Name:   Fatmata Barrie, Esq. (Law Offices, Christopher N. Anwah, PLLC) _____

Address:  1003 K St. NW #565 Washington, DC 20020 _____

Phone: (w) __202-626-0040_____    (Fax) _202-626-0048_____    (e-mail) _____

Will attorney / legal representative attend the resolution session?    **X** Yes          ☐ No

## D.  Complaint Made Against (check all that apply):

**X** DCPS school (name of the school if different from page one)  __Emery ES, MLK ES_____

☐ Charter school (name of the charter school if different from page one) _____

☐ Non-public school or residential treatment facility (name) _____

☐ Parent

## E.  Resolution Session Meeting Between Parent and LEA:

I understand that it is my right to have a resolution meeting to resolve this complaint.  I also understand that I may voluntarily waive this right if I choose.  (Note:  All parties must agree to waive the resolution meeting to avoid having this meeting.)

☐ I wish to waive the Resolution Session Meeting

## F.  Mediation Process:

IDEIA requires that any time a party requests a due process hearing, mediation should be offered at no cost to the parent. Both parties can request mediation as an alternative to the Resolution Session Meeting or as an alternative to a Due Process Hearing. Please check all that apply:

❑    I am requesting mediation as an alternative to the resolution session meeting.

❑    I am requesting mediation and a due process hearing.

❑    I am requesting mediation **only** at this time.

## G.    Facts and Reasons for the Complaint:

In accordance with the Individuals with Disabilities Education Improvement Act (IDEIA), please complete the following questions. Provide complete details about all the facts supporting your claims. (You may attach additional pages if needed):

1.    What is the nature of the problem, including the facts relating to the problem that will need to be addressed at a Resolution Session meeting, a Mediation Conference, and/or a Due Process Hearing?

A.    An HOD issued on 3/6/06 ordered DCPS to complete a Functional Behavioral Assessment and a Behavior Intervention Plan within 15 days for petitioner. Further, it ordered that DCPS complete an assistive technology evaluation within fifteen school days to determine if petitioner still was in need of the Vantage Devise. It further ordered DCPS, to convene an MDT/IEP meeting within fifteen (15) school days to review all of the evaluations, review and revise the student's IEP, discuss placement alternatives, and discuss and determine petitioner's need for compensatory education services.

B.    DCPS has failed to convene an MDT/IEP meeting to determine if additional evaluations are warranted.

C.    DCPS has failed to develop an appropriate IEP with goals and objectives to address the student's poor academic performance and social emotional behavior. Although the student's psychological evaluation determined that the student is in need of intensive special education services, his IEP does not reflect those services. In fact since his attendance at Emery and Malcolm X, the student's IEPs did not provide him with the intensity of services he needed. To date, DCPS has still not complied with the HOD, and the student remains without an appropriate IEP for the 2006/07 school year, because the results of the ordered evaluations have not be incorporated into the student's IEP and his IEP does not reflect .

D.    As a result, he continues to function from an inappropriate IEP and he is not receiving the appropriate services.

E.    DCPS has failed to convene an MDT/IEP meeting to discuss an appropriate placement and to consider a placement of parent's choice. Additionally, DCPS has failed to provide him with an appropriate placement because his placement cannot provide him with services for a student with ADHD, anxiety and oppositional defiant disorder. Although the school has not been able to handle J███████ behaviors and has not been able to provide him the intensive services he needs, DCPS has yet to provide him the appropriate placement. Therefore, denying him a FAPE

F.    DCPS has failed to provide appropriate related services and all his related services to address the student's poor academic performance and negative social emotional behavior. There is no evidence to show that J██████ has been receiving all his related services.

G.    DCPS has failed to inform the parent of her due process rights because she was never informed that she could in fact have located services or assistance to locate services.

H.    DCPS has failed to provide the student with compensatory education for denial of FAPE for the over two to three years for failure to provide appropriate evaluations, IEP, placement, and appropriate related services and all his related services.

3

2.    To the extent known to you at this time, how can this problem be resolved?

   A.  DCPS to fund a placement of parent's choice.

   B.  DCPS to fund independent evaluations, that is, FBA and assistive technology evaluation to determine if the petitioner still requires the use of the Vantage Devise.

   C.  DCPS to convene an MDT/IEP meeting to review the independent evaluations and to determine if additional evaluations are warranted.

   D.  DCPS to develop an appropriate IEP for the 2006/07 school year.

   E.  DCPS to provide all appropriate related services, including transportation.

   F.  DCPS to provide compensatory education for the past two (2) to three years for the denial of FAPE for which the student has been denied services as mandated by the IDEIA.

   G.  DCPS to pay reasonable attorney fees.

3.    Issues presented:

   A.  Whether DCPS denied J██████ a Free and Appropriate Public Education (FAPE) when it failed to complete the evaluations, that is, FBA, BIP, and Assistive Technology to ascertain if the student still required the use of the Vantage Devise, per the HOD?

   B.  Whether DCPS denied J█████ FAPE when it failed to convene and MDT/IEP meeting to review the independent evaluations and to determine if additional evaluations were warranted?

   C.  Whether DCPS denied J█████ FAPE when it failed to provide him with an appropriate IEP for over two to three years?

   D.  Whether DCPS denied J█████ FAPE when it failed to afford parent an opportunity to participate in a placement meeting to discuss a placement of her choice and other placement alternatives, per the HOD?

   E.  Whether DCPS denied J█████ FAPE when it failed to provide appropriate related services and all his related services?

   F.  Whether DCPS denied J█████ FAPE when it failed to provide him with the needed compensatory education for the past and present denial of FAPE for the several years?

## H.    Estimated amount of time needed for the hearing:

Note:  In the absence of a specified amount of time, the SHO schedules hearings in two hour blocks of time and will allocate two hours to conduct the hearing.  Please indicate if you believe more than two hours will be needed.

## I.    Accommodations and Assistance Needed:

Please list any special accommodations you may require for a Resolution Session Meeting/Mediation Conference/Due Process Hearing.

- Interpreter (please specify the type)
- Special Communication (please describe the type)

- Special Accommodations for Disability (please be specific)

4

- Other _____

## J.    Waiver of Procedural Safeguards:

☐  I (parent/guardian) waive receiving a copy of the procedural safeguards at this time.

## K.    Parent Signature and Affirmation:

I affirm that the information provided on this form is true and correct.

_____          _____
Signature of Parent or Guardian                              Date


## L.    Signature of Attorney/ Legal Representative:

                                                        09/08/06
_____          _____
Legal Representative / Advocate                              Date


## M.    Signature of LEA Representative (if hearing requested by LEA):

_____          _____
Representative of LEA                                          Date


**Mail, fax or deliver this complaint notice to:**
**State Enforcement and Investigation Division**
**For Special Education Programs  (SEID)**
**Student Hearing Office (SHO)**
**825 North Capitol Street, NE, 8th Floor**
**Washington, DC  20002**
**Fax number: 202/442-5556**

SEID DPCN Rev'd. 7/12/05                                                        0332

# LAW OFFICES OF
# CHRISTOPHER N. ANWAH, PLLC 

Attorneys and Counselors at Law

Christopher N. Anwah, Esq.
   (DC, MD, NJ)
Fatmata Barrie, Esq.
   (DC, FL)
Georgina A. Oladokun, Esq.
   (MD)
Tamika N. Jones, Esq.
   (DC)

Carpenter's Building
1003 K Street, N.W.
Suite 565
Washington, D.C. 20001
Phone: (202) 626-0040
Fax: (202) 626-0048
Email: chrisanwahfirm@chrisanwhafirm.com

## FACSIMILE COVER LETTER

**DATE:** 09/08/06

**TO: SHO**

**COMPANY: SHO**

**FAX NUMBER:** 202-442-5556

**FROM:** Fatmata Barrie, Esq.

**RE:** J████ N████ Due Process Complaint

**TOTAL NUMBER OF PAGES INCLUDING COVER SHEET**   06

**MESSAGE:**

0333

OFFICE OF THE STATE SUPERINTENDENT OF EDUCATION
STUDENT HEARING OFFICE

```
----------------------x
In the Matter of:      :
                       :
J▇▇▇ N▇▇▇▇▇▇          :
----------------------x
```

825 North Capitol Street, NE
Washington, D.C.

Thursday, November 30, 2006

The HEARING in this matter began at

approximately 1:27 p.m., pursuant to notice.

BEFORE:

CHARLES R. JONES

Hearing Officer

2

```
 1    APPEARANCES:

 2        On behalf of Complainant:

 3            F. BARRIE, ESQUIRE

 4        On behalf of Respondent:

 5            DANIEL McCALL, ESQUIRE
             Office of General Counsel
 6            D.C. Public Schools
             Washington D.C. Metro Area
 7            825 North Capitol Street, NE., 7th floor
             Washington, D.C., 20002
 8            (202) 442-5000

 9

10

11                    *    *    *    *    *

12

13

14

15

16

17

18

19

20

21

22
```

3

1                      C O N T E N T S

2    WITNESS              DIRECT CROSS REDIRECT  RECROSS

3    Jeanne Norris            27    35

4    David Clarke             51    55

5    Diane Peters             66    98     106

6    Jane Barnes             110   117

7    Linda David             125   136     138

8

9

10

11

12                    *   *   *   *   *

13

14

15

16

17

18

19

20

21

22

BETA COURT REPORTING
www.betareporting.com
202-464-2400                    800-522-2382

4

```
1                    P R O C E E D I N G S
2               MR. JONES:  Okay, we're on the
3    record.  It is now 1:27 p.m. on November 30,
4    2006.  My name is Charles R. Jones, and I'm
5    the hearing officer.  And I am convening the
6    administrative due process hearing on behalf
7    of J███ N██████.  Now, for the purposes of
8    the record, I'd like everyone to introduce
9    themselves, Counsel for DCPS.
10              MR. McCALL:  Good afternoon, Mr.
11   Hearing Officer, Daniel McCall for DCPS.
12              MS. BARRIE:  Good afternoon,
13   Famata Barrie attorney for the mother.
14              MR. JONES:  I -- do you waive the
15   formal hearing and the due process rights,
16   Ms. Barrie?
17              MS. BARRIE:  Yes, sir.
18              MR. JONES:  At the conclusion of
19   this hearing, within 10 calendar days or
20   within the 45-day limit, I will prepare an
21   order.  That order is appeal-able by either
22   party to the court of law.  Okay, now the
```

5

```
1    disclosures.

2              MS. BARRIE:  I did an amendment.

3              MR. JONES:  All right -- this

4    matter was continued in the disclosures that

5    were entered into the record at that time

6    will also be accepted and parents counsel has

7    an amendment dated November 22, 2006.

8              Mr. McCall, do you are having any

9    problems in this ability?

10             MR. McCALL:  I don't have it, Mr.

11   Hearing Officer.

12             MS. BARRIE:  It's just the same

13   witness and --

14             MR. JONES:  What's the

15   change -- anything?

16             MS. BARRIE:  No, I just added the

17   address as well.

18             MR. JONES:  Oh, the address.  Okay.

19   So you don't have any problems with --

20             MR. McCALL:  I don't have any

21   objection.

22             MR. JONES:  And DCPS, do you have a
```

6

1    disclosure?

2            MR. McCALL:  We added in the

3    document 27, which is the notes from the

4    resolution that you asked us to schedule,

5    Mr. Hearing Officer.

6            MR. JONES:  Okay.

7            MS. BARRIE:  That was today, right?

8            MR. McCALL:  Yeah, I just gave it

9    to him today.

10           MS. BARRIE:  He was in the --

11           MR. McCALL:  The meeting was at

12    22nd.  So there wasn't time to do a five-day

13    disclosure, but assuming the hearing officer

14    ordered us to do this -- he wanted to see the

15    results of the meeting.

16           MR. JONES:  So when was it?

17           MS. BARRIE:  It was done on the

18    22nd.

19           MR. McCALL:  22nd.

20           MS. BARRIE:  The day the final date

21    was due.

22           MR. JONES:  When did the meeting

7

1      occur?

2                MS. BARRIE:  The 22nd.

3                MR. JONES:  Oh, the day that the

4      disclosure was due?

5                MS. BARRIE:  Precisely.

6                MR. McCALL:  May 22nd.

7                MR. JONES:  Are you objecting?

8                MS. BARRIE:  Based on that and of

9      course my objection that is set for the

10     discussion of the settlement agreement and I

11     ask for (inaudible).

12               MR. JONES:  All right, I'll hold

13     the answers that are here as I move forward,

14     but the resolution meeting was held?

15               MS. BARRIE:  Yes, sir.

16               MR. JONES:  There was no

17     resolution?

18               MS. BARRIE:  Yes, sir.

19               MR. JONES:  All right, now --

20               MR. McCALL:  I would disagree with

21     that, Mr. Hearing Officer.

22               MR. JONES:  What would you disagree

8

1    with?

2           MR. McCALL:  Well, I mean that -- I

3    am asking that required examination of the

4    document itself.

5           MR. JONES:  Just tell me what it

6    is?

7           MR. McCALL:  Well, I would

8    disagree -- I mean, the notes tend to

9    indicate that there was agreement, but for

10   attorney's fees and attorney's fees are not

11   within the jurisdiction of the hearing

12   officer.

13          MR. JONES:  What did you have done?

14          MR. McCALL:  I just got these two,

15   Mr. Hearing Officer, so I am still examining

16   it myself.

17          MR. JONES:  Well, let's go about it

18   a different way.  Ms. Barrie, what is that

19   you -- what is the remedy you are seeking?

20          MS. BARRIE:  Placement at High Road

21   School of D.C. and --

22          MR. JONES:  And what else?

9

```
 1          MS. BARRIE:  And the completing of

 2    the meeting obviously.  We have sent them to

 3    review the evaluations that are up-to-date to

 4    make an appropriate determination for him.

 5          MR. JONES:  Okay.  First thing let

 6    me ask you, are they up-to-date evaluations?

 7          MS. BARRIE:  Yes.  But we need the

 8    functional -- I think they said they did a

 9    functional behavior assessment, but we don't

10    have -- we don't have it.  We don't have the

11    functional behavioral assessments.  We have

12    the -- basically assisted technology, but we

13    don't have the behavioral assessments.

14          MR. JONES:  What evaluations were

15    performed?

16          MS. BARRIE:  What we have is

17    psychoeducational eval, clinical and speech.

18          MR. JONES:  So all these

19    evaluations have been performed and are

20    current.

21          MS. BARRIE:  Yes, sir.

22          MR. JONES:  All right.  So was
```

10

1     there a meeting convened to determine

2     appropriate placement?

'3            MS. BARRIE:  No, not yet.

4             MR. JONES:  All right, and that is

5     what DCPS offered?

6             MR. McCALL:  There was an agreement

7     to schedule for December the 13th?

8             MR. JONES:  Is that true?

9             MR. McCALL:  The MDT meeting.

10            MS. BARRIE:  No.

11            MR. JONES:  Wasn't it correct?

12            MS. BARRIE:  And it wasn't correct

13    as they said December 13th, and at the time I

14    had to get them both there to set up a

15    meeting, so she didn't -- as far as I'm aware

16    she didn't know what an appropriate date was,

17    and they said it was a notice before meeting.

18    So --

19            MR. JONES:  Okay, say that again,

20    as I understand it --

21            MS. BARRIE:  Uh-huh.

22            MR. JONES:  Is Mr. McCall's

11

1    representation that the resolution meeting,

2    there was a date of December 13th, 2006, put

3    on the table to have the appropriate place of

4    the meeting.

5            MS. BARRIE:  And the --

6            MR. JONES:  And what did you -- was

7    your advocate there?

8            MS. BARRIE:  Yes.

9            MR. JONES:  What happened after

10   that?

11           MS. BARRIE:  She indicated she

12   didn't have her calendar, so she couldn't

13   tell them what date she could do a meeting

14   right there at the table.  And they said,

15   they are going to meet on December 13, anyway

16   at 10:00.

17           MR. JONES:  Well, Ms. Barrie, your

18   advocate has to be responsible for convening

19   meetings.  We can't have these things

20   delayed.

21           MS. BARRIE:  Okay, it is not being

22   delayed, the fact of the matter is --

12

1              MR. JONES:  Well, why didn't she

2       call back and convey, why didn't she call

3       back and schedule a date?  Did she call back?

4              MS. BARRIE:  I'm not sure, but even

5       if she is that doesn't (inaudible) from our

6       complaint right now.  We still have to

7       litigate the complaint.  This does not

8       preclude the parent from litigating the

9       complaint because what she wanted was for him

10      to be placed.  And that's what she wants,

11      that's what the complaint states.

12             MR. JONES:  What is the placement

13      Mr. McCall?

14             MS. BARRIE:  And the functional

15      behavior -- I'm sorry.

16             MR. JONES:  Where is the student

17      placed at, right now?

18             MS. BARRIE:  Aiton Elementary

19      School.

20             MR. JONES:  And you are saying that

21      is inappropriate?

22             MS. BARRIE:  Precisely.

13

1           MR. JONES:  The DCPS -- well

2    obviously they couldn't do anything if you

3    weren't going to be at the meeting?

4           MS. BARRIE:  No, they have had this

5    evaluations for a while now, and we -- we

6    have documentation of all the letters we sent

7    to DCPS starting from JN 24, all the way down

8    to JN 29 --

9           MR. JONES:  Uh-huh.

10          MS. BARRIE:  Requesting

11   evaluations, requesting meetings from April

12   of '06, May, August, September, all the way

13   down to October of '06.  So just because they

14   was a resolution meeting and it may have said

15   that, does not preclude the fact that we've

16   been asking for -- for the past four-five

17   months for this to happen, and it hasn't, and

18   it is in my documents, and the facts

19   information pages that's faxed.

20          MR. JONES:  Okay, Ms. Barrie, okay,

21   here is the question.  DCPS offers you a

22   placement meeting to do all the discussion,

14

1    your advocate does not -- I guess, approve

2    the time --

3              MS. BARRIE:  Uh-huh.

4              MR. JONES:  Nor do they get back to

5    DCPS for the deposing date.

6              MS. BARRIE:  And we were --

7              MR. JONES:  That is not

8    appropriate.

9              MS. BARRIE:  What is not

10   appropriate is that the school placement is

11   not appropriate, number one, we asked for a

12   placement --

13             MR. JONES:  Ms. Barrie, I

14   understand that, but the resolution meeting

15   gives DCPS an opportunity --

16             MS. BARRIE:  Okay.

17             MR. JONES:  To rectify these things

18   and if you don't attend that meeting, they

19   can't rectify anything.

20             MS. BARRIE:  December 13th, this is

21   November 30th; regardless the meeting would

22   not have taken place by today.  So are we

15

1    saying that we cannot go ahead with a

2    hearing, because --

3          MR. JONES:  I'm saying to you if

4    DCPS offers a placement discussion date --

5          MS. BARRIE:  Uh-huh.

6          MR. JONES:  And you refuse, that

7    makes it your responsibility, you cannot

8    refuse -- you can't refuse --

9          MS. BARRIE:  Uh-huh.

10         MR. JONES:  To meet --

11         MS. BARRIE:  Uh-huh.

12         MR. JONES:  And resolve the

13    problem, and then come to me.

14         MS. BARRIE:  Okay, we have already

15    filed the complaints.  They are talking about

16    for the 13th, which I mean, as far as I'm

17    concerned the resolution session meetings are

18    not even -- in the records to be discussed,

19    number one.  And I don't feel like, the

20    discussions that took place there should even

21    be brought into the --

22         MR. JONES:  I understand what you

BETA COURT REPORTING
www.betareporting.com
202-464-2400                    800-522-2382

16

1    are feeling.

2            MS. BARRIE:  This due process

3    hearing.

4            MR. JONES:  I know what your

5    feelings are --

6            MS. BARRIE:  Okay.  And --

7            MR. JONES:  But my thought -- my

8    fact is the resolution meeting, once I make a

9    determination that there was a legitimate

10   offer to hold the placement meeting --

11           MS. BARRIE:  Uh-huh.

12           MR. JONES:  And you or your people

13   do not move forward to do that --

14           MS. BARRIE:  Uh-huh.

15           MR. JONES:  Because right now,

16   Aiton may have been -- you have to prove this

17   inappropriate, number one.

18           MS. BARRIE:  Okay.

19           MR. JONES:  Then the second step

20   is, once this is proved inappropriate you

21   have to indicate that DCPS doesn't have an

22   appropriate placement to put the student in

17

1   and then you have denied them the capability

2   of doing that.

3           MS. BARRIE:  How did we deny them

4   because we are doing that?

5           MR. JONES:  As you did not meet

6   with them when they asked to convene the

7   meeting.

8           MS. BARRIE:  December the 13th,

9   this is November the 30th.  It isn't like

10  they held a meeting and we didn't show up,

11  that's not the situation here.  What they are

12  talking about is the future.  So we sit and

13  we wait, so say for whatever reason,

14  December 13th comes and we agree they don't

15  hold it.

16          So we still wait until DCPS decides

17  to hold a placement meeting.  The law is

18  clear that if the parent is not satisfied, he

19  or she has the right to a due process

20  hearing.  The parent is not satisfied, the

21  parents does not feel Aiton can meet her

22  child's need.

18

1              MR. JONES:  It didn't satisfy,

2    because you didn't appear at the meeting to

3    determine if in fact DCPS --

4              MS. BARRIE:  What meeting?

5              MR. JONES:  The meeting that they

6    scheduled.

7              MS. BARRIE:  For December the 13th,

8    so we can appear, at a meeting that hasn't

9    yet happened, Mr. Hearing Officer, you are

10   saying we didn't appear.

11             MR. JONES:  You did not even agree

12   to the meeting, you have to at least agree to

13   the meeting to move forward on it.

14             MS. BARRIE:  To move -- okay, even

15   if we agreed, but we are here, so are we

16   saying if we had agreed to a placement

17   meeting, but we still want the placement --

18             MR. JONES:  Mr. McCall, why

19   didn't --

20             MR. McCALL:  Yes, sir.

21             MR. JONES:  The placement meeting

22   takes place at the resolution meeting, what

19

1    can you tell on that?

2         MR. McCALL:  I don't -- I'm not

3    sure why in terms of whether it could -- my

4    understanding was that there was a complaint

5    issue of not holding a resolution meeting and

6    my recollection of this hearing was that, you

7    know, we were directed to stage a resolution

8    meeting and I directed my client to do that.

9    You know, resolution meeting in my mind means

10   you consider everything and everything --

11        MR. JONES:  That you can resolve at

12   that time.

13        MR. McCALL:  And I think they tried

14   and that's why I said I put this document in

15   evidence, Mr. Hearing Officer, there is a

16   discussion in there about what was covered,

17   and the discussions relate to the evaluations

18   and DCPS presented to the parent -- to the

19   parent representative that everything had

20   been done that had been asked for --

21        MR. JONES:  Did you issue a prior

22   notice?  Did you discuss placement?

20

1          MR. McCALL:  It represents -- I

2    mean, when you say this as just placement, it

3    represents, you know, they discussed that the

4    placement is appropriate, because that is

5    what they present.

6          MR. JONES:  Well, they say that the

7    Aiton is appropriate, is that --

8          MR. McCALL:  They presented to the

9    parent -- yes, in this meeting on November

10   22nd that Aiton was appropriate.

11         MR. JONES:  That they can implement

12   the IEP?

13         MR. McCALL:  Yes.  Well, let me

14   hold on that because the parent has refused

15   to sign the last developed IEP, so they are

16   holding on that, and as a matter of fact, my

17   witness is going to testify, he is being

18   over-serviced right now because they can't

19   stop the old IEPs.

20         MR. JONES:  Okay, here is what I'm

21   going to do.  Who are you going to put on to

22   determine that Aiton is an inappropriate

21

1    placement for the student?

2         MS. BARRIE:  Actually I don't need

3    to put on anyone, because we have

4    documentation that shows nature of

5    regression.  JN 07 his '03 psychoeducational

6    comparison to his 2006 psychoed --

7         MR. JONES:  So you are going to

8    rest on the document, is that what you were

9    suggesting?

10        MS. BARRIE:  Yes, just to look at

11   those psychoed, both psychoeds -- if you make

12   a comparison, his IEP scores --

13        MR. JONES:  Is there anything in

14   any of the evaluations that says that Aiton

15   is an inappropriate placement for the

16   student?

17        MS. BARRIE:  Of course not, DCPS

18   completed the evaluation.

19        MR. JONES:  Do you have any

20   documents from any of your evaluators that

21   indicate that Aiton is an inappropriate

22   placement?

22

1              MS. BARRIE:  The documentation is

2    the evaluation showing he has been at Aiton

3    for the past three years and for the past

4    three years his scores went down from --

5    let's see -- his old psychoed, which is

6    parent's exhibit number 7 has the

7    standardized scores.

8              MR. JONES:  Do you have an

9    individual that you can have testified who

10   indicates that this student has regressed?

11             MS. BARRIE:  No, I don't believe I

12   need someone to say it?

13             MR. JONES:  I understand that you

14   don't need it; I'm telling you what I need.

15             MS. BARRIE:  Right.  Okay.

16             MR. JONES:  It's just as simple as

17   that -- we differ on what you need.

18             MS. BARRIE:  No, I don't have

19   someone to say it, I don't have anyone -- I

20   don't have anyone to say it, no.

21             MR. JONES:  Okay.

22             MS. BARRIE:  I don't.

23

1              MR. JONES:  So the issue with

2    regard to the inappropriateness of the

3    placement, you are relying on documents only,

4    correct?

5              MS. BARRIE:  Correct.

6              MR. JONES:  Do you have any witness

7    at all on that issue?

8              MS. BARRIE:  No, just the document,

9    that's -- just the document the -- his

10   standardized scores compared from his old,

11   and the new standardized scores.

12             MR. JONES:  So are you resting on

13   that issue?

14             MS. BARRIE:  Well, I want to be

15   able to put on my case, not just rest based

16   on -- okay.

17             MR. JONES:  I understand and who

18   else do you have -- there is --

19             MS. BARRIE:  I have the mother.

20             MR. JONES:  What will she testify

21   to?

22             MS. BARRIE:  She will testify to

24

1    the communication or life thereof that she

2    has had with Aiton.  She will testify to the

3    fact that she is not aware of him receiving

4    services.  She has testified to the fact that

5    she has not seen any appropriate progress in

6    her son.

7             MR. JONES:  All right, we will put

8    her on, let's see her.

9             MS. BARRIE:  Can I do that at

10   opening?

11            MR. JONES:  I want to put your

12   opening in a brief -- Ms. Barrie, put your

13   opening statement in a brief.  That's what I

14   want you to do.

15            MS. BARRIE:  I have a lot of things

16   I need to get in.

17            MR. JONES:  I know.

18            MS. BARRIE:  Written things that I

19   need to get in.  I --

20            MR. JONES:  That's what I've just

21   ordered, put it in a brief.  But who is your

22   first witness?

25

1            MS. BARRIE:  Hello, Ms. Norris.

2    Okay, it's Ms. Barrie, I'm at the hearing.  I

3    am going to put you on speakerphone, okay.

4    Can you hear me?

5            MS. NORRIS:  Yes.

6            MS. BARRIE:  Hold on a second,

7    okay.

8            MS. NORRIS:  Okay.

9            MS. BARRIE:  I just want to get it

10   clear, so I put my opening and my closing in

11   a brief or --

12           MR. JONES:  I said opening, I

13   didn't say anything about a closing.  What's

14   to hear (?) about that?

15           MS. BARRIE:  Because I've never had

16   to do an opening while I had to do a closing

17   in a brief format or in a memo form -- or

18   written form, I've never actually had to do

19   an opening.

20           MR. JONES:  Okay, a memorandum is

21   fine.

22           MS. BARRIE:  Okay.  I just what --

26

1    my only problem is my opening sets up my

2    interview of my witnesses, so it sort of

3    takes away from --

4              MR. JONES:  Well, right now

5    is -- the thing that I have on the table is

6    that you indicate that there is an

7    inappropriate placement.  And you have --

8              MS. BARRIE:  An inappropriate IEP.

9              MR. JONES:  Inappropriate IEP.

10             MS. BARRIE:  Uh-huh.

11             MR. JONES:  So, you know, those are

12   the two main areas that you are looking at,

13   right?

14             MS. BARRIE:  Right, and they have

15   another portion, the behavioral assessment,

16   they said they have, but we had -- we have

17   never had it, and they said I'll get that, so

18   I was --

19             MR. JONES:  I will ask her

20   questions along those lines.

21             MS. BARRIE:  Ms. Norris?

22             MS. NORRIS:  Yes.

27

1          MR. JONES:  All right, Ms. Norris,

2    this is Mr. Jones, I'm the hearing officer in

3    this matter.  I'm going to swear you in to

4    render testimony.  Please raise your right

5    hand.

6    Whereupon,

7                    JEANNE NORRIS

8    was called as a witness and, having been first duly

9    sworn, was examined and testified as follows:

10         MR. JONES:  Please state for the

11   record your full name and your residence.

12         THE WITNESS:  Yes, Jeanne Norris

13   5508 East Street, NE, Washington, D.C. 20019.

14         MR. JONES:  All right, go forward

15   with your examination.

16         DIRECT EXAMINATION

17         BY MS. BARRIE:

18      Q    Ms. Norris, what is your

19   relationship to J█████?

20      A    He is my son.

21      Q    Ms. Norris, what school does J█████

22   attend right now?

28

```
 1        A    Aiton Elementary School.

 2        Q    How long has he been there?

 3        A    He has been at Aiton 2004, 2005,

 4    and 2006.

 5        Q    Before Aiton where was he?

 6        A    Martin Luther King Elementary.

 7        Q    When he was at Martin Luther King

 8    Elementary, how was he -- how was his

 9    behavior and his academics?

10        A    He had several behavior problems

11    and his academics -- he was below level, the

12    only specials he received was speech.

13        Q    He didn't receive academic support?

14        A    No.

15        Q    When he left MLK, you said he went

16    to Aiton; correct?

17        A    Yeah, yes.

18        Q    During his time at Aiton, how was

19    his behavior and his academics?

20        A    His behavior was terrible, his

21    academics, everything was below level.

22        Q    What was he doing behaviorally that
```

29

1    was terrible at Aiton?

2       A   Fighting, disrespectful, he has

3    been suspended like every other week.

4       Q   Were you getting phone calls or

5    reference to his behavior?

6       A   Yes.

7       Q   Did they provide him with any more

8    services at Aiton to accommodate him?

9       A   I'm not sure of the -- there are

10   times that I know he received a certain

11   amount of speech and a certain amount of

12   reading and math help.

13      Q   Do you know if he is getting his

14   psychological counseling and speech that is

15   on his IEP?

16      A   No.

17      Q   Have you ever received a progress

18   report on his --

19         MR. JONES:  What is on his IEP, do

20   you know?

21         MS. BARRIE:  Speech and counseling.

22         THE WITNESS:  I didn't get it.

BETA COURT REPORTING
www.betareporting.com
202-464-2400                    800-522-2382

30

```
1                MS. BARRIE:  He has got speech and
2       counseling.
3                MR. JONES:  See, I wouldn't know
4       that unless you say --
5                MS. BARRIE:  But that's why I was
6       trying to do my opening and --
7                MR. JONES:  But in your question
8       you could say --
9                MS. BARRIE:  Yes.
10               MR. JONES:  Okay -- I'm not going
11      to put you -- go ahead.
12               MS. BARRIE:  Okay.
13               BY MS. BARRIE:
14      Q       Have you ever received any progress
15      reports on his speech or his counseling
16      services?
17      A       No.
18      Q       Have you ever received a schedule
19      of what he received of his related
20      services -- his speech and his counseling?
21      A       No.
22      Q       Have you seen any progress at Aiton
```

31

1    academically or behaviorally?

2        A    No, his academic is way below

3    level, and his behavior is kind of -- it is

4    not as bad as it were, that is, he is coming

5    around.

6        Q    But his grades are still below

7    level?

8        A    Yes.

9        Q    Do you think Aiton -- for the three

10   years he has been there, do you think Aiton

11   has provided him with, I guess, a good

12   program?

13           MR. McCALL:  Objection, Mr. Hearing

14   Officer.

15           MR. JONES:  What was the objection?

16           MR. McCALL:  As to the question, I

17   mean, it is not a legal standard in any sense

18   that is irrelevant in this case, whether or

19   not this provided a good program.

20           MS. BARRIE:  Wasn't that what

21   constitutes an appropriate placement?

22           MR. McCALL:  No, not in any cases I

32

1      have ever read.

2              MR. JONES:  Rephrase your question.

3              BY MS. BARRIE:

4      Q    Ms. Norris, do you believe that

5      Aiton has or can provide your son with any

6      kind of educational benefit?

7      A    No, I do not.

8      Q    Why?

9      A    Because J█████ report cards are

10     below level, each time, and he has been

11     promoted from the fifth to sixth -- sixth

12     grade and he is still below level.

13     Q    Have you ever had any communication

14     with the school?

15     A    No.

16     Q    Do you have a relationship with the

17     staff at the school?

18     A    No, I do not.

19     Q    Okay.  Why?

20     A    Because Ms. Allen had some kind of

21     personal grudge against me.  Every time I go

22     to the school, she does not even acknowledge

BETA COURT REPORTING
www.betareporting.com
202-464-2400                    800-522-2382

1     that I am there, she does not speak to me,

2     and when I ask questions, everybody acts like

3     I am something from out of space or

4     something.

5          Q    Who is Ms. Allen?

6          A    The educational -- the head of the

7     Special Education Department.

8          Q    Do you feel that the school has

9     your son's best interest?

10         A    No, I do not.

11         Q    Does your son tell you about his

12    services at Aiton?

13         A    Yes, J▮▮▮▮ came home early last

14    week and told me that Ms. Allen told him that

15    his speech would be cut down to 30 minutes.

16         MR. McCALL:  Objection, that is

17    double hearsay, Mr. Hearing Officer.

18         MS. BARRIE:  Okay, he is a --

19         MR. McCALL:  That is double

20    hearsay.

21         MS. BARRIE:  He is a minor and this

22    is his mother, she is the one that is

34

1     representing his interest, and I believe she

2     is capable or should be capable of stating.

3              MR. JONES:  I will allow, go ahead

4     over the objection of counsel.

5              BY MS. BARRIE:

6        Q    Continue.  Ms. Norris?

7        A    Yes, Ms. Barrie.

8        Q    What did he say when he came home?

9        A    He said that Ms. Allen told him

10    that his speech will be cut down to 30

11    minutes.

12       Q    Have you ever been to a meeting

13    where they discussed his speech being reduced

14    to 30 minutes?

15       A    No.

16       Q    Have you ever been invited to a

17    meeting where they said they were going to

18    discuss his speech would be dropped down to

19    30 minutes?

20       A    No.

21       Q    Okay.

22              MS. BARRIE:  No more questions.

35

1                    MR. JONES:  Cross?

2                    MR. McCALL:  Yes, sir.

3                    CROSS-EXAMINATION

4                    BY MR. McCALL:

5          Q    Ms. Norris, can you hear me?

6          A    Excuse me, you were saying --

7          Q    Ms. Norris, can you hear me?

8          A    With a lot of static.

9          Q    I'll get a little closer.  Can you

10   hear me now?

11         A    I can hear you.

12         Q    I'm Daniel McCall.  I'm asking you

13   a few questions on behalf of DCPS.  First of

14   all, do you remember an IEP meeting that was

15   going to be held in September of '06?

16         A    No.

17         Q    You don't remember that?

18         A    No.

19         Q    Is there any reason why you would

20   have cancelled a meeting in September or not

21   showed up?

22                   MS. BARRIE:  Objection.  She just

1    said she doesn't remember anything about a

2    September '06, meeting.

3        MR. JONES:  He is cross-examining,

4    and he has a right to continue to

5    cross-examine until he gets some information

6    with regard to the reason why -- so I'll

7    overrule it, I'll allow.  I've allowed

8    you -- I've allowed both counsel room, so

9    let's move forward.

10        MR. McCALL:  Thank you.

11        BY MR. McCALL:

12    Q    Is there any reason why you would

13    have cancelled a meeting in September and not

14    showed up for one?

15    A    I didn't cancel any meeting.  I was

16    not invited to a meeting in September.

17    Q    Do you get your mail?

18    A    Yes, I do.

19    Q    Is it your testimony, under oath

20    here, that you have not been invited to an

21    IEP meeting in September 2006?

22    A    I was not invited to anything, I am

37

1    informed by my attorney and advocate whenever

2    there is -- a meeting is taking place.

3        Q    Did your attorney or advocate

4    inform you of a meeting, an IEP meeting in

5    September of 2006?

6        A    No.

7        Q    And if they had, would you have

8    attended?

9        A    Yes, I would have.

10        Q    Now, you said that J▇▇▇ was below

11    level, was that -- were those your words?

12        A    Yes, sir.

13        Q    What do you mean by that?

14        A    His grades were below level each

15    comment on his report card says that Jamar is

16    still below level in his math, reading, and

17    language art.

18        Q    Do you know what level he is on?

19        A    As far as I know, he is not on

20    sixth grade level, I know he is at third

21    grade and below.

22        Q    What area are you saying that he is

38

1    in the third grade level?

2        A    Reading and math.

3        Q    In reading and math.  What level do

4    you think he should be at?

5        A    He should be on sixth grade level.

6        Q    Do you understand that your son has

7    a disability?

8        A    Yes, I do.

9        Q    Have you seen the September 2006

10   IEP goals and objectives?

11       A    No, I have not.

12       Q    Your attorney hasn't even showed

13   them to you?

14       A    I haven't seen anything.

15            MS. BARRIE:  Excuse me, Mr. Hearing

16   Officer, I have absolute --

17            MR. JONES:  Wait just a minute,

18   wait just a minute.

19            MS. BARRIE:  Come on, that has

20   nothing to do with the case at hand -- your

21   attorney hasn't showed them to you, what type

22   of question is that?

39

```
1              MR. McCALL:  Well --

2              MS. BARRIE:  It's simple, either

3    she has or she hasn't, there is no need to go

4    any further.

5              MR. JONES:  Have you shown her the

6    IEP, yes, or no?

7              MS. BARRIE:  The last time when we

8    were here, I showed her the IEP.

9              MR. JONES:  All right.

10             MS. BARRIE:  But obviously --

11             MR. JONES:  Maybe she didn't recall

12   it.

13             SPEAKER:  Yes.

14             MR. JONES:  Just question some more

15   on it.

16             MR. McCALL:  Thank you, Mr. Hearing

17   Officer.

18             BY MR. McCALL:

19        Q    Ms. Norris?

20        A    Yes.

21        Q    Has your attorney showed you the

22   September 2006 IEP goals and objectives?
```

40

1      A    When I came down to the last

2    hearing, she showed me the testing -- I guess

3    that is the IEP.

4      Q    You guess, or you remember, I mean,

5    I have got to be clear?

6      A    She showed me some paper, but I'm

7    not sure what I saw, but I know it is my

8    son's testing.

9      Q    So let me get this clear, I need to

10    get this clear for the Hearing Officer.  Do

11    you or do you not know what has been offered

12    to your son in an IEP as of September 2006?

13      A    IEP I have not seen the IEP -- I

14    saw the testing.

15      MR. JONES:  All right, go ahead

16    with your questions.

17      MR. McCALL:  No further questions,

18    Mr. Hearing Officer.

19      MR. JONES:  All right, any

20    redirect?

21      REDIRECT EXAMINATION

22      BY MS. BARRIE:

BETA COURT REPORTING
www.betareporting.com
202-464-2400           800-522-2382

41

1       Q    Ms. Norris?

2       A    Yes.

3       Q    Okay.

4            MS. BARRIE:  You know what, no

5    questions.

6            MR. JONES:  All right, Ms. Norris,

7    this is Mr. Jones, the hearing officer.  Can

8    you hear me?

9            THE WITNESS:  Yes.

10            MR. JONES:  All right.  So you

11    don't receive any of the notices from DCPS,

12    they come to your attorney; correct?

13            THE WITNESS:  They don't send me

14    anything in the mail, no sir.

15            MR. JONES:  Okay.  Now with regard

16    to your son and his placement at Aiton, you

17    indicated that someone has some personal

18    grudge against you at Aiton?

19            THE WITNESS:  Yes, sir, Ms. Allen

20    has come to my home, she denied coming to my

21    home to talk to me and ever since that

22    incident took place, she doesn't speak to me,

42

1    she refuses to talk to me.

2         MR. JONES:  What incident are you

3    referring to, what is --

4         THE WITNESS:  Sir, I didn't get

5    that?

6         MR. JONES:  Yeah, what is the

7    incident you are referring to?

8         THE WITNESS:  There was an IEP

9    meeting that they came up with right before

10   Christmas, and she came to my home to tell me

11   about the meeting, it was the next day.  She

12   came after school, it was 6:00 in the evening

13   and she talked to me and she told me that I

14   didn't need my advocate or my attorney, and

15   that I had to be stupid to put up and listen

16   to the things that they told me to do.

17        I should just come and sign on the

18   IEP.  I called my attorney and my advocate as

19   soon as she left my home and told them

20   everything that she said to me word for word,

21   and she denied it, and then, after that when

22   I went to the school she goes -- she does not

43

1    speak to me.  When I go there sometimes she

2    is standing at the door, she does not speak,

3    she turns her head.  So there is no -- you

4    know, no communication between she and I and

5    everything that I hear comes through my son.

6         MR. JONES:  Okay.  You do receive

7    your son's report cards correct?

8         THE WITNESS:  Yes, sir.  But they

9    are hand-delivered to me by my son.

10         MR. JONES:  All the report cards

11    you've seen he's been -- all the report cards

12    that you have seen, he has been failing?

13         THE WITNESS:  Yes sir.

14         MR. JONES:  Thank you, Ms. Norris.

15         THE WITNESS:  All right.

16         MS. BARRIE:  Can I ask her a

17    question --

18         MR. JONES:  All right, I'll allow

19    it.

20         BY MS. BARRIE:

21         Q    Ms. Norris.

22         A    Yes.

44

1      Q    When you said Ms. Allen came to

2  your house for an IEP meeting right before

3  Christmas, what year are you taking about?

4      A    2005.

5      Q    Okay.

6      A    Right before Christmas.

7      Q    Just want to get clarity.

8      A    Okay.

9      Q    Thank you.

10     A    Uh-huh.

11          MR. McCALL:  One more question,

12  Mr. Hearing Officer, if I may.

13          MS. BARRIE:  Hold on.

14          BY MR. McCALL:

15     Q    Ms. Norris?

16     A    Yes.

17     Q    I just want to confirm something on

18  these invitations that are -- we had this

19  disagreement about whether you've received

20  them.  And I want to make sure how early on

21  you've had this relationship with the Law

22  Offices of Anwah (?).  Can you confirm for me

45

1   when Anwah would have been your attorneys to

2   receive?

3          MS. BARRIE:  Objection, Mr. Hearing

4   officer.  Her relationship with her counsel

5   has absolutely nothing to do with the case at

6   hand.

7          MR. McCALL:  The date.

8          MS. BARRIE:  He's left -- he is

9   going way, way beyond the direct or the

10  hearing officer's questions.

11         MR. JONES:  Here counsel -- I'm not

12  going to allow -- basically I'm not

13  interested in intimidating the witness with

14  questions concerning her relationship with

15  the counsel.

16         MR. McCALL:  Not relationship.  No,

17  no, I just want to know the initiation date.

18  Because there is this dispute of who got the

19  invitations and who didn't Mr. Hearing

20  Officer.  And if she had a counsel and the

21  counsel insisted on those invitations being

22  sent to them --

1          MR. JONES:  Well, I think you could

2    prove it in other ways, so I'll disallow it.

3          MR. McCALL:  Okay.

4          MR. JONES:  All right, Ms. Norris.

5    Do you have any other questions?

6          MS. BARRIE:  No, sir.

7          MR. JONES:  Thanks, Ms. Norris.

8          MS. BARRIE:  Thank you Ms. Norris.

9          THE WITNESS:  Thank you.

10              (Witness excused.)

11          MR. JONES:  (inaudible) before we

12    connect that witness.

13          MR. McCALL:  And I assume this is

14    your last witness.

15          MS. BARRIE:  Yes.

16          MR. McCALL:  This is the private

17    school -- to prove the progress in the

18    private school.  Mr. Hearing Officer, this is

19    the two-part test.  Counsel has not passed

20    the hurdle on the first test of --

21          MR. JONES:  Which test is that?

22          MR. McCALL:  Of establishing DCPS

47

1    has not provided an appropriate program or a

2    program recently calculated.

3         MR. JONES:  Well you have rebuttal

4    witness, don't you?

5         MR. McCALL:  I don't have a

6    rebuttal, I certainly haven't -- none.  They

7    haven't even cleared the hurdle,

8    Mr. Hearing Officer.

9         MR. JONES:  I think there is

10   enough, sufficient information with regard to

11   the report cards, failing grades, although

12   they are not in and of themselves --

13        MR. McCALL:  No.

14        MR. JONES:  A denial of FAPE it

15   sure has a strong inference, and so I think

16   there is a rebuttal fact, you know, once you

17   rest you can put your evidence on.  But no,

18   I'm not going to grant you a directive

19   burden, as a result what you consider to be

20   her inability to prove her case.  Okay, I'm

21   not going to do that.  All right.

22        MS. BARRIE:  Hi, I'm -- this is

48

1    Farmacie Barrie.  I am at the hearing for

2    J████ N██████.  Are you ready -- or do you

3    want to give me another number?

4            MR. JONES:  Go ahead.

5            MS. BARRIE:  Okay, hold on; let me

6    get the telephone number.  What is the

7    number?  Okay, thank you.  I'll call you

8    back.

9            Okay, hi, how are you?  This is

10   Farmacie Barrie; I am looking for David

11   Clarke?  Okay, I'm about to put you on the

12   speaker.  Can you hear me?

13           MR. CLARKE:  Yes, I can.

14           MR. JONES:  Who is on it?

15           SPEAKER:  David Clarke.

16           MR. JONES:  Mr. Clarke?

17           MR. CLARKE:  Yes, sir.

18           MR. JONES:  This is Mr. Jones, I am

19   the hearing officer in this matter.

20           MR. CLARKE:  How are you doing,

21   sir?

22           MR. JONES:  Fine.  I'm going to

49

```
1    swear you in to render testimony in the

2    matter of J████ N██████.

3              MR. CLARKE:  Yes, sir.

4    Whereupon,

5                   DAVID C.A. CLARKE

6    was recalled as a witness and, having been

7    previously duly sworn, was examined and testified

8    further as follows:

9              MR. JONES:  Please state for the

10   record your full name and your position.

11             THE WITNESS:  My full name is David

12   Charles Anthony Clarke, and I'm admissions

13   director for High Road School of Washington,

14   D.C., sir.

15             MR. JONES:  All right, go forward

16   with the examination.

17             MR. McCALL:  Mr. Hearing Officer,

18   may I enter an objection?  I don't see a

19   disclosure on this witness.

20             MS. BARRIE:  Hold on a second.

21             THE WITNESS:  What?

22             MS. BARRIE:  Hold on a second.
```

50

1         MR. McCALL:  I don't have a David

2    Clarke disclosed.

3         MS. BARRIE:  Next page, all the way

4    on the top - - all the way on the top.

5         MR. McCALL:  On -- I have two

6    disclosures from you.

7         MR. JONES:  Sure.

8         MR. McCALL:  The 1106, this one is

9    the -- this must be the second one that I

10    didn't get.

11         MS. BARRIE:  May I -- here we go.

12            (Discussion off the record)

13         MR. McCALL:  This is the

14    supplemental, right?

15         MR. JONES:  Yes.

16         MR. McCALL:  Okay.

17         MR. JONES:  Is that Rock Creek?

18         MS. BARRIE:  High Road.

19         MR. JONES:  High Road, okay, I'm

20    sorry.  All right, go forward with the

21    examination.

22         MS. BARRIE:  Can you hear me,

51

```
 1     Mr. Clarke?

 2               THE WITNESS:  Yes.

 3               DIRECT EXAMINATION

 4               BY MS. BARRIE:

 5        Q     You said you are the admission

 6     director of High Road.

 7        A     Yes.

 8        Q     Okay.  Can you tell us a little bit

 9     about your program at High Road, please?

10        A     We are a private day school that

11     deal with students with specific learning

12     disabilities whether it be LD, ED, or MD.  So

13     the school that we have identified for Jamar,

14     he will be attending our LD program.

15        Q     You are aware of J█████?

16        A     Yes, yes, ma'am.

17        Q     You reviewed all his documents?

18        A     Yes, ma'am.

19        Q     Has he visited the school?

20        A     Yes, he has ma'am.

21        Q     Are your teachers certified for

22     special education?
```

BETA COURT REPORTING
www.betareporting.com
202-464-2400                    800-522-2382

52

1       A    Yes, ma'am.

2       Q    Is the teacher that -- if you have

3   identified a classroom for him, is the

4   teacher in there certified in special

5   education?

6       A    Yes, she is ma'am.

7       Q    Can you tell us the student-teacher

8   ratio in the classroom?

9       A    Two to one.  There are currently

10  eight students in that classroom.  J████

11  would be the ninth student.  There is a

12  teacher and a teacher's assistant in all our

13  classrooms.

14      Q    Can you tell us what related

15  service providers you have in your program?

16      A    We have occupational therapy, we

17  have speech therapy.  We have clinical

18  licensed social workers.  We also have

19  psychologists on staff.

20      Q    Can you provide J████ with an hour

21  of speech and language services?

22      A    Yes, we can, ma'am.

53

1      Q    And an hour of psychological

2    counseling?

3      A    Yes, we can, ma'am.

4      Q    Do you have a behavior program in

5    your school?

6      A    Yes, we do, ma'am.

7      Q    So can you address issues with the

8    student who has anger issues?

9      A    Yes, we can, ma'am.

10     Q    Can you provide services with a

11   student who may become aggressive?

12     A    Yes, we can, ma'am.

13     Q    No more questions.  Oh, if he is

14   placed in your program are you willing to

15   take him right now?

16     A    Oh, yes, ma'am.

17          MR. JONES:  Can you provide

18   educational benefit?

19          BY MS. BARRIE:

20     Q    Can you provide him with

21   educational benefit?

22     A    Yes, we can, ma'am.

54

```
 1        Q    Why do you believe that?

 2        A    Based on his IEP and meeting with

 3   the students we believe that we would be able

 4   to fulfill all his needs, call for the

 5   specialized instruction in speech and

 6   language, the psychological services, the

 7   small class setting, and the certified

 8   teachers.

 9             MS. BARRIE:  Thank you.

10             MR. JONES:  Do you want to

11   cross-examine, Mr. McCall?

12             MR. McCALL:  I would like that,

13   Mr. Hearing Officer, very much.

14             MR. JONES:  Uh-huh.

15             THE WITNESS:  Hello.

16             MR. McCALL:  Yes.

17             THE WITNESS:  I'm sorry, I just

18   heard -- the speech static just came through

19   the phone.

20             MR. McCALL:  Can you hear me now,

21   Mr. Clarke?

22             THE WITNESS:  Yes, I can, sir.
```

55

1              CROSS-EXAMINATION

2              BY MR. McCALL:

3        Q    I want to clarify real quick, have

4    you ever observed the student in the

5    classroom?

6        A    No, I haven't, sir, just when he

7    attended our intake and tour.

8        Q    What is an intake and tour?

9        A    When the student and parent or

10   student, student advocate or attorney come to

11   our school and tour our facilities, sit in

12   the classroom, may get a brief synapses of

13   what the day is like.  They sit down and

14   review their records, they meet all the

15   teachers, the students, and our related

16   services provided.  It usually takes between

17   an hour and a half to two hours.

18       Q    Do you evaluate the students?

19       A    Yes, we do.

20       Q    What evaluations did you perform?

21       A    Evaluate the terms of what the

22   documentation that came with the students,

56

1    his IEP and there is all this testing

2    equipment of course, and then of course

3    visual observations with the student being in

4    our environment.

5        Q    So he is there meeting people and

6    you are giving this opinion on

7    appropriateness based upon watching him meet

8    people?

9        A    No, as I stated again, we make an

10   appropriate decision for admission, based on

11   the student's IEP; for instance, J██████ IEP,

12   dated, 9/21/06, was one of the factors.

13   Also, in there was a speech and language

14   re-evaluation and also his, let me get to it,

15   his D.C. Public School's Department of

16   Special Education psychoed evaluation,

17   psycho-educational report, and also like I

18   stated with him being in our environment for

19   two hours sir.

20       Q    The two hours, are there any

21   formalized assessments performed?

22       A    No, there are no formalized

57

```
 1    assessments performed.  Everything J█████ came

 2    with was already up-to-date.  So we didn't

 3    believe that we had to test him again.

 4         Q    In those two hours, who was with

 5    him?  Were you with him?

 6         A    I was with him, also the director

 7    of our program, Ms. Michelle Young was with

 8    him, and his parents.

 9         Q    So yourself, Michelle Young --

10         A    Yes.

11         Q    And the parent?

12         A    Yes, sir.

13         Q    And that's for the full two hours?

14         A    Yes, and then of course he met

15    other students in the classroom and the

16    teachers and all the related services around

17    the building, because we make it a point for

18    the student to go to each and every classroom

19    and meet each and every adult or child there.

20    So it puts them at ease.

21         Q    That's great.  Now, yourself, what

22    is your background, what qualifications do
```

58

1    you have?

2        A    Oh, no problem.  I have a

3    Bachelor's degree in history and art history,

4    and I have a Master's degree in education and

5    counseling.

6        Q    Are you a licensed diagnostician or

7    a --

8        A    No, I'm not, sir.  I'm not, sir,

9    I'm an educator.

10       Q    Can you perform assessments?  Can

11   you perform formalized assessments of

12   students?

13       A    No, sir, but we have many

14   individuals in all our schools that -- that's

15   what their roles are, is to provide

16   assessment.

17       Q    I appreciate that.  Now, Michelle

18   Young, what is her qualification and

19   background?

20       A    She is the principal of the High

21   Road Primary School.  She also has a degree

22   in education and a Master's degree in Special

59

1    Ed.  She was also formally one of our

2    teachers who has been promoted in the last

3    three years to a principal.  And she is

4    certified to teach in the District of

5    Columbia and Maryland.

6        Q    Is she a diagnostician or someone

7    that performs formalized evaluation?

8        A    No, she is not.  But once again,

9    sir, there is every -- there are social

10   workers and clinicians on staff that's best

11   their role.

12       Q    Yes, sir, but that day for those

13   two hours the only time you've seen the

14   student, no one saw him who was an evaluator

15   who could perform and review assessment

16   there; is that correct?

17       MS. BARRIE:  Objection.  Objection,

18   asked and answered several times.  Several

19   times, he said the same thing over and over.

20       MR. JONES:  I'm allowing, this as

21   long as he asks -- they are reasonably

22   relevant questions, I will allow it.  All

60

1    right sir, go ahead.

2              BY MR. McCALL:

3         Q    Is that correct, sir?

4         A    Yes, sir.

5         Q    In the 09/21/06 IEP that you

6    referred to when you were testifying, and you

7    said you were basing your testimony about

8    the -- your ability to implement it, were you

9    looking at what progress he had made or not

10   made into that IEP in DCPS, was that a

11   consideration?

12        A    No, sir, it wasn't.  The terms of

13   the consideration is what his needs were in

14   terms of his IEP.

15        Q    Did you form any opinion or you or

16   that -- the other two members there --

17        A    No, I'm not.  I'm not -- I didn't

18   form any opinion.  I want DCPS to because I'm

19   not an -- I'm not a DCPS representative.  I

20   can only testify to what we can do as a

21   school as High Road for J███ N█████, and

22   what progress or what work DCPS has done in,

61

```
 1    previously.

 2        Q    I appreciate that.  But I need to

 3    ask these questions --

 4        A    Oh, no. I understand.

 5        Q    If we talk over one another, this

 6    is going to mess up the records.  So, let me

 7    finish my question --

 8        A    Uh-huh.

 9        Q    Please before you answer.

10             My question was, did you or

11    Ms. Young have any knowledge of his

12    performance under his IEPs in DCPS?

13             MR. JONES:  Wait a minute.  Let

14    me --

15             MS. BARRIE:  Hold on, Mr. Clarke.

16             MR. JONES:  Wait just a minute.

17    Mr. McCall, he wouldn't have any knowledge of

18    that.  He is not involved in DCPS.  That's

19    not a relevant question for him to respond

20    to.  He is not a part of DCPS.  All he can do

21    is look at the IEP.  Unless you have provided

22    him with additional information, he is
```

62

1    discussing -- teachers, et cetera, he hasn't

2    done that.  All he is here for is whether or

3    not Rock -- or High Roads is an appropriate

4    place before the student.

5            MR. McCALL:  Can we keep it on

6    mute, please?  Mr. Hearing Officer, the

7    reason I raised that is I think it's very

8    relevant if you are going to make that

9    determination, you have some knowledge of

10   performance of a student on an IEP.

11           MR. JONES:  I can read the IEP.

12           MR. McCALL:  How else would you

13   make -- how else would I --

14           MR. JONES:  I can look at that IEP.

15           MR. McCALL:  I understand you can.

16           MR. JONES:  Okay.

17           MR. McCALL:  How else can this

18   witness to testify so broadly that they can

19   implement this -- if they know have no

20   knowledge of what that -- how that IEP may

21   have worked or not worked -- that's a basic

22   tenet of the development and consideration of

63

1    an IEP.

2              MR. JONES:  Well, I think you have

3    an opportunity to put on your rebuttal

4    witnesses and determine for me if it worked

5    in DCPS, isn't it?  And so I will (inaudible)

6    from there.

7              MR. McCALL:  I understand, Hearing

8    Officer.

9              MR. JONES:  All right, let's go.

10             BY MR. McCALL:

11        Q    Real quick, just to finish off.  So

12   the -- that was it, the two hours, there were

13   no other assessments and no other visits, no

14   other instruction; correct?

15        A    The two hours along with all the

16   documentation I came with the -- the

17   individual, yes, sir.

18        Q    Can you tell me again what

19   documents you have?  I mean, you've got the

20   assessments.

21        A    I can give you the date, this IEP

22   dated 09/21/2006 was one document is his

64

```
 1    Atlantic Health Service, clinical evaluation

 2    dated 05/15/06.  His speech and language

 3    re-evaluation, there's several dates on this

 4    evaluation, 02/10/06, 02/15/06, 02/22/06 and

 5    a language sample that was obtained on

 6    03/15/06.

 7         Q    Thanks.  Is that it?

 8         A    And also his D.C. Public Schools,

 9    Department of Special Ed. psychoeducational

10    report dated, there is several dates on this

11    one also -- 02/11/06 and 02/12/06 and that

12    was it.

13              MR. McCALL:  No further questions,

14    Mr. Hearing Officer.

15              MR. JONES:  Do you have any

16    redirect?

17              MS. BARRIE:  No, sir.

18              MR. JONES:  Thank you, Mr. Clarke.

19              THE WITNESS:  No problem, sir.

20    Have a great day.

21              MS. BARRIE:  Thank you.

22              MR. McCALL:  Thank you.
```

65

1           MR. JONES:  All right, you rest?

2           MS. BARRIE:  Yes, sir.

3           MR. JONES:  Mr. McCall, who are you

4    going to call as your first witness?

5           MR. McCALL:  I will call as my

6    first witness Mr. Hearing Officer, I think on

7    my notes here -- Diane Peters.

8           MR. JONES:  And she is the --

9           MR. McCALL:  She is the -- social

10   worker, counselor, at Aiton.

11          MR. JONES:  All right, go forward.

12               (Discussion off the record)

13   Whereupon,

14                DIANE PETERS

15   was called as a witness and, having been first duly

16   sworn, was examined and testified as follows:

17          MR. JONES:  Give me your full name,

18   your position with DCPS and during your

19   testimony I will appreciate that you are by

20   yourself.

21          THE WITNESS:  Okay.  Well, I have

22   the speech therapist with me right now for

66

 1   she needs to step out.

 2             MR. JONES:  Yes.

 3             THE WITNESS:  My name is Diane

 4   Peters and I'm a social worker with D.C.

 5   Public Schools, and right now I'm acting on

 6   the behalf of Ms. Angela Allen, who is the

 7   Special Ed. Coordinator.

 8             MR. JONES:  Go forward with your

 9   examination.

10             MR. McCALL:  Thank you.

11             DIRECT EXAMINATION

12             BY MR. McCALL:

13        Q    Thank you.  Ms. Peters, could you

14   briefly review your background please, your

15   degrees, certificates things like that?

16        A    Okay, I've a Master's in social

17   work and I'm also a licensed clinical social

18   worker.

19        Q    Where is Ms. Allen today?

20        A    She had to attend a meeting --

21        Q    Okay.

22        A    Out of the building.

67

```
1        Q    Are you familiar with J████ N█████?

2        A    Yes, I am.

3        Q    Are you familiar with J████?

4        A    Yes.

5        Q    How are you familiar with J████?

6        A    I've been working with J████ since

7   last year.

8        Q    When you say working with, in what

9   type of services?

10       A    I provide the psycho-social

11  counseling with him.

12       Q    What are some of the objectives

13  that you are working on with J████?

14       A    Basically with some of his

15  self-esteem issues, and his behavioral issues

16  as far as his coping skills, when things do

17  not go his way.

18       Q    Why is that important in his

19  education?

20       A    Because of the fact when he gets

21  frustrated -- for example, if he has an

22  assignment that he does not want to do, he
```

68

1   has a tendency to become a little aversive.

2       Q    Do these behaviors affect him in

3   any other way in his academics?

4       A    No, as a matter of fact, there's

5   been a tremendous amount of improvement since

6   last year.

7       Q    Can you describe that for the

8   Hearing Officer, please?

9       A    The improvement?

10      Q    Yes, ma'am?

11      A    He has become a more tolerant to

12  change, and becoming more amenable to trying

13  to challenge himself a little more.

14      Q    Are those parts of the goals and

15  objectives that you've worked on?

16      A    Yes, they are.

17      Q    So in terms of the goals and

18  objectives that you've worked on with him,

19  how would you describe his progress?

20      A    His progress has been good.  He

21  still has days where he reverts back to his

22  old behaviors, but overall I would say his

69

1    adjustment has been very good.

2        Q    As a designate for Ms. Allen, have

3    you had a chance to get a report on his

4    academic progress?

5        A    Yes, I talked with his special

6    education teacher --

7        Q    Who is that?

8        A    And his general education

9    teacher --

10       Q    Who is that?

11       A    And his general education teacher

12   if his special education teacher is

13   available.

14       Q    Who is his special education

15   teacher?

16       A    Her name is Ms. David.

17       Q    Who is the regular education

18   teacher?

19       A    Her name is Ms. McMillan.

20       Q    What areas does the Special Ed

21   teacher provide instruction in?

22       A    She is doing the

70

1    specialized -- which would basically in --

2    well, specialized instruction, which is his

3    math and his reading.

4        Q    What about the General Ed teacher?

5        A    She is -- he goes in her class and

6    basically, I think what he does in there

7    Ms. David sends packets for him to work on

8    while he is in her class.

9        Q    When you say "sends packets," what

10    does that mean?

11        A    She has -- if some of the work in

12    the General Ed class is too difficult for

13    him, she has the provided the teacher with

14    work that he is able to accomplish.

15        Q    How has that worked?

16        A    That's been working out pretty

17    good.  He is -- he's able to do some of his

18    class work, but he is still working in a

19    little bit below grade level.

20        Q    Is that part of his disability?

21        A    Yes, it is.

22        Q    Has that always been part of his

BETA COURT REPORTING
www.betareporting.com
202-464-2400                800-522-2382

71

1    disability?

2        A    As far as I know, it has.

3        Q    Are you able to cure that part of

4    his disability, does it go away?

5        A    You're asking me if his learning

6    disability will go away?

7        Q    Yes, ma'am.  Are you able to cure

8    him?  I mean, will he just -- if you're -- no

9    matter how good your IEPs are, will he always

10    be learning-disabled?

11        A    There is a strong possibility that

12    he will work below his -- his peer group

13    level.

14        Q    Are you familiar with the history

15    of trying to schedule IEP meetings with the

16    parent?

17        A    Yes, somewhat, we have tried,

18    rather Ms. Allen has sent numerous notices to

19    have --

20            MS. BARRIE:  Objection.

21            MR. JONES:  Hold on for a second.

22    There's an objection on the floor.

72

1          What's the objection?

2          MS. BARRIE:  Can we put her on

3    mute?  She is talking about what Ms. Allen

4    may or may not have done.  She is not

5    speaking from personal knowledge.  She is

6    speaking about what --

7          MR. JONES:  So what does that mean?

8          MS. BARRIE:  Hearsay.

9          MR. JONES:  Hearsay?  Thank you.

10          MR. McCALL:  She is not talking

11    about an out-of-court statement.  Where's the

12    hearsay?

13          MR. JONES:  Well, its --

14          MR. McCALL:  There is no

15    out-of-court statement here.

16          MS. BARRIE:  What Ms. Allen has

17    done?

18          MR. JONES:  Wait, just a minute.

19          MR. McCALL:  An action is a

20    statement?

21          MR. JONES:  No. she is saying that

22    this person is not Ms. Allen.

73

1           MR. McCALL:  I'd clearly agree with

2    that.

3           MR. JONES:  And she is not capable

4    of giving information as a result of the

5    conversation she's had -- with Ms. Allen.

6           MR. McCALL:  That wasn't what she

7    testified to.  I'll ask her another question

8    Mr. Hearing Officer.  I mean, I just -- I

9    don't think there was any hearsay objection.

10          MR. JONES:  Okay.  Okay, first of

11   all there is a objection on the record saying

12   that the comments made by this witness about

13   her statements with Ms. --

14          MS. BARRIE:  She is back on,

15   Mr. Hearing Officer.

16          MR. JONES:  That's okay --

17          MS. BARRIE:  Okay.

18          MR. JONES:  With Ms. Allen are

19   hearsay.  I'm going to sustain that

20   objection.  So ask another --

21          MR. McCALL:  I will,

22   Mr. Hearing Officer.  Maybe there was a

74

1    misunderstanding of what I asked her.

2              BY MR. McCALL:

3        Q    I want to ask you again,

4    Ms. Peters, do you have an understanding of

5    the efforts that Ms. Allen has gone through

6    to try to schedule IEP meetings with the

7    parent?

8        A    Yes, I have.  She sent several

9    notices home.

10       Q    What's been the result of sending

11   those notices home?

12       A    The meeting still have not been

13   scheduled.

14             MS. BARRIE:  Objection.

15             THE WITNESS:  We have an IEP

16   still --

17             MS. BARRIE:  Objection.

18             THE WITNESS:  Not signed --

19             MS. BARRIE:  Objection.

20             THE WITNESS:  That was supposed to

21   be signed on September the 21st.

22             MS. BARRIE:  Objection.

75

1          MR. JONES: `Wait just a minute,

2    Miss.  Do you have any documents in support

3    of that?

4          MS. BARRIE:  Can you put her on

5    mute?

6          MR. McCALL:  There you go.  Yes, we

7    do, Mr. Hearing Officer.

8          MR. JONES:  Why don't you introduce

9    the documents?

10          MR. McCALL:  I thought they are

11    already in evidence.

12          MR. JONES:  But you have to refer

13    to them, that's what I mean when I say

14    "introduce," refer the claim to them and if

15    she has them then --

16          MR. McCALL:  Certainly, certainly.

17    But -- just for the record, I'll

18    Mr. Hearing Officer -- just for the

19    record -- there's no out-of-court statement

20    here.  This is not hearsay.  She is

21    testifying to what her personal knowledge is.

22    I'm just -- I'm --

76

1           MS. BARRIE:  She said --

2           MR. JONES:  Personal knowledge

3    here, buy the --

4           MR. McCALL:  Baffled as to, why

5    there's a hearsay objection in there?

6           MR. JONES:  A third party, I

7    mean --

8           MR. McCALL:  Mr. Hearing Officer,

9    you can -- you're an administrator, you

10   review the files as well as anyone else.  You

11   are not testifying to what someone said for

12   the truth of the matter, assert they're

13   in -- that's hearsay.

14          MR. JONES:  We can agree to

15   disagree on that.

16          MR. McCALL:  Okay.

17          MR. JONES:  If you want to

18   Ms. Allen to talk about --

19          MR. McCALL:  I will.

20          MR. JONES:  What she did, have

21   Ms. Allen then testify -- that would take

22   care of it.  If you want her to have -- have

77

1    an affidavit -- I mean, something of that

2    nature.

3              MR. McCALL:  Very well.

4              MR. JONES:  All right.

5              BY MR. McCALL:

6        Q    Do you have the file with you,

7    ma'am?

8        A    Yes, I do.

9        Q    Can you turn to the part where you

10   have the invitations and the IEP notices?

11       A    Okay.

12       Q    I mean, just what -- let me when

13   you know when your --

14       A    A letter of invitation?

15       Q    Yes, ma'am, the letters of

16   invitation.  Do you have them all contained

17   in one area of the file?

18       A    Yes.

19             MR. JONES:  Where is that,

20   Mr. McCall?

21             MR. McCALL:  Oh, referring to my

22   exhibit, my exhibit on the invitations of

78

1    DCPS 19 -- are the letters of the invitation.

2         MR. JONES:  All right.

3         BY MR. McCALL:

4    Q    Are you with me?

5    A    Yes, I am.

6    Q    Ms. Peters, do you see letters of

7    invitation for August, dated August 30, 2006?

8    A    Yes, I do.

9    Q    Was there any response to that

10   invitation?

11   A    No.  That was -- where they have

12   the date 09/21/06, that was the date that she

13   scheduled the IEP meeting, and I -- I'm under

14   the impression that they went ahead with the

15   IEP.  But the IEP has not been signed.

16   Q    Do you have the letter of

17   invitation dated September 12, 2006?

18   A    September 12th?

19   Q    And that's dated on the top

20   right-hand corner.

21   A    I have one dated September 18th.

22   Let me see.  The one I have is dated the

79

 1    18th.

 2         Q    And on the 18th, the days or the

 3    days that were given for the meeting are the

 4    same as the ones given on the August 30th

 5    invitation; correct?

 6         A    Yes, that's correct.

 7         Q    What was the response to the

 8    September 18th invitation?

 9         A    No response.  Those are the notes

10    Ms. Allen has written on this letter of

11    invitation.

12         Q    And do you see --

13         MS. BARRIE:  Objection.  How can

14    she talk about something that Ms. Allen wrote

15    that no response when we don't have what it

16    is from somewhere in the file?

17         MR. JONES:  Where is it on any of

18    these documents, Mr. McCall, that Ms. Allen

19    put a response, that says "notes"?

20         MR. McCALL:  That's on the --

21         THE WITNESS:  Oh she -- she may

22    have written that on her personal copy.

80

1              MR. JONES:  Well, Miss --

2              MR. McCALL:  That's on the

3      September 18th --

4              THE WITNESS:  Fine.

5              MR. JONES:  What's the witness'

6      name?

7              MR. McCALL:  Ms. Peters.

8              THE WITNESS:  Yes.

9              MR. JONES:  You can testify on

10     matters that are not in front of this Hearing

11     Officer.  These statements don't appear on

12     the invitations of the self.  So in order for

13     you to testify --

14             MR. McCALL:  They're on the

15     invitation, Your Honor.

16             MR. JONES:  Where?

17             THE WITNESS:  On 09/18, there is

18     the --

19             MR. McCALL:  One minute --

20             THE WITNESS:  Letter that is --

21             MR. McCALL:  One minute,

22     Ms. Peters?

81

```
 1              THE WITNESS:  And that's dated
 2    09/18.
 3              MR. McCALL:  Ms. Peters?
 4    Ms. Peters, one moment, please?
 5              THE WITNESS:  Okay.
 6              MR. JONES:  Just a minute?
 7              MR. McCALL:  We're going to be with
 8    you.
 9              MS. BARRIE:  Sorry, did you mean --
10              MR. McCALL:  Do you want me to put
11    her on mute?
12              MR. JONES:  Yes.
13              MR. McCALL:  We are going to put on
14    you mute for one moment, Ms. Peters.
15              THE WITNESS:  Okay, fine.
16              MR. McCALL:  On the September 18,
17    2006 document, which is the third attempt
18    you'll see the -- you see where it says" the
19    third attempt," top left, and in the -- on
20    the -- by the dates, the same dates that were
21    given all along, she has indicated "no
22    response."
```

BETA COURT REPORTING
www.betareporting.com
202-464-2400                    800-522-2382

82

1          MR. JONES:  Is there any

2    fax-confirmations of these?

3          MR. McCALL:  Let me see if that was

4    put in there.  That may be in 17 -- yes, in

5    17, looking in the third page, I believe, is

6    the first fax confirmation.  That's August

7    31, '06 --

8          MR. JONES:  Mr. McCall, in the

9    future, if you have a fax confirmation,

10   connect it to the documents that it purports

11   to confront.

12         MR. McCALL:  I will do that,

13   Mr. Hearing Officer, and I -- you know, I

14   know it's a -- not the best excuse at all but

15   I didn't prepare this, and you know, I have

16   what I have.  So --

17         MR. JONES:  I mean, I understand

18   but I'm bending over as much as I can before,

19   no, I can't bend up on the floor, I'm not

20   going to go that far.  I'm not going to do

21   this for you, Mr. McCall, you've got to

22   get --

83

1          MR. McCALL:  All right.

2          MR. JONES:  You've got to get some

3     of this -- you've got to get your paralegal

4     or somebody to put these things together.  I

5     mean, it's confusing in an already confused

6     environment.  I mean, what is what here, I

7     don't see all this.

8          MR. McCALL:  Mr. Hearing Officer,

9     I'm --

10         MR. JONES:  Do you have this?  Do

11    you have one fax that confirms one of the

12    invitations?  Just give me --

13         MR. McCALL:  I just pointed to

14    that, Mr. Hearing Officer, the third page in

15    to -- I mean, make it the fourth page, 17,

16    Exhibit 17 -- I apologize, let me count, 1,

17    2, okay, the second page in has invitations,

18    the first page has fax and invitations.  If

19    you look on the fax cover you see the

20    invitations listed that I referred to.

21         MR. JONES:  I'm looking at the fax

22    cover sheet, where is it that refers to the

84

1    actual --

2            MR. McCALL:  On the fax cover.

3            MR. JONES:  It says "letter to

4    attorney"?

5            MR. McCALL:  It -- and below that,

6    LOI, Letter of Invitation, 8/30/2006, that's

7    the document I just referred her to and was

8    testifying about.  Then you go on, there is

9    another one, document 9/12/06, on that same

10   page, then the next page, letter of

11   invitation for proposed dates 7/06, 7/1/06,

12   7/2/06.  Then you go in, skip one more -- two

13   more pages and that next page has letter of

14   invitations, September 7, '06, September 14,

15   '06, September 21, '06.  That fax was sent

16   August 31, 2006.  That's what the witness

17   testified to, Mr. Hearing Officer, that there

18   was no response to.

19           MR. JONES:  Mr. McCall, I recognize

20   the difficulty you are having.  You're having

21   difficulty --

22           MR. McCALL:  I don't find it

85

1    difficult, Mr. Hearing Officer.   I mean the

2    documents speak for themselves.   They were

3    sent to the law office.   The problem is the

4    law office didn't tell the parent about the

5    meeting.   The parent testified to that.

6            MR. JONES:   Now, where does it say

7    that it was sent to the law?

8            MR. McCALL:   Annie Presley (?) is

9    the advocate.   626-0048, counsel will

10   stipulate that's their fax number.

11           MR. JONES:   Is that your fax

12   number?

13           MS. BARRIE:   The 912 they have is

14   0040.   That's our telephone number.

15           MR. McCALL:   Is that your fax

16   number, 626-0048?

17           MS. BARRIE:   Where?

18           MR. McCALL:   Is your fax number

19   626-0048?

20           MS. BARRIE:   Yes, it is.

21           MR. McCALL:   That's all I need to

22   hear.

86

1          MS. BARRIE:  I need to know what it

2     is according to.

3          MR. McCALL:  I'm looking at the fax

4     cover file.  Let me count it one more time.

5          MS. BARRIE:  Now, just give me the

6     date.  That's all I want to know.  You don't

7     have to count.

8          MR. McCALL:  I want to count

9     because I want the record to be clear that

10    you see exactly what I'm talking about.

11         MS. BARRIE:  Okay.

12         MR. JONES:  Well, I --

13         MR. McCALL:  The fourth and fifth

14    pages into that Exhibit 17 are what I was

15    referring to just most recently, fax covers

16    for the invitation letters.  And they were

17    sent to Ms. Annie Presley (?) at (202)

18    626-0048.

19         MR. JONES:  All right, Mr. McCall,

20    what I'm going to have you do for me put this

21    in some memo form and connect the dots.  I'm

22    not going to do that, you do it.  Connect

87

1    these faxes to the appropriate invitations

2    and number them correctly, so that I know

3    them.  I'm not going to go through four and

4    five, six pages, that's too much.

5          MS. BARRIE:  And if I may ask, do

6    we have a clear -- to see where it went,

7    where it actually went to at the bottom of

8    these?

9          MR. JONES:  What do you mean "a

10    clear"?  I mean, this is what it is.

11          MS. BARRIE:  I guess I'm not -- the

12    May '06 one, is that the one we're talking

13    about, the date on it?  Is it about the May

14    '06 -- I mean, I need to know the -- the date

15    we're talking about.

16          MR. McCALL:  I've gone through

17    several.  I mean, I can go through them

18    again.

19          MS. BARRIE:  No, no, because I just

20    want to make sure --

21          MR. McCALL:  There are several fax

22    receipts here and they all relate to the

88

1    letters of invitation.

2         MS. BARRIE:  What I have -- the

3    first one I have is September 12, '06, July

4    18, '06, May 10, '06 -- and May 10, '06,

5    that's all I have, I don't know if there was

6    anything else after that that talks about --

7         MR. McCALL:  And then your next one

8    is August 31, 2006.

9         MS. BARRIE:  Fax confirmation, I

10   don't have that.

11        MR. McCALL:  Okay.

12        MS. BARRIE:  I guess that's why I'm

13   lost.  I don't have that.

14        MR. McCALL:  It was disclosed to

15   you, so --

16        MS. BARRIE:  I'm just getting out

17   what I have.

18        MR. JONES:  Let's go forward.  All

19   right, do you -- put on -- yeah.

20        MR. McCALL:  Thank you.

21   Ms. Peters, are you there?

22        THE WITNESS:  Yeah.

89

1          MR. McCALL:  We were talking about

2     the --

3          THE WITNESS:  There are

4     announcements going on in the building right

5     now.  So can you kind of bear with me?  I

6     can't hear.

7          MR. McCALL:  Okay, thank you.

8     We'll -- tell us when they're done.

9          MR. JONES:  I've gotten this note

10    that --

11         THE WITNESS:  Go ahead, I'll try to

12    do -- hello?

13         MR. McCALL:  I'm here.

14         THE WITNESS:  Go ahead with your

15    questioning.

16         MR. JONES:  Ms. Peters, just wait a

17    minute.  Now, what else you do you have to

18    ask of her?

19         MR. McCALL:  Well, I was going to

20    have her go through each of the invitations,

21    and ask what response there was.

22         MR. JONES:  No -- well, I get the

90

1    general idea is that there was no response on

2    any of these; correct?

3              MR. McCALL:  I'll confirm that, one

4    question; that will clear me up for the

5    record.  If that's okay with you.

6              MR. JONES:  Right.  Now, what I

7    want you to do is to organize this so that I

8    can understand exactly what it means.

9              MR. McCALL:  I understand that,

10   Mr. Jones.

11             MR. JONES:  Now, what other

12   questions do you have of this witness?

13             MR. McCALL:  As to this witness I

14   believe I can pass her to the other side on

15   that -- one more, one more, one more.

16             BY MR. McCALL:

17        Q    Ms. Peters, the IEP that was

18   developed in September of '06, are you

19   familiar with that?

20        A    The September 21st IEP?

21        Q    Yes, ma'am.

22        A    Yeah.

91

1       Q    Do you have an opinion as to the

2   appropriateness of that IEP for Jamar?

3       A    I feel that it's a very good IEP,

4   some of his -- there had been reduction in

5   his services, because of the fact that he has

6   accomplished his IEP goals that were set

7   forth in the past and he does not need as

8   many services as well as many hours of

9   service as he originally had.

10           MS. BARRIE:  Objection, that's not

11  been --

12           THE WITNESS:  For example the --

13           MR. JONES:  Wait just a minute,

14  Ms. Peters,

15           THE WITNESS:  Yes.

16           MR. JONES:  Wait just a minute.

17           MS. BARRIE:  She's not been

18  proffered as a witness on --

19           MR. JONES:  You waived your -- I

20  mean, when he started asking that question

21  you should have proposed the objection.  You

22  didn't do it.  So I'm not going to allow.

92

```
 1              THE WITNESS:  I should have done

 2    what?

 3              MR. JONES:  No, Ms. Peters, this is

 4    something else dealing with procedures.

 5              All right, go ahead.

 6              BY MR. McCALL:

 7        Q    Ms. Peters, you were talking about

 8    whether he had mastered previous IEP goals

 9    and objectives?

10        A    Yes.

11        Q    What do you have to report on that?

12        A    According to the speech

13    therapist --

14              MS. BARRIE:  Objection.

15              THE WITNESS:  She is recommending

16    that he -- his hours be reduced to 30

17    minutes.

18              MR. JONES:  Ms. Peters, Ms. Peters.

19              THE WITNESS:  Yes.

20              MR. JONES:  Wait just a minute.

21              THE WITNESS:  Okay.

22              MR. JONES:  The speech therapist is
```

93

1   there; correct?

2            THE WITNESS:  She is in the

3   hallway.

4            MR. JONES:  All right.

5            THE WITNESS:  In the hallway, yeah.

6   Would you like me to get her?

7            MR. JONES:  Once we finish with

8   you, but you don't need to testify about --

9            THE WITNESS:  Oh, okay.  Well, do I

10  feel that the IEP is -- conducive IEP?

11           MR. JONES:  Yes.

12           THE WITNESS:  Yes, I do.  I feel it

13  is.

14           BY MR. McCALL:

15       Q    Is it an appropriate IEP,

16  Ms. Peters?

17       A    Yes.  Yes, it is.

18       Q    Do you have an opinion as to

19  whether it was recently calculated to provide

20  him educational benefit?

21           MS. BARRIE:  I'm sorry?

22           MR. McCALL:  You don't have to be

94

1    shy.

2              MS. BARRIE:  Objection, objection.

3              MR. McCALL:  All right.

4              MS. BARRIE:  DCPS counsel is going

5    way above and beyond the ability of this

6    witness to speak to --

7              MR. JONES:  You have to lay a

8    foundation for that, Mr. McCall.  She

9    doesn't -- at least you haven't laid the

10   foundation to determine that she is the

11   appropriate person who can give that opinion.

12   She is --

13             MR. McCALL:  And you're -- I guess

14   I'm having trouble following that.  She is an

15   IEP team member.  And I -- every

16             MR. JONES:  You didn't even

17   say -- did you ask that question?

18             MR. McCALL:  I'll -- okay, I'll do

19   it.  I mean, I thought we could come to at

20   least some agreement.  The documents are in

21   evidence.

22             BY MR. McCALL:

95

1        Q    Ms. Peters, have you had any

2    involvement with IEP team meetings for J█████?

3        A    Yes, I have.

4        Q    And as a member of IEP team, what

5    have your duties been to consider the IEPs

6    that are presented and whether or not they --

7             MS. BARRIE:  Objection; leading

8    question.

9             MR. McCALL:  May I please finish

10   the question?

11            MR. JONES:  What I'll do to satisfy

12   both of you is I'll put a continuing

13   objection in the record so you don't have to

14   interrupt, counsel.  So I have a continuing

15   objection in the record to the questions

16   posed by counsel.  Go forward.

17            MR. McCALL:  Thank you,

18   Mr. Hearing Officer.

19            BY MR. McCALL:

20       Q    Ms. Peters, as a member of the IEP

21   team, has one of your duties been to make a

22   consideration as to whether the IEP plan is

96

```
 1    reasonably calculated to provide a student

 2    with educational benefit?

 3         A    Yes.

 4         Q    And at the IEP teams you've

 5    attended for J██████, you made that decision?

 6         A    Yes.

 7         Q    What is your opinion as to the

 8    September IEP from 2006?

 9         A    It is my opinion that it is an

10    appropriate IEP.

11         Q    And do you have an opinion as to

12    the appropriateness of the placement that you

13    are providing J█████ there at Aiton?

14              MR. JONES:  In order to do that,

15    again, Mr. McCall, you have to lay some

16    foundation to determine --

17              MR. McCALL:  I'll ask another

18    question.

19              BY MR. McCALL:

20         Q    Ms. Peters, do you have his IP in

21    front of you?

22         A    Yes.  Let me pull it up.  Hold on
```

97

1    for one second.  Okay.  Go ahead, I have the

2    IEP.

3        Q    This is the September 2006 IEP;

4    correct?

5        A    Yes, it is.

6        Q    Do you see the first page where it

7    lists the services and hours of specialized

8    instruction?

9        A    Yes.

10        Q    What's to be provided to J▬▬ as

11    of the recommendation as of September 2006?

12        A    He is to receive 12.5 hours per

13    week of specialized instruction.

14        Q    How is that broken down?

15        A    He used to get -- well, it's broken

16    down to 21 to 60 percent of the time he is

17    going to be in -- out of the general ed

18    setting.

19        Q    And is that divided up in terms of

20    the speech and the counseling?

21        A    Well, the 20 to -- the 12.5 is for

22    the academic --

98

```
 1        Q     Okay, and how about --

 2        A     Instruction.  He has -- it's been

 3  recommended that he receive 1 hour of speech

 4  per week, and it's been recommended that he

 5  receive 30 minutes of counseling per week.

 6        Q     Okay.

 7        A     Which is a half hour.

 8        Q     And that placement that you just

 9  described, do you have an opinion as to the

10  appropriateness of it for J██████?

11        A     If Aiton is an appropriate

12  placement for him?

13        Q     Yes, ma'am.

14        A     Yes, I feel that it is.

15              MR. McCALL:  No further questions.

16              MR. JONES:  All right, Ms. Barrie

17  you want to do cross-examination?

18              MS. BARRIE:  Please.

19              CROSS-EXAMINATION

20              BY MS. BARRIE:

21        Q     Have you ever had any direct

22  contact with the parent's attorney in your
```

99

1    references scheduling an IEP meeting?

2        A    Have I had any direct contact with

3    the advocate?

4        Q    Yes.

5        A    No, I have not.

6        Q    Isn't it true that on --

7        A    Now, I did have contact with her

8    last week when we were trying to set up a

9    meeting date.  But prior to that, no.

10       Q    Isn't it true that in fact,

11   Ms. Presley's -- let me see, let me get that

12   right.

13           THE WITNESS:  While you are doing

14   that, may I ask a question?  The speech

15   therapist is out in the hallway.  Are you

16   going to be questioning her?

17           MR. McCALL:  Yes, we will need her.

18           MR. JONES:  Yes.

19           THE WITNESS:  Okay, because I

20   needed to let her know that she was going to

21   be needed.  So the answer is yes?

22           MR. McCALL:  Yes, please.

100

1           THE WITNESS:  Okay.

2           MR. JONES:  Yes.  In fact, we'll be

3    with her very shortly.

4           THE WITNESS:  Okay.  Well, can you

5    just hold on while I go and tell her that?

6           MR. JONES:  Yes.

7           THE WITNESS:  Okay.  Okay, I'm

8    back.

9           MR. JONES:  All right.  Go forward

10   with your examination.

11          BY MR. BARRIE:

12      Q   Isn't it true that on the date of

13   the meeting, on September 21st, you spoke to

14   Ms. Presley and she left -- she indicated to

15   you that the date of the IEP was not a good

16   date?  And you indicated you conveyed the

17   message to Ms. Allen.  Is that not true?

18          Hello?

19      A   I'm listening.  On the date of the

20   IEP, I spoke with the advocate?

21      Q   Uh-huh.

22      A   And I conveyed to her that I would

101

1    convey the message to Ms. Allen?

2        Q    Correct.

3        A    I can't say that I recall that

4    conversation.  That's not to say that I

5    didn't do it, but I just don't recall having

6    that conversation.

7        Q    Would you know if any communication

8    from Ms. Presley to Ms. Allen actually took

9    place, would you have personal knowledge of

10   that?

11       A    Did I have personal knowledge of

12   what?

13       Q    From any communication between

14   Ms. Allen and Ms. Presley, would you have

15   personal knowledge of that?

16       A    Not necessarily, no.

17       Q    Would you know of any letters that

18   Ms. Presley may or may not have written to

19   Ms. Allen in reference to this

20   meeting's -- of the scheduling of the

21   meetings MDTIEP meeting?

22       A    Any knowledge of any letters

102

1    Ms. Presley may have written to Ms. Allen?

2        Q    Any personal knowledge?

3        A    No, I wouldn't have any personal

4    knowledge.

5        Q    So you don't schedule the MDTIEP

6    meetings; correct?

7        A    No, I do not.

8        Q    Have you ever taught J█████?

9        A    Have I ever taught him?

10       Q    Uh-huh.

11       A    No, I'm not a teacher, I'm a social

12   worker.  I do the psychosocial counseling

13   with him.

14       Q    Isn't it true that your real role

15   at an IEP meeting is to review social work

16   evaluation and make determination as to goals

17   and objectives, if you are providing

18   counseling services for a student?

19       A    That's part of my role.  But I'm

20   also a team member.

21       Q    Okay, so do you --

22       A    So we make collaborative decisions

103

1    on the entire IEP.

2        Q    Do you set up educational goals for

3    the student?

4        A    I don't set up the educational

5    goals but we -- as I say, we are all

6    collaborative and sometimes people seek

7    advice in terms of what they feel the child

8    is able to accomplish, or rather an opinion,

9    I'm not going to say advice.  But we try to

10   put together an IEP that is workable to the

11   student.

12       Q    So what you are saying is, any team

13   member then is qualified to indicate whether

14   the IEP is appropriate or not, is that what

15   you are saying?

16       A    That any team member?

17       Q    Uh-huh.

18       A    I will say each team member

19   contributes to the appropriateness.  I don't

20   say one person.

21       Q    Could make a determination as to

22   the appropriateness of the IEP?

104

```
1        A    Well, I may be -- I would say it's

2   a team effort, that it's designed to be a

3   team effort.

4        Q    So a team member --

5             MR. JONES:  Ms. Barrie, you've

6   asked this as many ways as you can.

7             MS. BARRIE:  But she is not

8   answering it.

9             MR. JONES:  Well, she is not

10  answering the way you want it to be answered.

11  She is answering what she --

12            MS. BARRIE:  Either yes or no?

13            MR. JONES:  She's told you that she

14  felt that she contributed to the

15  determination made by the team.

16            BY MS. BARRIE:

17       Q    Okay, so as an individual, you

18  can't say that the IEP --

19       A    I am not an educator.  I don't have

20  a degree in education; I have a degree in

21  social work.  So you are wanting me to say to

22  you, can I write educational goals
```

105

1    professionally, no.

2        Q    But do you feel that you can make a

3    determination here that the IEP is

4    appropriate at the --

5        A    Yes, I -- yes, I do.

6        Q    Because you are team member.

7        A    Yes.

8        Q    Is the parent a team member?

9        A    Yes, the parent is a team member.

10       Q    So as a team member, the parent can

11   also state the appropriateness or lack

12   thereof of the IEP; correct?

13       A    That would be very nice, yes.

14       Q    So to get clear, you indicated that

15   you felt that the IEP was appropriate because

16   he mastered the previous goals?

17       A    He mastered it to a degree where

18   he's shown enough improvement.

19       Q    Oh, okay.  And that is the

20   yardstick used to determine progress in

21   your --

22       A    Showing improvement is the

106

1    yardstick to measure?

2        Q    Correct, to measure progress?

3        A    I would imagine that showing

4    improvement does show progress.

5        Q    Okay.

6            MR. JONES:  Any other questions?

7            MS. BARRIE:  No, I don't think so.

8    Not for this witness, no.

9            MR. JONES:  Any more redirect?

10            MR. McCALL:  Real quick.

11            REDIRECT EXAMINATION

12            BY MR. McCALL:

13        Q    Have you provided all the

14    counseling to J█████ under the IEP?

15        A    Yes.

16            MR. McCALL:  Nothing further.

17            MR. JONES:  All right, Ms. Peters,

18    this is Mr. Jones, the hearing officer.  I

19    have a couple of questions for you, right

20    quick.  What was the reason Ms. Allen could

21    not make this meeting or this --

22            THE WITNESS:  She had to attend the

107

1      meeting for special ed coordinators.

2                MR. JONES:  Okay.

3                MR. McCALL:  We'll stipulate the

4      superintendent's meeting,

5      Mr. Hearing Officer.

6                MR. JONES:  Oh, okay.

7                MR. McCALL:  So --

8                MR. JONES:  All right.  No problem.

9      All right, thanks, Ms. Peters.

10               THE WITNESS:  Do you want --

11               MR. JONES:  Now bring on the --

12               THE WITNESS:  Do you want --

13               MR. JONES:  The special --

14               THE WITNESS:  The speech therapist?

15               MR. JONES:  Yes.

16               MR. McCALL:  Yes, ma'am.

17               THE WITNESS:  Okay, can you hold on

18     for one second?

19               MR. McCALL:  Ms. Peters, do you

20     have Ms. David available also after that?

21               THE WITNESS:  I'll have to check.

22     She does have a classroom and she was here

108

1    but I think she had to go back to her class.

2    And I will see if I can get her back while

3    you are talking to Ms. --

4              MR. McCALL:  If there is a problem

5    with Ms. David's schedule let's have her in

6    if she needs to be in first.

7              THE WITNESS:  Okay.  All right.

8    I'm going to put you on hold.

9              MR. McCALL:  Thank you.

10              THE WITNESS:  Well, you can speak

11    with Ms. Barnes (?), and while you are

12    talking with her, I can go to try to locate

13    Ms. David.

14              MR. McCALL:  Okay, thank you.

15              THE WITNESS:  All right, hold on.

16                (Witness excused)

17              MR. McCALL:  Mr. Hearing Officer,

18    the Respondent would call its next witness,

19    Ms. Jane Barnes, a speech pathologist.

20              MR. JONES:  Just be real focused,

21    Mr. McCall.  Just focus, and to the point.

22              MR. McCALL:  Like a microscope,

1    Mr. Hearing Officer.

2            MS. BARNES:  Hi, this is Jane

3    Barnes.

4            MR. JONES:  Yes, Ms. Barnes.

5            MS. BARNES:  Yes.

6            MR. JONES:  How are you doing?

7            MR. BARNES:  Fine, thank you.  How

8    are you?

9            MR. JONES:  I am fine.  This is

10   Mr. Jones.  I'm the hearing officer in the

11   matter of J█████ N███████.  I'm going to ask you

12   to be sworn in to render testimony.  Would

13   you raise your right hand?

14   Whereupon,

15                   JANE BARNES

16   was called as a witness and, having been first duly

17   sworn, was examined and testified as follows:

18           MR. JONES:  Please state for the

19   record -- speak up a little bit, your full

20   name and your position with DCPS.

21           THE WITNESS:  Jane Barnes, and I'm

22   speech- language pathologist.

110

1          MR. JONES:   speak up just a little

2     bit more.

3          THE WITNESS:  I'm sorry.  Jane

4     Barnes, and I'm a speech-language

5     pathologist.

6          MR. JONES:  That's great.

7          Go forward with your examination,

8     Mr. McCall.

9          DIRECT EXAMINATION

10         BY MR. McCALL:

11    Q    Thank you, Mr. Hearing Officer.  If

12    you could review your certifications and

13    license that you hold, Ms. Barnes?

14    A    I have a master's in communication

15    disorders and I'm ASHA certified by DCPS.

16    Q    What is ASHA?

17    A    ASHA is American Speech Hearing and

18    Language Association, and I'm also a member

19    of -- I have D.C. certification, although

20    they don't require licensure.  They just

21    require certifications.

22    Q    Are you familiar with J█████ N█████?

111

```
 1        A    Yes.

 2        Q    How are you familiar with J____?

 3        A    I'm his speech therapist.

 4        Q    How long have you been his

 5   therapist?

 6        A    Since October of 2005.

 7        Q    Have you participated in any IEP

 8   meeting for J____?

 9        A    Yes.

10        Q    Have you participated in the

11   development of speech IEPs for J____?

12        A    Yes.

13        Q    Do you have the file in front of

14   you?

15        A    I do.

16        Q    Do you have the 9/21/2006 IEP

17   document?

18        A    Yes, I do.

19        Q    And if you can look at the third

20   page of that document the title is "Speech

21   and Language" and tell me if that is your

22   IEP -- or the area addressed by the goals,
```

112

1    communication?

2        A    Yes.  You are talking about the

3    goal page; correct?

4        Q    Yes, ma'am.

5        A    Yes.

6        Q    I'm calling that the IEP, the

7    speech IEP.  Is that the one that you helped

8    develop for J█████?

9        A    Yes.

10        Q    How does this differ from what you

11    were doing previously?

12        A    J█████ previous IEP goals were

13    working on --

14            MR. JONES:  Speak up just a little

15    bit more now.

16            THE WITNESS:  I'm sorry?

17            MR. JONES:  Speak up just a little

18    bit more.

19            THE WITNESS:  Okay.  J████ had

20    previous IEP goals; still the annual goal is

21    more or less the same, working on the same

22    working on his intelligibility, which is just

BETA COURT REPORTING
www.betareporting.com
202-464-2400                    800-522-2382

1    the ability to understand his speech.  His

2    previous IEP goals were working on oral motor

3    exercises and producing the target sounds,

4    beginning with an isolation in words and

5    phrases and sentences.  The updated goals

6    that I have created with this newer IEP are

7    working more in the connected speech level,

8    so J████ has progressed past the point of

9    working on target sounds in isolation and

10   then very specifically at -- and we have

11   moved on to the conversational level working

12   on (inaudible) ability and skills there.

13           BY MR. McCALL:

14       Q    Now, I noticed on the summary on

15   the first page, the recommendation was 1 hour

16   per week speech-language.  Is that different

17   from what you were providing in the past and

18   what you are providing under stay-put?

19       A    Right now, I currently service

20   J████ two hours a week and that's what I have

21   been servicing ever since I began working

22   with him.  However, with updated testing and

114

1    the progress that I have noticed in speech

2    sessions, I believe he needs to have his

3    hours decreased.  I don't believe two hours

4    is necessary anymore for him.

5         MR. JONES:  You faded out a little

6    bit just there.  What was the last statement?

7         THE WITNESS:  I'm sorry.  I don't

8    believe two hours of intervention a week is

9    necessary or beneficial for J█████.

10        MR. McCALL:

11        Q    And you base that upon anything

12   else, Ms. Barnes?

13        A    Other than the evaluation and his

14   progress in intervention?

15        Q    Yes, ma'am.

16        A    Really not.  I mean, J████ and I

17   have talked about his progress.

18        Q    What does he say?

19        A    He has just told me -- he has asked

20   me, you know, with the testing that we did he

21   asked how he did.  So I talked to him about

22   the progress that he had made, I asked him

115

1    how he thinks he is doing.  He said he thinks

2    that speech has improved, he definitely still

3    doesn't have to repeat himself as frequently,

4    doesn't get as easily frustrated.

5           So with that being said I did tell

6    him, you know, you have improved, you have

7    been meeting your goals, and we are going to

8    change your goals, make them a little bit

9    harder.  And actually with that improvement,

10   I'm hoping to cut your hours back, you know,

11   this does need to be discussed and decided

12   upon by the team first, but that's going to

13   be my personal recommendation having worked

14   with you.

15          Mr. J█████ got quite excited and has

16   since said to me, you know, Ms. Barnes, you

17   told me that I've improved so much, so why am

18   I still coming to see you hours a week?

19      Q    Now, were you a member of the

20   resolution meeting that was recently held on

21   November 22nd?

22      A    I was not.  I had family in town

116

1    for Thanksgiving, so I was unable to be

2    there.

3        Q    At the meeting on September 21,

4    2006 that you were present at, was the parent

5    present?

6        A    No, she was not.

7        Q    Do you know why she wasn't present?

8        A    I really cannot speak that.  I know

9    Ms. Allen did make those an effort to -- you

10   know, sending out the letters of invitation,

11   and I really do not know why the mother was

12   unable to attend.

13       Q    To this day, has the mother signed

14   off on the September IEP, to your knowledge?

15       A    Not to my knowledge.

16       Q    And does she need to do that before

17   you can reduce the hours?

18       A    Yes.

19            MR. JONES:  Any more questions?

20            MR. McCALL:  Nothing further,

21   Mr. Hearing Officer.

22            MR. JONES:  Cross?

117

```
 1              MS. BARRIE:  Okay.

 2              CROSS-EXAMINATION

 3              BY MS. BARRIE:

 4         Q    Ms. Barnes.

 5         A    Yes.

 6         Q    Do you schedule IEP MDT meetings?

 7         A    I'm sorry?

 8         Q    Do you schedule the MDTIEP

 9    meetings?

10         A    Did I?

11         Q    Yes.

12         A    No, I did not.

13         Q    It was your testimony you were not

14    at the meeting in September '06?

15         A    That I was not at the meeting in

16    September?

17         Q    Uh-huh.

18         A    No, I wasn't present at the meeting

19    in September.

20         Q    Okay.

21         A    I was not at the resolution meeting

22    last week, November 22nd.
```

118

```
 1       Q    Would you know of any communication

 2   between the mother or the advocate with

 3   Ms. Allen?

 4       A    Of any communication between the

 5   mother and Ms. Allen?

 6       Q    Right.  Would you have any personal

 7   knowledge of that?

 8       A    Oh, no.

 9       Q    You said you started servicing

10   J████ October of '05?

11       A    Yes.

12       Q    And you were doing the isolation

13   and the oral-motor exercises; correct?

14       A    I'm sorry, you said articulation or

15   motor exercises?

16       Q    Isolation and oral motor exercises.

17       A    Not strictly an isolation.  I was

18   working on all the IEP goals for the

19   communication portion of the previous IEP.  I

20   was just giving examples of some of the goals

21   that we were working on.

22       Q    It was based on a December 13,
```

119

1      2004.  This is Parent's Exhibit Number 2.

2          A    Yes, those are the goals that I

3      have.

4          Q    So it's then feasible to say he was

5      functioning on those goals for almost two

6      years?

7          A    I'm sorry?

8          Q    Is it safe to say that he was

9      working on those goals up until the September

10     2006 IEP; correct?

11         A    That is correct.

12         Q    From December '04; correct?

13         A    But you can see in the goals,

14     however -- I mean, you can see that it starts

15     at the isolation level and builds to the

16     second level, which is still what we are

17     working on.  However, from there out it did

18     increase.  So the goals that you can see on

19     this IEP go from a very basic level to more

20     of the nth level.  So it's kind of a wide

21     range goals and activities that could be done

22     to target these specific short-term

120

```
 1    objectives.

 2         Q    Can you speak up just a little bit,

 3    I'm going to ask you one more question.  The

 4    initial goals that you started off working

 5    with him, what my question was, is it to say

 6    that those goals he had been on work from

 7    where the goals on that he's been working on

 8    from December of '04 up until September of

 9    2006?

10         A    Let me -- I'm sorry, let me look in

11    his folder.  Although I'm not quite sure

12    which, I have two sets of goals on my, in my

13    hands right now.  I believe that is correct,

14    yeah.

15         Q    Okay.

16         A    December, yes December '04 that the

17    goals that I have been targeting.

18         Q    Now what you're saying is the

19    similar, this time but at a higher level,

20    that's what you're saying; correct?

21         A    Yes, he is still working on the

22    same thing.
```

121

```
1            MS. BARRIE:  Okay.  No more

2   questions.

3            MR. JONES:  All right.  Thank you,

4   Ms. Peters.

5            THE WITNESS:  Barnes.

6            MR. JONES:  Barnes, I'm sorry.

7   Peters was the last one, I'm sorry.

8            THE WITNESS:  It's all right.

9            MR. JONES:  Is she back?

10            THE WITNESS:  What's that?

11            MR. JONES:  Is Ms. Peters back?

12            THE WITNESS:  Let me check out the

13   hallway and see.  Are you all finished with

14   me?

15            MR. JONES:  Yes, we are.

16            THE WITNESS:  Okay.

17            MR. JONES:  Thank you.

18            MR. McCALL:  Don't hang up though

19   please.  We're going to have Ms. David coming

20   in.

21            THE WITNESS:  Yeah, let me put you

22   guys on hold and go and find Ms. Peters in
```

122

1    the hallway, okay.

2                    (Witness excused)

3            MR. McCALL:  Thank you.  Hello,

4    Ms. Peters, we were holding to see if you had

5    Ms. David available.

6            MS. PETERS:  Hold on, hold on.

7            MR. McCALL:  Thank you.

8            MS. PETERS:  She is on her way.

9            MR. McCALL:  Thank you.

10           MR. JONES:  Well, while we are

11   waiting, I guess we can discuss, you know,

12   this memorandum you are going to put together

13   on these faxes and confirmations and which

14   connects with which.  How much time do you

15   need to do that?

16           MR. McCALL:  I could have it you

17   early next week.  I mean tomorrow might be

18   pushing it.

19           MR. JONES:  I'll leave the record

20   open for a week.

21           MR. McCALL:  Okay.

22           MR. JONES:  So if you have any

123

1     responses with regard to this -- these

2     records within the -- his --

3           MS. BARRIE:  I mean, I was just

4     going to -- about to give them the memo

5     that --

6           MR. JONES:  Oh, okay.

7           MS. BARRIE:  Supposed to do anyway.

8     I'll just --

9           MR. JONES:  Okay.  Right, your

10    opening statement memorandum?

11          MS. BARRIE:  And I'm sure it will

12    also be the closing because it's early after

13    3:00, we don't have -- I have a 3:00.

14          MR. JONES:  I have a 3:00, too.  So

15    yeah, we'll include both opening and closing.

16          MS. BARRIE:  I'll just proof the

17    memo.

18          MR. JONES:  Why don't you do the

19    same thing, Mr. McCall?  Do your closing

20    statement on a one- or two-page memorandum?

21          MS. DAVID:  Hello?

22          MR. McCALL:  Yeah, I can connect

124

1    it.

2            MS. DAVID:  Hello.

3            MR. JONES:  Yes.

4            MR. McCALL:  Yeah, we are here.

5            MS. DAVID:  This is Ms. David,

6    special education teacher.

7            MR. JONES:  Ms. David, this is

8    Mr. Jones, the hearing officer in this

9    matter.  I'm going to swear you in to render

10   testimony, and while you are doing that

11   testimony I would appreciate it if you are by

12   yourself.

13           MS. DAVID:  Okay.

14           MR. JONES:  Raise your right hand.

15           MS. DAVID:  Okay.

16   Whereupon,

17                   LINDA DAVID

18   was called as a witness and, having been first duly

19   sworn, was examined and testified as follows:

20           MR. JONES:  Please state for the

21   record your full name and your position with

22   DCPS.

125

```
 1              THE WITNESS:  First name is Linda,
 2     last name is David; D-a-v-i-d, special
 3     education teacher.
 4              MR. JONES:  Go forward with the
 5     examination.
 6              DIRECT EXAMINATION
 7              BY MR. McCALL:
 8         Q    Thank you.  Ms. David, what license
 9     and certifications do you currently hold?
10         A    I'm certified to teach special
11     education K through 12.
12         Q    What degrees do you have?
13         A    I have a master's degree.
14         Q    How long have you known J█████
15     N██████?
16         A    I've known him since this August
17     when he came to school here.  Since I've been
18     here in August when I received him as a
19     student.
20         Q    When you say you received him as a
21     student, what areas of instruction do you
22     provide to him since August?
```

BETA COURT REPORTING
www.betareporting.com
202-464-2400                    800-522-2382

126

1      A   In August when he first came to me,

2  the area of instruction was Reading.  Since

3  that time, I -- Math has also been included

4  onto the IEP.

5      Q   Do you have the file there in front

6  of you?

7      A   I do.

8      Q   What IEP are you utilizing?

9      A   I'm the using the IEP that's dated

10  9/21/06.

11     Q   Do you have an IEP from January 25,

12  2006?

13     A   That was the original one I had

14  before the current one was done on September.

15     Q   Do you also have an IEP dated -- I

16  apologize, let me get it for

17  you -- December 13, 2004?

18     A   Yeah.

19     Q   Have you utilized that IEP as well?

20     A   No.

21     Q   How has J█████ progress been in

22  your class?

127

1        A    J████ is making active progress

2    towards reaching the (inaudible) goals of the

3    IEP.

4              MR. JONES:  Okay, say that again.

5              THE WITNESS:  He is meeting his

6    goals.  He is working well towards goals as

7    listed on his IEP.

8              BY MR. McCALL:

9        Q    Taking reading, for example, what

10   are his areas of concern?  How would you

11   describe that, and what were you describing

12   progress?

13       A    J████ is reading on approximately

14   the second-grade level.  When he came to me

15   in August, I got him an informal reading test

16   of Slosson Oral Reading Test in which he was

17   already able to read at that time 41 words,

18   which put him on a second-grade level -- I

19   mean, second-grade reading level even though

20   he is in the sixth grade.

21             Since then I gave him a test

22   actually everyday, and he has increased his

128

1    word recognition to 63 words.  He's also

2    reading -- in the beginning he was reading

3    stories, actually three or four sentences and

4    answering questions.  Now, he is up to a

5    three-paragraph story, and he is able to

6    answer questions.  Basically second-grade,

7    early third-grade level, comprehension

8    questions as it relates to setting

9    characters, vocabulary and story.

10           MR. JONES:  Ms. David, I'm sorry, I

11   must have misunderstood you, or maybe I

12   didn't.  You said when you first got him, you

13   gave him an informal test and he was reading

14   on the second-grade level?

15           THE WITNESS:  Yes.

16           MR. JONES:  And now what grade

17   level is he reading on?

18           THE WITNESS:  I have been reading

19   stories from the end of the second grade like

20   the latter part of the second grade now.  His

21   stories in the beginning might have been,

22   like say about four or five sentences, short

129

1    sentences, and now he is reading stories that

2    has three paragraphs, maybe five, six -- five

3    or six sentences per paragraphs, answering

4    questions, comprehension questions.

5           MR. JONES:  But he is still on a

6    second-grade level?

7           THE WITNESS:  Yes, he is still in

8    second-grade level.

9           MR. JONES:  Okay.

10          BY MR. McCALL:

11      Q    And when you say still in a

12   second-grade level, are you talking about in

13   terms of beginning in 2.0 versus 2. what?

14      A    2.5, 2.7.  In the beginning it was

15   2.0 straight up.  When I gave him the test a

16   couple of days ago, as far as word

17   recognition is it was 2.6.

18      Q    How would you describe his

19   difficulty?

20          MR. JONES:  What?

21          MS. BARRIE:  The only problem I

22   have with that is it was fine about the

130

 1    stories he is reading, because that's

 2    reading.  Now, she is --

 3              MR. JONES:  Are you posing an

 4    objection?

 5              MS. BARRIE:  I'm posing an

 6    objection on the testing.  We don't know have

 7    that testing in front of us.

 8              MR. JONES:  All right.

 9              MS. BARRIE:  And I'm posing an

10    objection on the --

11              MR. JONES:  So noted -- I'll note

12    your objections to the fact that this

13    information is not in the disclosures, but go

14    forward.

15              BY MR. McCALL:

16       Q    Thank you.  Ma'am, as to Math, how

17    would you describe his disability, how it

18    impacts in Math?

19       A    So reading comprehension impacts

20    his ability to solve word problems.  However

21    he is adding, subtracting.  He is working

22    about the fourth-grade level in Math,

131

1    mathematics.  He is able to add and subtract

2    with re-grouping, he's now working on two

3    digits, by two digit multiplication.  Go

4    ahead.

5        Q    What progress, if any, in math have

6    you seen since you've been working with him?

7        A    Well, in math, I'm looking at the

8    informal math testing that I gave him.

9            MS. BARRIE:  Objection again on --

10           MR. JONES:  So noted, so noted.

11           THE WITNESS:  At that time he was

12   not subtracting with re-grouping as far as

13   three-digit -- about four digit -- about

14   three-digit numbers, now he is able to do

15   that.  At the time, he was not -- he could

16   multiply but he did not know his

17   multiplication facts.  Now he knows his

18   multiplications facts and he is able to solve

19   multiplication problems.

20           MR. JONES:  On what level?

21           THE WITNESS:  Excuse me?

22           MR. JONES:  What level was he

132

1    operating on when you first got him, if you

2    can tell us?

3            THE WITNESS:  When I first got him,

4    it wasn't that far behind, about 3.1 level.

5            BY MR. McCALL:

6        Q    Where would you place him at now?

7        A    About at 4.1.  His math was really

8    pretty strong.  I think he was having

9    difficulties in his regular class with

10   mathematics, because -- more context as far

11   as the reading and comprehending a problem,

12   the word problems, and his comprehension was

13   not therefore to solving some of the Math

14   problems that he is -- math is definitely a

15   strong area.

16       Q    Do you coordinate at all with the

17   general ed teacher?

18       A    Yes, I talked with the general --

19   well, because he comes to me for the reading

20   and the math services, I pretty much talk

21   with his teacher as far as it relates to

22   reading, because he has social studies and

133

1      science in his regular education classroom.

2      So we talk about how she could modify the

3      lessons so that he would be able to

4      participate in the classroom.

5          Q    What assistance have you provided

6      to the teacher in that regard?

7          A    I have encouraged to have him work

8      with a partner, that can read the information

9      to him and help him to understand the

10     problems that they're doing.  Also, I

11     encouraged him how to handle activities

12     where -- in projects that he could do rather

13     than having paper-pen assignments where he'd

14     have to sit by himself and do.

15              MR. JONES:  Mr. McCall, more

16     questions of this witness?

17              BY MR. McCALL:

18         Q    Have you attended IEP meetings for

19     J███████?

20         A    I did attend the one in September.

21         Q    Was the parent present?

22         A    No, she was not.

134

```
 1          Q     Were you prepared to provide

 2   progress information had she been there?

 3          A     I was prepared to show what we had

 4   done since August.

 5          Q     Have you had any opportunity to

 6   speak with the parent at the school?

 7          A     I have never spoken with the

 8   parent.

 9          Q     Have you in any way refused --

10          A     Excuse me, I'm sorry.

11                MR. JONES:  Mr. McCall, since we're

12   running late, you have to cut it a little bit

13   short.

14                THE WITNESS:  I have not spoken to

15   the parent directly --

16                MR. McCALL:  Okay.

17                THE WITNESS:  But I've sent weekly

18   newsletters --

19                MR. JONES:  Get to the very basics.

20                THE WITNESS:  And notes to the

21   house, things like that.

22                BY MR. McCALL:
```

135

1     Q   Have you in any way refused

2   communication to the parent?

3     A   No.

4     Q   How do you send out progress

5   information?

6     A   The report cards were -- well, I'd

7   send out weekly newsletters pretty much

8   giving progress of general students, like

9   children who had passed spelling tests with

10   (inaudible) and things like that.  But I also

11   have done a special ed progress report for

12   the first advisory.

13     Q   How did you send that out?

14     A   That was given to his regular ed

15   teacher which is included with his regular ed

16   report card, and I'm not sure if they were

17   mailed home or if the children took to home.

18     Q   Okay.  Thank you.

19        MR. JONES:  Cross.

20        MS. BARRIE:  Briefly.

21        CROSS-EXAMINATION

22        BY MS. BARRIE:

BETA COURT REPORTING
www.betareporting.com
202-464-2400            800-522-2382

136

```
1        Q     Do you have access, or have you
2   ever seen his 2003 and his 2006
3   psychoeducational evaluations?
4        A     His evaluation?
5        Q     Uh-huh.
6        A     I have access to his folder, yes.
7        Q     Have you ever looked at both
8   evaluations?
9        A     Yes, I have.
10       Q     Did you ever take note of his
11  standardized scores in '03, and his
12  standardized scores in '06?
13       A     No, I did not look at his
14  standardized scores.  You are talking about
15  D.C. Public Schools, like, the SATs?
16       Q     No, I'm talking about the education
17  evaluation, the psychoeducational evaluation.
18       A     Yes, I have.
19       Q     You have looked at his standardized
20  scores in '03 and the ones in '06?
21       A     Yes.
22       Q     Did you take note of the scores
```

137

1    between the two or the difference between the

2    two?

3        A    No, I did not.  I kind of just

4    looked at the IEP that was given to me, and

5    the scores that were given me that said where

6    he was functioning at that time and I took it

7    from there.

8        Q    As an educator, if you knew that

9    his scores in reading went down 27 points,

10   what would that say to you?

11       A    That would say that he didn't make

12   the progress that year that he was supposed

13   to be making, but I really don't know about

14   what happened before I got here.  This is my

15   first year to the school, my first year

16   working with J██████.

17       Q    I understand.  But as an

18   educator --

19           MR. JONES:  She answered that

20   question.  She's answered that.  Any other

21   questions?

22           MS. BARRIE:  Yes.

138

```
 1              BY MS. BARRIE:

 2         Q    You said he went from a 3.1 to a

 3    4.1?

 4         A    In?

 5         Q    Math; correct?

 6         A    Approximately, yes.

 7         Q    So are you saying that he went up

 8    an entire grade in three months?

 9         A    What I'm telling you is that what

10    materials that I'm working with him in the

11    classroom at this time are fourth-grade

12    materials, and yes, he has made that

13    progress.

14              MR. JONES:  Any questions,

15    Ms. Barrie?  We are behind.  We have to

16    expedite this.

17              REDIRECT EXAMINATION

18              BY MS. BARRIE:

19         Q    Briefly, you said you did some

20    testing, did you -- never mind.  Go ahead,

21    it's okay.

22              MR. JONES:  All right, now, I have
```

139

1    question on -- for you, Ms. David.

2              THE WITNESS:  Yes.

3              MR. JONES:  The student, has he

4    shown any educational benefit from the -- his

5    placement at Aiton?

6              THE WITNESS:  I don't know if it's

7    the placement at Aiton, but as far as working

8    in the learning center with a special

9    educator, yes, he is.  I have seen benefits

10   of that.  I cannot see him just being in a

11   regular education classroom for a full day

12   without any kind of resource services.

13             MR. JONES:  All right.  All right,

14   thank you very much.  No more.

15             THE WITNESS:  Do you want to speak

16   with someone else?

17             MR. JONES:  No, that's it.

18             MR. McCALL:  That's it.  Thank you,

19   Ms. David.

20                   (Whereupon, the HEARING was

21                   adjourned.)

22                   *   *   *   *   *