UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KEA NORRIS,<br>Mother and Next Friend of J.N., a Minor,<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br>A municipal corporation, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-0665 (RWR)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT NOTICE REGARDING MODIFICATION
OF THE OCTOBER 5, 2007, SCHEDULING ORDER**

The Defendants, by counsel and with the consent of the Plaintiff, here notifies this Court of the parties' modification of the October 5, 2007, Scheduling Order. At this time, the Plaintiff has a pending motion for reconsideration of this Court's dismissal of her summary judgment motion for failure to comply with Local Civil Rule 7(c).[1] The parties have agreed to modify the schedule, subject to this Court's decision regarding the Plaintiff's motion for reconsideration, as follows:

1. Should this Court grant the Plaintiff's motion for reconsideration, the Defendants' cross motion and opposition to the Plaintiff's summary judgment motion shall be due two weeks from the issuance of the Court's decision;

2. The Plaintiff's opposition and reply shall be due 30 days from the date of the Defendants' filings; and

---

[1] The Defendants neither oppose nor consent to that motion.

3. The Defendants' reply shall be due 15 days from the date of the Plaintiff's filings.

        Respectfully submitted,

        PETER J. NICKLES
        Interim Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        **/s/ Edward P. Taptich**
        EDWARD P. TAPTICH
        Chief, Equity Section 2
        Bar Number 012914

        **/s/ Eden I. Miller**
        EDEN I. MILLER
        Assistant Attorney General
        Bar Number 483802
        441 Fourth Street, N.W., Sixth Floor South
        Washington, D.C. 20001
        (202) 724-6614
        (202) 727-3625 (fax)
February 14, 2008        E-mail: Eden.Miller@dc.gov