**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **KEA NORRIS, et al** | * | |
| | * | |
| **Plaintiff** | * | |
| | * | **Civil Action No. 07-665 (RWR)** |
| **v.** | * | |
| | * | |
| **DISTRICT OF COLUMBIA, et al** | * | |
| | * | |
| **Defendants** | * | |

**MOTION TO LATE FILE AND MOTION FOR NUNC PRO TUNC OF**
**PLAINTIFF'S RESPONSE AND OPPOSITION TO DEFENDANT'S**
**OPPOSITION AND MOTION FOR SUMMARY JUDGMENT**

The Plaintiff by and through its undersigned counsel respectfully requests that the

Court grant their motion for nunc pro tunc as it relates it ECF documents 18 & 19.  In

support thereof, the Plaintiff states as follows:

1.      That on or about January 16, 2008, Plaintiff filed a motion for summary

judgment.

2.      That on or about March 3, 2008, Defendant filed their Motion for Summary

Judgment and Opposition to the Plaintiff's Summary Judgment.

3.      That due to the death of Plaintiff's counsel's grandmother Plaintiff was unable to

timely file their Opposition and Reply and that on or about April 15, 2008 Plaintiff filed

their Opposition and Reply which are ECF documents 18 & 19.

4.      That due to the nature of the case, a child in need of appropriate educational

services, it would be prejudicial to the plaintiff if the motion is denied.

1

5.      That although Defendant District of Columbia did not consent to the late filing,

Defendant also stated that they would not oppose the late filing and the Plaintiff submits

that no party would be prejudiced by the requested motion to late file and consider

documents 18 & 19 as filed pro nunc tunc to April 15, 2008.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court grant the

motion for extension of time to late file and accept the Response and Reply as timely

filed.

Respectfully Submitted,
Law Offices of Christopher N. Anwah,


_____/s/*Fatmata Barrie*/s/_____
Fatmata Barrie (DC Bar #485122)
LAW OFFICES OF CHRISTOPHER ANWAH
10 R Street, NE
Washington, DC  20002
Phone: (202) 626-0040
Fax: (202) 626-0048
Email: fbarrie@verizon.net
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KEA NORRIS, et al | * |
| | * |
| **Plaintiff** | * |
| | *    **Civil Action No. 07-0665 (RWR)** |
| **v.** | * |
| | * |
| DISTRICT OF COLUMBIA, et al | * |
| | * |
| **Defendants** | * |

**POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR
ENLARGEMENT OF TIME TO FILE RESPONDE AND REPLY TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT AND MOTION FOR NUNC PRO TUNC**

1.    Fed. R. Civ. P. 6(b).

2.    Fed. R. Civ. P. 12

3.    The interest of justice and the record herein.

Respectfully Submitted,
Law Offices of Christopher N. Anwah


_____/s/*Fatmata Barrie*/s/_____

Fatmata Barrie (DCB#485122)
LAW OFFICES OF CHRISTOPHER N. ANWAH
10 R Street, NE
Washington, DC  20002
Phone: (202) 626-0040
Fax: (202) 626-0048
Email: fbarrie@verizon.net
Attorney for Plaintiff

3

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **KEA NORRIS, et al** | * | |
| Plaintiffs | * | |
| | * | |
| v. | * | **Civil Action No. 07-0665 (RWR)** |
| | * | |
| | * | |
| **DISTRICT OF COLUMBIA, et al** | * | |
| **Defendants(s)** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>ORDER</u>

**UPON CONSIDERATION** of Plaintiff's Motion to Extend Time to File Opposition and Reply to Defendant's Motion for Summary Judgment and Motion for Nunc Pro Tunc to April 15, 2008, it is hereby this _____ day of _____ 2008:

**ORDERED** that Plaintiff's Motion be and is hereby GRANTED, and it is

**FURTHER ORDERED** _____

_____

_____ **SO ORDERED**


_____
JUDGE