UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| KEA NORRIS, <br> Mother and Next Friend of J.N., a Minor, <br><br> Plaintiff, <br><br> v. <br><br> DISTRICT OF COLUMBIA, <br> A municipal corporation, <u>et al.</u>, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 07-0665 (RWR) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please notice the appearance of Maria L. Merkowitz, Senior Assistant Attorney General, in the above captioned matter.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Edward P. Taptich*
EDWARD P. TAPTICH [#012914]
Chief, Equity Section II

*/s/ Maria L. Merkowitz*
MARIA L. MERKOWITZ [312968]
Senior Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9842
Maria.merkowitz@dc.gov

March 8, 2008